UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT

Plaintiffs,
vs.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE
FRED WEGENER and
ASHLEIGH OLDS DIEDRICH,

Defendants.
_____

**PLAINTIFFS' UNOPPOSED MOTION TO RESCHEDULE
SCHEDULING CONFERENCE**
_____

NOW COME the Plaintiffs, Randall J. Hatlee and Ronald L. Swift, by and through their attorney, Brice A. Tondre, and request that the Scheduling/Planning Conference scheduled for November 4, 2013 at 10:00 a.m. [#5] be rescheduled. In support thereof Plaintiffs state:

1.  **CERTIFICATE OF CONFERENCE**: Counsel for Plaintiffs has conferred with counsel for all Defendants who have authorized him to state that they agree that rescheduling is appropriate under the existing circumstances.

2.  Three of the Defendants' answers are not due until October 21, 2013. which is eleven days prior to the conference.

3.  The present schedule would require a Rule 26(f) conference ten days before three answers are due.

1

4.  The undersigned has a previously scheduled medical evaluation scheduled for 8:00 a.m. to 12:00 noon on November 4, 2013.

Wherefore, Plaintiffs pray that the scheduling conference be rescheduled.

/s/ Brice A. Tondre

_____

Brice A. Tondre
215 South Wadsworth Blvd., #500
Lakewood, Colorado   80226
Telephone:  303-296-3300
Facsimile: 303-238-5310
briceatondrepc@msn.com

ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on counsel for Defendants this 10th day of October, 2013, addressed as follows:

Timothy P. Schimberg
t_schimberg@fsf-law.com

John Lebsack
jlebsack@wsteele.com

/s/ Brice A. Tondre

_____