IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGNER, and
ASHLEIGH OLDS DIEDRICH,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiffs' Unopposed Motion to Reschedule Scheduling Conference (Docket No. 8) is GRANTED. The Scheduling Conference set for November 4, 2013 at 10:00 a.m. is VACATED. The Scheduling Conference is RESET for November 21, 2013 at 1:30 p.m.

Date: October 10, 2013