UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT

Plaintiffs,

vs.

CINDY HARDEY,
BOBBIE PRIESTLY,
MONTE GORE
FRED WEBENER and
ASHLEIGH OLDS DIEDRICH,

Defendants
_____

### ORDER GRANTING DEFENDANT OLDS' MOTION TO DISMISS
_____

THIS MATTER having come before the Court on Defendant Olds' Motion to Dismiss and the Court being advised,

ORDERS that the claim against Dr. Ashleigh Olds is hereby DISMISSED pursuant to Fed.R.Civ.P. 12(6).

Dated this _____ day of October, 2013.

BY THE COURT

_____
United States Magistrate