UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT

Plaintiffs,

vs.

CINDY HARDEY,
BOBBIE PRIESTLY,
MONTE GORE
FRED WEBENER and
ASHLEIGH OLDS DIEDRICH,

Defendants

---

### DEFENDANT OLDS' UNOPPOSED MOTION TO CHANGE THE CAPTION
---

Defendant Ashleigh Olds ("Dr. Olds"), who is incorrectly identified in the complaint as Ashleigh Olds Diedrich, through her counsel John Lebsack, moves pursuant to Fed.R.Civ.P. 15 to amend the caption to show her name as "Ashleigh Olds" rather than the current "Ashleigh Olds Diedrich." In support, Dr. Olds states:

1. Undersigned counsel conferred with plaintiffs' counsel Mr. Tondre, who said he does not object to this relief requested.

2. The complaint identified this defendant as "Ashleigh Olds Diedrich." That was the married name of this defendant. She is divorced and now uses her maiden name "Ashleigh Olds."

1

3. So the caption of the case uses the correct name of this defendant, she respectfully asks the Court to order the caption changed to replace "Ashleigh Olds Diedrich" with "Ashleigh Olds."

s:/John Lebsack
John Lebsack
WHITE AND STEELE, P.C.
Dominion Towers, North Tower
600 17th Street, Suite 600N
Denver, Colorado  80202
(303) 296-2828
Fax No.:  (303) 296-3131
jlebsack@wsteele.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 15th day of October, 2013, a true and correct copy of the foregoing was e-served via CM/ECF to the following:

Brice A. Tondre
215 South Wadsworth Blvd., #500
Lakewood, Colorado  80226
*briceatondrepc@msn.com*

Timothy P. Schimberg
Fowler Schimberg & Flanagan, P.C.
1640 Grant St., Ste. 300
Denver, CO  80203
*t_schimberg@fsf-law.com*

s/Becky Kongs
Becky Kongs
WHITE AND STEELE, P.C.
Dominion Towers, North Tower
600 17th Street, Suite 600N
Denver, CO  80202
Telephone:  (303) 296-2828
Fax:  (303) 296-3131
bkongs@wsteele.com
