UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT

Plaintiffs,

vs.

CINDY HARDEY,
BOBBIE PRIESTLY,
MONTE GORE
FRED WEBENER and
ASHLEIGH OLDS DIEDRICH,

Defendants
_____

**ORDER GRANTING DEFENDANT OLDS' UNOPPOSED MOTION TO
CHANGE THE CAPTION**
_____

THIS MATTER having come before the Court on Defendant Olds' Unopposed Motion to

Change the Caption, and the Court being advised,

ORDERS that the caption of the case on all future pleadings shall be changed to replace

"Ashleigh Olds Diedrich" with "Ashleigh Olds."

Dated this _____ day of October, 2013.

BY THE COURT

_____
United States District Court Magistrate