UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT

Plaintiffs,

vs.

CINDY HARDEY,
BOBBIE PRIESTLY,
MONTE GORE
FRED WEBENER and
ASHLEIGH OLDS DIEDRICH,

Defendants

---

### DEFENDANT OLDS' UNOPPOSED MOTION TO RESET SCHEDULING CONFERENCE

---

Defendant Ashleigh Olds ("Dr. Olds"), who is incorrectly identified in the complaint as Ashleigh Olds Diedrich, through her counsel John Lebsack, moves to reset the scheduling conference to a date after December 2, 2013 :

1. Undersigned counsel conferred with both other counsel, Mr. Tondre and Mr. Schimberg, who said they do not object to the relief requested.

2. Before this defendant was served, a scheduling conference was set for November 4, 2013 [Docket #5].

3. On learning of that setting, undersigned counsel contacted Mr. Tondre, who agreed to file a motion to postpone the scheduling conference. The Court approved that request, setting a new date of November 21 [Docket #10].

1

4. Unfortunately the new date, November 21, is at a time when undersigned counsel is scheduled to be out of town on a family trip that was planned and paid for months ago. We leave Denver on November 20 and return December 1.

5. Because the undersigned is lead counsel for Dr. Olds, it would promote efficient handling of the case to postpone the scheduling conference rather than for me to send another lawyer from my office.

Wherefore, Dr. Olds respectfully asks the Court to postpone the scheduling conference to a date after December 2, 2013.

s:/John Lebsack  
John Lebsack  
WHITE AND STEELE, P.C.  
Dominion Towers, North Tower  
600 17th Street, Suite 600N  
Denver, Colorado  80202  
(303) 296-2828  
Fax No.:  (303) 296-3131  
jlebsack@wsteele.com

2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 17th day of October, 2013, a true and correct copy of the foregoing was e-served via CM/ECF to the following:

Brice A. Tondre
215 South Wadsworth Blvd., #500
Lakewood, Colorado  80226
*briceatondrepc@msn.com*

Timothy P. Schimberg
Fowler Schimberg & Flanagan, P.C.
1640 Grant St., Ste. 300
Denver, CO  80203
*t_schimberg@fsf-law.com*

                s/Becky Kongs
                Becky Kongs
                WHITE AND STEELE, P.C.
                Dominion Towers, North Tower
                600 17th Street, Suite 600N
                Denver, CO  80202
                Telephone:  (303) 296-2828
                Fax:  (303) 296-3131
                bkongs@wsteele.com