UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT

Plaintiffs,

vs.

CINDY HARDEY,
BOBBIE PRIESTLY,
MONTE GORE
FRED WEBENER and
ASHLEIGH OLDS DIEDRICH,

Defendants
_____

**ORDER RESETTING SCHEDULING CONFERENCE**
_____

THIS MATTER having come before the Court on Defendant Olds' Unopposed Motion to Reset Scheduling Conference, and the Court being advised,

ORDERS that the scheduling conference presently set for November 21, 2013 is postponed to a new date after December 2, 2013 to be set by the Court.

DATED this _____ day of October, 2013.

BY THE COURT

_____
United States Magistrate Judge