IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGNER, and
ASHLEIGH OLDS DIEDRICH,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant Olds' Unopposed Motion to Reset Scheduling Conference (Docket No. 13) is GRANTED. The Scheduling Conference set for November 21, 2013 at 1:30 p.m. is VACATED. The Scheduling Conference is RESET for December 3, 2013 at 11:00 a.m.

Date: October 17, 2013