**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.    13-cv-02469-RPM-MJW

RANDALL J. HATLEE,
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER,
ASHLEIGH OLDS DIEDRICH,

Defendants.

---

**DEFENDANTS CINDY HARDEY, BOBBI PRIESTLY, MONTE GORE, AND FRED WEGENER'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

---

Defendants, Cindy Hardey, Bobbi Priestly, Monte Gore, and Fred Wegener, by and through their attorney, Timothy P. Schimberg of Fowler, Schimberg & Flanagan, P.C., hereby submit their Unopposed Motion for an Extension of Time to Move or Otherwise Respond to the Complaint and in support thereof state as follows:

1.    D.C.COLO.LCivR 7.1(a) Certification: Undersigned counsel has conferred with counsel for Plaintiffs who has indicated that Plaintiffs are unopposed to the relief requested herein.

2.    The parties have agreed that these Defendants may move or otherwise respond to the Complaint on or before Tuesday, November 5, 2013. This extension of time is needed

because undersigned counsel needs to research and review the file as well as determine the propriety of a potential dispositive motion.

3. Under Fed.R.Civ.P. 6(b), an extension of time may be granted for cause shown. For all the foregoing reasons, there is good cause for this Motion.

4. Pursuant to D.C.COLO.LCivR 6.1(e), a copy of this Motion was served on undersigned counsel's clients.

WHEREFORE, Defendants respectfully request that the Court enter an Order allowing Defendants through and including Tuesday, November 5, 2013 by which to move or otherwise respond to Plaintiffs' Original Complaint and Jury Demand.

Respectfully submitted this 18th day of October, 2013.

*(Original signature on file at the offices of Fowler, Schimberg & Flanagan, P.C.)*

*/s/ Timothy P. Schimberg*

Timothy P. Schimberg
Andrea M. Bronson

FOWLER, SCHIMBERG & FLANAGAN, P.C.
1640 Grant Street, Suite 150
Denver, Colorado 80203
(303) 298-8603

ATTORNEYS FOR DEFENDANTS CINDY HARDEY, BOBBI PRIESTLY, MONTE GORE, AND FRED WEGENER

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October, 2013, I caused a true and correct copy of the foregoing **DEFENDANTS CINDY HARDEY, BOBBI PRIESTLY, MONTE GORE, AND FRED WEGENER'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO MOVE OR OTHERWISE RESPOND TO THE COMPLAINT** to be filed via the ECF system, with notice of same being electronically served to the following:

Brice A. Tondre, Esq.  
Brice A. Tondre, P.C.  
215 S. Wadsworth Blvd., Ste. 500  
Lakewood, CO 80226-1566  
*Attorney for Plaintiffs*

John Lebsack  
White and Steele, P.C.  
Dominion Towers, North Tower  
600 17th Street, Suite 600N  
Denver, Colorado 80202  
*Attorney for Defendant Ashleigh Olds Diedrich*

*(Original signature on file at the offices of Fowler, Schimberg & Flanagan, P.C.)*

*/s/ Kala Cyganiewicz*

3