**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.      13-cv-02469-RPM-MJW

RANDALL J. HATLEE,
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER,
ASHLEIGH OLDS DIEDRICH,

Defendants.

---

**ORDER GRANTING DEFENDANTS CINDY HARDEY, BOBBI PRIESTLY, MONTE GORE, AND FRED WEGENER'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

---

BEFORE ME is Defendants' Unopposed Motion for an Extension of Time to Move or Otherwise Respond to the Complaint. IT IS HEREBY ORDERED that the Motion is GRANTED and Defendants shall have through and including Tuesday, November 5, 2013, by which to move or otherwise respond to the Complaint.

Dated this _____ day of _____, 2013.

BY THE COURT:

_____
U.S. District Court Judge