## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.      13-cv-02469-RPM-MJW

RANDALL J. HATLEE,
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER,
ASHLEIGH OLDS DIEDRICH,

Defendants.

## ENTRY OF APPEARANCE

Andrea M. Bronson of Fowler, Schimberg & Flanagan, P.C., hereby enters her appearance as attorney of record for Defendants Cindy Hardey, Bobbi Priestly, Monte Gore, and Fred Wegener in the above-referenced matter.

Respectfully submitted this 18th day of October, 2013.

*(Original signature on file at the offices of Fowler, Schimberg & Flanagan, P.C.)*

*/s/ Andrea M. Bronson*

Timothy P. Schimberg
Andrea M. Bronson

FOWLER, SCHIMBERG & FLANAGAN, P.C.
1640 Grant Street, Suite 150
Denver, Colorado 80203
(303) 298-8603

ATTORNEYS FOR DEFENDANTS CINDY
HARDEY, BOBBI PRIESTLY, MONTE GORE,
AND FRED WEGENER

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of October, 2013, I caused a true and correct copy of the foregoing **ENTRY OF APPEARANCE** to be filed via the ECF system, with notice of same being electronically served to the following:

| | |
|---|---|
| Brice A. Tondre, Esq. | John Lebsack |
| Brice A. Tondre, P.C. | White and Steele, P.C. |
| 215 S. Wadsworth Blvd., Ste. 500 | Dominion Towers, North Tower |
| Lakewood, CO 80226-1566 | 600 17th Street, Suite 600N |
| *Attorney for Plaintiffs* | Denver, Colorado 80202 |
| | *Attorney for Defendant Ashleigh Olds Diedrich* |

*(Original signature on file at the offices of Fowler, Schimberg & Flanagan, P.C.)*

*/s/ Kala Cyganiewicz*