UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT

Plaintiffs,
vs.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE
FRED WEGENER and
ASHLEIGH OLDS,

Defendants.
_____

**CERTIFICATE OF REVIEW**
_____

NOW COME the Plaintiffs, Randall J. Hatlee and Ronald L. Swift, by and through their attorney, Brice A. Tondre, and for their certificate of review pursuant to C.R.S. §13-20-602 state:

A professional possessing training, education, knowledge and experience in connection with the diagnosis, care and treatment of illnesses of horses by a veterinarian, who is substantially familiar with the applicable standard of care for the diagnosis, treatment and care of illnesses of horses by a veterinarian has reviewed the facts alleged in this action and such records which the professional has found to be relevant to the allegations herein regarding Ashleigh Olds, D.V.M. and based upon the review of such has concluded that the claims herein that Dr. Olds was negligent and acted below the standard of care for a veterinarian do not lack substantial justification within the meaning of C.R.S. §13-17-102(4).

1

/s/ Brice A. Tondre

_____
Brice A. Tondre
215 South Wadsworth Blvd., #500
Lakewood, Colorado   80226
Telephone:  303-296-3300
Facsimile: 303-238-5310
briceatondrepc@msn.com

ATTORNEY FOR PLAINTIFF


CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on counsel for Defendants this 7th day of November, 2013, addressed as follows:

Timothy P. Schimberg
t_schimberg@fsf-law.com

Andrea M. Bronson
a_bronson@fsf-law.com

John Lebsack
jlebsack@wsteele.com

/s/ Brice A. Tondre

_____