UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT

Plaintiffs,

vs.

CINDY HARDEY,
BOBBIE PRIESTLY,
MONTE GORE
FRED WEBENER and
ASHLEIGH OLDS DIEDRICH,

Defendants

_____

**REPLY IN SUPPORT OF DEFENDANT OLDS' MOTION TO DISMISS**
_____

Defendant Ashleigh Olds ("Dr. Olds") submits this reply in support of her motion to dismiss [Docket # 11].

After filing the motion to dismiss, plaintiffs filed an amended complaint [Docket #22]. It is unnecessary for the Court to consider this motion since it is directed to a pleading that has been superseded by the amended complaint. Dr. Olds will file a separate motion to dismiss the claims in the amended complaint.

s:/John Lebsack
John Lebsack
WHITE AND STEELE, P.C.
Dominion Towers, North Tower
600 17th Street, Suite 600N
Denver, Colorado  80202
(303) 296-2828
Fax No.:  (303) 296-3131
jlebsack@wsteele.com

1

2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 15th day of November, 2013, a true and correct copy of the foregoing was e-served via CM/ECF to the following:

Brice A. Tondre
215 South Wadsworth Blvd., #500
Lakewood, Colorado  80226
*briceatondrepc@msn.com*

Timothy P. Schimberg
Fowler Schimberg & Flanagan, P.C.
1640 Grant St., Ste. 300
Denver, CO  80203
*t_schimberg@fsf-law.com*

s/Becky Kongs
Becky Kongs
WHITE AND STEELE, P.C.
Dominion Towers, North Tower
600 17th Street, Suite 600N
Denver, CO  80202
Telephone:  (303) 296-2828
Fax:  (303) 296-3131
bkongs@wsteele.com

2