UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT

Plaintiffs,

vs.

CINDY HARDEY,
BOBBIE PRIESTLY,
MONTE GORE
FRED WEBENER and
ASHLEIGH OLDS DIEDRICH,

Defendants
_____

**DEFENDANT OLDS' UNOPPOSED MOTION FOR ADDITIONAL TIME TO
RESPOND TO AMENDED COMPLAINT**
_____

Defendant Ashleigh Olds, through her counsel John Lebsack, respectfully requests a four-day extension through November 19, 2013, in which to respond to the plaintiffs' amended complaint [Docket #22].  In support, Dr. Olds states:

1. Undersigned counsel conferred with plaintiffs' counsel Mr. Tondre, who said he does not object to this relief requested.

2. Plaintiffs filed their amended complaint on November 1, 2013.  Under Fed.R.Civ.P. 15(a)(3), the response is due today.  No previous extensions have been requested.

3. Undersigned counsel has already done considerable analysis and research regarding the amended claims, but reasonably needs another four days in order to prepare an adequate response to the amended complaint.

1

                s:/John Lebsack
                John Lebsack
                WHITE AND STEELE, P.C.
                Dominion Towers, North Tower
                600 17th Street, Suite 600N
                Denver, Colorado  80202
                (303) 296-2828
                Fax No.:  (303) 296-3131
                jlebsack@wsteele.com

CERTIFICATE OF SERVICE

   The undersigned hereby certifies that on this 15th day of November, 2013, a true and correct copy of the foregoing was e-served via CM/ECF to the following:

Brice A. Tondre
215 South Wadsworth Blvd., #500
Lakewood, Colorado  80226
*briceatondrepc@msn.com*

Timothy P. Schimberg
Fowler Schimberg & Flanagan, P.C.
1640 Grant St., Ste. 300
Denver, CO  80203
*t_schimberg@fsf-law.com*

                s/Becky Kongs
                Becky Kongs
                WHITE AND STEELE, P.C.
                Dominion Towers, North Tower
                600 17th Street, Suite 600N
                Denver, CO  80202
                Telephone:  (303) 296-2828
                Fax:  (303) 296-3131
                bkongs@wsteele.com