UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT

Plaintiffs,

vs.

CINDY HARDEY,
BOBBIE PRIESTLY,
MONTE GORE
FRED WEBENER and
ASHLEIGH OLDS DIEDRICH,

Defendants
_____

**ORDER GRANTING DEFENDANT OLDS' MOTION FOR
ADDITIONAL TIME TO RESPOND TO AMENDED COMPLAINT**
_____

THIS MATTER having come before the Court on Defendant Olds' Motion for Additional Time to Respond to Amended Complaint and the Court being advised,

ORDERS that Defendant Olds shall have to November 19, 2013 within which to respond to the Amended Complaint.

Dated this _____ day of November, 2013.

BY THE COURT

_____
United States Magistrate