IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 13‑cv‑02469‑RM‑MJW

RANDALL J. HATLEE, and
RONALD L. SWIFT,

    Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER, and
ASHLEIGH OLDS,

    Defendants.

___

**ORDER DENYING MOTION TO DISMISS (ECF NO. 11) AS MOOT**
___

THIS MATTER comes before the Court on Defendant Ashleigh Olds' (Dr. Olds) Motion to Dismiss (ECF No. 11). Upon consideration of the Motion, the subsequently filed Amended Complaint, Dr. Olds' representation it is unnecessary for the Court to consider her Motion to Dismiss as she will be filing another motion to dismiss to address the claims in the Amended Complaint, and being otherwise fully advised in the premises, it is

ORDERED that the Motion to Dismiss (ECF No. 11) is hereby denied as moot.

DATED this 18th day of November, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge