UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT

Plaintiffs,

vs.

CINDY HARDEY,
BOBBIE PRIESTLY,
MONTE GORE
FRED WEBENER and
ASHLEIGH OLDS DIEDRICH,

Defendants

---

**DEFENDANT OLDS'** *AMENDED* **UNOPPOSED MOTION FOR ADDITIONAL TIME TO RESPOND TO AMENDED COMPLAINT**

---

Defendant Ashleigh Olds, through her counsel John Lebsack, respectfully submits this amended request for a four-day extension through November 19, 2013, in which to respond to the plaintiffs' amended complaint [Docket #22]. In support, Dr. Olds states:

1. This defendant filed a previous request [Docket #25], which the court denied for failure to comply with Local Rule 6.1.E. and Court's Practice Standards IV.E.2 [Docket #27]. This amended motion corrects those problems.

2. Pursuant to Local Rule 7.1.A, undersigned counsel conferred with plaintiffs' counsel Mr. Tondre, who said he does not object to this relief requested.

1

2

3. Plaintiffs filed their amended complaint on November 1, 2013.  Under Fed.R.Civ.P. 15(a)(3), the response was due on November 15, 2013.  No previous extensions have been requested.

4. Undersigned counsel has already done considerable analysis and research regarding the amended claims, but reasonably needs another four days in order to prepare an adequate response to the amended complaint.

5. Pursuant to Local Rule 6.1.E, undersigned counsel is simultaneously serving a copy of this amended motion on his client.

                                               s:/John Lebsack
                                               John Lebsack
                                               WHITE AND STEELE, P.C.
                                               Dominion Towers, North Tower
                                               600 17th Street, Suite 600N
                                               Denver, Colorado  80202
                                               (303) 296-2828
                                               Fax No.:  (303) 296-3131
                                               jlebsack@wsteele.com

<u>CERTIFICATE OF SERVICE</u>

  The undersigned hereby certifies that on this 18th day of November, 2013, a true and correct copy of the foregoing was e-served via CM/ECF to the following:

Brice A. Tondre
215 South Wadsworth Blvd., #500
Lakewood, Colorado  80226
*briceatondrepc@msn.com*

Timothy P. Schimberg
Fowler Schimberg & Flanagan, P.C.
1640 Grant St., Ste. 300
Denver, CO  80203
*t_schimberg@fsf-law.com*

and placed in the U.S. Mail, postage prepaid, addressed to:

Ashleigh Olds, DVM
Aspen Creek Veterinary Hospital
23605 Oehlmann Park Road
Conifer, CO  80433

              s/Becky Kongs
              Becky Kongs
              WHITE AND STEELE, P.C.
              Dominion Towers, North Tower
              600 17th Street, Suite 600N
              Denver, CO  80202
              Telephone:  (303) 296-2828
              Fax:  (303) 296-3131
              bkongs@wsteele.com