UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT

Plaintiffs,

vs.

CINDY HARDEY,
BOBBIE PRIESTLY,
MONTE GORE
FRED WEBENER and
ASHLEIGH OLDS,

Defendants

---

**ORDER GRANTING DEFENDANT OLDS' MOTION TO DISMISS CLAIMS
AGAINST HER IN AMENDED COMPLAINT**

---

THIS MATTER having come before the Court on Defendant Olds' Motion to Dismiss Claims Against Her in Amended Complaint and the Court being advised,

ORDERS that the claims against Dr. Ashleigh Olds are hereby DISMISSED pursuant to Fed.R.Civ.P. 12(6).

Dated this _____ day of November, 2013.

BY THE COURT

_____
United States Magistrate