# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  13-cv-02469-RM-MJW         FTR - Courtroom A-502

**Date:**   December 03, 2013                   Courtroom Deputy, Ellen E. Miller

*Parties*                                                     *Counsel*

RANDALL J. HATLEE and                            Brice A. Tondre
RONALD L. SWIFT,

     Plaintiff(s),

v.

CINDY HARDEY,                                    Timothy P. Schimberg
BOBBI PRIESTLY,                                  John M. Lebsack
MONTE GORE,
FRED WEGENER, and
ASHLEIGH OLDS,

     Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:    RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**   11:00  a.m.
Court calls case.  Appearances  of counsel.
For the purposes of discovery, the parties are noted as "party/party group" as follows:
- Plaintiffs:  Randall J. Hatlee and  Ronald L. Swift
- Hardey defendants:   Cindy Hardey, Bobbi Priestly, Monte Gore, Fred Wegener
- Olds defendant:   Ashleigh Olds

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**

Joinder of Parties/Amendment to Pleadings:   **JANUARY 15, 2014**

Discovery Cut-off:   **JUNE 30, 2014**

Dispositive Motions Deadline:   **JULY 31, 2014**

Each  party/party group shall be limited to four (4) retained expert witnesses, without further leave of Court.
Parties shall designate experts **on or before APRIL 01, 2014**
Parties shall designate rebuttal experts   **on or before   MAY 01, 2014**
The disclosure of Experts shall be consistent with  Fed. R. Civ. P. 26(a)2(B).

Interrogatories,  Requests for Production, and Requests for Admissions shall be served on or before    **MAY 29, 2014.**
Each party/party group shall be limited to twenty-five (25) Interrogatories, twenty-five (25) Requests for Production,   and   twenty-five (25)  Requests for Admissions, without leave of Court.

Each side shall be limited to ten (10) depositions.  Each deposition shall be limited  to  one (1) day of a maximum of seven (7) hours, absent leave of Court.  All depositions, fact and expert witnesses, shall be completed **no later than  JUNE 30, 2014.**
Parties shall use deposition exhibits numbered in consecutive order, not separated as Plaintiff Exhibits  or Defendant Exhibits.


**FINAL PRETRIAL CONFERENCE** set for   **OCTOBER 01, 2014   at   9:00 a.m.**
in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.
The proposed final pretrial order shall be filed  **on or before  SEPTEMBER 24, 2014**.
In accordance with Fed.R.Civ.P. 16(e), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

**TRIAL:**
The parties anticipate a seven (7) day trial to a jury.
Judge Raymond P. Moore will set a Trial Preparation Conference and Trial at a future date.
● **Parties are directed to** www.cod.uscourts.gov **regarding Judicial Officers' Procedures and shall fully comply with the procedures and Practice Standards of the judicial officer assigned to try this case on the merits.**

Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid current photo identification.  See D.C.COLO.LCivR 83.2B.  Failure to comply with this requirement may result in denial of entry to the courthouse.

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made FIVE (5) business days in advance of the date of appearance.

Counsel are reminded that a new edition of local rules D.C.COLO.LCivR is in effect as of DECEMBER 01, 2013.


**[X]**   Scheduling Order is signed and entered  with interlineations   **DECEMBER 03, 2013**


Hearing concluded.

**Court in recess:**     11:28 a.m.         Total in-court time: 00:28

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free   1-800-962-3345.