UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT

Plaintiffs,
vs.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE
FRED WEGENER and
ASHLEIGH OLDS,

Defendants.
_____

**UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER**
_____

NOW COME the Plaintiffs, Randall J. Hatlee and Ronald L. Swift, by and through their attorney, Brice A. Tondre, and for their motion to modify scheduling order [#34] state:

**I.     CERTIFICATE OF CONFERENCE**

Counsel for all parties have conferred and agree that the modification of the Scheduling Order [#34] requested herein is necessary in order to properly prepare this case for trial.

**II.    PRESENT SCHEDULE**

The present schedule is as follows:

      04/01/14      Designate experts

      05/01/14      Designate rebuttal experts

      06/30/14      Discovery cutoff

1

      07/31/14      Dispositive motion deadline

      10/01/14      Pretrial conference

### III. REQUESTED MODIFICATION

In is requested that the schedule be modified to provide as follows:

      06/01/14      Designate experts

      07/01/14      Designate rebuttal experts

      08/31/14      Discovery cutoff

      09/30/14      Dispositive motion deadline

Pretrial conference to be reset on the Court's docket

### IV. REASON FOR MODIFICATION

This case is difficult to prepare because there are so many professionals, animal rights advocates and interested persons who are non-parties with relevant information. We are having difficulty taking depositions because the non-party deponents are retaining counsel which inevitably causes delays because of conflicting calendars. This has interfered with the ability of the parties to gather information needed to obtain expert reports.

Non-party professionals are asserting privacy issues with which we must deal. Non-party professionals are pointing fingers at other professionals which is causing apprehension among professionals. Animal rights advocates are accusing professionals of violating state law causing further apprehension.

Responsibility of Routt County is a looming issue which must be investigated.

Another complication is there is no record of the third day of the underlying trial which is when much of the expert testimony took place.

2

This is an important case which claims that animal protection practices are trampling the Fourth Amendment to the Constitution. The requested modification is essential to preparation of this case.

Wherefore, Plaintiff prays that the requested modification be approved.

/s/ Brice A. Tondre

_____
Brice A. Tondre
215 South Wadsworth Blvd., #500
Lakewood, Colorado   80226
Telephone:  303-296-3300
Facsimile: 303-238-5310
briceatondrepc@msn.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of March, 2014, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will serve a copy of the filing on the following:

Timothy P. Schimberg
t_schimberg@fsf-law.com

Andrea M. Bronson
a_bronson@fsf-law.com

John Lebsack
jlebsack@wsteele.com

and to Plaintiffs at randall.hatlee@yahoo.com

/s/ Brice A. Tondre

_____

3