IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGNER, and
ASHLEIGH OLDS,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiffs' Unopposed Motion to Modify Scheduling Order (Docket No. 37) is GRANTED. The Scheduling Order (Docket No. 34) is amended as follows:

Designate experts: June 2, 2014;
Designate rebuttal experts: July 1, 2014;
Discovery cutoff: August 29, 2014;
Dispositive motion deadline: September 30, 2014.

It is FURTHER ORDERED that the Final Pretrial Conference set for October 1, 2014 at 9:00 a.m. is VACATED. The Final Pretrial Conference is RESET for November 25, 2014 at 10:00 a.m. The proposed pretrial order shall be filed on or before November 18, 2014.

Date: March 21, 2014