IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     13-cv-02469-RPM-MJW

RANDALL J. HATLEE,
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER,
ASHLEIGH OLDS,

Defendants.

## NOTICE OF WITHDRAWAL OF ANDREA M. BRONSON AS COUNSEL FOR DEFENDANTS CINDY HARDEY, BOBBI PRIESTLY, MONTE GORE, AND FRED WEGENER

Andrea M. Bronson, No. 40620, hereby withdraws as counsel for Defendants Cindy Hardey, Bobbi Priestly, Monte Gore, and Fred Wegener.  Timothy P. Schimberg of Fowler, Schimberg & Flanagan, P.C., continues to represent Defendants Cindy Hardey, Bobbi Priestly, Monte Gore, and Fred Wegener.

Respectfully submitted this 20th day of June, 2014.

        FOWLER, SCHIMBERG & FLANAGAN, P.C.

        *(Original signature on file at the office of Fowler, Schimberg & Flanagan, P.C.)*

        */s/ Andrea M. Bronson*
        Timothy P. Schimberg
        Andrea M. Bronson

        FOWLER, SCHIMBERG & FLANAGAN, P.C.
        1640 Grant Street, Suite 150
        Denver, Colorado 80203
        (303) 298-8603

        ATTORNEYS FOR DEFENDANTS CINDY HARDEY, BOBBI PRIESTLY, MONTE GORE, AND FRED WEGENER

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2014, I caused a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF ANDREA M. BRONSON AS COUNSEL FOR DEFENDANTS CINDY HARDEY, BOBBI PRIESTLY, MONTE GORE, AND FRED WEGENER** to be filed via the ECF system, with notice of same being electronically served to the following:

| | |
|---|---|
| Brice A. Tondre, Esq. | John M. Lebsack, Esq. |
| Brice A. Tondre, P.C. | White and Steele, P.C. |
| 215 S. Wadsworth Blvd., Ste. 500 | 600 17th Street, Ste. 600N |
| Lakewood, CO 80226-1566 | Denver, CO 80202 |
| *Attorney for Plaintiffs* | *Attorney for Defendant Ashleigh Olds* |

*/s/ Leslie Johnson*
Leslie Johnson