IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     13-cv-02469-RPM-MJW

RANDALL J. HATLEE,
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER,
ASHLEIGH OLDS,

Defendants.

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS CINDY HARDEY, BOBBI PRIESTLY, MONTE GORE, AND FRED WEGENER**

Andrea M. Bronson, No. 40620, formerly of Fowler, Schimberg & Flanagan, P.C., hereby moves this Court for an Order approving withdrawal of Andrea M. Bronson as counsel of record for Defendants Cindy Hardey, Bobbi Priestly, Monte Gore, and Fred Wegener and in support of her Motion respectfully represents as follows:

1. Andrea M. Bronson was an associate at the law firm of Fowler, Schimberg & Flanagan, P.C. when she entered her appearance on behalf of Defendants Cindy Hardey, Bobbi Priestly, Monte Gore, and Fred Wegener.

2. As of June 20, 2014, Ms. Bronson is no longer affiliated with Fowler, Schimberg & Flanagan, P.C.

3. No parties will be prejudiced by the withdrawal of Ms. Bronson.

4. Representation of the client will continue through Timothy P. Schimberg of the law firm of Fowler, Schimberg & Flanagan, P.C., and Defendants Cindy Hardey, Bobbi Priestly, Monte Gore, and Fred Wegener will be unaffected by the withdrawal of Ms. Bronson.

WHEREFORE, undersigned respectfully requests that this Court enter its order permitting her to withdraw from the representation of Defendants Cindy Hardey, Bobbi Priestly, Monte Gore, and Fred Wegener and ordering that she have no further responsibility for representing Defendants Cindy Hardey, Bobbi Priestly, Monte Gore, and Fred Wegener in this civil action.

Respectfully submitted this 20th day of June, 2014.

FOWLER, SCHIMBERG & FLANAGAN, P.C.

*(Original signature on file at the office of Fowler, Schimberg & Flanagan, P.C.)*

*/s/ Andrea M. Bronson*
Timothy P. Schimberg
Andrea M. Bronson

FOWLER, SCHIMBERG & FLANAGAN, P.C.
1640 Grant Street, Suite 150
Denver, Colorado 80203
(303) 298-8603

ATTORNEYS FOR DEFENDANTS CINDY HARDEY, BOBBI PRIESTLY, MONTE GORE, AND FRED WEGENER

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2014, I caused a true and correct copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS CINDY HARDEY, BOBBI PRIESTLY, MONTE GORE, AND FRED WEGENER** to be filed via the ECF system, with notice of same being electronically served to the following:

| | |
|---|---|
| Brice A. Tondre, Esq. | John M. Lebsack, Esq. |
| Brice A. Tondre, P.C. | White and Steele, P.C. |
| 215 S. Wadsworth Blvd., Ste. 500 | 600 17th Street, Ste. 600N |
| Lakewood, CO 80226-1566 | Denver, CO 80202 |
| *Attorney for Plaintiffs* | *Attorney for Defendant Ashleigh Olds* |

*/s/ Leslie Johnson*
Leslie Johnson