IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     13-cv-02469-RPM-MJW

RANDALL J. HATLEE,
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER,
ASHLEIGH OLDS,

Defendants.

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS CINDY HARDEY, BOBBI PRIESTLY, MONTE GORE, AND FRED WEGENER

BEFORE ME is the Motion to Withdraw as Counsel for Defendants Cindy Hardey, Bobbi Priestly, Monte Gore, and Fred Wegener.  Having reviewed the Motion and being fully advised in the premises therefore, IT IS HEREBY ORDERED that the Motion is GRANTED. Andrea M. Bronson is permitted to withdraw as attorney of record for Defendants Cindy Hardey, Bobbi Priestly, Monte Gore, and Fred Wegener.

DATED: _____                    BY THE COURT

                                                                            _____
                                                                            United States District Court Judge