IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGNER, and
ASHLEIGH OLDS,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Andrea M. Bronson's Motion to Withdraw as Counsel for Defendants Cindy Hardey, Bobbi Priestly, Monte Gore, and Fred Wegner (Docket No. 41) is GRANTED.  Andrea M. Bronson shall be permitted to withdraw as counsel for Defendants Cindy Hardey, Bobbi Priestly, Monte Gore, and Fred Wegner.  The Clerk is directed to remove Andrea M. Bronson from electronic notification in this matter.

Date: June 23, 2014