UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT

Plaintiffs,
vs.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE
FRED WEGENER and
ASHLEIGH OLDS,

Defendants.
_____

**UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER**
_____

NOW COME the Plaintiffs, Randall J. Hatlee and Ronald L. Swift, by and through their attorney, Brice A. Tondre, and for their motion to modify scheduling order [#39] state:

### I.  CERTIFICATE OF CONFERENCE

Counsel for Plaintiff has conferred with counsel for the Defendants regarding the modification of the Scheduling Order [#39] requested by this motion. Counsel for Defendants do not disagree with the relief requested herein but do not agree with some statements set forth below.

### II.  PRESENT SCHEDULE

The present schedule is as follows:

        08/29/14     Discovery cutoff

        09/30/14     Dispositive motion deadline

1

        11/18/14        Proposed Pretrial Order due

        11/25/14        Pretrial Conference-10:00 a.m.

### III.  REQUESTED MODIFICATION

It is requested that the schedule be modified to provide as follows:

        10/31/14        Discovery cutoff

        12/01/14        Dispositive motion deadline

Pretrial conference to be reset on the Court's docket

### IV.  REASON FOR MODIFICATION

This case has been difficult to prepare because there are so many professionals, animal rights advocates and interested persons who are non-parties with relevant information. We have been delayed in taking depositions because a number of non-party deponents retained counsel which inevitably caused delays because of conflicting calendars. The sheriff's campaign for re-election has also contributed to the inability to complete discovery.

Non-party professionals asserted privacy issues which delayed important depositions. Non-party professionals are pointing fingers at other professionalswhich is causing apprehension among professionals. Animal rights advocates are accusing professionals of violating state law causing further apprehension. This caused delays in important depositions.

The delayed deposition of the sheriff has given rise to the need to discover the involvement of the Colorado Department of Agriculture in training animal control officers.

These delays in fact discovery have delayed the taking the depositions. No expert depositions have been taken.

This is an important case which claims that animal protection practices are trampling well

2

known rights under the Fourth Amendment to the Constitution. The requested modification is essential to preparation of this case.

Wherefore, Plaintiffs pray that the requested modification be approved.

/s/ Brice A. Tondre

_____
Brice A. Tondre
215 South Wadsworth Blvd., #500
Lakewood, Colorado   80226
Telephone:  303-296-3300
Facsimile: 303-238-5310
briceatondrepc@msn.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of August, 2014, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will serve a copy of the filing on the following:

Timothy P. Schimberg
t_schimberg@fsf-law.com

John Lebsack
jlebsack@wsteele.com

and to Plaintiffs at randall.hatlee@yahoo.com

/s/ Brice A. Tondre

_____

3