IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGNER, and
ASHLEIGH OLDS,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that plaintiffs' Unopposed Motion to Modify Scheduling Order (Docket No. 44) is GRANTED. The Scheduling Order (Docket No. 34) is amended as follows:

    Discovery cutoff: October 31, 2014;
    Dispositive motion deadline: December 1, 2014.

    It is FURTHER ORDERED that the Final Pretrial Conference set for November 25, 2014 at 10:00 a.m. is VACATED. The Final Pretrial Conference is RESET for January 26, 2015 at 9:30 a.m. The proposed pretrial order shall be filed on or before January 20, 2015.

Date: August 20, 2014