FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT

Plaintiffs,

vs.

CINDY HARDEY,
BOBBIE PRIESTLY,
MONTE GORE
FRED WEGENER and
ASHLEIGH OLDS,

Defendants

---

**UNOPPOSED MOTION BY DEFENDANT OLDS TO EXTEND DISCOVERY CUTOFF FOR LIMITED PURPOSE**

---

Defendant Ashleigh Olds, through her counsel John Lebsack, moves to modify the Scheduling Order (Docket No. 37, as modified by Docket Nos. 39 and 46) to extend the discovery cutoff to November 30, 2014, for these reasons.

1. Pursuant to D.C.Colo.LCivR7.1(a), undersigned counsel conferred about this motion with counsel for the other parties. Mr. Tondre and Mr. Schimberg have no objection to this extension of the discovery deadline.

2. The current discovery cutoff is October 31, 2014 (Docket No. 46). The parties have diligently conducted depositions, but because of scheduling difficulties, there are five witnesses who cannot be deposed before the current discovery cutoff. Those witnesses are Dr. Jena Questen, Martin Van Poolen, Kirsten LeBeau, Chet Lawrence, and Peter Petlach.

3. Dr. Questen was deposed on October 16, 2014, but we were not able to finish all questions that day. We adjourned the deposition and then looked for a date to finish it. Because of the schedules of the lawyers and Dr. Questen, the earliest date we can find to conclude the deposition is November 10, 2014.

4. The depositions of Mr. Van Poolen and Ms. LeBeau were originally noticed for August 13, 2014. Due to miscommunication, the depositions had to be postponed to October 7, 2014; amended notices were issued. On October 6, Mr. Van Poolen informed plaintiff's counsel of a death in the family that prevented Mr. Van Poolen and Ms. LeBeau from going ahead with the depositions on October 7. We have now re-scheduled their depositions for November 18, 2014.

5. Depositions of two other witnesses, Chet Lawrence and Peter Petlach, may be necessary. To allow time for their deposition, an extension is requested until November 30, 2014.

6. Because of the limited scope of the additional discovery, no change is requested in regard to the other deadlines in the Scheduling Order as modified (Docket No. 37, as modified by Docket No. 39 and Docket No. 46).

For these reasons, Defendant Olds asks the Court to modify the Scheduling Order to extend the discovery cutoff to November 30, 2014.

s:/John Lebsack
John Lebsack
WHITE AND STEELE, P.C.
Dominion Towers, North Tower
600 17th Street, Suite 600N
Denver, Colorado  80202
(303) 296-2828
Fax No.:  (303) 296-3131
jlebsack@wsteele.com

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 30th day of October, 2014, a true and correct copy of the foregoing was e-served via CM/ECF to the following:

Brice A. Tondre
215 South Wadsworth Blvd., #500
Lakewood, Colorado  80226
*briceatondrepc@msn.com*

Timothy P. Schimberg
Fowler Schimberg & Flanagan, P.C.
1640 Grant St., Ste. 300
Denver, CO  80203
*t_schimberg@fsf-law.com*

                                    s/Becky Kongs
                                    Becky Kongs
                                    WHITE AND STEELE, P.C.
                                    Dominion Towers, North Tower
                                    600 17th Street, Suite 600N
                                    Denver, CO  80202
                                    Telephone:  (303) 296-2828
                                    Fax:  (303) 296-3131
                                    bkongs@wsteele.com