IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGNER, and
ASHLEIGH OLDS,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Motion by Defendant Olds to Extend Discovery Cutoff For Limited Purpose (Docket No. 47) is GRANTED for good cause shown. The Scheduling Order (Docket No. 34) is amended to extend the discovery cutoff to November 30, 2014 for the sole purpose of finishing the deposition of Dr. Jena Questen and conducting the depositions of Martin Van Poolen, Kirsten LeBeau, Chet Lawrence, and Peter Petlach. All other discovery shall be completed by October 31, 2014.

Date: October 30, 2014