UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT

Plaintiffs,
vs.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE
FRED WEGENER and
ASHLEIGH OLDS,

Defendants.
_____

**UNOPPOSED MOTION FOR SETTLEMENT CONFERENCE**
_____

Now come the Plaintiffs, by and through their attorney, and request that this matter be set for a settlement conference with United States Magistrate Judge Michael J. Watanabe and in support thereof state:

**CERTIFICATE OF CONFERENCE:** Counsel for the parties have conferred with one another and with their respective clients. All agree that the time has come to walk the noble road of compromise.

1. One deposition remains to be taken. It is presently noticed for November 18, 2014.

2. The pretrial order is due on January 20, 2015.

3. It would be ideal to have a settlement conference before the work necessary to

1

preparation of a pretrial order is done.

Wherefore, Plaintiff prays that a settlement conference be set at the Court's earliest convenience.

/s/ Brice A. Tondre

_____
Brice A. Tondre
215 South Wadsworth Blvd., #500
Lakewood, Colorado   80226
Telephone:  303-296-3300
Facsimile: 303-238-5310
briceatondrepc@msn.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of November, 2014, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will serve a copy of the filing on the following:

Timothy P. Schimberg
t_schimberg@fsf-law.com

John Lebsack
jlebsack@wsteele.com

/s/ Brice A. Tondre

_____

2