IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT,

    Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER and
ASHLEIGH OLDS,

    Defendants.

---

## ORDER

---

This matter comes before the Court on the Unopposed Motion for Settlement Conference (ECF No. 50). The Court finds good cause to grant such motion. It is therefore

**ORDERED** that the Unopposed Motion for Settlement Conference (ECF No. 50) is granted. Magistrate Judge Watanabe is authorized to conduct a settlement conference in this case.

DATED this 17th day of November, 2014.

                                                BY THE COURT:

                                                RAYMOND P. MOORE
                                                United States District Judge