IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGNER, and
ASHLEIGH OLDS,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

   Upon speaking with John Lebsack, counsel for Defendant Olds, who represented that he had conferred with counsel for all parties and that he spoke on behalf all parties as to this question, it is hereby ORDERED that the Settlement Conference set for January 7, 2015, at 1:30 PM is VACATED and RE-SET for Thursday, January 22, 2015, at 1:30 PM.  The parties' settlement statements shall be transmitted to the Court no later than Thursday, January 15, 2015.

Date: November 18, 2014