FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT

Plaintiffs,

vs.

CINDY HARDEY,
BOBBIE PRIESTLY,
MONTE GORE
FRED WEGENER and
ASHLEIGH OLDS,

Defendants
_____

## UNOPPOSED MOTION BY DEFENDANT OLDS TO EXTEND DISPOSITIVE MOTION DEADLINE
_____

Defendant Ashleigh Olds, through her counsel John Lebsack, moves to modify the Scheduling Order (Docket No. 37, as modified by Docket Nos. 39 and 46) to extend the dispositive motion deadline by two weeks to December 15, 2014, for these reasons.

1. Pursuant to D.C.Colo.LCivR7.1(a), undersigned counsel conferred about this motion with counsel for the other parties.  Mr. Tondre and Mr. Schimberg have no objection to this extension of the deadline for dispositive motions.

2. The current dispositive motion deadline is December 1, 2014 (Docket No. 46).

3. This defendant was preparing to file a dispositive motion by the current deadline, but the lawyer who was assisting undersigned counsel with drafting the motion has developed health problems that make it impossible for her to continue to do that work, so her work on the motion had to be re-assigned to another lawyer.  Because of

       the re-assignment, an additional two weeks is reasonably necessary to prepare the motion.

For these reasons, Defendant Olds asks the Court to modify the Scheduling Order to extend the dispositive motion deadline to December 15, 2014.

                                               s/John Lebsack
                                               John Lebsack
                                             WHITE AND STEELE, P.C.
                                             Dominion Towers, North Tower
                                             600 17th Street, Suite 600N
                                             Denver, Colorado  80202
                                             (303) 296-2828
                                             Fax No.:  (303) 296-3131
                                             jlebsack@wsteele.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of November, 2014, a true and correct copy of the foregoing was e-served via CM/ECF to the following:

Brice A. Tondre
215 South Wadsworth Blvd., #500
Lakewood, Colorado  80226
*briceatondrepc@msn.com*

Timothy P. Schimberg
Fowler Schimberg & Flanagan, P.C.
1640 Grant St., Ste. 300
Denver, CO  80203
*t_schimberg@fsf-law.com*

s/Charlene Falk
Charlene Falk
WHITE AND STEELE, P.C.
Dominion Towers, North Tower
600 17th Street, Suite 600N
Denver, CO  80202
Telephone:  (303) 296-2828
Fax:  (303) 296-3131
cfalk@wsteele.com
