IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGNER, and
ASHLEIGH OLDS,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion by Defendant Olds to Extend Dispositive Motion Deadline (Docket No. 54) is GRANTED for good cause shown. The Scheduling Order (Docket No. 34) is AMENDED such that the dispositive motion deadline is extended to December 15, 2014.

Date: November 20, 2014