**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.      13-cv-02469-RPM-MJW

RANDALL J. HATLEE,
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER,
ASHLEIGH OLDS,

Defendants.

---

**PARK COUNTY DEFENDANTS' UNOPPOSED MOTION TO EXTEND
DISPOSITIVE MOTION DEADLINE**

---

Park County Defendants, Cindy Hardey, Bobbi Priestly, Monte Gore and Fred Wegener, by and through their attorney, Timothy P. Schimberg of Fowler, Schimberg & Flanagan, P.C., hereby moves to modify the Scheduling Order [Doc. No. 37, as modified by Doc. Nos. 39 and 46] to extend the dispositive motion deadline by two weeks, up to and including, December 15, 2014, for the following reasons:

1.      **D.C.COLO.LCivR 7.1(a) Certification:** Undersigned counsel has conferred with all counsel in the case regarding the relief requested. Mr. Tondre and Mr. Lebsack have no objection to this requested extension for the reasons stated below.

2. Undersigned counsel has been out of the office for the prior 6 days due to a death in the family requiring a trip to the State of Iowa.

3. Prior to leaving, it was the understanding of undersigned counsel that co-Defendant Olds' identical motion [Doc. No. 54] was to include these Defendants.

4. Due to undersigned counsel being out of the office for family matters, these Defendants respectfully request an identical extension of time, up to and including December 15, 2014, to file their dispositive motions.

WHEREFORE, for the above stated reasons, Park County Defendants respectfully request the court to modify the Scheduling Order to extend the dispositive motion deadline, as to them, up to and including December 15, 2014.

Respectfully submitted this 24th day of November, 2014.

*(Original signature on file at the offices of Fowler, Schimberg & Flanagan, P.C.)*

/s/ *Timothy P. Schimberg*

Timothy P. Schimberg

FOWLER, SCHIMBERG & FLANAGAN, P.C.
1640 Grant Street, Suite 150
Denver, Colorado 80203
(303) 298-8603

ATTORNEY FOR DEFENDANTS CINDY HARDEY, BOBBI PRIESTLY, MONTE GORE, AND FRED WEGENER

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of November, 2014, I caused a true and correct copy of the foregoing **PARK COUNTY DEFENDANTS' UNOPPOSED MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE** to be filed via the ECF system, with notice of same being electronically served to the following:

| | |
|---|---|
| Brice A. Tondre, Esq. | John M. Lebsack, Esq. |
| Brice A. Tondre, P.C. | White and Steele, P.C. |
| 215 S. Wadsworth Blvd., Ste. 500 | 600 17th Street, Ste. 600N |
| Lakewood, CO 80226-1566 | Denver, CO 80202 |
| *Attorney for Plaintiffs* | *Attorney for Defendant Ashleigh Olds* |

*(Original signature on file at the offices of Fowler, Schimberg & Flanagan, P.C.)*

/s/ *Kala Cyganiewicz*

Kala Cyganiewicz

3