## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.     13-cv-02469-RPM-MJW

RANDALL J. HATLEE,
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER,
ASHLEIGH OLDS,

Defendants.

## ORDER RE:  PARK COUNTY DEFENDANTS' UNOPPOSED MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

BEFORE ME is Park County Defendants' Unopposed Motion to Extend Dispositive Motion Deadline.  Having reviewed the Motion and being fully advised in the premises therefore,

IT IS HEREBY ORDERED that the Motion is **GRANTED** and Park County Defendants shall have up to, and including, December 15, 2014, to file their dispositive motions.

Dated this _____ day of November, 2014.

BY THE COURT:

_____
U.S. District Court Judge