IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGNER, and
ASHLEIGH OLDS,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Park County Defendants' Unopposed Motion to Extend Dispositive Motion Deadline (Docket No. 57) is GRANTED for good cause shown. The Court had intended its November 20th minute order (Docket No. 56) to apply to all parties. According, the Scheduling Order (Docket No. 34) is AMENDED such that the dispositive motion deadline is extended to December 15, 2014 as to all parties.

Date: November 24, 2014