UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT

Plaintiffs,

vs.

CINDY HARDEY,
BOBBIE PRIESTLY,
MONTE GORE
FRED WEBENER and
ASHLEIGH OLDS,

Defendants
_____

**ENTRY OF APPEARANCE
ON BEHALF OF ASHLEIGH OLDS**
_____

Adam Goldstein enters his appearance on behalf of Defendant Ashleigh Olds in the above-referenced matter.

DATED this 15th day of DECEMBER, 2014.

s:/Adam Goldstein
John Lebsack
Adam Goldstein
WHITE AND STEELE, P.C.
600 17th Street, Suite 600N
Denver, Colorado  80202
(303) 296-2828
Fax No.:  (303) 296-3131
jlebsack@wsteele.com
agoldstein@wsteele.com


**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that on this 15th day of December, 2014, a true and correct copy of the foregoing was e-served via CM/ECF to the following:

Brice A. Tondre
215 South Wadsworth Blvd., #500
Lakewood, Colorado  80226
*briceatondrepc@msn.com*

Timothy P. Schimberg
Fowler Schimberg & Flanagan, P.C.
1640 Grant St., Ste. 300
Denver, CO  80203
*t_schimberg@fsf-law.com*

                   s/Becky Kongs
                   Becky Kongs
                   WHITE AND STEELE, P.C.
                   Dominion Towers, North Tower
                   600 17th Street, Suite 600N
                   Denver, CO  80202
                   Telephone:  (303) 296-2828
                   Fax:  (303) 296-3131
                   bkongs@wsteele.com