# Exhibit D

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE
AND RONALD L. SWIFT,

Plaintiffs,

vs.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEBENER,
and ASHLEIGH OLDS,

Defendants.
------------------------------------------------------------
DEPOSITION OF MONTE GORE
June 24, 2014
------------------------------------------------------------

                              Deposition location:
                              825 Clark Street Road
                              Fairplay, Colorado

APPEARANCES:

    Brice A. Tondre, Esq.
    BRICE A. TONDRE, P.C.
    215 South Wadsworth Boulevard, #500
    Lakewood, Colorado  80226

                              For the Plaintiffs.
    John Lebsack, Esq.
    WHITE and STEELE, P.C.
    Dominion Towers
    600 17th Street, Suite 600N
    Denver, Colorado  80202
                              For the Defendant, Olds.

```
 1                    MONTE GORE,

 2 being first duly sworn to state the truth, the whole

 3 truth, and nothing but the truth, testified under oath as

 4 follows:

 5                    EXAMINATION

 6 BY MR. TONDRE:

 7          Q    State your name, please, sir.

 8          A    Monte Kevin Gore.

 9          Q    And your occupation, Mr. Gore?

10          A    I'm the undersheriff of the Park County

11 Sheriff's Office.

12          Q    What are the duties of the undersheriff?

13          A    Basically, I'm second in command, and I

14 supervise all the divisions under -- in the Park County

15 Sheriff's Office.

16          Q    What -- what is involved in your

17 supervision of the animal cruelty division?

18          A    That's one of the divisions under my

19 command, but primarily I leave the animal control

20 issues to Captain Bonnelycke and Sergeant Priestly.

21          Q    What's your educational background?

22          A    Excuse me?

23          Q    What's your educational background?

24          A    I graduated with honors from St. John's

25 University with a 4.0 GPA.  I graduated from the
```

1          Q   (BY MR. TONDRE) Read -- read that

2 paragraph to yourself, and then I'll ask you some

3 questions about it.

4             MR. SCHIMBERG:  Where were you reading?

5     A   Beginning:  "On February 19th"?

6     Q   (BY MR. TONDRE) "On February 19th, 2012 I

7 received a telephone call."

8             MR. SCHIMBERG:  Thanks.

9     A   Okay.

10         Q   (BY MR. TONDRE) Do you recall making

11 that -- or did you make the telephone call referenced

12 there?

13     A   Yes.

14         Q   And do you recall from whom you received

15 telephone calls that promoted you to make this call?

16     A   I was inundated with telephone calls.

17 I'm not specifically sure who all called me.

18         Q   How about emails, were you receiving

19 emails also?

20     A   I was.

21         Q   Did you have -- would they come to the

22 general sheriff's number or was there an animal control

23 number; do you know?

24     A   As I recall, Sergeant Priestly informed

25 me that the animal control folks were being inundated

1 with calls.  And were -- were for the most part

2 dysfunctional dealing with the amount of telephone

3 calls that they were receiving.  So I took that as the

4 PIO for the department, I took -- started taking those

5 calls.

6          Q    What's a PIO?

7          A    Public information officer.

8          Q    Oh, okay.  Now, you say you were

9 inundated.  You got any estimate as to how many emails

10 and telephone calls you received?

11         A    A bunch.  More than I've ever received on

12 any other case.

13         Q    Did you get any sense of what the -- I

14 take it the callers and the writers weren't calling to

15 thank you for anything, were they?

16         A    You know, I ended up listening to a lot

17 of folks.  People were very upset over the situation.

18 I diffused a lot of the folks and talked to them, spent

19 hours on the phone.  And as a result of some of that

20 communication, I did become concerned -- as I recall,

21 the most significant thing that I became concerned

22 about was that there was talk or information or

23 statements that there might -- that there was possibly

24 going to be a -- an attempt at horse rescue at the Echo

25 Valley Ranch.

1          Q    Did you make any effort to identify the

2 makers of those calls?

3          A    A lot of the folks made anonymous calls

4 and left messages.  A lot of the information that I

5 received, I didn't -- as I recall, I didn't get a

6 serious-type threat.  It was more concern that we

7 needed to avoid a potential problem.

8               That's when I contacted Sergeant Priestly

9 and suggested that she contact Mr. Swift and Hatlee and

10 see if we could move the horses to an undisclosed

11 location.  And I thought that that would diffuse the

12 situation.

13         Q    Did it?

14         A    It did.  Most certainly.

15         Q    Wasn't there an outcry about moving the

16 horses rather than seizing them?

17              MR. SCHIMBERG:  You know, let me object

18 to form.  Go ahead and answer.

19         A    I'm not sure I understand your question,

20 Mr. Tondre.

21         Q    (BY MR. TONDRE) Well, what I'm searching

22 for is did -- did you receive any complaints that --

23 complaints about the fact that the horses had been

24 moved to a secret location rather than seized by the

25 county?

1 time.

2          Q    Did you get the impression that he felt

3 he was a better investigator than what the sheriff's

4 department had?

5          A    I -- I recall, I think, him stating that

6 he was a good investigator.  And I think -- well, I do

7 recall something to that effect.

8          Q    Do you recall him saying that he was

9 developing some witnesses who would testify that Hatlee

10 and Swift were staging their place for the weekly

11 welfare visits?

12         A    I vaguely remember something along those

13 lines.

14         Q    When the horses were seized on

15 February 23, 2012, you were present during the course

16 of loading the horses right?

17         A    That's correct.

18         Q    And what took the undersheriff to a

19 seizure like that?

20         A    As I recall, we had a lot of stuff going

21 on in the office that day.  And I think I was asked by

22 Sergeant Priestly to accompany them out there to serve

23 the -- the seizure warrant.

24         Q    Did you participate in the actual loading

25 of the animals?