# EXHIBIT E

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE
and RONALD L. SWIFT,

Plaintiffs,

vs.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER,
and ASHLEIGH OLDS,

Defendants.
----------------------------------------------------------
DEPOSITION OF FRED WEGENER
July 24, 2014
----------------------------------------------------------

Deposition location:
9998 Havekost Road
Conifer, Colorado  80433

APPEARANCES:

    Brice A. Tondre, Esq.
    BRICE A. TONDRE, P.C.
    215 South Wadsworth Boulevard, #500
    Lakewood, Colorado  80226

                            For the Plaintiffs.

    John Lebsack, Esq.
    WHITE and STEELE, P.C.
    Dominion Towers
    600 17th Street, Suite 600N
    Denver, Colorado  80202

                            For the Defendant, Olds.

1                     FRED WEGENER,

2 being first duly sworn to state the truth, the whole

3 truth, and nothing but the truth, testified under oath as

4 follows:

5                     EXAMINATION

6 BY MR. TONDRE:

7          Q    State your name for the record, please.

8          A    Fred Wegener.  W-e-g-e-n-e-r.

9          Q    And your present occupation?

10         A    Sheriff, Park County.

11         Q    How long have you been Sheriff for Park

12 County?

13         A    I'm in my 16th year.

14         Q    You're presently involved in a campaign

15 for another term, correct?

16         A    Another term, that's correct.

17         Q    I want to concentrate on the office as it

18 existed in 2012 since that's what brings us here.  So

19 I'll be directing my attention to that area.

20              Did you do anything in preparation for

21 your deposition?

22         A    Talked to my legal counsel.

23         Q    Did you read any documents, depositions,

24 or things of that nature?

25         A    The affidavit that was filed in federal