# EXHIBIT F

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT

Plaintiffs,

vs.

CINDY HARDEY,
BOBBIE PRIESTLY,
MONTE GORE
FRED WEBENER and
ASHLEIGH OLDS,

Defendants

---

## AFFIDAVIT OF ASHLEIGH OLDS, DVM, IN SUPPORT OF
## DEFENDANT OLDS' MOTION FOR SUMMARY JUDGMENT

---

STATE OF COLORADO          )
                           ) ss.
COUNTY OF _Jefferson_      )

The undersigned Ashleigh Olds, DVM, being of lawful age and being duly sworn, states as

follows:

      1.    I am over the age of eighteen and in all ways competent to make this Affidavit.

      2.    I am a veterinarian licensed in Colorado.  I am the owner of the Aspen Creek

Veterinary Hospital.  Approximately 95% of my practice focuses on horses.

      3.    I am not and never have been an employee or agent of the Sheriff's Office of Park

County, Colorado.

4.    My involvement in matters concerning the horses at issue began on February 15, 2012, when I was asked if Aspen Creek Veterinary Hospital would care for a horse that Routt County was impounding in Park County.

5.    My only visit to Echo Valley Ranch in connection with this matter was on February 16, 2012.

6.    The horses Maggie, Bear, and "The Six Horses" at issue (Lena, Fiona, Echo, Midnight, Chance, and River) were far too thin when I observed them at Echo Valley Ranch on February 16, 2012.

7.    Photographs of Maggie that I recognize as having been taken at Echo Valley Ranch on February 16, 2012 are attached to Defendant Olds' Separate Statement of Undisputed Materials Facts as **Exhibit K**.  Those photos accurately depict what I saw at Echo Valley Ranch on February 16, 2012.

8.    Photographs of Bear that I recognize as having been taken on February 16, 2012 are attached to Defendant Olds' Separate Statement of Undisputed Materials Facts as **Exhibit L**.  These photos accurately depict what I saw at Echo Valley Ranch on February 16, 2012.

9.    Photographs of The Six Horses that I recognize as having been taken at Echo Valley Ranch on February 16, 2012 are attached to Defendant Olds' Separate Statement of Undisputed Materials Facts as **Exhibit M**.  These photos accurately depict what I saw at Echo Valley Ranch on February 16, 2012.

10.    After returning to Aspen Creek Veterinary Hospital, I made additional observations about Bear on February 16, 2012.  My observations are memorialized in my February 16, 2012 report and email that I sent to Officer Hardey on the afternoon of February 16, 2012.  The report and email are collectively attached to Defendant Olds' Separate Statement of

Undisputed Materials Facts as **Exhibit N.** The statements in my February 16, 2012 email and report are incorporated herein by reference, and if called upon to testify at a trial or hearing in this matter, I would testify consistent therewith.

      11.      Based on my observations at Echo Valley Ranch on February 16, 2012, I suspected that Maggie, Bear, and The Six Horses were victims of starvation and malnutrition.

      12.      On February 16, 2012, my assistant Troy Murdock and I loaded Bear into a trailer and left Echo Valley Ranch.

      13.      I played no part in the drafting, reviewing, or approval of the Park County Sheriff's Office's seizure application and affidavit.

      14.      I played no part in the drafting, reviewing, or approval of the Park County Sheriff's Office's summons and complaints issued to Plaintiffs for cruelty to animals.

      15.      I played no role in the seizure of the Six Horses on February 23, 2012.

      16.      The Six Horses were never taken to Aspen Creek Veterinary Hospital at any time. Neither I nor my hospital were ever in possession of The Six Horses in any way.

      17.      I played no role in the assessment or care of The Six Horses following their seizure.

      18.      Based on my observations at Echo Valley Ranch on February 16, 2012, I believed in good faith (and continue to believe in good faith) that Maggie, Bear, and The Six Horses had been starved and/or neglected by Plaintiffs.

      19.      After he was taken to Aspen Creek Veterinary Hospital on February 16, 2012, Bear displayed a voracious appetite and quickly recovered, put on weight and otherwise responded favorably to treatment that largely consisted of basic feed and water.

20.     After Bear was nursed back to health at Aspen Creek Veterinary Hospital, he was adopted by a third party.

FURTHER AFFIANT SAYETH NOT.

_____
ASHLEIGH OLDS, DVM

Subscribed and sworn to before me this **15**th day of DECEMBER, 2014, by ASHLEIGH OLDS, DVM.

WITNESS my hand and official seal.

_____
Notary Public

My Commission expires: _2/15/2015_.

RONAK V
SHAH
NOTARY PUBLIC
STATE OF COLORADO
MY COMMISSION EXPIRES 02/15/2015

4