# EXHIBIT H

RANDALL HATLEE - JUNE 19, 2014

1             IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLORADO
2
3    Civil Action No. 13-cv-02469-RM-MJW
4    RANDALL J. HATLEE
     AND RONALD L. SWIFT,
5
     Plaintiffs,
6
     vs.
7
     CINDY HARDEY,
8    BOBBIE PRIESTLY,
     MONTE GORE,
9    FRED WEBENER
     and ASHLEIGH OLDS,
10
     Defendants.
11   ------------------------------------------------------
              VIDEOTAPE DEPOSITION OF RANDALL HATLEE
12                         VOLUME I
                         June 19, 2014
13   ------------------------------------------------------
                              Deposition location:
14                            9998 Havekost Road
                              Conifer, Colorado  80433
15   APPEARANCES:
16       Brice A. Tondre, Esq.
         BRICE A. TONDRE, P.C.
17       215 South Wadsworth Boulevard, #500
         Lakewood, Colorado  80226
18
                              For the Plaintiffs.
19       John Lebsack, Esq.
         WHITE and STEELE, P.C.
20       Dominion Towers
         600 17th Street, Suite 600N
21       Denver, Colorado  80202
                              For the Defendant, Olds.
22
23
24
25

1          Q    Oh, okay.  And then the Acord ranch,

2 where was that?

3          A    Right outside of Yampa.

4          Q    Okay.  And what did you do for them?

5          A    Full-time ranch hand.

6          Q    And who was your supervisor or who did

7 you report to?

8          A    Dwayne Acord.

9          Q    Do you know if they're still in the

10 business?

11          A    Not unless you can do it from 6 feet

12 under.

13          Q    Okay.  I'm going to take that as a no.

14          A    No.  He's dead.  He passed.

15          Q    Okay.  Did the family continue the ranch,

16 do you know or...

17          A    I know that the girls continued to ranch

18 for a little bit, I don't know what's going on with

19 them anymore.

20          Q    Okay.  What do you do for a living now?

21          A    Work horses and train them.  I do farrier

22 work, broker hay.

23          Q    And for whom do you work horses?

24          A    Right today, myself.  Up until this

25 happened, anybody that needed horses worked with,

Page 19

1 problem horses, young colts being started.

2        Q    And where did you work out of?

3        A    Echo Valley Ranch.

4        Q    And when you worked horses, did you have

5 an arrangement with Echo Valley Ranch for the use of

6 their property to do that?

7        A    I had an arrangement with Ron, yeah.

8        Q    When you say "Ron," are we talking about

9 Mr. Swift who's here this morning?

10       A    Yes.

11       Q    Okay.  And what was that arrangement?

12       A    I did ranch work to cover my part of what

13 I was using on the ranch.

14       Q    Okay.  So there'd be no exchange of

15 actual dollars, it would be I'll do this for you for

16 the opportunity to make use of your ranch?

17       A    Your world doesn't work in our world.

18       Q    Well, I'm trying to understand your

19 world, that's what I'm doing here this morning.

20       A    If he needed money for anything, I gave

21 it to him.

22       Q    Okay.

23       A    If I needed money for a pack of

24 cigarettes and didn't have it, he'd give it to me.

25       Q    Okay.  That sounds like a cool

1          Q   (BY MR. SCHIMBERG)  I have seen records

2  where at the time of removal, there were as many as 40

3  horses at Echo Valley Ranch; is that right?

4          A   Yeah, I already testified to that yes,

5  that's right.

6          Q   Okay.  And we testified to the ones that

7  were boarded.  So the rest of them were yours and

8  Swift's and Cook's?

9          A   And friends of mine.  And of course, Bear

10 and Little Feather that belongs to my ex.  And that's

11 about it.

12         Q   Okay.  Good enough.  I just want to get

13 my group here together.  All right.

14             And so do you know what Bill M. pays to

15 keep his horse there or if he does at all?

16         A   Well, he doesn't pay in cash, but he has

17 to put up with me.  So he pays quite a bit.

18         Q   Oh, man.  All right.  So he doesn't pay.

19             Do you know what Lawrence paid to keep

20 his horse out there?

21         A   No.  I don't stick my nose in other

22 peoples' business.  I just don't.

23         Q   You've said that, but I'm just wondering

24 if you knew about him?

25         A   No.  I couldn't tell you.

Page 162

1        Q    And when did it come to your attention
2 that there was anything wrong with Maggie?

3        A    The day she was laying in the field.

4        Q    And when was --

5        A    February -- do-do-do-do-do.   Hm.
6 February 12th, 13th, I don't know, sometime right
7 there.

8        Q    Of 2012?

9        A    I believe that -- yeah.

10        Q    How did you become aware that something
11 was wrong?

12        A    She was lying in the field.

13        Q    Okay.   But did you see her first or did
14 somebody --

15        A    Yes, I saw her first.

16        Q    -- say come with me.   All right.   What
17 did you see?   Tell me.

18        A    I saw a horse lying in the field where
19 she shouldn't have been laying.

20        Q    And where was that?

21        A    In the front pasture.

22        Q    And what was wrong about that?

23        A    All the other horses were not standing
24 with her.

25        Q    And what -- why is that significant to

1      A   I believe these have already been entered

2 once, haven't they?

3          MR. TONDRE:  I don't know.

4          MR. SCHIMBERG:  We have extra now, if so.

5          So this is 52?

6          THE COURT REPORTER:  53.

7      A   I have enough copies of these to choke a

8 horse.

9      Q   (BY MR. SCHIMBERG) Why don't you thumb

10 through Exhibit 53, Randy; and I know there's one of

11 Little Big Man; but I think the others, you can tell

12 me, are pictures of Maggie as she was in the main barn

13 during the time we have just been discussing; is that

14 correct?

15     A   Yes, that's correct.

16     Q   All right.  And this is how she remained

17 from the time you got her to the main barn until the

18 day of her death when you were able to get her up by

19 the use of the Anderson sling, correct?

20     A   Yeah, pretty much, yeah.

21     Q   Okay.  You're not a veterinarian medicine

22 guy, right, not licensed?

23     A   Not licensed, no.

24     Q   All right.  Haven't gone to vet school?

25     A   No.  Not officially.  Three years at

1         A    That would be Nellie or Grandma as we

2 affectionately called her.

3         Q    All right.

4         A    She takes care of the babies all the

5 time.

6         Q    All righty.  When did Little Feather come

7 back to -- or come to Echo Valley Ranch?

8         A    Whoa.  I'm going to say December 2010.

9         Q    And what was your understanding of why

10 Little Feather came to Echo Valley Ranch?

11         A    Because my ex-wife was not allowed to

12 keep her where she had her horses boarded.  I knew she

13 couldn't keep it anywhere else, so I offered to help

14 her out and take care of Little Feather and Bear for a

15 year while she took care of her probationary whatever.

