# EXHIBIT J

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE
and RONALD L. SWIFT,

Plaintiffs,

vs.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER,
and ASHLEIGH OLDS,

Defendants.
------------------------------------------------------------
DEPOSITION OF TROY MURDOCK
July 25, 2014
------------------------------------------------------------

                          Deposition location:
                          600 17th Street
                          Suite 600 N
                          Denver, Colorado  80202
APPEARANCES:

    Brice A. Tondre, Esq.
    BRICE A. TONDRE, P.C.
    215 South Wadsworth Boulevard, #500
    Lakewood, Colorado  80226


                              For the Plaintiffs.
    John Lebsack, Esq.
    WHITE and STEELE, P.C.
    Dominion Towers
    600 17th Street, Suite 600N
    Denver, Colorado  80202
                              For the Defendant, Olds.

1 and treating conditions?

2          A   Me personally?

3          Q   You personally.

4          A   No.  I would have been like about -- you

5 know, born to in my teens.  I would go out with the

6 veterinarian and help them if he needed it.  But I

7 don't diagnose.

8          Q   Did anyone in your family diagnose?

9          A   We used veterinarians.

10          Q   You had occasion to go to Echo Valley

11 Ranch at one point, right?

12          A   Yes.

13          Q   How many times have you been there?

14          A   Once.

15          Q   Do you -- did you prior to that time,

16 know Mr. Hatlee or Mr. Swift?

17          A   No.

18          Q   Do you know anything about them?

19          A   No.

20          Q   What was -- when did you first learn that

21 you were going to Echo Valley Ranch?

22          A   The morning that they told me to hook up

23 the trailer and drive.

24          Q   Were you told what was going to be done?

25          A   No.

1        Q    After you were told -- well, first of

2 all, did you hook up the trailer and drive?

3        A    Yes.

4        Q    What time did you leave Aspen Valley --

5 Aspen Creek?

6        A    We would have left between 8:00 and

7 probably 9:00 in the morning.

8        Q    And did anyone accompany you?

9        A    Yes.

10       Q    Who?

11       A    Dr. Olds.

12       Q    What did you and Dr. Olds talk about

13 between the time that you left Aspen Creek and the time

14 you arrived at Echo Valley Ranch?

15       A    She asked me how my night was, I asked

16 her how her night was.  We went ahead and talked about

17 what the weather was going to be like that day, we

18 talked about other plans for the day as what we were

19 supposed to do for work.  We talked about the view that

20 we had as we were driving towards the Bailey area.

21       Q    Did you talk about the tasks you were

22 expected to perform?

23       A    No.

24       Q    Approximately what time did you arrive at

25 Echo Valley Ranch -- Echo, yeah?

1                MR. LEBSACK:  I'm sorry, what?

2        Q   (BY MR. TONDRE) Approximately what time

3 did you arrive at Echo Valley Ranch?

4        A   Probably around 10 in the morning.

5        Q   And how --

6        A   Give or take about two hours.

7        Q   How long were you on the premises of Echo

8 Valley Ranch?

9        A   I'd say probably no more than maybe an

10 hour and a half.

11        Q   What was the first thing you did after

12 you arrived?

13        A   Got out of the truck.

14        Q   And then what did you do?

15        A   Followed the animal control officer and

16 the other deputies down the path.

17        Q   Did you know prior to that occasion, did

18 you have any prior contact with the animal control

19 officer and the deputy?

20        A   That was the first day I met them.

21        Q   And what'd you next do?

22        A   Walked down to the barn that was on the

23 right-hand side of the path.  Mr. Swift came outside.

24 Animal control officers started talking to him, pointed

25 us to the bottom of the barn where the colt was inside,

1 walked inside, tried to find my way around the 6 inches

2 or so of mud and manure that was lying all over.

3 Walked back there to the colt, where it was laying in

4 that mud and manure.  Mr. Hatlee was in there.

5          Q    What was Mr. Hatlee doing?

6          A    Standing there.

7          Q    After you walked into the barn, what did

8 you next do?

9          A    Stood there and waited for direction.

10         Q    How long did you sit there waiting for

11 direction?

12         A    I couldn't tell you.  Eventually I went

13 back to the truck to go get a lead rope, a halter, see

14 if I could get the colt up.  By the time I came back,

15 Mr. Hatlee had the colt up and had it walked outside;

16 and he had it tied to the back of a truck.

17         Q    Did you ask him how he got the colt up?

18         A    No.

19         Q    Did he tell you how he got the colt up?

20         A    No.

21         Q    What was the colt doing while he was

22 standing there?

23         A    Eating the food on the back of the truck.

24         Q    Did you see a load of hay bales anywhere

25 in the vicinity?

1         Q   And then what?

2         A   Eventually, deputies, animal control

3 officer, me, Dr. Olds, continued down the path around

4 the barn to where all the -- to where all the rest of

5 the horses were kept.  We noticed as we were walking

6 through there was horses that were fat and taken care

7 of, well-fed on the right-hand side, horses that were

8 very thin on the left-hand side.  There was also only

9 about 6 inches of water, maybe less water inside all of

10 the -- all of the water troughs and they were frozen

11 over with ice.

12              Mr. Hatlee said that we had interrupted

13 the morning feeding routine and that's why there was no

14 food or water out there for those horses.  Continued to

15 walk to the back; at the end of the path, there was a

16 round pen, there was approximately six to eight horses

17 standing in there.  We were informed that those horses

18 just came off of pasture.  You could see the ribs on

19 all those horses.

20              There was also no water in those -- in

21 that water trough.  I continued to stand there and just

22 talk privately with the deputies, about nothing in

23 particular, we talked about the day, talked about how

24 their day was going, how my day was going.  I was not

25 privy to any of the conversations between Dr. --