# EXHIBIT K









Olds Disclosure Documents Page 522



Olds Disclosure Documents Page 523

## EVIDENCE IMAGES #2012000142

Page: 1

**1. MAGGIE, DRUM MARE**



**2. MAGGIE, DRUM MARE**





PARK CTY DEFS_000149

EVIDENCE IMAGES #2012000142

Page: 2

**3. MAGGIE, DRUM MARE**



**4. MAGGIE, DRUM MARE**



PARK CTY DEFS_000150

EVIDENCE IMAGES #2012000142

**5. MAGGIE, DRUM MARE**



**6. MAGGIE, DRUM MARE**



## EVIDENCE IMAGES #2012000142

Page: 4

### 7. MAGGIE, DRUM MARE



### 8. BEAR "LITTLE BIG MAN" COLT



## EVIDENCE IMAGES #2012000142

**59. MAGGIE, DRUM MARE**



**60. MAGGIE, DRUM MARE**

