# EXHIBIT L







Olds Disclosure Documents Page 515

<->