# EXHIBIT M

















Olds Disclosure Documents Page 501





Olds Disclosure Documents Page 503



Olds Disclosure Documents Page 504



Olds Disclosure Documents Doc 524