





PARK CTY DEFS_001864



## EVIDENCE IMAGES #2012000142

**29. MIDNIGHT BREEDING MARE**



**30. MIDNIGHT BREEDING MARE**



# EVIDENCE IMAGES #2012000142

**39. MIDNIGHT BREEDING MARE**



**40. MIDNIGHT BREEDING MARE**





PARK CTY DEFS_001867



PARK CTY DEFS_001886

PARK CTY DEFS_001887



PARK CTY. DEFS_001888