## EVIDENCE IMAGES #2012000142

**19. LENA PAINT MARE**

**20. ANOTHER HORSE ON THE RANCH**

PARK CTY DEFS_001857



PARK CTY DEFS_001858







PARK CTY DEFS_001855





Hatlee Depo
72
6/23/2014



PARK CTY DEFS_001853

DEF CTY DEFS_001856



Hatlee
6/23/2014 75

PARK C___ ___ 00186



PARK CTY DEFS_001853