# EXHIBIT N

⚠ You forwarded this message on 2/17/2012 3:45 PM.
 Attachments can contain viruses that may harm your computer. Attachments may not display correctly.

**Cindy Hardey**

| | | | |
|---|---|---|---|
| **From:** | aolds@aspencreeklac.com [aolds@aspencreeklac.com] | **Sent:** | Thu 2/16/2012 4:35 PM |
| **To:** | Cindy Hardey | | |
| **Cc:** | | | |
| **Subject:** | letter of statement | | |

**Attachments:** 📄 animal control letter.pdf(1MB)

Officer Hardey:

I have attached a letter with a summary of the findings today.  Hopefully this will useful in obtaining an order to seize the remaining horses and/or get permission to euthanize the down mare.  If she dies, I would recommend a necropsy at CSU to confirm whether she died of starvation vs. botulism.  The little gelding that we took today is doing OK, although he went down in the trailer and was too weak to get up when he got to the hospital.  We had to run IV fluids, Iv dextrose, calcium, and hydrate him for several hours before we could assist him to a standing position.  He appears very hungry and has ben eating non-stop since he got here.  His blood work shows extreme anemia among other problems.  He is not showing any signs of botulism and to me appears to be a very clear cut case of starvation and malnutrition.

Ashleigh Olds, DVM
Aspen Creek Veterinary Hospital
Conifer, Co
www.aspencreeklac.com

PARK CTY DEFS_000933

Ashleigh Olds Diedrich
Aspen Creek Veterinary Hospital
23605 Oehlmann Park Rd
Conifer, CO 80433
(303) 697-4864
www.aspencreeklac.com

February 16, 2012

To whom it may concern:

Today I was asked by Park County Animal Control and Routt County Animal Control to attend the seizure of a 2 year old gelding. The gelding was located at Echo Valley Ranch in Bailey, Colorado at the time of seizure.

On arrival, the gelding was laying down in a very dark and filthy stall. He did not appear able to rise on his own despite encouragement. The footing in the stall was thick with manure, urine and mud. He was caked in manure and mud. His body condition score was 1/9 on the Henneke scale. I estimate his weight at 500 lbs. After multiple attempts to get him to stand, I was called away to examine another very thin horse that was recumbent in the upper area of the same barn. When I returned, a ranch hand had gotten this gelding up and had him tied to a truck. He was then loaded into a trailer and transported to Aspen Creek Veterinary Hospital for further evaluation and treatment. During the trailer ride, the horse layed or fell down from weakness and rode the rest of the way down in the trailer. On arrival at the vet hospital, he was too weak and uncoordinated to stand on his own. He was lifted and carried into a stall. Bloodwork revealed severe anemia, elevated white blood cell count, dehydration, low calcium levels, and various other abnormalities. After treatment with IV fluids, IV dextrose, IV calcium, IV antibiotics, and intramuscular vitamin injections (vitamin B complex and Vitamin E/selenium) my staff was able to assist the gelding to a standing position. He has shown great interest in food and water since arrival and has a voracious appetite. At this time my professional assessment is that the gelding is suffering from extreme malnutrition and starvation. He is not showing any signs of botulism or other neurological disorder. He is extremely small for his age, likely as a result of malnutrition. As a result of suspected starvation he is at risk for death due to "re-feeding syndrome" which can cause heart failure, kidney failure, and sudden death as a starved animal is returned to normal nutrition. On a long term basis he is at risk for orthopedic joint disease and cartilage disruption (OCD, bone cysts, etc.) due to improper nutrition during his prime growing years.

It is worth noting that during the examination of the property, an adult female horse was recumbent in the upper area of the barn. This was a black mare. She was roughly a body condition score 1/9. She had been down since Saturday (5 days) per the owner. When we initially arrived, Ron Swift indicated to the animal control officers that the horse was dead. When I examined her I noted that she was breathing. He then admitted that she had been down for 5 days. He claims that she could sit up and drink and eat every two hours, but I was unable to get her into a sternal or sitting position. The mare was covered in severe pressure sores on her face, shoulders, and hips. She could paddle her legs and struggle to move,

PARK CTY DEFS_000934

but could not even get into a sitting position. She had reduced tail tone, but normal eyelid tone, tongue tone, and facial tone. The owner claimed that she was being "treated" for either tick paralysis or botulism. I asked what the treatment was, and he indicated that there was no treatment. He claimed to be rolling the mare every 2 hours from side to side. My personal opinion on examination of the horse is that she was not necessarily showing any evidence of botulism or tick paralysis, but more likely is suffering from malnutrition and starvation. I also believe that a horse that is recumbent should either be euthanized or transported to a hospital facility for more intensive care such as anti-inflammatories, IV fluids and nutritional support, antibiotics, wound care for the pressure sores, and intermittent slinging. A horse that remains down for days on end is a severe risk for aspiration pneumonia, dehydration, sepsis from pressure sores, lung collapse, colic, and many other complications.

There were also two other adult horses on the property that were extremely thin. One was a sorrel and white paint mare. She had a frozen water tank and no food in her pen on arrival. I would grade her body condition score a 1.5/9. There was another black mare in another pen who also had frozen water, no food in her pen, and a body condition score of 1.5/9.

In a separate pen there were 4 yearling foals. There was a chestnut, a grulla, a bay, and a palomino of unknown sexes. They all ranged from a 1.5-2/9 body condition score. They did not have any feed in their pen and their water tank was frozen.

In my opinion these horses all appear to be suffering from starvation and malnutrition. The owner did not seem to acknowledge the severity of the problem, which is concerning to me that anything will be done to help them. There was very little hay noted on the property at the time of exam, and no feed in any of the pens despite it being 11:00 am. The owner noted that they hadn't had breakfast yet. All of the horses nickered and whinnied as we walked by as if hungry. I have grave concerns for the remaining thin horses, as Ron Swift admitted that several other horses had already died.

If you have any further questions regarding this matter, please feel free to contact me.

Sincerely,

Ashleigh Olds Diedrich, DVM

PARK CTY DEFS_000935