# EXHIBIT P

700 KIPLING ST., SUITE 4000
LAKEWOOD, CO 80215-5894

## NOTICE of WARNING

Case Number: 2013000142   Date: 2-16-2012   Time: 10:00 a.m./p.m.
Warning Issued To: Ron Swift   Tele: 303-908-2957
Driver's License: _____   Date of Birth: _____
Address: Erinn Valley Ranch   S.S.#: _____
City: Bailey   State: Co   Zip: 80421

Animal Description: Th-BRD Grouts Horse, Dog   F __ M __
Animal Name: Quarterhorse "Magic" (down horse)  Cat   F __ M __
Sorrel, Bay, Palomino, Grulla   Horse X   F X   M Y
GrU = Quarterhorse/Thor.BRD Midnight Paint with Bro Other __   F __ M __
thor-BRD

Our agent has discovered that you are allowing to exist or contributing to a condition which could constitute a violation of Colorado law. To avoid further action, this condition must be corrected by __/__/__
The violation found by the agent was:

___ "Abandon" means the leaving of an animal without adequate provisions for the animal's proper care by its owner, the person responsible for the animal's care or custody, or any other person having possession of such animal.

___ "Mistreat or Mistreatment" means every act or omission which causes, or unreasonably permits the continuation of unnecessary or unjustifiable pain or suffering.

___ "Neglect" means failure to provide food, water, protection from the elements, or other care generally considered to be normal, usual, and accepted for an animal's health and well-being consistent with the species, breed, and type of animal.

X Other: There are the 4 Yearlings that score visually a 1.5 on Henneke Body sc

Action Necessary to Comply: Lana + Midnight score visually a 1.5 on Henneke Body sc You will have a month from today to gain HEALTHY weight on the 6 horses. Animal control will be doing random visits every two days for the next two weeks to monitor "Magic" Back, Mare Mare, and all 6 horses in question. If there is an issue with any horse Animal Control will be also (notified) of the animals if you fail to rectify the condition in question you maybe even

Our Agent will do a follow up visit on or about: 3/16/2012
Thank you for your cooperation in this matter. Note: Animal Control will be monitoring the health of Animal
Posted to Door X   Issued in Person X   Date 2/16/2012 Time: 1220hrs a.m./p.m.
every 2 day for the next 2 weeks

SIGNATURE BOX

INVESTIGATOR: L. Hanly 9523   PCSO
Signature   ISSUING AGENCY
TELEPHONE: 719-836-4380

RECIPIENT OF NOTICE: _____
Signature

49

This is a legal document

docN:BAPWARN
Distribution: White-Recipient   Yellow-Issuing Agency   Pink-State Office
Swift, Ronald 12M44, Hatlee, Randall 12M42
26/129

Discovery 49