# EXHIBIT Q

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE
and RONALD L. SWIFT,

Plaintiffs,

vs.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER,
and ASHLEIGH OLDS,

Defendants.
----------------------------------------------------------
DEPOSITION OF AMY MURDOCK
July 25, 2014
----------------------------------------------------------

                                        Deposition location:
                                        9998 Havekost Road
                                        Conifer, Colorado  80433

APPEARANCES:

   Brice A. Tondre, Esq.
   BRICE A. TONDRE, P.C.
   215 South Wadsworth Boulevard, #500
   Lakewood, Colorado  80226

                                        For the Plaintiffs.

   John Lebsack, Esq.
   WHITE and STEELE, P.C.
   Dominion Towers
   600 17th Street, Suite 600N
   Denver, Colorado  80202

                                        For the Defendant, Olds.

1                       AMY MURDOCK,
2  being first duly sworn to state the truth, the whole
3  truth, and nothing but the truth, testified under oath as
4  follows:
5                       EXAMINATION
6  BY MR. TONDRE:
7            Q    State your name for the record, please.
8            A    My name is Amy Christine Murdock.
9            Q    And your occupation?
10           A    I'm a veterinarian.
11           Q    When did you graduate from veterinary
12 school?
13           A    In 2007.
14           Q    Where did you go to veterinary school?
15           A    Washington State.
16           Q    And since 2007, what -- where have you
17 been practicing?
18           A    In 2007, I practiced in the state of
19 Arizona for two years; I practiced in the state of
20 Idaho for two years; and then for the last three and a
21 half years, I've been practicing in the state of
22 Colorado.
23           Q    What was the nature of your practice in
24 Arizona?
25           A    It was a mixed animal practice.  Some

Page 5

1 horses, some cattle, some dogs, cats, birds, large
2 cats, lions, tigers, yeah -- that's it.
3      Q   And what was the nature of your practice
4 in Idaho?
5      A   I worked at an emergency small animal
6 clinic as well as -- as mainly as a general
7 practitioner for small animals.
8      Q   And when -- when you moved to Colorado,
9 did you go to work for anyone?
10     A   I worked for Aspen Creek Veterinary
11 Clinic, specifically Dr. Ashleigh Olds.
12     Q   And how long did you -- were you employed
13 by Aspen Creek or were you --
14     A   Yes.
15     Q   -- a shareholder?
16     A   No.  I was -- I'm -- I was an associate
17 practitioner for Aspen Creek; so yes, I was an employee
18 there.
19     Q   And how long did you remain with that
20 practice?
21     A   From -- let's see.  Almost three years.
22 I left there in March of this year.
23     Q   Why did you leave?
24     A   Um.  I was unhappy with my employment
25 there and found a different job doing something that

1    A    That's fine.

2    Q    What was your first involvement of any 3 kind with Spencer?

4    A    The first time that I saw Spencer was 5 when Dr. Olds brought him to Aspen Creek in her horse 6 trailer.

7    Q    And prior to Dr. Olds arriving with 8 Spencer, had you heard anything about Spencer or any -- 9 any events at the Echo Valley Ranch?

10    A    Before she arrived, I believe she called 11 and said that she was bringing a horse in for 12 hospitalization. But I had not heard of anything 13 before she brought the horse in.

14    Q    Now, when the horse arrived, who was with 15 Dr. Olds?

16    A    My ex-husband, Troy Murdock.

17    Q    Who else -- who was -- who, in addition, 18 to you, Dr. Olds, and your former husband were present 19 at the clinic when Spencer arrived?

20    A    Brian Diedrich was there, another 21 veterinarian, Dr. Shannon Harland, was there. And 22 several other technicians, I can't recall specifically.

