# EXHIBIT T

Case 1:13-cv-02469-RM-MJW   Document 62-22   Filed 12/15/14   USDC Colorado   Page 2 of 5

FAY E. BURTON, D.V.M.                                    April 16, 2014
HATLEE vs. HARDEY                                                     1

```
 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO
 2
     CASE NO. 13-cv-02469-RM-MJW
 3
     _____
 4
     RANDALL J. HATLEE and
 5   RONALD L. SWIFT,

 6          Plaintiffs,

 7                    vs.

 8   CINDY HARDEY,
     BOBBIE PRIESTLY,
 9   MONTE GORE,
     FRED WEGENER and
10   ASHLEIGH OLDS,

11          Defendants.
     _____
12
              DEPOSITION OF FAY ELIZABETH BURTON, DVM
13                         April 16, 2014

14   _____
                                      Deposition location:
15                                    9998 Havekost Road,
                                      Conifer, Colorado 80433
16

17
     ALSO PRESENT:  Jennifer R. Edwards, Esq.
18                  (For Dr. Burton)
                    Randall Hatlee
19                  Ronald Swift

20

21

22

23

24

25
```



FAY E. BURTON, D.V.M.　　　　　　　　　　　　　　　April 16, 2014
HATLEE vs. HARDEY　　　　　　　　　　　　　　　　　　　　　12

```
 1   right now that would need to be added to this to
 2   bring it up to date?  I mean, I can see a date of
 3   2012 on the second page, so it's at least produced as
 4   of that date.  Is there anything that would need to
 5   be added since 2012 to make this up to date?
 6           A.   Oh, I suppose there might be, but --
 7           Q.   Can you think of --
 8           A.   -- it should be relatively recent.  No,
 9   I can't think of anything.
10           Q.   That would have to be added to make it
11   current is what you are saying?
12           A.   Yeah.  I can't think of anything at the
13   moment.
14           Q.   You're currently affiliated with
15   Timberline Equine?
16           A.   Yes.
17           Q.   And is that a corporation or a
18   partnership or LLC or --
19           A.   Corporation.
20           Q.   And what is your position with the
21   corporation?
22           A.   Currently president and, I believe,
23   perhaps secretary or something to that effect.
24           Q.   Is that corporation owned by you and
25   Dr. Horton?
```



800.211.DEPO (3376)
EsquireSolutions.com

1  the horse is underweight?
2       A.   Usually, not always.
3       Q.   And with these -- I understand that you
4  did not do any of this exam on any of these horses
5  until April 2012.
6       A.   That sounds about right.
7       Q.   April 12, 2012, from the...
8            What's an average weight for a horse?
9       A.   It would vary.  But typically when you
10 are discussing the average horse, it's about 1,000
11 pounds.  It will vary with breed.  It matters whether
12 it's a pony, a horse, a draft, or a donkey.
13      Q.   And the body -- is the body condition
14 difference the 45 pounds between each one, two,
15 three, four regardless of whether it's a small horse,
16 large horse, pony, all what you just listed?
17      A.   That would be an exception.  I think
18 when Purina did that research, I think it was on your
19 average thousand-pound horse.
20      Q.   Okay.  How long have you been providing
21 veterinary services for Mr. Swift and Mr. Hatlee's
22 horses?
23      A.   The first horses that belonged to
24 either of those were probably 2010.
25      Q.   Had you been out to Echo Valley Ranch



```
 1   before that for other horses?
 2           A.   I believe we had, yeah.
 3           Q.   Did you know either of them before they
 4   contacted you?
 5           A.   No.
 6           Q.   And you had gone through earlier with
 7   Mr. Lebsack that you had seen four of the horses in
 8   2010.  I think it's Midnight, Chance, River, and
 9   Echo, and I didn't see any records in Exhibit 1 that
10   had to do with either Fiona or Lena from prior to
11   Dr. Horton's visit of February 20, 2012.  Are you
12   aware of seeing them at all prior to --
13           A.   I don't think so.  Lena would be the
14   only possible.  I'm not 100 percent sure.
15           Q.   Would there be records of that in your
16   file?
17           A.   Yeah.
18           Q.   Had you -- so it's safe to say --
19           A.   Yeah.
20           Q.   So it's safe to say that you had not
21   treated Lena or Fiona --
22           A.   I don't think so.
23           Q.   Did you ever examine any of the six
24   horses at issue in this case without Dr. Horton being
25   present?
```

