# EXHIBIT V

**UNIFORM SUMMONS & COMPLAINT OR PENALTY ASSESSMENT FOR COUNTY ORDINANCE AND RESOLUTION VIOLATIONS**

12 M 44

No. 45132

USFS Contact: ___
CR#: 20120000142
Gaming Contact: ___
Traffic Accident: ( ) Yes (X) No
Injuries Involved: ( ) Yes (X) No

Defendant (Last Name): Swift
(First): Ronald
(Middle): L
Date of Birth: 7-7-1942
Age: ___
( ) Traffic  (X) Penal
Violation Mo. Day Yr.: 2-16-2012

Defendant's Address: 1160 Park County Road 70
City: Bailey
State: Co
Zip Code: 80421
Direction of Travel: N S E W
Approx. Time of Violation: 10:00 AM

Driver's License Number and Type: 92-227-6808
State: CO
Race: W
Sex: M
Height: 5'10
Weight: 155
Hair: brn
Eyes: brn
Home Telephone: 303-908-2957
Business Telephone: ___

Employer Name: Rancher / Retired
Employer Address: ___
Occupation: ___
County: PARK
No.: 54

Vehicle License Number and Type: ___  State: ___  Year: ___  Make: ___  Model: ___  Type or Body Style: ___
Approximate Location of Violation, State of Colorado: ( ) On Echo Valley Ranch
NRVC: ___

Vehicle Color (Top/Bottom): ___  VIN: ___
( ) At Intersection With: ___

**YOU ARE SUMMONED AND ORDERED TO APPEAR TO ANSWER CHARGES AS STATED BELOW IN:**

SURCHARGE $: ___
TOTAL FINES $: ___

PARK COUNTY COURT At: 300 4TH STREET In: FAIRPLAY, COLORADO ON May 15, 2012 AT 9:00 A M

| Section | Park County Res. 04-01 | Comm. Code | Fine | Pts | Section | Park County Res. 04-01 | Comm. Code | Fine | Pts |
|---|---|---|---|---|---|---|---|---|---|
| ☐ 237(2) | Driver failed to use safety belt | 575 | | 0 | ☐ 1409(3) | Failed to show proof of insurance upon request | 957 | sum | 4 |
| ☐ 237(2) | Passenger failed to use safety belt | 960 | | 0 | ☐ 603(1) | Failed to observe/disregarded traffic control device | 300 | | 4 |
| ☐ 236(2) | Failed to use child restraint | 574 | | 0 | ☐ 1401 | Reckless driving | 140 | sum | 8 |
| ☐ 703 | (Disregarded/failed to stop as required at) stop sign at through highway | 319 | | 4 | ☐ 1402 | Careless Driving | 141 | | 4 |
| ☐ 1007 (1) (a) | Failed to drive in a single lane (weaving) | 223 | | 3 | ☐ 1409(2) | Operated an uninsured motor vehicle on a public roadway | 956 | | 4 |
| ☐ 202(1) | Drove a (defective / unsafe) vehicle | 542 | | 2 | ☐ 1005(3) | Passed on left when prohibited by signs / markings | 199 | | 4 |
| ☐ 903(1) | Failure to signal | 433 | | 2 | ☐ 201(4) | Driver's vision obstructed through required glass | 452 | | 0 |
| ☐ 1008(1) | Following too close | 142 | | 4 | ☐ 1101 (1) | Speeding ___ mph in ___ mph zone | | | |
| ☐ 1101 (3) | Speeding too fast for conditions | 007 | | 3 | ☐ 1005 (2)(a) | Passed on (hill / curve) when view was obstructed | 197 | | 4 |

☐ Park Co. Res. 95-11   8 (a) Dog running at large   15(a) Barking Dog   Code | Fine | Surcharge | Pts
☐ Park Co. Res. 04-01   ☒ State Charges

3 - Counts Cruelty to Animals (CRS 18-9-202(1)(a))

*Horses not being fed*
A person commits cruelty to animals if he or she knowingly, recklessly, or with criminal negligence ever drives, overloads or (deprives of necessary sustenance)

Depo Exh 49 Hatlee 6/19/2014

RECEIVED FEB 27 2012

**SUMMONS**
WITHOUT ADMITTING GUILT, I HEREBY PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED ABOVE (SEE REVERSE SIDE).
DEFENDANT SIGNATURE: Refuse to Sign

**PENALTY ASSESSMENT**
WITHOUT ADMITTING GUILT, I AGREE TO COMPLY WITH THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS SUMMONS OR PENALTY ASSESSMENT.
DEFENDANT SIGNATURE: ___

The aforementioned offense(s) was (were) committed by the defendant in my presence, or I have reasonable grounds for believing that said offense(s) was (were) committed in fact by the defendant, in the County of Park, State of Colorado, on or about the date and time specified above, contrary to the above specified section(s) of the Model Traffic Code or other specified ordinance or resolution and the peace and dignity of the people. I hereby certify that a copy of this summons and complaint was duly served upon the defendant according to law.

