This is an agreement between Ronald Swift, Kirsten Le Beau and the Park County Sheriff's Office regarding six horses that are involved in a current case.

These six horses have not been confiscated, seized, or surrendered. These six horses have been moved from Echo Valley Ranch and placed in Protective Custody only.
Ronald Swift will be responsible for all cost of care for these horses including feed, and veterinarian care and Park County is not liable for any costs related to the care of these horses while they are in Protective Custody.

The six horses removed from Echo Valley Ranch are described as:

Ron 1- "Midnight" Breeding Stock Paint Mare- 13/14 Years old.
Ron 2- "Lena" Sorrel Paint Mare
Randy 3- "Echo" Grullo Grade Gelding
Randy 4- "River" Bay Grade Gelding
Ray 5- "Chance" Sorrel Grade Gelding- SICK
Ron 6- "Fiona" Palomino Grade Filly

*If test results from Necropsy on Drum Mare indicate starvation was a factor in mares death charges may be filed against horse owners and at risk horses may be impounded at a later date if no other contributing factors are present other than neglect.*

Date 2-19-2012

Deputy Cindy R. Hardey - 9523

Owner _Randy A Hatlee_

Owner _R Swift_

Owner _____

Owner _____

Caretaker _____

Caretaker _____



EXHIBIT A

Swift, Ronald 12M44, Hatlee, Randall 12M43
Discovery 56