FRED WEGENER - JULY 24, 2014

Page 4

1              FRED WEGENER,
2  being first duly sworn to state the truth, the whole
3  truth, and nothing but the truth, testified under oath as
4  follows:
5                 EXAMINATION
6  BY MR. TONDRE:
7         Q    State your name for the record, please.
8         A    Fred Wegener. W-e-g-e-n-e-r.
9         Q    And your present occupation?
10        A    Sheriff, Park County.
11        Q    How long have you been Sheriff for Park
12  County?
13        A    I'm in my 16th year.
14        Q    You're presently involved in a campaign
15  for another term, correct?
16        A    Another term, that's correct.
17        Q    I want to concentrate on the office as it
18  existed in 2012 since that's what brings us here. So
19  I'll be directing my attention to that area.
20             Did you do anything in preparation for
21  your deposition?
22        A    Talked to my legal counsel.
23        Q    Did you read any documents, depositions,
24  or things of that nature?
25        A    The affidavit that was filed in federal

AVERY WOODS REPORTING SERVICE, INC.   (303) 825-6

EXHIBIT C

```
 1   and the firearms through the department.
 2        Q    Now, was Cindy Hardey in 2011 and 2012 an
 3   employee of the sheriff's office?
 4        A    Yes.
 5        Q    Who was responsible for training her in
 6   the preparation of search warrant affidavits?
 7        A    Her supervisor would have covered that
 8   during her FTO.
 9        Q    And that would be Sergeant Priestly?
10        A    Correct.
11        Q    Does -- did the sheriff's office in 2012
12   have an internal affairs section?
13        A    Yes.
14        Q    And who was involved in that?
15        A    It would -- well, it depends on what
16   subdivision the complaint is out of.  So it's like --
17   I'll have either Captain Bonnelycke or Captain Muldoon
18   will take care of those -- like I said, depending upon
19   what division they come from.
20        Q    Who would be responsible for conducting
21   an internal affairs investigation of an animal control
22   officer?
23        A    It would either have been Captain Muldoon
24   or Captain Bonnelycke.
25        Q    All right.  And what precipitates an
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16      Q    Were you involved in any respect in the
17   decision to seize the horses?
18      A    No.  Huh-uh.  Not to -- not to seize
19   them.  I usually leave all the animal control stuff to
20   that division there.  They're very good at what they
21   do.
22
23
24
25