BOBBI PRIESTLY - JUNE 24, 2014

Page 4

1              BOBBI JO PRIESTLY,
2  being first duly sworn to state the truth, the whole
3  truth, and nothing but the truth, testified under oath as
4  follows:
5                    EXAMINATION
6  BY MR. TONDRE:
7         Q    State your name, please, ma'am.
8         A    Bobbi Jo Priestly.
9         Q    And your occupation?
10        A    I'm the sergeant of the Animal Control
11 Division for Park County --
12        Q    And how long -- I'm sorry.
13        A    I'm sorry. -- for the Park County
14 Sheriff's Office.
15        Q    How long have you held that position now?
16        A    It will be 13 years in January, so about
17 12 and a half years.
18        Q    What's your educational background?
19        A    Just high school. I don't have any
20 college education, sir.
21        Q    And where did you graduate from high
22 school?
23        A    South Park High School here in Fairplay.
24        Q    And when did you graduate?
25        A    1983.

AVERY WOOLS REPORTING SERVICE, INC.   (303) 825-6

EXHIBIT D

1  form of the question.
2       Q   (BY MR. TONDRE) Yes.
3            MR. SCHIMBERG:  Legal conclusion.  You
4  can answer as an animal control.
5       A   Sufficient evidence and facts based on --
6  well, it would be sufficients -- sufficient facts
7  based -- that there's a crime that has been committed,
8  it would be sufficient fact that there has been a crime
9  or -- that's what probable cause is.
10      Q   (BY MR. TONDRE) Is it --
11      A   Sufficient facts.
12      Q   I'm sorry, I interrupted you.
13      A   Go ahead.
14      Q   Is it enough to have a feeling that a
15  crime was committed?
16           MR. SCHIMBERG:  Object to form.
17      A   No.  Go ahead.
18      Q   (BY MR. TONDRE) Are you familiar with the
19  holdings in the 10th Circuit Court of Appeals requiring
20  the requirement that a thorough investigation be made
21  before seeking a search and seizure warrant?
22           MR. SCHIMBERG:  Object to form.  Go
23  ahead.
24      A   Yes.
25      Q   (BY MR. TONDRE) Did you provide any

BOBBI PRIESTLY - JUNE 24, 2014

Page 89

```
 1   were moved to a private ranch in Park County and housed
 2   in an enclosed barn.  The horses were provided with
 3   veterinarian care by Timberline Equine Veterinary
 4   Services while at this location."  What's -- what's the
 5   basis for your statement?  How did you know that?
 6            A    Because that's what I was told.
 7            Q    Other than this visit to LeBeau's on the
 8   19th, did you at any other time prior to the seizure of
 9   the horses go to the LeBeau place?
10            A    Reference this case?
11            Q    Yes.
12            A    No.
13            Q    You say:  "Hatlee was concerned about one
14   of the young colts named 'Chance.'"  Did you look at
15   that colt?
16            A    Yes.
17            Q    And what did he tell you caused him
18   concern?
19            A    I don't recall.
20            Q    You say:  He told you that the colt had
21   been collapsing frequently and that he was unable to
22   rise on his own.
23                 Do you remember that?
24            A    I do.
25            Q    Do you remember being concerned that the
```