ORIGINAL

AGREN BLANDO COURT REPORTING & VIDEO INC.

1

COMBINED COURT, COUNTY OF PARK, STATE OF COLORADO

CASE NO. 2012 M 43 AND 2012 M 44, DIV. A

---

REPORTER'S TRANSCRIPT (Motions Hearing)

---

IN THE MATTER OF

THE PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

RONALD L. SWIFT,

    Defendant.

---

The above-entitled matter came on for hearing on Tuesday, April 10, 2012 at 11:01 a.m. before the HONORABLE BRIAN L. GREEN, County Judge.

APPEARANCES:

FOR THE PLAINTIFF:    STEVE SULLIVAN

FOR THE DEFENDANT:    DARREL CAMPBELL

ALSO PRESENT:    RONALD L. SWIFT
    CINDY HARDY
    ANIMAL CONTROL OFFICER

EXHIBIT E

AGREN BLANDO COURT REPORTING & VIDEO INC.

65

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22  ruling on whether or not neglect took place.  The Court
23  does find that the officer had probable cause to
24  believe that the animals suffered from animal cruelty,
25  but the Court finds that the animal control officer did

Court Reporting  Videography  Digital Reporting  Transcription  Scanning  Copying
Denver (303) 296 - 0017 Boulder (303) 443 - 0433 Colorado Springs (719) 635 - 8328 Greeley (970) 356 - 3306

AGREN BLANDO COURT REPORTING & VIDEO INC.

66

1   not have probable cause to believe that the animals
2   would suffer ongoing animal cruelty and would be
3   endangered if they were left in the care of the
4   Defendants, specifically due to the fact the Defendants
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25