**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE,
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER,
ASHLEIGH OLDS,

Defendants.

---

**AFFIDAVIT OF THOM K. LEDOUX**

---

I, the undersigned Affiant, Thom K. LeDoux, being first duly sworn upon my oath, hereby states as follows:

1. I currently serve as the District Attorney for the 11th Judicial District - State of Colorado. I am serving my second term as the elected District Attorney for the 11th Judicial District - State of Colorado.

2. I graduated from the University of Colorado, School of Law in 2002 and became licensed to practice law that year. Starting in 2003, I worked as an intern in the District Attorney's Office for the 11th Judicial District, State of Colorado. I then served as a Deputy District Attorney in the District Attorney's Office of the 10th Judicial District in Pueblo, CO from 2003 through 2006. In 2006 I became a Deputy District Attorney in the 11th Judicial District. I was subsequently promoted to the position of Chief Deputy District Attorney of the 11th Judicial District, State of Colorado. I was elected District Attorney in November, 2008. I have served in that capacity up to the present time. I served as the elected President of the Colorado District Attorney's Council from 2012 to 2013.

3. I served in the capacity of District Attorney for the 11th Judicial District - State of Colorado in 2012-13.

EXHIBIT
tabbies
G

4. In the spring, 2012, I was aware of the prosecution of *People of the State of Colorado* v. *Randall Hatlee,* 12M43 and *People* v. *Ronald Swift,* 12M44, pending in the Combined Court, County of Park, State of Colorado.

5. I was personally aware of the results of a hearing held April 10, 2012 in the above referenced matters held before the Honorable Brian L. Green, Park County Judge. That hearing was handled on behalf of the People by Deputy District Attorney Steve Sullivan.

6. I became personally aware that the Honorable Brian L. Green, at the April 10, 2012 hearing found that Animal Control Officer Cindy Hardey had probable cause to believe that the animals that were the subject of the cases, owned by Messrs. Swift and Hatlee, suffered from animal cruelty. I also became personally aware that the Court found that there was not probable cause to believe that the animals would suffer ongoing cruelty and ordered that the animals be returned to the care of Mr. Swift and Hatlee.

7. Soon after the April 10, 2012 hearing described above, I made the decision to take responsibility for further prosecution of both case numbers 12M43 and 12M44 involving Messrs. Swift and Hatlee.

8. Based upon my review of the case file and applicable law, it was my independent professional opinion, as the duly elected District Attorney of the 11th District, that there was sufficient evidence of animal cruelty/neglect that there was a reasonable likelihood of conviction.

9. In the course of the pre-trial litigation the Honorable Brian L. Green ruled that certain information was omitted from the affidavit in support of the search/seizure warrant and, as a result, suppressed some of the evidence gathered with the search warrant. The Court's ruling did not change my opinion that there was sufficient evidence of animal cruelty/neglect and that there was a reasonable likelihood of conviction, even without considering the suppressed evidence.

10. As an elected official of the State of Colorado and the 11th Judicial District, and as an officer of the court, if I did not believe that there was a reasonable likelihood of conviction, I would have not continued to prosecute the case.

11. Following the closing arguments of the jury trial I believed that there was a very good chance that the jury's verdict would be guilty. I still believe that probable cause existed and that there was sufficient evidence to support prosecution and convictions.

12. The decision to continue prosecution of the case following the April 10, 2012 hearing referenced above, was not affected in any way by the Park County Sheriff s Office or any of its employees, nor was it affected by any horse advocacy group of individuals that were following the case. The decision to continue the prosecution was based upon the facts and law and were consistent with my office's ethical duties to the People of the State of Colorado, as well as my own independent professional judgment.

**FURTHER AFFIANT SAYETH NAUGHT.**

DATED: 12/15/14

Thom K. LeDoux
District Attorney
11th Judicial District – State of Colorado

STATE OF COLORADO )
) ss.
COUNTY OF FREMONT )

SUBSCRIBED AND SWORN to before me this 15th day of December, 2014, in the County of FREMONT, State of Colorado, by Thom K. LeDoux.

WITNESS my hand and official seal.

My commission expires: 3-1-17

Notary Public

PAMELA MANDEL
NOTARY PUBLIC
STATE OF COLORADO