**ORIGINAL**

AGREN BLANDO COURT REPORTING & VIDEO INC.

1

COMBINED COURT, COUNTY OF PARK, STATE OF COLORADO

CASE NO. 2012 M 43 AND 2012 M 44, DIV. A

---

REPORTER'S TRANSCRIPT (Motions Hearing)

---

IN THE MATTER OF

THE PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

RONALD L. SWIFT,

    Defendant.

---

The above-entitled matter came on for hearing on Tuesday, April 10, 2012 at 11:01 a.m. before the HONORABLE BRIAN L. GREEN, County Judge.

APPEARANCES:

FOR THE PLAINTIFF:    STEVE SULLIVAN

FOR THE DEFENDANT:    DARREL CAMPBELL

ALSO PRESENT:    RONALD L. SWIFT
    CINDY HARDY
    ANIMAL CONTROL OFFICER

EXHIBIT B

AGREN BLANDO COURT REPORTING & VIDEO INC.

65

1   As
2   reluctant as I am to say so, I think the prior judge
3   did err in authorizing a seizure of the animals without
4   any evidence that their removal was necessary to
5   curtail any ongoing neglect. Perhaps additional
6   information could have been included in the warrant
7   indicating what the current care of the animals was, so
8   it's hard to second guess based on that, but hearing
9   now that these animals were being treated while in the
10  care of the Defendants by a licensed veterinarian, that
11  animal control actually had recommended that they
12  remain in the Defendants' care for up to thirty days to
13  see if their condition improved, and the official
14  report recommending that one of the veterinarians was
15  supportive of leaving the horses at the property of the
16  Defendants until test results were in, the Court is
17  simply left to conclude that the animal control
18  officers did not have probable cause to believe that
19  the animals were endangered by remaining in the care of
20  the Defendants, since they had taken steps to remedy
21  the health issue of the animals. Obviously, I'm not
22  ruling on whether or not neglect took place. The Court
23  does find that the officer had probable cause to
24  believe that the animals suffered from animal cruelty,
25  but the Court finds that the animal control officer did

Court Reporting  Videography  Digital Reporting  Transcription  Scanning  Copying
Denver (303) 296 - 0017  Boulder (303) 443 - 0433  Colorado Springs (719) 635 - 8328  Greeley (970) 356 - 3306

AGREN BLANDO COURT REPORTING & VIDEO INC.

66

1   not have probable cause to believe that the animals
2   would suffer ongoing animal cruelty and would be
3   endangered if they were left in the care of the
4   Defendants, specifically due to the fact the Defendants
5   had made remedial measures and got a vet to look at the
6   animals, and had authorized animal control to visit
7   every other day to check on the welfare of the animals.
8   So the Court's ruling will be that the animals be
9   returned to the care of the Defendants during these
10  proceedings, and obviously animal control will have the
11  authority to inspect the animals, and if their
12  condition starts to degrade then that would indicate
13  that they would have probable cause to re-seize the
14  animals based on their condition deteriorating in the
15  Defendants' care.  But at this time the Court does
16  order that the animals be returned to the Defendants.
17
18
19
20
21
22
23
24
25

Court Reporting  Videography  Digital Reporting  Transcription  Scanning  Copying
Denver (303) 296 - 0017 Boulder (303) 443 - 0433 Colorado Springs (719) 635 - 8328 Greeley (970) 356 - 3306