AGREN BLANDO COURT REPORTING & VIDEO INC

ORIGINAL

1

DISTRICT & COUNTY COURT, COUNTY OF PARK,
STATE OF COLORADO

CASE NO. 2012 M 000043, DIV. A
CASE NO. 2012 M 000044, DIV. A

---

REPORTER'S TRANSCRIPT (Motions Hearing)

---

IN THE MATTER OF

THE PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

RANDALL J. HATLEE, and RONALD L. SWIFT,

    Defendants.

---

The above-entitled matter came on for hearing on Monday, December 3, 2012 at 9:56 a.m. before the HONORABLE BRIAN LOUIS GREEN, County Judge.

APPEARANCES:

FOR THE PLAINTIFF:        THOMAS K. LEDOUX

FOR THE DEFENDANT:       DARRELL LEE CAMPBELL

ALSO PRESENT:           RANDALL J. HATLEE
                            RONALD L. SWIFT
                            CINDY HARDY

EXHIBIT C

Court Reporting  Videography  Digital Reporting  Transcription  Scanning  Copying
Denver (303) 296-0017  Boulder (303) 443-0433  Colorado Springs (719) 635-8328  Greeley (970) 356-3306

AGREN BLANDO COURT REPORTING & VIDEO INC

173

23                For those non-attorneys present, just to
24      clarify, I still believe there was probable cause to
25      suspect the defendants committed the act of animal

Court Reporting  Videography  Digital Reporting  Transcription  Scanning  Copying
Denver (303) 296-0017  Boulder (303) 443-0433  Colorado Springs (719) 635-8328  Greeley (970) 356-3306

AGREN BLANDO COURT REPORTING & VIDEO INC

174

1  cruelty.  That does not equate to authorizing seizure
2  of the horses.  That's why the horses were ordered to
3  be returned.  That's why charges can still go forward,
4  but if the state engages in an unlawful seizure, they
5  can't benefit by admitting evidence of that at trial.
6  That's the essence of the Court's ruling today.  Thank
7  you.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Court Reporting  Videography  Digital Reporting  Transcription  Scanning  Copying
Denver (303) 296-0017  Boulder (303) 443-0433  Colorado Springs (719) 635-8328  Greeley (970) 356-3306