## PARK COUNTY SHERIFF'S OFFICE
### CONTINUATION SHEET

| Initial Offense Classification | Subject | Case Report Number |
|---|---|---|
| Cruelty to Animals | Swift, Ronald and Hatlee, Randall | 2012000142.5 |
| | | Date of Report |
| | | 2/23/2012 |

Also attached was an invoice in the amount of **2,272.00 dollars** for the feed and care of all six horses. "Midnight", "Lena", "Fiona", "River" and "Echo" were at an undisclosed location from February 23, 2012, to April 11, 2012. The amount per horse per day was **8.00 dollars** a day equaling **392.00 dollars** per horse. "Chance" was only at the facility from February 23, 2012, to March 2, 2012, which equals nine days, times **the 8.00 dollars** totaling **72.00 dollars**. "Chance" came back from Littleton Animal Hospital to the facility and was at the facility from March 12, 2012, to April 11, 2012. The total boarding fee for "Chance" was **312.00 dollars** (see attached invoice.)

The daily boarding rate includes but not limited to:

- "Individual stalls for each horse with bedding and daily turnout into individual or group pens (depending on the individual horse's needs and veterinarian recommendation.)

- Stalls are cleaned and fresh bedding is added daily.

- Stalls are checked periodically throughout the day and cleaned as needed.

- Horses are fed either grass hay, alfalfa or a combination of grass and alfalfa three to four times a day and grain, based on the veterinarian recommendation."

I received the invoice from a female party identified as:

### IP- Debbie Wilke (Harmony Horse Works, Manager)

Listed on the invoice Wilke documented the weights of "Midnight", "Lena", "Fiona", "River", "Echo", "Chance". Wilke took measurements of the weight of every horse on February 23, 2012, March 1, 2012, March 8, 2012 and March 15, 2012.

The weights of the horses are listed as follows:

| Horse | Initial | 3/01/2012 | 3/08/2012 | 3/15/2012 |
|---|---|---|---|---|
| Lena | 690 | 728 | 737 | 753 |
| Midnight | 783 | 809 | 793 | 786 |
| Chance | 465 | 486 | 522 | 535 |
| Fiona | 505 | 540 | 563 | 588 |
| River | 525 | 564 | 586 | 595 |
| Echo | 405 | 427 | 455 | 468 |

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| C. Hardey 9523 | | Page ____ of ____ |

Rev. 6/98
N

Form: PCSO-

**EXHIBIT E**

PARK CTY DEFS_000108

PARK COUNTY SHERIFF'S OFFICE
CONTINUATION SHEET

| Case Report Number |
|---|
| 2012000142.5 |

| Initial Offense Classification | Subject | Date of Report |
|---|---|---|
| Cruelty to Animals | Swift, Ronald and Hatlee, Randall | 2/23/2012 |

I am also requesting reimbursement for the fuel in the amount of **200.39 dollars** that was used in transporting the horses when the horses were removed from the Echo Valley Ranch, for protective custody on February 18, 2012. Along with, the fuel used in the seizure of the horses on February 23, 2012 (see attached receipts.)

On April 10, 2012, I was advised by Judge Green after losing my Financial Bond hearing to return the horses to Swift and Hatlee as soon as possible. On April 11, 2012, I responded to the Harmony Horse Works and took custody of all six horses. At approximately 5:30PM, the horses were returned to Swift and Hatlee's care. Judge Green advised Swift and Hatlee that I will be allowed to do as many welfare checks on the horses as I deem necessary.

On April 18, 2012, at approximately 10:00AM, I responded to 1640 Park County Road 70 (Echo Valley Ranch.) Upon arrival I met with Swift and Hatlee reference the welfare check I was about to do on there horses. I took pictures of all the horses (see attached pictures.) Prior to responding to 1640 Park County Road 70, I made a check list for all six horses (see attached.)

Check list is as follows:

| | Midnight | Lena | Fiona | River | Echo | Chance |
|---|---|---|---|---|---|---|
| 1. Body Condition Score: (4-18-12) | | | | | | |
| • Withers- | 3 | 4 | 4 | 3 | 3 | 4 |
| • Loin- | 3 | 4 | 4 | 3 | 3 | 3 |
| • Point of hip- | 3 | 4 | 3.5 | 3 | 3 | 3 |
| • Tail head- | 3 | 4 | 4 | 3 | 3 | 3 |
| • Shoulder - | 3.5 | 4 | 4 | 3 | 3 | 3 |
| • Ribs - | 3 | 4 | 4 | 3 | 3 | 3 |
| 2. Weight w/ Weight tape: | 902lbs | 794lbs | 662lbs | 608lbs | 515lbs | 629lbs |
| 3. Hooves: | good | good | good | good | good | good |
| 4. Stall: | dry | dry | dry/wet | wet manure in spots but dry by food | | |
| 5. Water trough: | ½ full | ½ full | ½ full | full | full | full |
| 6. Feed: | Grass Hay / Senior Feed / Straight Alfalfa / Red Cell / Vit. E | | | | | |

7. Vaccinations: Will not be giving any of the horses Vaccinations until they know what Dr. Toll has already given.

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| C. Hardey 9523 | | Page ____ of ____ |

Rev. 6/98
N

Form: PCSO-

PARK CTY DEFS_000109