

2-13-12

EXHIBIT F













