UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT

Plaintiffs,
vs.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE
FRED WEGENER and
ASHLEIGH OLDS,

Defendants.

---

**PLAINTIFFS' INITIAL DISCLOSURES**

---

NOW COME the Plaintiffs, Randall J. Hatlee and Ronald L. Swift, by and through their attorney, Brice A. Tondre, and for their initial disclosures pursuant to Rule 26(a)(1) F.R.C.P. state:

1



## B. DOCUMENTS WHICH PLAINTIFFS MAY USE TO SUPORT THEIR CLAIMS

1. The discovery produced by the People

2. Veterinary records of Dr. Horton

3. Transcript of the criminal trial

4. Transcript of the bond hearing in the criminal case

5. Transcript of the suppression hearing in the criminal case.

6. All pleadings in the criminal case.

## C. DAMAGES

| | |
|---|---:|
| Attorney's fees and costs to defend criminal charges | $ 85,000.00 |
| Lost income and value | 500,000.00 |
| Non-economic damages | 2,000,000.00 |
| Exemplary damages | 2,000,000.00 |

Plaintiffs are entitled to recover their fees and costs incurred in prosecuting this action. 42 U,S,C, §1988.

## D. INSURANCE

None.

/s/ Brice A. Tondre

_____

Brice A. Tondre
215 South Wadsworth Blvd., #500
Lakewood, Colorado   80226
Telephone:  303-296-3300
Facsimile:  303-238-5310
briceatondrepc@msn.com

ATTORNEY FOR PLAINTIFF