IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     13-cv-02469-RPM-MJW

RANDALL J. HATLEE,
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER,
ASHLEIGH OLDS,

Defendants.

---

**RESPONSE TO DEFENDANTS CINDY HARDEY, BOBBI PRIESTLY, MONTE GORE AND FRED WEGENER'S FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSION TO THE PLAINTIFFS**

---

EXHIBIT I

Interrogatory No. 8:

Please describe the daily diet of each of the Horses between November 2011 and February 23, 2012. Specifically state the type of grain, hay or other feed each of the Horses was fed and the amount they were fed on a daily basis.

ANSWER: See response to Interrogatory 7.

Interrogatory No. 9:

Is your response to each request for admission an unqualified admission?

If not, for each response that is not an unqualified admission:

    (a) state the number of the request;

    (b) state all facts upon which you base your response;

    (c) state the names, addresses, and telephone numbers of all persons who have knowledge of those facts;

    (d) identify all documents and other tangible things that support your response and state the name, address, and telephone number of the person who has each document or thing.

ANSWER: See responses to requests for admissions which are incorporated by reference.

Interrogatory No. 10:

Please describe with specificity how you calculated that amount of damages you attribute to loss of income as a result of the Incident.

| ANSWER: | |
|---|---:|
| Bailey Feed Store was rendered worthless by the unfounded publicity. The initial cost of the store was | $180,000.00 |
| Boarders lost due to publicity | 21,000.00 |
| Boarders lost due to no advertising | 63,000.00 |

4

| | |
|---|---:|
| Emmy lost foals due to publicity | 100,000.00 |
| Emmy lost value due to no showings | 20,000.00 |
| Warrior lost value due to no showings and no training | 250,000.00 |
| Warrior lost breeding fees (20 mares at $2,500.00) | 250,000.00 |
| Lost training fees | 30,000.00 |
| Lost hauling fees | 15,000.00 |
| Chaff Hay dealer | 100,000.00 |
| Defense of criminal case | 90,000.00 |

The foregoing are Plaintiffs' opinions of economic losses. Expert testimony is expected to support these opinions. The adverse unfounded publicity was the cause of these losses. It basically put Plaintiffs out of business.

Interrogatory No. 11:

　　　　Please describe with specificity the basis of your allegation in paragraph 28 of the First Amended Complaint that "During the course of the seizure which was from February 23, 2012 until April 10, 2012, one of the seized horses, Echo, was permanently disabled as a result of being overfed alfalfa."

ANSWER: Excess protein in a young horse may affect its joints because the body grows faster than its tendons.

Interrogatory No. 12:

　　　　Please describe the involvement in the Incident or with the Horses of the following individuals identified in Your First Supplemental Initial Disclosures:

　　　　(a) Dr. Robert K. Colwell, 663 Mansfield City Road, Storrs, CN 06268;

　　　　(b) Bill Moen, 386 Beaver Trail, Bailey, CO; and

　　　　(c) Terri Miller, Green Mountain Ranch, Buffalo Creek CO 80425.

ANSWER: Dr. Colwell is owner of the ranch. He had no involvement in the incident.