14      Did you ever have any kind of ownership
15 interest in the Bailey Feed Store?
16      A   No.
17      Q   And then the next item is boarders lost
18 due to publicity.  Did you get any income yourself from
19 boarders?
20      A   No.
21      Q   The next category is boarders lost due to
22 no advertising.  Same question, did you ever have any
23 boarders?
24      A   No.
25