```
 1          Q    Who is ours, do you know?
 2          A    I don't know, where do you live?
 3          Q    Right here in Conifer.  That might be
 4   different than Bailey though, so --
 5          A    No.  I believe you -- Holly comes up
 6   here.
 7          Q    Holly is her name?
 8          A    Holly is her name.
 9          Q    Do you know her last name?
10          A    No.  I don't.
11          Q    Okay.  Are you an employee of Bailey
12   Depot Feed?
13          A    If I was, I'd get paid; so no, I'm not.
14          Q    Have you ever been?
15          A    No.
16          Q    And Bailey Depot Feed, that is a Colorado
17   corporation?
18          A    No.  But H&R, Inc., is.
19          Q    And does H&R, Inc., own Bailey Depot
20   Feed?
21          A    H&R, Inc., is -- it's a dba, okay.
22          Q    Bailey Depot Feed is the business name?
23          A    Yes.
24          Q    Does the H&R stand for anything?
25          A    Yeah, Helen and Ron.
```

EXHIBIT L

1    Q    And Helen would be Ms. Cook?
2    A    Yes, it would.
3    Q    And what is the percentage of ownership
4  in H&R, Inc. between the two of you?
5    A    I believe she owns 51 percent.
6    Q    And you have 49 or is there other --
7    A    Your math's pretty good.
8    Q    Yeah, well, but it still may be wrong if
9  there's other owners.
10   A    No.  There's just her and I.
11   Q    Okay.  What's the status of H&R, Inc.,
12 dba Bailey Depot Feed?
13   A    You want to explain that.
14   Q    Well, it was a bad question, in other
15 words.
16   A    Status about what?
17   Q    All right.  It's still doing business,
18 correct?
19   A    It was Saturday.
20   Q    All right.  Does H&R, Inc., have officers
21 and directors other than Helen and Ron?
22   A    Nope.
23   Q    And how long have you been associated
24 with H&R, Inc.?
25   A    Six years maybe.