```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18        Q    Next page, the first item is:   "Emmy lost
19   foals due to publicity."
20        A    Yeah.
21        Q    So this is Ms. Cook's horse, Emmy?
22        A    Yeah.
23
24
25
```