RANDALL HATLEE VOLUME 11 - JUNE 23, 2014

Page 601

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17          Q    Lost hauling fees, do you know what that

18    means?

19          A    Just that.  I've hired out my truck and

20    trailer to haul horses for people.

21          Q    Moving horses around?

22          A    Yes.

23          Q    And does Mr. Swift do that too or is that

24    just you?

25          A    No.  That's me.

EXHIBIT

0

RANDALL HATLEE VOLUME 11 - JUNE 23, 2014

Page 602

1          Q    How much of that did you do?

2          A    Enough of it over the years.

3          Q    How much on -- like how many times a

4    year?

5          A    Depending on who and where, a dozen times

6    over the years.

7          Q    Over the years?

8          A    Over a year.

9          Q    So in a typical year, it would be a dozen

10   times?

11         A    Yeah.

12         Q    Did you charge people for that?

13         A    Depending on the situation, yes.

14         Q    What was the charge?

15         A    Usually trade out for stuff that I

16   needed.

17         Q    So not a cash payment but a trade for

18   something?

19         A    Not a cash payment, a lot of times I

20   would take tons of hay for hauling.

21         Q    And again you don't have any documents of

22   that hauling, do you?

23         A    No.

24

25