1
2
3
4
5
6
7          Q    And on the list is -- is including
8    Chaffhaye dealer.  Are both you and Mr. Swift the
9    Chaffhaye --
10         A    No.  That's mine.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

EXHIBIT P

10   Q   And Chaff, is that the name of the
11   company?
12   A   Chaff, c-h-a-f-f, chaff hay.
13   Q   Out of where?
14   A   Texas.
15   Q   So you'd place an order for it, they
16   would deliver it to a semi to your house, you'd store
17   it, and then you would try to sell it to customers
18   around here?
19   A   Yes.
20   Q   And again, no records of any of this?
21   A   No.

1  A  My Chaffhaye business, I've brokered hay.
2  I've done farrier work outside. I've trained horses
3  outside. I've done some construction work here and
4  there.
5  Q  And same question Mr. Schimberg always
6  asked you:  There is no records of any of that?
7  A  No.

18    Q    All right. I want to explore with you a
19 little bit about this Chaffhaye, because I don't -- 'I
20 couldn't even read my own notes. When did Chaffhaye
21 start doing business, if it ever did, or if it does?
22    A    I don't know when it started, a while
23 back, at least ten years ago, if not more.
24    Q    All right. And here we go again, no
25 paperwork or records, tax returns, anything that would

1    indicate --
2            A   No.
3            Q   -- income generation or loss of
4    Chaffhaye?
5            A   No.  Because I ordered it and went down
6    and got a money order for it to send with a driver.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3        Q   Okay.  Did you do better in 2013 selling
4   for Chaffhaye, than you did, say, in 2010?
5        A   In 2010, I wasn't dealing in chaff hay, I
6   was dealing in hay.
7        Q   Okay.  How about 2011?
8        A   Same thing I was still dealing in hay.
9   But as hay prices went up, chaff hay became an
10  alternative answer.
11       Q   All right.  And when did that happen,
12  sir?
13       A   2013.  It was a natural that I looked
14  into for customers.
15       Q   Do you have the names of any customers of
16  Chaffhaye?
17       A   No.
18
19
20
21
22
23
24
25