RANDALL HATLEE VOLUME 11 - JUNE 23, 2014

Page 599

1
2
3
4
5     Q   The last item there is defense of the
6 criminal case.  Have you paid for the services of
7 Mr. Campbell?
8     A   No.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

AVERY WOODS REPORTING SERVICE, INC.   (303) 825-6

**EXHIBIT Q**