RONALD L. SWIFT - JULY 11, 2014

Page 467

1

2

3

4

5

6           Q    Defense of the criminal case, that

7      $90,000, that's the charge for the two of you, right?

8           A    Yes.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT

R