16         Q    Because she was charged with animal

17 abuse?

18         A    Yes, she was.

19         Q    Okay.  And when you offered to help her

20 and to -- to take in the horses, to a horseman, does

21 that mean you assume responsibility for that horse for

22 feed, for upkeep, for welfare?

23         A    I knew she wouldn't be able to pay me for

24 the feed.  But to my understanding, she was responsible

25 for -- or they, being Routt County, were responsible

1 for vet care and well checks.

2          Q    Well, they were responsible -- let me

3 pick at you a little bit on this, make sure I

4 understand your answer.   They were responsible for

5 payment if vet care was needed; but you would be

6 responsible for determining I got to call a vet?

7          A    Wrong.

8          Q    Okay.

9          A    Those horses were supposed to be vet

10 checked on a regular basis.

11          Q    Oh, by Routt County?

12          A    By Routt County.

13          Q    Okay.

14          A    And within the realms of this

15 unfortunately for Timberline, I got them involved.

16 Because they were my vets of choice.

17          Q    Day-to-day care for the animals was your

18 responsibility?

19          A    Yes.

20          Q    Okay.  Did you have any duty or were you

21 told that you -- were you instructed that you had to

22 make reports or keep in contact with Routt County

23 Sheriff's Office?

24          A    They were supposed to keep in contact

25 with me; not my problem, theirs.

1    Q    Okay.  So no, you weren't requested --

2    A    No.

3    Q    -- or directed to do so?

4    A    No.  And they couldn't follow their own

5 guidelines.  They couldn't contact me.

6    Q    Okay.  What do you mean by "their own

7 guidelines"?

8    A    They were to contact myself or Mr. Swift

9 whenever they were coming to the ranch.  They couldn't

10 even do that.

11    Q    They just showed up?

12    A    They just showed up.  It's not that

13 difficult, my phone number hasn't changed in eight

14 years.

15    Q    Gadzooks, you want me to call you if I

16 come through on that county road?

17    A    Hey, if you want to stop and play with

18 the horses, give me a call, you're more than welcome.

19    Q    All right.  Well, Brice won't want that,

20 but I was teasing.

21         MR. TONDRE:  Sure, go ahead.

22    Q    (BY MR. SCHIMBERG) All right.

23    A    We can still separate things here.

24    Q    Okay.  I'd be glad to do that.  But let

25 me ask you:  When was the last time you recall Routt

1 that.

2          Q    Best feed?

3          A    You know, best of everything.  I have
4 been that fortunate.

5          Q    Okay.  All right.  Let's keep talking
6 about Little Feather.  When did Little Feather pass?

7          A    January.

8          Q    Of what year, sir?

9          A    Would have been 2012, I guess.

10         Q    Are you sure?

11         A    Yes.

12         Q    Okay.  Why are you confident?

13         A    Of that?

14         Q    I'm sorry?

15         A    You said "why am I confident of that"?

16         Q    Yeah.

17         A    Because she was still alive when I
18 brought Bear into the barn.  So the next day would have
19 been January 1, 2012.

20         Q    Bear came in the barn New Year's Eve?

21         A    New Year's Eve.

22         Q    All right.  How did Little Feather die,
23 in your opinion?

24         A    Well, it would be my best guess that that
25 horse had some kind of a heart attack, because she was

1 yet.

2          Q    So --

3          A    It wasn't the best.  But it damn sure

4 wasn't the worst condition I've seen horses in.

5          Q    Okay.  So there was -- there was feces

6 and urine in that stall at the time?

7          A    Sure, the horse had been in the stall for

8 six hours, there's going to feces and urine in it.

9          Q    All right.  Did you take it upon

10 yourself, and I don't know if monitor is the word or

11 watch Bear's stool as it was up in the -- in the stall?

12          A    Of course, it's standard practice, yeah.

13          Q    Okay.  You know that, I don't.  That's

14 why I asked.

15          A    No.  It's standard practice.

16          Q    And what did you notice?

17          A    It was not really normal, it was looser,

18 but not diarrhea.

19          Q    Okay.  Was Bear recumbent for any

20 significant period of time when you brought him up and

21 put him in the stall?

22          A    What do you call a really significant

23 period of time?

24          Q    A full day?

25          A    Oh, no.  The longest he ever got to lay

1 down was a couple hours.

2          Q   Okay.

3          A   And that was just -- I let him lay there

4 and rest for a couple of hours and then I would go in

5 and get him up.

6          Q   Okay.  Have you seen Bear since the

7 removal from the property?

8          A   Just the dog-and-pony show at the trial.

9          Q   Okay.  Other than that?

10          A   Nope.

11          Q   What did you observe at the dog-and-pony

12 show at the trial when you looked at Bear?

13          A   Honestly?

14          Q   Yeah.  You're under oath.  Hopefully,

15 you've been honest all day.

16          A   I saw a pretty good mountain horse that's

17 wrecked, as far as I'm concerned.

18          Q   And what do you mean by that?

19          A   He has got no manners at all.

20          Q   Keep going.  Keep talking.  Tell me what

21 that means to you.

22          A   I watched Eugene Ferraro try and lead

23 that horse around in a circle, and I watched that horse

24 lead him.  Now you can call it what you want, but you

25 put a grade pen on the end of that leash and let it

1 body scored Midnight?

2          A    Yeah.

3               (Whereupon, Deposition Exhibit

4 No. 57 was marked for identification by the

5 reporter.)

6          Q    (BY MR. SCHIMBERG)  Okay.  I've handed

7 you -- or our court reporter has handed you Exhibit 57,

8 I believe?

9          A    Yeah.

10          Q    Okay.  Got one for John, got one for

11 Brice.

12               And are these photographs of Midnight?

13          A    As far as I can tell, yes.

14          Q    And are they taken at the Echo Valley --

15 Echo Valley Ranch?

16          A    Yep.

17          Q    All right.  I'll represent to you that

18 these are Park County photographs of the 16th of

19 February, 2012.  All right?

20          A    Uh-huh.

21          Q    Is this how you remember seeing Midnight

22 on February 16th of 2012?

23          A    I'm not going to say those pictures are

24 accurate.

25          Q    What's inaccurate about them?  There's

1 photograph in a certain way.  And so I'm asking you if

2 you know one who took it, and you don't?

3          A    I don't.

4          Q    And two, if they had any --

5          A    And I don't know if they had any

6 training.

7          Q    Okay.  Well, let's look at the very first

8 photograph of Exhibit 57.  Do you think that's

9 inaccurate of how Midnight looked in -- in February?

10         A    Inaccurate?

11         Q    Yeah.

12         A    Yeah, to a degree, yeah.

13         Q    In what way?

14         A    She's standing, it looks like she's

15 standing somewhat head shot to me.  I know she was

16 skinny.  I never denied that.  But was she in trouble?