23    Q    Do you recall approximately what time of 24 day that it was?

25    A    I would say midday. No. I don't recall

```
                                                              Page 20
 1        A    No.  He told me when they got there.
 2        Q    All right.  Did he talk to them first?
 3        A    Probably.
 4        Q    Was -- why was Barbara Wright there?
 5        A    I don't know.
 6        Q    Was she involved in the conversation with
 7 the Channel 7 News reporter?
 8        A    Yes.
 9        Q    Was anyone else involved in the
10 conversation with the Channel 7 News reporter?
11        A    Just Brian Diedrich.
12        Q    So it was you, Brian, and Barbara Wright,
13 correct?
14        A    And the reporter.
15        Q    And the report -- was it John Ferraro?
16        A    Probably.
17        Q    Did you feel bullied?
18             MR. LEBSACK:  Form.
19        A    No.  I didn't feel bullied.  But I did
20 not want to talk to the news.  I was told by Brian that
21 I needed to represent Aspen Creek and that there wasn't
22 another veterinarian available, so I had to talk to
23 Channel 7 News.  I was told to talk about the case,
24 what I saw, and what I had heard.
25        Q    (BY MR. TONDRE) Had you heard that Spencer
```

1 was on -- he was -- he was on the floor of the trailer.

2      Q  (BY MR. TONDRE) Do you have an opinion as 3 to whether he was -- it was appropriate to trailer 4 Spencer?

5      MR. LEBSACK:  Form.

6      A  Yes, I think it was appropriate to 7 trailer Spencer.

8      Q  (BY MR. TONDRE) And what do you base that 9 opinion on?

10      A  Hm.  The fact that he didn't appear 11 harmed by the trailer ride.  He -- he got better while 12 in Aspen Creek's care.

13      Q  Well, how do you explain the fact that he 14 could walk 150 yards to the trailer, could get up at 15 As- -- at Echo Valley; but once he got to Aspen Creek 16 after sustaining a fall in the trailer, he couldn't get 17 up?

18      MR. LEBSACK:  Form.

19      MR. SCHIMBERG:  Join.

20      A  I wasn't aware that he walked to the 21 trailer at As- -- at Echo Valley Ranch.  And I don't 22 believe he was unable to stand because of a fall in the 23 trailer.

24      Q  (BY MR. TONDRE) But you don't know, do 25 you?

Page 23

1              MR. LEBSACK:  Objection to form.
2          A    That was a question you wanted me to
3 answer?
4          Q    (BY MR. TONDRE)  Well, to what do you
5 attribute his inability to walk after taking --
6          A    He was very --
7              MR. LEBSACK:  Hold on.  Wait until he is
8 done.
9          Q    (BY MR. TONDRE) -- after taking a fall in
10 the trailer?
11         A    He was weak and had a poor body condition
12 score.
13         Q    Did his condition change from the time he
14 left Echo Valley Ranch and the time he got to Aspen
15 Creek?
16             MR. LEBSACK:  Form.
17         A    Well, since I wasn't at Echo Valley
18 Ranch, I can't tell you if his condition changed.  I
19 can tell you what happened after he arrived at Aspen
20 Creek.  He was weak, he could not stand up; once we fed
21 him, once we gave him IV fluids, he did stand up; and
22 he never went back down again.  That's what I can tell
23 you.
24             But I was not at Echo Valley Ranch.  I
25 can't tell you about his condition at Echo Valley Ranch

```
                                                    Page 24
 1  because I wasn't there.
 2          Q  (BY MR. TONDRE) But you can tell me there
 3  was no evidence of any effort made to keep him from
 4  falling in the trailer; is that correct?
 5              MR. LEBSACK:  Form.
 6          A   There weren't any ropes, there wasn't
 7  anything in the trailer other than shavings and the
 8  horse.
 9          Q  (BY MR. TONDRE) And you can't tell me how
10  deep the shavings were?
11          A   No.
12              MR. HATLEE:  Take a break.  I need to
13  talk to you.
14              MR. TONDRE:  Hang on a second.
15              Okay.
16          Q  (BY MR. TONDRE) Did any veterinarian other
17  than you on February 18, 2012, speak to Channel -- to
18  Channel 7 News?
19              MR. LEBSACK:  You said the 18th, is that
20  the date you meant?
21              MR. SCHIMBERG:  Yes.
22              MR. SWIFT:  16th.
23              MR. TONDRE:  That's the date.
24              MR. LEBSACK:  Okay.  So --
25              MR. HATLEE:  16th.
```

Page 28

1 at a human hospital.