PEACE OFFICER: C. Hardy
ID NO: 9523
DATE SERVED: 2-23-2012
COMPLAINANT: South Park
WARNING: FAILURE TO APPEAR IN RESPONSE TO THIS SUMMONS AND/OR PAY FINE AS ORDERED MAY RESULT IN THE ISSUANCE OF A WARRANT FOR YOUR ARREST.
4/04

Swift, Ronald 12M44, Hatlee, Randall 12M43
Discovery 1

| UNIFORM SUMMONS & COMPLAINT OR PENALTY ASSESSMENT FOR COUNTY ORDINANCE AND RESOLUTION VIOLATIONS | Hatlee 12M43 |
|---|---|

USFS Contact: CR# 2012000 1413

Gaming Contact | Traffic Accident ( ) Yes (X) No | Injuries Involved ( ) Yes (X) No

**No. 45134**

Defendant (Last Name): Hatlee (First): Randall (Middle): S
Date of Birth: 7-31-59   Age: (  )Traffic (X) Penal   Violation Mo. Day Yr. 2-16-2012

Defendant's Address: [illegible]   City: [illegible]   State: CO   Zip Code: [illegible]   Direction of Travel: N S E W   Approx. Time of Violation: [illegible]

Driver's License Number and Type: [illegible]   State: [illegible]   Race: [illegible]   Sex: [illegible]   Height: [illegible]   Weight: [illegible]   Hair: [illegible]   Eyes: [illegible]   Home Telephone: [illegible]   Business Telephone: [illegible]

Employer Name: [illegible]   Employer Address: [illegible]   Occupation: [illegible]   County: **PARK**   No. **54**

Vehicle License Number and Type: [blank]   State: [blank]   Year: [blank]   Make: [blank]   Model: [blank]   Type or Body Style: [blank]

Approximate Location of Violation, State of Colorado: ( ) On Echo Valley Ranch   NRVC

Vehicle Color (Top/Bottom): [blank]   VIN: [blank]   ( ) At Intersection With: [blank]

YOU ARE SUMMONED AND ORDERED TO APPEAR TO ANSWER CHARGES AS STATED BELOW IN:
SURCHARGE $ ____   TOTAL FINES $ ____

PARK COUNTY COURT At: 300 4TH STREET In: FAIRPLAY, COLORADO ON May 15, 20 12 AT 9:00 A.M.

| Section | Park County Res. 04-01 | Comm. Code | Fine | Pts. | Section | Park County Res. 04-01 | Comm. Code | Fine | Pts. |
|---|---|---|---|---|---|---|---|---|---|
| ☐ 237(2) | Driver failed to use safety belt | 575 | | 0 | ☐ 1409(3) | Failed to show proof of insurance upon request | 957 | sum | 4 |
| ☐ 237(2) | Passenger failed to use safety belt | 960 | | 0 | ☐ 603(1) | Failed to observe/disregarded traffic control device | 300 | | 4 |
| ☐ 236(2) | Failed to use child restraint | 574 | | 0 | ☐ 1401 | Reckless driving | 140 | sum | 8 |
| ☐ 703 | (Disregarded/failed to stop as required at) stop sign at through highway | 319 | | 4 | ☐ 1402 | Careless Driving | 141 | | 4 |
| ☐ 1007 (1) (a) | Failed to drive in a single lane (weaving) | 223 | | 3 | ☐ 1409(2) | Operated an uninsured motor vehicle on a public roadway | 956 | | 4 |
| ☐ 202(1) | Drove a (defective / unsafe) vehicle | 542 | | 2 | ☐ 1005(3) | Passed on left when prohibited by signs / markings | 199 | | 4 |
| ☐ 903(1) | Failure to signal | 433 | 5 | 2 | ☐ 201(4) | Driver's vision obstructed through required glass | 452 | | 0 |
| ☐ 1008(1) | Following too close | 142 | | 4 | ☐ 1101 (1) | Speeding ___ mph in ___ mph zone | | | |
| ☐ 1101 (3) | Speeding too fast for conditions | 007 | | 3 | ☐ 1005 (2)(a) | Passed on (hill / curve) when view was obstructed | 197 | | 4 |

| | | | | Code | Fine | Surcharge | Pts |
|---|---|---|---|---|---|---|---|
| ☐ Park Co. Res. 95-11 | 8 (a) Dog running at large | 15(a) Barking Dog | | | | | |
| ☐ Park Co. Res. 04-01 | ☐ State Charges | | | | | | |

8 - Counts Cruelty to Animals
CRS 18-9-202 (1)(a)

* (may not be [illegible] *

A person commits Cruelty to Animals if he or she
[illegible] recklessly or with criminal negligence
overdrives, overloads or (deprives of necessary sustenance)

| SUMMONS | PENALTY ASSESSMENT |
|---|---|
| WITHOUT ADMITTING GUILT, I HEREBY PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED ABOVE (SEE REVERSE SIDE). | WITHOUT ADMITTING GUILT, I AGREE TO COMPLY WITH THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS SUMMONS OR PENALTY ASSESSMENT. |
| DEFENDANT SIGNATURE [signature] | DEFENDANT SIGNATURE |

RECEIVED FEB 27 2012

The aforementioned offense(s) was (were) committed by the defendant in my presence, or I have reasonable grounds for believing that said offense(s) was (were) committed in fact by the defendant, in the County of Park, State of Colorado, on or about the date and time specified above, contrary to the above specified section(s) of the Model Traffic Code or other specified ordinance or resolution and the peace and dignity of the people. I hereby certify that a copy of this summons and complaint was duly served upon the defendant according to law.

PEACE OFFICER [illegible]   ID NO. 8513   DATE SERVED 2-21-2012   COMPLAINANT [illegible]

WARNING: FAILURE TO APPEAR IN RESPONSE TO THIS SUMMONS AND/OR PAY FINE AS ORDERED MAY RESULT IN THE ISSUANCE OF A WARRANT FOR YOUR ARREST.   4/04

PARK COUNTY SHERIFFS OFFICE

Swift, Ronald 12M44, Hatlee, Randall 12M43
Discovery 5