17 No.  Was she about to fall over dead?  Not even close.

18 You know, so no, I'm not willing to accept any of this

19 because it's bullshit.  Those horses were sick.  They

20 weren't starved.  They were sick.  Was she going to die

21 right then?  No, she wasn't.

22         Q    If you would leaf through to the fifth

23 page of 57, Randy.

24              MR. LEBSACK:  I'm sorry, which page?

25 Okay.  I got it.

Page 277

1 No. 59 was marked for identification by the

2 reporter.)

3          Q   (BY MR. SCHIMBERG) I've just handed you

4 Exhibit 59, that I think is a series of photographs of

5 Lena; but if it's not, you're going to tell me, please.

6          A   Every one but the last one.

7          Q   Okay.  And let me just go to the last

8 one.  Oh, the one that is identified as No. 20, and it

9 says "another horse on the ranch"?

10          A   Yes.

11          Q   Who is that by -- out of curiosity, if

12 you know?

13          A   That is our sorrel stallion, Trouble.

14          Q   You say ours, you're meaning, you, Swift,

15 Cook?

16          A   It's Ron's stallion, but he's -- Ron has

17 the paperwork on him, but...

18          Q   All right.  Same thing ours, meaning the

19 ranch?

20          A   Yep.

21          Q   The third page in, sir, can we tell who's

22 poking his head, his or her, over the back?

23          A   I was kind of questioning that when I was

24 looking at that.  And if you go to --

25

1          MR. SWIFT:  I'm going -- I'm pretty sure

2 we had Nelo already sold.  And we had Pretty up there.

3          THE DEPONENT:  You want my glasses?

4 Because that ain't got enough plate to be Pretty.

5          Q   (BY MR. SCHIMBERG) All right.  For my

6 purposes I want to talk about Lena for crying out loud.

7 But thank you all the same.

8          A   All right.

9          Q   After looking at Exhibit 59, the

10 photographs of Lena, do you think these are true and

11 accurate; or do you have the same criticism of these

12 photographs that you did with the one we talked about?

13          A   I have the same criticisms of any of your

14 photographs.

15          Q   Okay.  I'm going to keep asking you,

16 though, just so we can get it on the record.  Okay?

17          A   Right.

18          Q   So do you think the first page, the cover

19 sheet of Exhibit 59, does not do Lena justice in terms

20 of her body condition as of February 16, 2012?

21          A   No.  Not really, no.

22          Q   In what way, sir?

23          A   Her stance is making her pop more.  She

24 had more meat on her than that.  And just -- along with

25 her Henneke Scoring System and so on, you look at the

1 neck on that horse standing in that picture, that horse

2 still had plenty of neck, she wasn't sunken.

3          Q    So you think this horse was in the

4 acceptable range, even if thin?  Would you -- would

5 you -- well, let me stop.

6               Would you agree with me that this horse

7 looks thin?

8          A    Yes, of course, that horse looks thin.

9          Q    But since you brought up the scoring

10 system again, you think this is within the acceptable

11 range of thin?

12         A    I would say that any of those horses

13 knowing what we had known at that point, had been left

14 alone would have come back just fine.

15         Q    With the feed and grain supplement that

16 you had been providing?

17         A    Yes.

18         Q    Okay.

19         A    I believe we pretty well had walked

20 through the worst part of it.  And we were on the

21 uphill swing with all of them.

22         Q    The third page in, sir, with Pretty or

23 whomever it is in the background.  Same question I had

24 with the photograph and the prior horse, do you know

25 what that mark is that I'm assuming the photographer

Page 282

1          Q     The third page?

2          A     The third page.

3          Q     Okay.  Let's go farther back to the other

4 one that shows if it's Pretty in the background, I

5 think it's the fifth page.  But in the lower right-hand

6 corner we can see a Bates stamp that ends in 87 are you

7 with me?

8          A     Yeah.

9          Q     Okay.  You think this shows a horse thin

10 but within the acceptable range?

11         A     I've never denied that those horses were

12 thin.

13         Q     No.  But my question was thin but within

14 acceptable range?

15         A     I would say she was closer to a 3 than a

16 2, yeah.  Because she still had good weight in her neck

17 and she still had good weight on her ass.  Her tail

18 head wasn't pronounced, which is why you don't see

19 pictures of her tail head.  Not that most of them know

20 where a tail head is.

21         Q     You better tell me, so I make sure I

22 know.

23         A     It's where the tail starts.

24         Q     Okay.  That's what I would have guessed

25 but --

Page 298

1 anymore?

2          A    No.

3               MR. TONDRE:   This is Exhibit 61?

4               MR. SCHIMBERG:   Yes.   And I think now

5 we've identified it as two photographs of Fiona,

6 correct?

7          A    Yes.

8          Q    (BY MR. SCHIMBERG) All right.   And I'll

9 share with you these were taken at the ranch

10 February 16, 2012.   Okay?

11         A    Correct.

12         Q    All right.   Now this captures at least a

13 little bit the circular pen, correct?

14         A    The round pen, the pen behind, and the

15 loafing shed also.

16         Q    What is a loafing shed?

17         A    It is a three-sided shed that horses are

18 allowed to get in and get shelter.

19         Q    Okay.   Do you think the photographs, the

20 two pages of Exhibit 61, fairly depict the condition of

21 Fiona in February of 2012?

22         A    No.   Not really.

23         Q    In what way, sir?

24         A    Just supposes the chosen views on her.

25 You look at the videotapes we have of her three days

Page 310

1          A     Yeah, he was pretty well staying up with

2   Fiona.

3                MR. SCHIMBERG:   Okay.

4                (Whereupon, Deposition Exhibit

5   No. 63 was marked for identification by the

6   reporter.)

7          Q    (BY MR. SCHIMBERG) We'll stop with Echo,

8   how does that sound to you?

9          A    Whatever.   It's up to you.

10         Q    Some people want to get -- can you go

11  through the series of photographs we've marked as

12  Exhibit 63 and identify the main subject of these

13  photographs.

14         A    The first one is Echo.

15         Q    Okay.   The second page?

16         A    The second page is Echo and River's butt.

17  The third page is Echo with Chance standing next to him

18  and then River.

19              The last page is Echo with River behind

20  him.

21         Q    Do you think these photographs fairly

22  depict the condition, body condition of Echo in

23  mid-Feb-  -- mid-February, 2012, sir?

24         A    No.

25         Q    In what way?

1        A    He was born July 4, 2010.  I think.  I

2 think, yeah, I think he was born July 4, 2010.

3        Q    Okay.  So in your mind, does this show a

4 horse at that age thriving?

5        A    That shows a horse at that age recovering

6 from being sick.

7        Q    Okay.  So that tells me at some point you

8 thought Echo was sick?