2      Q    Had he done security before that?

3      A    Not to my knowledge, no.

4      Q    Did you tell the Channel 7 reporter that
5 as of the time you spoke to him Spencer was doing
6 better?

7      A    Yes.

8      Q    In what respect was he doing better?

9      A    He was eating, he was drinking, he was
10 standing on his own.

11     Q    The day following his arrival -- or the
12 day following his arrival at the clinic, could he stand
13 up without assistance?

14     A    Yes.

15     Q    So he could get up on his own?

16     A    Uh-huh.

17          MR. LEBSACK:  Is that a yes?

18     A    Yes.

19     Q    (BY MR. TONDRE) How quickly after he was
20 moved out of the trailer was he able to get up on his
21 own?

22     A    Within 12 hours.

23     Q    All right.  And during that 12 hours,
24 what care and treatment was he provided?

25     A    He was given food and water.  Dr. Olds

1 put in an IV catheter, was giving IV fluids, and I
2 believe that she drew blood.
3  Q Was he on a refeeding diet?
4  A That I don't know.
5  Q Do you know what a refeeding diet is?
6  A No.
7  Q What discussions did you have with
8 Barbara Wright regarding the horses at Echo Valley
9 Ranch when you were together with her speaking to the
10 news -- to the television reporter?
11  A She told me to tell -- tell the reporter
12 what I saw and what I had heard. That was all the
13 discussion that we had.
14  Q Did it seem to you that she had come to
15 the clinic in anticipation of the news being there?
16  A She didn't have any animals at the
17 clinic, so that is what I assumed.
18  Q All right. Had you had contact with
19 Barbara Wright before that?
20  A She was a client at our clinic. So the
21 only contact I had was indirect treatment of one of her
22 animals.
23  MR. TONDRE: Let's take a break. I need
24 to find a document.
25  (Recess was taken from 9:48 a.m. to

Page 44

1  stall, we put grass hay in front of him, and he started
2  eating.
3         Q    No.  But my question was:  Was this prior
4  to any vitamin supplement being provided to him?
5         A    Yes, before any treatment.  We put hay in
6  front of him and he started eating.
7         Q    I understand that you did not make a
8  determination or a diagnosis of Little Big Man, slash,
9  Spencer because it wasn't your case, correct?
10        A    Correct.
11        Q    Did you come to know what that -- what
12 the determination was, if any, while Little Big Man was
13 at the facility?
14        A    Yes.  It was determined that he was
15 malnourished.
16        Q    All right.
17        A    Was not -- was starved.
18        Q    By the information you saw and what you
19 observed there from Little Big Man, did you disagree
20 with that opinion?
21             MR. TONDRE:  Objection.  Foundation.
22        A    No.  I agreed with that.
23        Q    (BY MR. SCHIMBERG) Okay.  What elements of
24 that diagnosis did you agree with; or what made you
25 disagree with that diagnosis, put another way?

Page 45

1      A    Just based on the observation that he
2 came in down; when he left, he appeared normal in terms
3 of being able to walk, being able to be a normal horse,
4 pasture pet, I don't think --
5      Q    Okay.
6      A    -- that he was going to be used for any
7 riding or anything like that. When he came in, he ate,
8 I don't ever think I saw him stop eating, and he only
9 improved in the time that I saw him.
10     Q    Okay. Just by your body language, this
11 is where this question arises is the discussion you had
12 with Mr. Tondre about the way Little Big Man walked and
13 you guys focused in on his back legs. Do you remember
14 that exchange?
15     A    Yes.
16     Q    All right. And it seemed like you were
17 sort or struggling with how to describe that. Let me
18 ask it at different way, and see if I can walk out of
19 here understanding what you observed.
20     A    Okay.
21     Q    With the condition that you observed to
22 include when Little Big Man would first get up, his
23 hind legs would cross, and then you described some --
24 you could see some skin movement, et cetera. Did you
25 think that was a neurological issue or problem?