9        A    I already testified that I thought all

10 those horses were sick.  I knew they were sick.

11       Q    When did you start to -- when did you

12 arrive at the conclusion that Echo was sick?

13       A    Nearing January.

14       Q    So after -- after the time that Echo was

15 brought up?

16       A    After the time that Echo was brought up,

17 no question he was sick, because he continued to drop

18 weight.  And did it rapidly.

19       Q    How rapidly?

20       A    I -- like 14 days rapidly.

21       Q    How much weight do you think Echo loss

22 within that 14 days?

23       A    100 pounds.

24       Q    Really?

25       A    I would guess, yeah.  75 to 100 pounds.

1       Q    And did you do anything different with

2 Echo when Echo was showing this drop of weight than you

3 did with any of the other horses?

4       A    At that point, we had gone to free choice

5 grass hay.

6       Q    For everybody or just Echo?

7       A    For the ones that we thought were sick.

8       Q    And who was that?

9       A    River, Chance, Echo, Fiona, Midnight, and

10 Lena.  I mean, they pretty well all had free choice

11 grass hay, you can see grass hay in the pictures.

12       Q    Which picture shows that to me?

13       A    That picture you got your hand on right

14 there, look right behind his butt.  He's standing in

15 hay.

16       Q    Okay.  Same with the second?

17       A    With the pictures of Fiona.

18       Q    Actually, let's -- let's stick with Echo,

19 because that's where I'm at.

20       A    Okay.

21       Q    The second page?

22       A    Still hay there.

23       Q    Okay.

24       A    And as soon as we fed, there would be

25 more hay there.

1          A    Mold.

2          Q    Okay.

3          A    Generally, I mean, you can't -- you have

4 to bust every bale open to see your weed count, but you

5 look at the outside to see what kind of weed count you

6 might see.

7          Q    Okay.  Of the horses that are at issue in

8 our case, plus Maggie and Bear, it seemed from my notes

9 from your testimony last week that you had observed

10 that each one had gotten thin out in the pasture; is

11 that correct?

12         A    That's correct.

13         Q    Okay.  And two you brought up,

14 regardless, because of their age; would that be true?

15         A    They were starting to show signs, but

16 basically because they were showing signs of their age.

17         Q    When did it occur to you that your horses

18 were sick as opposed to just thinning, if you did?

19         A    Bear was definitely sick, which was the

20 main clue to sickness being within those horses.  And

21 then just the rest of the stuff that led with it, the

22 fact that they were up and being fed extra and still

23 losing weight.  It was a real good clue.

24         Q    Okay.  And since you didn't weigh them, I

25 assume that your determination that they continued to

1 lose weight was an eyeball or a visual assessment by

2 you?

3          A    Yes.

4          Q    Okay.

5          A    Hands-on visual assessment.

6          Q    And then did you gradually over time

7 introduce a supplemental feed to them as you observed

8 them?

9          A    You are going to have to explain your

10 "supplemental feed."

11          Q    Well, when you brought them up, then you

12 gave them some grain; did you not?

13          A    Yes.

14          Q    Okay.  And that's over and above what

15 they would have gotten out in the pasture, correct?

16          A    Correct.

17          Q    That's what I meant by supplementing

18 their regular feed.

19          A    As soon as I take them up, they start

20 getting supplemented with grain.

21          Q    Okay.  Let's talk about the events of

22 February 13, 2012.  All right?

23          A    Okay.

24          Q    You got it in your mind what happened

25 that day?

Page 355

1          A    Take your shot at it, I'll see where I'm

2 at.

3          Q    Yeah, let me see.  You know, if you ask

4 me what I was doing February 13th, I might not know.

5 So did you ever meet Dawn Smith from Routt County when

6 she came to Echo Valley Ranch?

7          A    On the 13th?

8          Q    Well, let's start with any time.

9               True to form here, guys.  Hello.

10              (Interruption.)

11              THE VIDEOGRAPHER:  The time is

12 approximately 9:25 a.m., and we're now off the record.

13              (Recess was taken from 9:25 a.m. to

14 9:36 a.m.)

15              THE VIDEOGRAPHER:  Stand by, everyone.

16              The time is approximately 9:36 a.m. and

17 we're back on the record.

18          Q    (BY MR. SCHIMBERG) I'm going to switch

19 gears on you, sir, by virtue of the fact that I left my

20 exhibits at home this morning and they've now been

21 delivered.

22              Let's go back to that sequence that we

23 were using at the conclusion of our first get-together

24 going through the photographs of the horses and you

25 telling me the experience in late 2011 or early 2012.

1 Okay?

2          A    Okay.

3          Q    All right.  And let's talk about

4 Midnight.  Midnight came up when, what did you tell me

5 when you brought Midnight up?

6          A    I brought Midnight up early, like,

7 October, November.

8          Q    Yeah.  Your answers to interrogatories

9 says Midnight was brought into the pen in

10 November 2011.

11         A    Yep.

12         Q    All right.  And Midnight was one that you

13 had brought up in the past or was --

14         A    Yes.

15         Q    Okay.  But you also noticed Midnight

16 getting thin out in the pasture?

17         A    Yes.

18         Q    All right.  And when you brought Midnight

19 up, what did you do in terms of anything special for

20 Midnight?

21         A    Brought her up, put her in a pen.  She

22 received hay and grain and water.

23         Q    Okay.  Anything different than that?

24         A    No.

25         Q    Okay.  And was Midnight -- I think I

Page 357

1 could probably pull the photographs here.  But refresh

2 my memory, is Midnight with anyone else, any other

3 horse?

4          A   In the pens?

5          Q   Yes.

6          A   No.  They were all individual pens in

7 those days.

8          Q   And when you say "in those days," what do

9 you mean?  I thought there was a pen with the babies in

10 them?

11          A   There was a pen with the babies in them.

12 And then we had 12 individual pens, 10 or 12 individual

13 pens.

14          Q   Okay.  And where in terms of the barn was

15 Midnight's pen?

16          A   She was down in that run of pens, what --

17 within 100 foot of the barn, 150 feet of the barn.

18          Q   Did we talk about Midnight?

19              MR. LEBSACK:  I'm trying to remember.

20          A   Yes, we did talk about Midnight.

21          Q   (BY MR. SCHIMBERG) All right.  Then we

22 don't have to talk about Midnight anymore.

23          A   Okay.  It's up to you.

24              MR. SCHIMBERG:  This can be off the

25 record.

Page 358

1                    (Recess was taken from 9:39 a.m. to

2  9:40 a.m.)

3                    MR. SCHIMBERG:  All right.  We're back

4  on.

5                    THE VIDEOGRAPHER:  Stand by just a sec.

6  The time is approximately 9:40 a.m., and we're back on

7  the record.

8                    THE DEPONENT:  He's a little dangerous

9  over there, be careful.

10                   MR. SCHIMBERG:  No doubt.

11           Q   (BY MR. SCHIMBERG) All right.  I got you

12 off track because we've already spoken about Midnight

13 and Lena and Fiona and Echo.  So let me talk to you a

14 little bit about Chance in the same sort of sequence of

15 things.  When did Chance come up?

16           A   Chance came up the first part of January.

17           Q   And why did Chance come up, same reason?

18           A   He was starting to show thin, young

19 enough for him to come in.

20           Q   And where did Chance, what pen did Chance

21 get placed in?

22           A   Chance went to the round pen with Fiona

23 and Echo.

24           Q   And feedwise, did you do anything

25 different with Chance than what we've talked about with

Page 359

1 the others?

2          A   We had brought -- put another horse in so

3 I increased the hay in the round pen, added another

4 feed pen, and he got his grain every day.

5          Q   Okay.  So by your estimation of the

6 amount that Chance was getting was equal to that of the

7 other babies in the pen, round pen?

8          A   Yes.

9          Q   Okay.  But other than that, I'm talking

10 about actual feed provided specifically to Chance,

11 anything different than the other babies?

12          A   No.  They were all on the same grain

13 regimen.

14               MR. SCHIMBERG:  Okay.

15               (Whereupon, Deposition Exhibit

16 No. 72 was marked for identification by the

17 reporter.)

18               THE DEPONENT:  Thank you.

19               MR. SCHIMBERG:  What's your second one,

20 John?  Third one.

21          Q   (BY MR. SCHIMBERG) Okay.  Well, we've

22 marked and put before you, sir, Exhibit 72.  Can you

23 identify the first photograph on 72?

24          A   That would be Chance.

25          Q   And in the round pen?

Page 360

```
1           A    Yes.

2           Q    Okay.  Do you see the shelters or what

3 would you call those behind --

4           A    Those are loafing sheds, yes.

5           Q    I'm sorry?

6           A    They're a loafing shed.

7           Q    All right.  And that loafing shed

8 directly behind would be used for what reason?

9           A    The horses had access to it 24/7 to get

10 out of the weather.

11          Q    Okay.  Now is your opinion that Chance is

12 just thin here or is -- is there more to it than thin?

13          A    Chance was sick.

14          Q    Okay.

15          A    He was -- he was thin.  We've never

16 denied it, the colts were thin.

17          Q    Okay.

18          A    He was sick.

19          Q    And at this time, you're making phone

20 calls to various veterinarian acquaintances asking

21 questions, correct?

22          A    I was making phone calls to a lot of

23 people.

24          Q    Okay.

25          A    Not just vets.
```

1        Q    Okay.  And how do you keep it even?

2        A    By trimming it and filing it.

3        Q    What?

4        A    His hoof.

5        Q    Okay.  Does she assist you on that, or is

6 that something you do on your own?

7        A    That's something I do.  I'm the farrier,

8 she's the vet.

9        Q    Okay.  Let's go to River.  When did you

10 bring River up?

11       A    End of January, end of February sometime.

12       Q    Okay.  And River was how old at the time?

13       A    He would have been -- I guess a

14 3-year-old at the time.

15       Q    Okay.  And what was it about River's

16 condition that you brought him up in January or

17 February of 2012?

18       A    He was getting skinny.

19       Q    Okay.  Anything beyond getting skinny?

20       A    No.

21       Q    And I forget, what did River have its --

22 his own pen or was he locked in?

23       A    River was put into the round pen with the

24 rest of the babies.

25       Q    That's right.  And in terms of feed and

1 that while he's still dropping weight and he shouldn't

2 be, or he's not moving correctly, it's just a series of

3 steps that you normally go through as a rancher and

4 horseman.

5          Q   Okay.  And when you went through that

6 process you've just described in terms of River, was

7 there anything different that you did when you

8 determined River was sick as opposed to needed some

9 food and supplementation?

10          A   No.  Because we had already been working

11 through the issues with Bear; and as a rancher, you

12 just automatically go with -- okay, this is what we're

13 fighting and this is what we're doing and this is where

14 we're at as far as the steps.  And until it's deemed

15 necessary to take more steps, you stay with your plans.

16              MR. SCHIMBERG:  Time for more photos.

17              (Whereupon, Deposition Exhibit

18 No. 75 was marked for identification by the

19 reporter.)

20          Q   (BY MR. SCHIMBERG) All right.  Now we're

21 up to what exhibit, sir?

22          A   75.

23          Q   All right.  And who do we see in

24 Exhibit 75?

25          A   That's River.

Page 414

1 important to me.

2          Q    Okay.  So you don't know what her opinion

3 was, if she had one?

4          A    Nor did I care.

5          Q    I get that.  But I -- I just need an

6 answer to my question.  Did she share her opinion with

7 you?

8          A    She might have.

9          Q    But you don't recall?

10          A    I don't recall.

11          Q    All right.  That's all we need to

12 establish.

13               Now were you present at Echo Valley Ranch

14 when she made a visit in early 2012?

15          A    Are you talking about the February -- I

16 think it was 12th or 13th visit?

17          Q    Yeah.  That's the only one I'm aware of.

18          A    That's the only one I'm aware of and no,

19 I was not present.

20          Q    What do you understand, if anything,

21 occurred on that day?

22          A    She came and talked to Ron at the ranch

23 and checked on Bear; and as an after-fact, we found

24 that she had made a complaint with Park County Animal

25 Control.

Page 424

1 Dr. Olds or her assistant?

2          A    Probably not.

3          Q    Okay.  And why do you think probably not?

4          A    Honestly?

5          Q    Well, yeah.

6          A    Because I don't think much of Dr. Olds as

7 a vet.

8          Q    Okay.  The conversation that you think

9 you had but can't remember the specifics of, would that

10 have been outside the barn?

11          A    Yes.

12          Q    Bear was in a stall inside the barn?

13          A    Yes.

14          Q    Okay.  And what happened next?  Just walk

15 me through, please.

16          A    I went into the barn, Bear was down.  I

17 at that point took steps to get him positioned and

18 ready to stand.

19          Q    And was anyone with you at that point?

20          A    Dr. Olds and her assistant had come in, I

21 told them to leave him alone.  That I would get him up.

22          Q    Were you surprised that Bear was down

23 when you walked in?

24          A    No.  He had been down, up and down since

25 we brought him into the barn.  So why would it surprise

1 it.

2          All right.  And then you think as much as

3 150 yards away was the Swift flatbed pickup, correct?

4          A    Correct.

5          Q    And you're drawing a circle up by the

6 main barn?

7          A    Uh-huh.

8          Q    And off into this margin with an arrow,

9 why don't we put Swift vehicle or truck or flatbed.

10          A    (Complied.)

11          Q    All right.  Thanks for doing that.

12          A    Okay.

13          Q    Now who walked Bear from Ron's vehicle to

14 Dr. Olds' vehicle?

15          A    Dr. Olds and her assistant.

16          Q    Okay.  And did you observe any problems

17 in that transport?

18          A    No.  I was a little distracted with all

19 the other crap going on.

20          Q    What's "all the other crap" that you

21 specifically recall going on or just tell me.

22          A    If my memory serves me right, I ran back

23 upstairs and checked on Maggie real quick because I

24 knew I had to get the chores done.

25          Q    What chores did you need to do?

Page 436

1          A    Our morning chores.

2          Q    Which were?

3          A    Feeding and getting water run.

4          Q    Okay.

5          A    And breaking ice, everything that goes

6 with raising horses.

7          Q    So the water containers in the pens

8 needed to be refreshed, correct?

9          A    Some of them needed to be refreshed, some

10 of them needed to be broke.

11         Q    Because they were covered with ice?

12         A    Correct.

13         Q    All right.  And let's walk through the

14 pens; and you tell me what pens needed to have the

15 water troughs broken, if you recall?

16         A    Probably the majority of the pens except

17 for the stallions' tank, because that's ever-flow

18 water, constant-flow water.  I know I had to refresh

19 the babies tank, because I was having them drink it

20 down so I could scrub it out.  And I'm sure there was

21 probably one or two others that I would do that with.

22 That's a normal practice, they're not all filled at the

23 same time.

24         Q    Did you do that particular chore while

25 Dr. Olds and her assistant and Cindy Hardey and the two

1 of that trial or are you going by memory sitting there?

2          A    Going by memory.

3          Q    Okay.

4          A    I've already lived it once, why would I

5 do it twice?

6          Q    All right.  Let's go back.  You said that

7 there was some more conversation you had with my

8 client, Ms. Hardey, correct?

9          A    Yes.

10          Q    Okay.  And walk me through that.

11          A    Just basic conversation that yeah, we

12 know the horses are sick; yes, we knew the horses were

13 skinny; yes, we were doing what was right; we had

14 talked with our vets; and we were taking the steps that

15 we were advised by our vets.

16          Q    And when you said that, that you were

17 taking the steps as advised by your vets, you're

18 talking about Timberline?

19          A    Yes.

20          Q    And as I understand it, Timberline

21 actually came out and evaluated and was treating which

22 horse?

23          A    Maggie.

24          Q    Maggie, correct?

25          A    Correct.

Page 444

1          Q    But if I understood your testimony, you

2 were telling Cindy Hardey that you and Ron were

3 following the advice given by Timberline in regards to

4 all the horses?

5          A    In regards to the sick horses, yes.

6          Q    Okay.  To the sick horses?

7          A    Yes.

8          Q    That's a good point.  All right.

9               What was Cindy's response to any of that

10 if you have any specific recollections?

11         A    She -- Cindy was doing her job from where

12 I stood, talking to Bobbi, talking to state vets,

13 making an evaluation, and doing her job.

14         Q    Okay.  Did you overhear any of her

15 conversations that she was having by telephone?

16         A    No.  Not really.

17         Q    Okay.  Do you have any facts that she was

18 actually talking to state people on her phone from the

19 Echo Valley Ranch that day?

20         A    I believe she was talking to Bobbi who

21 was in turn talking to vets and they were back and

22 forth.

23         Q    All right.  Very good.  Now on that day,

24 you were issued a notice of warning, correct?

25         A    Correct.

Page 445

1           Q    And you told Ms. Hardey to put that in

2 your truck, because you were going to -- about to do

3 your chores, correct?

4           A    We were going to start doing the chores,

5 yes.

6           Q    All right.  In her deposition Friday, we

7 marked the notice of warning as Exhibit 67; is that

8 correct?

9           A    I have no idea what that Lakewood

10 Colorado stuff is up on top of it, but...yeah, it looks

11 pretty well correct to me.

12          Q    That's the piece of paper that you recall

13 being placed in -- in your truck?

14          A    Yep.

15          Q    Okay.  I don't have the original, but I

16 have a carbon if you want to compare the two.

17          A    No.  That's okay, that's fine.

18          Q    Okay.  Now, did you have any -- it

19 doesn't sound like, and correct me if it's wrong, if

20 it's incorrect, that you and Cindy did not have any

21 direct communication about the specifics in this

22 warning of notice that day?

23          A    She told us she was going to write it out

24 before she left and that she would be checking on the

25 horses every couple of days and we had 30 days to start

Page 452

1          Q    Yes, sir.

2          A    Went to doing our chores and went on with

3    forward plans for Maggie and so on.

4          Q    All right.  At some point, you get

5    together with Ms. Hardey, do you not, and sign off on a

6    written agreement?

7          A    Yes.

8          Q    Okay.  When did that occur?

9          A    19th.

10         Q    All right.  Now you're pretty confident

11   about that?

12         A    You bet.

13         Q    And you're right, but I'm kind of

14   interested in was there something about the 19th that

15   sticks out in your memory that you equate with an

16   agreement between Ron Swift and the LeBeaus?

17         A    Yeah, I moved my horses to LeBeau's.

18         Q    I'm sorry?

19         A    I moved my horses to LeBeau's.

20         Q    Now in Ms. Hardey's deposition on Friday,

21   we marked a document as Exhibit 68; and why don't you

22   tell me if you can identify that for me, sir.  I got

23   these all out of order just so you know.

24         A    This was brought to LeBeaus' place by

25   Sergeant Priestly after we got there with the horses.

Page 453

1        Q    Okay.  And does it put in print your

2 verbal understanding made sometime before you moved the

3 horses?

4        A    Pretty well, yeah.

5        Q    Okay.  Can you think of anything that's

6 missing out of this document that you understood

7 previously?

8        A    From my understanding, you know, we

9 weren't being charged.

10        Q    At that time?

11        A    It was being asked of us to -- to diffuse

12 a situation with threats that had been being received

13 by the sheriff's department of people coming onto our

14 property and taking our animals.

15        Q    All right.  That's -- that's the stuff I

16 need to find out about leading up to this.  But

17 let's -- let's stay with 68.  Ms. Priestly brought this

18 to the LeBeau property?

19        A    No.

20        Q    Who did?

21        A    Yeah, Bobbi did, yeah, Ms. Priestly

22 brought it, yea.

23        Q    All right.  And then we're going to work

24 backwards.

25        A    Okay.

Page 454

1        Q    But at the time this was signed, that is
2 your signature; isn't it?

3        A    Yes, it is.

4        Q    Pretty good, I can even read it.

5        A    That's amazing.

6        Q    Yeah.  And it's dated 2/19/2012, right?

7        A    Correct.

8        Q    All right.  And you guys signed off on
9 this at the LeBeau property?

10       A    Correct.

11       Q    After the time you and Ron had moved your
12 horses down to her property?

13       A    Correct.

14       Q    All right.  Now let's talk about what led
15 up to that -- to that.  Was there a conversation with
16 Cindy Hardey that preceded the -- the signing of
17 Exhibit 68?

18       A    Yes.  There was.

19       Q    Where did that occur?

20       A    At the feed store.

21       Q    Okay.  Who was present?

22       A    Me and Ron, Cheryl, Helen, the state
23 troopers wandered in and left.

24       Q    The barber?

25       A    The barber, you bet.  I believe at one

1          A    Not well, but yeah, I mean, you know, far

2   enough before this time period.

3          Q    Okay.  All right.  Were you involved in

4   that or is it a Ron and Dr. Olds thing?

5          A    Was I involved in it?  I mean, they were

6   the ones talking; but as I testified before, I don't

7   believe that she's a good vet.  I've had things happen

8   on this mountain that came out of her vet clinic that

9   weren't right, had no reason to be that way, and you

10  know, I'll stick by my opinions.

11         Q    Well, that's fine.  And I'm going to let

12  Mr. As- -- Mr. Lebsack, her attorney, ask you followup

13  questions on that, but that is the source of what you

14  referred to when you said "ill feelings" on

15  February 16 --

16         A    Yes.

17         Q    -- 2012?

18         A    You bet.

19         Q    Okay.  It wasn't anything about what you

20  observed her and her assistant doing that day?

21         A    Yes and no.  She had overstepped her

22  boundaries with Maggie.  She knew that horse was under

23  vet care.  She had no business looking at that horse,

24  she had no business looking at a horse on that place

25  except for Bear, period.  Had no right to walk around

1 that property.  Had no reason to stick her nose in my

2 business, period, as far as I'm concerned.

3          Q    Well, did you ever ask her if she was

4 walking around to stop walking around and attend to

5 Bear and leave it at that?

6          A    I was letting Cindy do her job.  Does it

7 mean I agree with it?  No.  Do I know that she was

8 asked in a professional manner or status?  No.  I

9 don't.

10          Q    Okay.

11          A    But she knows that she had hard feelings

12 with Ron professionally, she never should have stepped

13 foot on that ranch.  Ever.  Routt County, she should

14 have turned them down.

15          Q    I see.  All right.  I'm going to let John

16 follow up.

17          A    That's fine.  That's just my belief.

18          Q    That's fine.

19          A    What I believe in.

20          Q    Well, I'm the guy that asked.  But I want

21 to just walk through sequentially then we're still out

22 at Kirt LeBeau's place, all right?

23          A    Okay.

24          Q    And you left off with my questions about

25 what horses showed signs of neurological issues.  And

Page 571

1 but...

2          Q    Bear spent the previous winter in the
3 pasture?

4          A    Bear spent -- no, Bear wasn't alive the
5 previous winter.

6          Q    December of '10, you got him?

7          A    December of '10 I got him.

8          Q    So I'm talking about the winter of '10,
9 '11, when you got him in '10, in December of '10
10 through the rest of that winter, did he --

11          A    He was in pasture.

12          Q    He was in the pasture and didn't come
13 into the pens, correct?

14          A    No.  He didn't.  Not to the best of my --
15 I don't remember bringing him in.

16          Q    And Maggie had not been into -- brought
17 into the pens in prior years, had she?

18          A    No.  No.

19          Q    And we've talked about some of the signs
20 that you saw in these horses.  But the reason for each
21 of them that you brought them in was because they were
22 getting too thin out in the pasture?

23          A    They were showing weight loss, yes.

24          Q    And the other problems that you saw later
25 that you talked about, crossing, and things like that,

1 none of that had happened yet by the time you were

2 looking at them in pasture; is that right?

3          A    Like I said, when they're in pasture, I

4 looked at them and check them when I'm feeding and so

5 on.  When they're in the pens, I get to pay a little

6 bit more attention to them because they're right there.

7          Q    But the only problem you noticed with

8 them in the pasture was that they were too thin?

9          A    That they were starting to drop weight,

10 and it was time to bring them in.

11               And not to interrupt you, but I hope

12 everybody's windows are up in their cars.

13               MR. TONDRE:  Is it raining?

14               THE DEPONENT:  It's fetching to come.

15               MR. SWIFT:  No.  It's raining right now.

16               THE DEPONENT:  Is it?

17          Q    (BY MR. LEBSACK) On the horses that you

18 brought in in this period of 2011, 2012, do you think

19 they weighed more or less on February 16th than when

20 you brought them into the pens?

21          A    They weighed less on February 16th than

22 when I brought them in.

23          Q    Timberline was out to Echo Valley to look

24 at one horse, Maggie, and only Maggie, during the

25 period December 2011, January 2012, February 2012,

1 anything about that?

2          A    No.  I don't.

3          Q    The water tanks in the pens outside,

4 there were -- were there metal water tanks?

5          A    Metal and plastic or Rubber Maid tanks,

6 whatever you want to call that, polymer tanks.

7          Q    Were they self-heating?

8          A    No.

9          Q    So they would freeze at night during the

10 wintertime?

11         A    They could, yes.

12         Q    And did you have to carry the water out

13 by buckets?

14         A    No.

15         Q    How did you get the water out to them?

16         A    I have a hose system.

17         Q    That doesn't freeze?

18         A    Well, it doesn't freeze, you can run the

19 water, take the hose, put it back in the barn, get it

20 back out.  Run it -- no.  It doesn't freeze.

21         Q    All right.  So you have a hose system

22 that you put the hose back in the barn?

23         A    Yeah.

24         Q    So how much water was in the tanks, in

25 the outside pens, when Cindy Hardey and the group came

Page 582

1 out on the 16th of February?

2         A    It depends which tank you're talking

3 about.   There's you know, like 14 tanks.   Some of them

4 were, you know, like right down to the last drink so I

5 could scrub them out then because it was their turn.

6         Q    So that means like an inch or two of

7 water?

8         A    Yeah.   A few inches of water under the

9 ice.

10        Q    And then others had more water?

11        A    Yes.

12        Q    But all of them had some ice in it?

13        A    Had some water in them.   Yeah, they were

14 checked the night before.

15        Q    So to make them drinkable by a horse,

16 you'd have to go out and break the ice?

17        A    Right.

18        Q    And I saw a reference to somebody seeing

19 you go out with a hammer or with a hatchet to break

20 ice?

21        A    Uh-huh.

22        Q    Is that what you did that day on the

23 16th?

24        A    Yeah, and then I finished the job after

25 everybody left.   Because I use a pitchfork to take the

1 broken ice out.

2        Q    The horses inside the barn, their water

3 does not freeze?

4        A    No.

5        Q    I take it that the way that you check on

6 the horses in the pastures is to do that while you're

7 feeding the animals?

8        A    Yes.

9        Q    The incident that you talked about -- or

10 the -- I don't know if "incident" is the right word,

11 the truck of Bruce Carpenter, the semi, do you remember

12 that?

13        A    I remember that incident.  But it's not a

14 semi.

15        Q    Tell -- tell me what happened.

16        A    The same thing I already told you once.

17 I went to get hay off the truck probably because Ron

18 gave me a call and said hey, I talked to Bruce, the

19 truck is here, it's broke down, grab X amount of bales,

20 Bruce is coming by to get paid.

21        Q    Okay.  So this was while Bruce's truck

22 was parked someplace near Bailey?

23        A    Parked behind the Kum & Go.

24        Q    And were they regular-size bales?

25        A    I believe so, but I honestly couldn't

Page 603

1        A    Okay.

2        Q    And you talked about how you were in the

3 barn with Bear and then some of the people went

4 upstairs to Maggie?

5        A    Everybody.

6        Q    Including you?

7        A    No.  I stayed in the barn.

8        Q    All right.  So everybody but you --

9        A    Right.

10       Q    -- moved upstairs from Bear, and you

11 stayed with Bear the whole time and never went up to

12 see Maggie; is that right?

13       A    Not until after I had Bear up and out,

14 no.

15       Q    So after you got Bear out of the barn

16 tied up to Mr. Swift's flatbed pickup, at that point,

17 then you went up?

18       A    At some point, I went and checked on

19 Maggie, yes.

20       Q    Now, was there a point when Cindy Hardey

21 and Dr. Olds went out to look at the horses in the

22 pens?

23       A    Yes.

24       Q    Were you with them when that happened?

25       A    Yeah, as far as I know, yeah, unless they

Page 604

1 made a trip without me; but the trip that I went with

2 them, yes.

3             Q    What do you remember about that trip?

4 What do you remember them doing?

5             A    Looking at the horses in the pens.

6             Q    And who was in the group?

7             A    Boy.  Me, Ron, Cindy, Dr. Olds, the

8 female deputy.  Other than that, I couldn't be sure.

9             Q    Is that when you took the hammer and

10 broke the ice?

11            A    It could be, yeah.  It could be that I

12 saw the tanks backed up and grabbed the hatchet and

13 followed along and broke ice as I went, just kind of

14 getting a step ahead of my chores.

15            Q    Do you remember anything that anybody

16 said during that walk through the pens or -- not

17 through, but you know, next to the pens?

18            A    Not really specifically, no.

19            Q    Did anybody say anything about the ice?

20            A    They might have.  Not that I would give a

21 shit about it.

22            Q    Do you remember anything said?

23            A    No.

24            Q    Do you remember anybody asking what --

25 what's the deal with these horses?

1          Q     How long have you had a driver's license?

2          A     Three or four years, three years I guess

3 because I'm not off my SR22; or at least I'm still

4 paying it.

5          Q     I am sorry, I didn't --

6          A     I'm still paying my SR22.

7          Q     What is that?

8          A     What is that?

9          Q     Yeah, what's an SR22?

10         A     SR22 is an insurance you have to carry

11 when you lose your license and then get it back.

12         Q     So up until three years ago, your

13 Colorado license was suspended?

14         A     Yes.

15         Q     Other than February 16th of 2012, have

16 you ever talked to Dr. Olds?

17         A     No.

18         Q     Have you ever had occasion to hear

19 anything that she said at any other time?  I know she

20 testified at the trial.  But other than --

21         A     No.

22         Q     -- Echo Valley --

23         A     No.

24         Q     -- February 16th, and the trial, have you

25 ever heard anything that Dr. Olds said?

Page 620

1          A    No.  I don't believe.

2          Q    And you expressed some opinions today

3 about her qualification -- qualifications as a vet.

4          A    In my opinion, yes.

5          Q    And is that based on her treatment of any

6 of your animals?

7          A    Not of my animals, no.

8          Q    Whose animals is it based on?

9          A    People that I know in this area.

10         Q    And who are they?

11         A    In all fairness to them, I don't think

12 it's right to say their name because they're not a part

13 of this case.

14         Q    Well, I want to find out the basis for

15 what your opinion is about Dr. Olds.  So if it's

16 somebody who was a customer of Dr. Olds and the

17 specific situation, I want to know the specifics of

18 the --

19         A    Marlee called me, and I can't tell you

20 Marlee's last name, had a horse that had been gelded up

21 at Aspen Creek, get over there, take a look, pulled

22 about 7 foot of gauze out of his ball sac.

23         Q    Do you know when that was?

24         A    No.  I don't remember when that was.

25         Q    Before 2012?

Page 624

1           Q    -- that ever went to Echo Valley?

2           A    No.

3           Q    And were you satisfied with the work that

4    those two Aspen Creek people did on those two

5    occasions?

6           A    On those.  I wasn't there when Dr. Olds

7    was out for Emmy, she ended up down at surgery at

8    Littleton.

9           Q    For the colic?

10          A    For colic, I believe that was.

11          Q    And what about the other occasion?

12          A    The other mare, I helped Ron doctor for a

13   while after the vet had been out; and she's doing fine,

14   she's one of the horses I take hunting.

15          Q    So as far -- as far as you know, you were

16   satisfied with the services by Aspen Creek on that

17   other situation where there was a male vet?

18          A    On that mare, yes.

19          Q    And this situation with Emmy and the

20   colic, that's the only time you know of that Dr. Olds

21   was ever out to As- -- to Echo Valley?

22          A    That's the only one I know of.  That's

23   the only one that I know of.

24          Q    After February 16th of 2012, did you ever

25   have any contact with anybody at Aspen Creek?

Page 625

1          A    No.   I see you have a note card.   Do we

2 need to take a break for his?

3               MR. LEBSACK:   Yeah, the tape is running

4 out.   So we need to take a ten-minute break.

5               THE DEPONENT:   Take five.

6               THE VIDEOGRAPHER:   The time is now

7 approximately 4:55 p.m.   We're now off the record.

8               (Recess taken from 4:55 p.m. to

9 5:07 p.m.)

10              THE VIDEOGRAPHER:   The time is

11 approximately 5:07 p.m., and we're back on the record.

12              MR. SCHIMBERG:   Didn't know you knew so

13 much, did you?

14          Q   (BY MR. LEBSACK) Do you have any

15 information about who contacted the press after this

16 incident on the 16th?

17          A   No.

18          Q   Were you ever contacted by anybody in the

19 press?

20          A   Me personally, no.

21          Q   Yeah.   Mr. Swift was?

22          A   Yes.

23          Q   And I -- Mr. Schimberg may have asked

24 this question, and I apologize if he, did but:   Did you

25 personally get any of these phone calls or pressuring