**LAFF CAMPBELL TUCKER & GORDON, LLP**
Federal Tax ID #84-1108325
7730 East Belleview Avenue, Suite 204
Greenwood Village, CO 80111-2618
(303) 740-7200

RON SWIFT
1640 Park County Road 70
Bailey, CO 80421

April 02, 2012

In Reference To: Defense of Animal Cruelty Charge

Client #  50727

Professional Services:

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/21/2012 | DLC | Telephone conference with Chet Lawrence regarding Park County animal cruelty slander/libel case; telephone conference with Ron Swift regarding same | 0.70 | NO CHARGE |
| 2/23/2012 | DLC | Telephone conferences (2) with Ron Swift regarding animal cruelty charges filed | 0.90 | NO CHARGE |
| 2/28/2012 | DLC | Prepare for meeting; travel time **(.5 hr at No Charge)**; meeting with Ron Swift, Randall Hatlee and Chet Lawrence regarding animal cruelty charges | 2.50 | 675.00 |
| 2/29/2012 | DLC | Office conference with Chet Lawrence | 0.50 | NO CHARGE |
| 3/1/2012 | DLC | Telephone conferences (2) with Ron Swift; prepare Entry of Appearance and Motion to Determine Animal Cost Bond; overview of blog accusations against clients | 2.00 | 540.00 |
| 3/2/2012 | DLC | Telephone conference with Randy Hatlee regarding animal treatment during impounding; telephone conference with Ron Swift | 0.75 | 202.50 |
| | DLC | Telephone conference with Randy Hatlee regarding errors in The Flume article on horses seized | 0.33 | 89.10 |
| 3/5/2012 | DLC | Prepare draft letter to Bureau of Animal Protection **(No Charge)**; telephone conference with Randy Hatlee | 0.50 | 135.00 |
| 3/6/2012 | DLC | Telephone conference with Randy Hatlee regarding USDA protocol treatment of suspected neurological disease in horses | 0.30 | 81.00 |
| 3/9/2012 | DLC | Letter regarding joint representation **(No Charge)**; letter to District Attorney seeking discovery documents; email to clients regarding 3/27/12 hearing and Department of Agriculture response to client's inquiry concerning condition of animals seized | 0.70 | 189.00 |
| 3/15/2012 | DLC | Telephone conference with Ron Swift | 0.17 | 45.90 |
| 3/19/2012 | DLC | Telephone conference with Ron Swift; telephone conference with Randy Hatlee | 0.33 | 89.10 |
| 3/21/2012 | DLC | Prepare Response to People's Motion to Continue Bond Motion Hearing; telephone conference with District Attorney Steve Sullivan | 0.30 | 81.00 |
| | DLC | Prepare letter draft regarding defamation | 0.30 | NO CHARGE |
| 3/22/2012 | DLC | Telephone conference with Randy Hatlee; telephone conference with Ron Swift | 0.50 | 135.00 |

**EXHIBIT**

**S**

tabbies

RON SWIFT

Page     2

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 3/23/2012 | DLC | Receipt and initial review of discovery disks received from prosecution | 1.20 | 324.00 |
|  | DLC | Telephone conference with Ron Swift regarding animal care bond | 0.30 | 81.00 |
| 3/26/2012 | DLC | Telephone conference with Court regarding resetting hearing; voice mail messages to clients | 0.20 | 54.00 |
| 3/27/2012 | DLC | Telephone conference with Ron Swift | 0.20 | 54.00 |
| 3/28/2012 | DLC | Continue review of discovery | 0.40 | 108.00 |
|  |  | For professional services rendered | 13.08 | $2,883.60 |

Disbursements:

| 3/1/2012 | FedEx | 18.74 |
|---|---|---|
|  | Total disbursements | $18.74 |

|  | Total amount of this bill | $2,902.34 |
|---|---|---|
| 4/2/2012 | Payment from account | ($1,900.00) |
|  | Total payments and adjustments | ($1,900.00) |
|  | Balance due | $1,002.34 |

STATEMENT PERIOD:  03/01/12 - 03/31/12

*****WHEN REMITTING PAYMENT, PLEASE MAKE CHECK PAYABLE TO:  LAFF CAMPBELL TUCKER & GORDON, LLP AND WRITE YOUR CLIENT NO. ON YOUR CHECK.*****

CC:  RANDALL HATLEE
     47 Overlook Lane
     Bailey, CO  80421

Client funds transactions

| Previous balance of Swift/Hatlee Retainer | $0.00 |
|---|---|
| 3/15/2012 Payment to account - Chet Lawrence/Porter Federal Credit Union Check No. 94651. Check No. 94651 | $1,900.00 |
| 4/2/2012 Payment from account | ($1,900.00) |
| New balance of Swift/Hatlee Retainer | $0.00 |

**LAFF CAMPBELL TUCKER & GORDON, LLP**
Federal Tax ID #84-1108325
7730 East Belleview Avenue, Suite 204
Greenwood Village, CO 80111-2618
(303) 740-7200

RON SWIFT
PO Box 563
Bailey, CO 80421

May 02, 2012

In Reference To: Defense of Animal Cruelty Charge

Client #  50727

Professional Services:

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/5/2012 | DLC | Telephone conferences (2) with Randy Hatlee | 0.50 | 135.00 |
| | DLC | Research regarding starving horses | 0.50 | 135.00 |
| 4/6/2012 | DLC | Telephone conference with Randy Hatlee | 0.30 | 81.00 |
| | DLC | Meeting with Ron Swift and Randy Hatlee | 1.50 | 405.00 |
| 4/9/2012 | DLC | Review discovery and prepare for Animal Bond Hearing | 4.00 | 1,080.00 |
| | DLC | Telephone conference with Randy Hatlee; telephone conference with Ron Swift | 0.40 | 108.00 |
| 4/10/2012 | DLC | Prepare for Hearing; travel time to Fairplay for Court Hearing **(3 hrs total - 1.5 hrs at No Charge)**; meeting with clients; trip to ranch for review | 5.00 | 1,350.00 |
| 4/12/2012 | DLC | Telephone conference with Randy Hatlee; telephone conference with Ron Swift | 0.30 | 81.00 |
| | DLC | Review Channel 7 news report; telephone conference with Randy Hatlee; telephone conference with Barb Light regarding animal cruelty defense; telephone conference with Bob Woellner, environmental science expert | 1.00 | 270.00 |
| 4/13/2012 | DLC | Telephone conference with Ron Swift; telephone conference with Dr. Horton | 0.30 | 81.00 |
| 4/16/2012 | DLC | Telephone conference with Randy Hatlee regarding lack of vet reports | 0.20 | 54.00 |
| | DLC | Review supplemental discovery documents | 1.00 | 270.00 |
| | DLC | Prepare letter to District Attorney regarding production of vet treatment records | 0.50 | 135.00 |
| | DLC | Research re-feeding syndrome | 0.50 | 135.00 |
| 4/17/2012 | DLC | Research BCS scoring for starved horses | 0.50 | 135.00 |
| 4/18/2012 | DLC | Telephone conference with Ron Swift regarding medical records release request | 0.20 | 54.00 |
| | DLC | Prepare draft Accounting for Partial Refund of Animal Care Bond and Affidavit; revise drafts | 0.75 | 202.50 |
| 4/19/2012 | DLC | Telephone conference with Randy Hatlee regarding brood mare renal failure problem | 0.50 | 135.00 |
| 4/26/2012 | DLC | Telephone conference with Randy Hatlee regarding horses' progress | 0.50 | 135.00 |
| | | For professional services rendered | 18.45 | $4,981.50 |

RON SWIFT

Page    2

Disbursements:

| | | Amount |
|---|---|---|
| 4/4/2012 District Attorney 11th Judicial District - Discovery Expense | | 86.60 |
| Total disbursements | | $86.60 |
| | | |
| Total amount of this bill | | $5,068.10 |
| Previous balance | | $1,002.34 |
| | | |
| Balance due | | $6,070.44 |

STATEMENT PERIOD:  04/01/12 - 04/30/12

*****WHEN REMITTING PAYMENT, PLEASE MAKE CHECK PAYABLE TO:  LAFF CAMPBELL TUCKER & GORDON, LLP AND WRITE YOUR CLIENT NO. ON YOUR CHECK.*****

CC:  RANDALL HATLEE
     47 Overlook Lane
     Bailey, CO  80421

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 5,068.10 | 1,002.34 | 0.00 | 0.00 | 0.00 |

LAFF CAMPBELL TUCKER & GORDON, LLP
Federal Tax ID #84-1108325
7730 East Belleview Avenue, Suite 204
Greenwood Village, CO 80111-2618
(303) 740-7200

RON SWIFT AND RANDALL HATLEE                                    June 02, 2012
PO Box 563
Bailey, CO 80421

In Reference To: Defense of Animal Cruelty Charge                Client #  50727

Professional Services:

|            |     |                                                                                                                                          | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 5/1/2012   | DLC | Telephone conference with Ron Swift; review Pinecam.com published commentary on Sheriff's discovery photos                                | 0.50  | 135.00 |
|            | DLC | Research prosecution duty to avoid prejudicial pretrial publicity; voice mail message to Steve Sullivan; voice mail message to Ron Swift; review Pinecam videos | 1.00  | 270.00 |
| 5/2/2012   | DLC | Telephone conference with Ron Swift                                                                                                       | 0.40  | 108.00 |
| 5/3/2012   | DLC | Telephone conferences (2) with Randy Hatlee; review Timberline Report on Pinecam.com                                                      | 1.00  | 270.00 |
|            | DLC | Telephone conference with Ron Swift                                                                                                       | 0.30  | 81.00  |
|            | DLC | Telephone conference with Steve Sullivan regarding Pinecam discovery release problem; telephone conference with Ron Swift regarding same  | 0.30  | 81.00  |
| 5/4/2012   | DLC | Telephone conference with Steve Sullivan                                                                                                  | 0.10  | 27.00  |
| 5/8/2012   | DLC | Telephone conference with Ron Swift                                                                                                       | 0.25  | 67.50  |
| 5/9/2012   | DLC | Telephone conference with Randy Hatlee; voice mail message to Steve Sullivan regarding 5/15/12 hearing continuance                        | 0.30  | 81.00  |
|            | DLC | Telephone conference with Randy Hatlee regarding Pinecam publicity problems                                                               | 0.40  | 108.00 |
|            | DLC | Telephone conference with Steve Sullivan; telephone conference with Ron Swift regarding District Attorney's need for hearing testimony on May 15th | 0.50  | 135.00 |
| 5/10/2012  | DLC | Review latest discovery received from District Attorney                                                                                   | 1.50  | 405.00 |
|            | DLC | Research Victims' Rights Act application to 5/15/12 Hearing **(.4 hr at No Charge)**; telephone conference with Ron Swift                  | 0.30  | 81.00  |
| 5/11/2012  | DLC | Telephone conferences (2) with Randy Hatlee; telephone conference with Ron Swift                                                          | 1.40  | 378.00 |
|            | DLC | Telephone conference with District Attorney Thom LeDoux; telephone conference with Randy Hatlee regarding proposed disposition requiring forfeiture of animals seized | 1.00  | 270.00 |
|            | DLC | Receipt and review of Amended Complaint; telephone conference with Ron Swift; telephone conference with Randy Hatlee; research attempted cruelty count | 2.00  | 540.00 |

RON SWIFT AND RANDALL HATLEE

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 5/14/2012 | DLC | Review and prepare for 5/15 Hearing | 1.00 | 270.00 |
| | DLC | Telephone conference with Randy Hatlee | 0.30 | 81.00 |
| | DLC | Telephone conference with Thom LeDoux; telephone conference with Randy Hatlee regarding latest discovery and upcoming Court Hearing | 1.00 | 270.00 |
| 5/15/2012 | DLC | Final preparation for Court Hearing; travel time for Court Hearing **(3 hrs total - 1.5 hrs at No Charge)**; conferences with clients and Court Hearing regarding status of case; conference with Thom LeDoux | 5.50 | 1,485.00 |
| 5/16/2012 | DLC | Research regarding prosecution release of discovery and prejudice to defendants | 0.50 | 135.00 |
| | DLC | Telephone conference with Randy Hatlee | 0.50 | 135.00 |
| | DLC | Telephone conference with Ron Swift; telephone conference with John Carrigan; review Pinecam.com and 285 Bound websites | 1.00 | 270.00 |
| 5/17/2012 | DLC | Review and prepare notes regarding Animal Control demand for examination of horses by new veterinarian of Animal Control's choice; telephone conferences (2) with Steve Sullivan; telephone conference with Randy Hatlee; telephone conference with Ron Swift | 1.00 | 270.00 |
| 5/18/2012 | DLC | Research regarding release of discovery and due process denial | 1.00 | 270.00 |
| | DLC | Telephone conference with Ron Swift | 0.40 | 108.00 |
| | DLC | Review horse well check videos received from clients | 0.40 | 108.00 |
| 5/21/2012 | DLC | Telephone conference with Randy Hatlee and Ron Swift; review 285 Bound website with District Attorney's discovery information | 0.60 | 162.00 |
| 5/23/2012 | DLC | Research discovery sanctions | 1.00 | 270.00 |
| 5/24/2012 | DLC | Prepare draft Motion for Sanctions | 2.00 | 540.00 |
| | DLC | Telephone conferences with Steve Sullivan and Thom LeDoux regarding veterinarian review; telephone conferences with Randy Hatlee and Ron Swift regarding same; telephone conference with Ron Swift regarding veterinarian review | 1.20 | 324.00 |
| 5/29/2012 | DLC | Revise Motion for Sanctions | 1.00 | 270.00 |
| | DLC | Review videos received from clients regarding Bobbi Priestly horse review; review latest discovery received from District Attorney | 1.00 | 270.00 |
| 5/30/2012 | DLC | Review news videos on YouTube with information provided by Animal Control or its agents | 0.40 | 108.00 |
| 5/31/2012 | DLC | Telephone conference with Randy Hatlee regarding 1-hour notice for inspection of horses and Defendants' non-availability; voice mail message to Thom LeDoux and Steve Sullivan regarding Defendants' objection; telephone conferences (3) with Randy Hatlee regarding Bobbi Priestly and deputies check on horses | 0.70 | 189.00 |
| | DLC | Revise draft Sanctions Motion to include YouTube videos; telephone conference with Ron Swift; prepare Motion for Protective Order regarding horse inspection | 1.00 | 270.00 |
| | | For professional services rendered | 32.75 | $8,842.50 |

Disbursements:

| | | | |
|---|---|---|---|
| 5/17/2012 | District Attorney 11th Judicial District - Discovery Expense | | 58.10 |
| | Total disbursements | | $58.10 |
| | | | |
| | Total amount of this bill | | $8,900.60 |

RON SWIFT AND RANDALL HATLEE

Page    3

|  | Amount |
|---|---|
| Previous balance | $6,070.44 |
| Balance due | $14,971.04 |

STATEMENT PERIOD:  05/01/12 - 05/31/12

*****WHEN REMITTING PAYMENT, PLEASE MAKE CHECK PAYABLE TO:  LAFF CAMPBELL TUCKER & GORDON, LLP AND WRITE YOUR CLIENT NO. ON YOUR CHECK.*****

RANDALL HATLEE
47 Overlook Lane
Bailey, CO  80421

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 8,900.60 | 5,068.10 | 1,002.34 | 0.00 | 0.00 |

**LAFF CAMPBELL TUCKER & GORDON, LLP**
Federal Tax ID #84-1108325
7730 East Belleview Avenue, Suite 204
Greenwood Village, CO 80111-2618
(303) 740-7200

RON SWIFT AND RANDALL HATLEE
PO Box 563
Bailey, CO 80421

July 02, 2012

In Reference To: Defense of Animal Cruelty Charge

Client #  50727

Professional Services:

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/1/2012 | DLC | Revise and prepare final Motions for filing; telephone conference with Ron Swift | 0.75 | 202.50 |
|  | DLC | Administrative work to arrange for court filing, copies, etc. | 1.00 | NO CHARGE |
| 6/4/2012 | DLC | Review video of 5/31 wellness check; telephone conference with Randy Hatlee | 0.40 | 108.00 |
| 6/11/2012 | DLC | Telephone conference with Randy Hatlee regarding last week's Animal Control animal well check | 0.30 | 81.00 |
| 6/13/2012 | DLC | Telephone conferences (2) with Randy Hatlee | 0.20 | 54.00 |
| 6/14/2012 | DLC | Review well check videos for early June | 0.50 | 135.00 |
| 6/15/2012 | DLC | Research sanctions for prosecutor pretrial publicity breach of duty | 0.50 | 135.00 |
|  | DLC | Review Pinecam blog by Eugene Ferraro; telephone conferences (2) with Randy Hatlee | 1.00 | 270.00 |
|  | DLC | Prepare for Motions Hearing | 2.50 | 675.00 |
| 6/18/2012 | DLC | Final preparation for Motions Hearing; overview of new discovery received | 1.00 | 270.00 |
|  | DLC | Travel time to Fairplay for Motions Hearing and entry of plea (**3 hrs - 1.5 hrs at No Charge**); Court appearance for Hearing; conference with clients | 3.00 | 810.00 |
| 6/19/2012 | DLC | Begin review of new email discovery | 1.00 | 270.00 |
|  | DLC | Telephone conferences (2) with Randy Hatlee; review Shelly Ferraro web posting regarding 6/18 Motions Hearing | 0.50 | 135.00 |
| 6/20/2012 | DLC | Conclude review of latest discovery documents and emails | 1.00 | 270.00 |
| 6/26/2012 | DLC | Telephone conference with Randy Hatlee regarding email discovery research | 0.20 | 54.00 |
|  | For professional services rendered |  | 13.85 | $3,469.50 |

RON SWIFT AND RANDALL HATLEE                                              Page      2

Disbursements:

|  |  | Amount |
|---|---|---|
| 6/1/2012 | FedEx | 10.88 |
| 6/15/2012 | District Attorney 11th Judicial District - Discovery Expense | 217.25 |
|  | Total disbursements | $228.13 |
|  | Total amount of this bill | $3,697.63 |
|  | Previous balance | $14,971.04 |
|  | Balance due | $18,668.67 |

STATEMENT PERIOD:  06/01/12 - 06/30/12

*****WHEN REMITTING PAYMENT, PLEASE MAKE CHECK PAYABLE TO:  LAFF CAMPBELL TUCKER & GORDON,
LLP AND WRITE YOUR CLIENT NO. ON YOUR CHECK.*****

RANDALL HATLEE
47 Overlook Lane
Bailey, CO  80421

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 3,697.63 | 8,900.60 | 5,068.10 | 1,002.34 | 0.00 |

**LAFF CAMPBELL TUCKER & GORDON, LLP**
Federal Tax ID #84-1108325
7730 East Belleview Avenue, Suite 204
Greenwood Village, CO 80111-2618
(303) 740-7200

RON SWIFT AND RANDALL HATLEE
PO Box 563
Bailey, CO 80421

August 02, 2012

In Reference To: Defense of Animal Cruelty Charge

Client #  50727

Professional Services:

| | | Hours | Amount |
|---|---|---|---|
| 7/5/2012 DLC | Telephone conference with Randy Hatlee | 0.17 | 45.90 |
| 7/6/2012 DLC | Travel time and meeting with Ron Swift, Randy Hatlee and Cheryl Otto regarding internet publicity | 3.00 | 810.00 |
| 7/10/2012 DLC | Review emails and blogs regarding adverse publicity | 2.00 | 540.00 |
| 7/11/2012 DLC | Review information to support sanction request | 2.00 | 540.00 |
| 7/13/2012 DLC | Telephone conference with Randy Hatlee regarding poisonous weed found on ranch; work on Subpoenas | 0.50 | 135.00 |
| 7/16/2012 DLC | Begin review of research provided by client regarding poisonous weed found on ranch; telephone conferences (2) with Randy Hatlee; telephone conference with attorney Charles Pisano regarding process server | 1.00 | 270.00 |
| 7/17/2012 DLC | Arrange for service of process; letter to process server; telephone conference with Randy Hatlee | 0.50 | 135.00 |
| 7/18/2012 DLC | Telephone conference with Randy Hatlee regarding service of process; letter to Randy Hatlee; arrange for service of process, witness fees, etc. | 0.75 | 202.50 |
| 7/25/2012 DLC | Review overview of poisonous weed research provided by client; telephone conference with Randy Hatlee regarding same | 1.00 | 270.00 |
| 7/28/2012 DLC | Prepare for Motions Hearing | 2.00 | 540.00 |
| 7/30/2012 DLC | Prepare for Motions Hearing; prepare Motion for Bill of Particulars and Motion to Dismiss | 2.00 | 540.00 |
| 7/31/2012 DLC | Prepare for Motions Hearing; telephone conference with Randy Hatlee | 5.00 | 1,350.00 |
| | Subtotal of charges | | $5,378.40 |
| | **Courtesy discount for unsuccessful Sanctions Motion** | | ($1,350.00) |
| | For professional services rendered | 19.92 | $4,028.40 |

RON SWIFT AND RANDALL HATLEE                                                     Page      2

Disbursements:

|  |  | Amount |
|---|---|---|
| 7/17/2012 | Witness/Mileage Fee - Monte Gore | 9.00 |
| 7/18/2012 | Witness/Mileage Fee - Betty Royse | 51.00 |
|  | Witness/Mileage - Shelley Ferraro | 55.00 |
|  | Don Stevenson - Service of Process - Subpoena Duces Tecum - Monte Gore | 37.50 |
|  | Don Stevenson - Service of Process - Subpoena Duces Tecum - Betty Royse | 37.50 |
|  | Accurint - Person Searches - Betty Royse and Monte Gore | 15.90 |
|  | FedExes (2) | 29.12 |
|  | Total disbursements | $235.02 |

| Total amount of this bill | $4,263.42 |
|---|---|
| Previous balance | $18,668.67 |
| Balance due | $22,932.09 |

STATEMENT PERIOD:  07/01/12 - 07/31/12

*****WHEN REMITTING PAYMENT, PLEASE MAKE CHECK PAYABLE TO:  LAFF CAMPBELL TUCKER & GORDON, LLP AND WRITE YOUR CLIENT NO. ON YOUR CHECK.*****

RANDALL HATLEE
47 Overlook Lane
Bailey, CO  80421

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 4,263.42 | 3,697.63 | 8,900.60 | 5,068.10 | 1,002.34 |

**LAFF CAMPBELL TUCKER & GORDON, LLP**
Federal Tax ID #84-1108325
7730 East Belleview Avenue, Suite 204
Greenwood Village, CO 80111-2618
(303) 740-7200

RON SWIFT AND RANDALL HATLEE
PO Box 563
Bailey, CO 80421

September 04, 2012

In Reference To: Defense of Animal Cruelty Charge

Client #  50727

Professional Services:

| | | Hours | Amount |
|---|---|---|---|
| 8/1/2012 DLC | Final preparation for Motion Hearing; meeting with clients; travel time **(3 hrs total - 1.5 hrs at No Charge)**; court appearance for Hearing on Discovery Sanction Motion | 5.50 | 1,485.00 |
| 8/3/2012 DLC | Telephone conference with Randy Hatlee; review draft summary of hoary alyssum toxic weed problem | 0.40 | 108.00 |
| 8/6/2012 DLC | Review new Pinecam postings received from client; telephone conference with Randy Hatlee | 0.40 | 108.00 |
| 8/7/2012 DLC | Telephone conference with Randy Hatlee | 0.30 | 81.00 |
| 8/31/2012 DLC | Review Court of Appeals decision upholding challenge to Animal Protection Act | 0.30 | NO CHARGE |
| | Subtotal of charges | | $1,782.00 |
| | **Discount for unsuccessful Discovery Sanction Hearing** | | ($800.00) |
| | For professional services rendered | 6.90 | $982.00 |

Disbursements:

| | | Amount |
|---|---|---|
| 8/8/2012 | Service of Process - Debra Monroe, for Colorado Attorney General (Colorado v. Randall Hatlee/Park County Court Case No. 12M43) | 30.00 |
| | Service of Process - Debra Monroe, for Colorado Attorney General (Colorado v. Ron Swift/Park County Court Case No. 12M44) | 30.00 |
| 8/10/2012 | District Attorney 11th Judicial District - Discovery Expense | 84.48 |
| | Total disbursements | $144.48 |

| | |
|---|---|
| Total amount of this bill | $1,126.48 |
| Previous balance | $22,932.09 |

RON SWIFT AND RANDALL HATLEE                                          Page      2

|  | Amount |
|---|---|
| Balance due | $24,058.57 |

STATEMENT PERIOD:  08/01/12 - 08/31/12

*****WHEN REMITTING PAYMENT, PLEASE MAKE CHECK PAYABLE TO:  LAFF CAMPBELL TUCKER & GORDON,
LLP AND WRITE YOUR CLIENT NO. ON YOUR CHECK.*****

RANDALL HATLEE
47 Overlook Lane
Bailey, CO  80421

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 1,126.48 | 4,263.42 | 3,697.63 | 8,900.60 | 6,070.44 |

**LAFF CAMPBELL TUCKER & GORDON, LLP**
Federal Tax ID #84-1108325
7730 East Belleview Avenue, Suite 204
Greenwood Village, CO 80111-2618
(303) 740-7200


RON SWIFT AND RANDALL HATLEE                                  October 02, 2012
PO Box 563
Bailey, CO 80421


In Reference To: Defense of Animal Cruelty Charge                Client #  50727


Professional Services:

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/10/2012 | DLC | Review Briefs Opposing Bill of Particulars and Motion to Dismiss; research Response | 1.00 | 270.00 |
| 9/11/2012 | DLC | Prepare Reply Brief Supporting Bill of Particulars | 0.50 | 135.00 |
| | DLC | Telephone conference with Randy Hatlee regarding toxic weed problems | 0.40 | 108.00 |
| 9/12/2012 | DLC | Receipt and review of expert report disputing Animal Control expert's conclusion of starvation; telephone conferences (2) with Randy Hatlee and Ron Swift; notes to file regarding consulting expert opinion; revise draft Bill of Particulars Reply | 1.00 | 270.00 |
| 9/13/2012 | DLC | Review files for toxic weed information to provide District Attorney | 0.50 | 135.00 |
| 9/14/2012 | DLC | Telephone conference with Randy Hatlee | 0.33 | 89.10 |
| 9/17/2012 | DLC | Review final report of expert Dr. Questin; telephone conference with Randy Hatlee | 0.50 | 135.00 |
| 9/19/2012 | DLC | Telephone conference with Randy Hatlee | 0.30 | 81.00 |
| | DLC | Revise draft letter to District Attorney Thom LeDoux | 0.30 | 81.00 |
| 9/20/2012 | DLC | Email to clients; telephone conference with Randy Hatlee | 0.30 | 81.00 |
| 9/25/2012 | DLC | Telephone conference with Randy Hatlee; review new hoary alyssum research provided by Randy Hatlee | 0.75 | 202.50 |
| | DLC | Receipt and review of District Attorney Thom LeDoux's Response to noxious weed defense; email to clients | 0.50 | 135.00 |
| 9/26/2012 | DLC | Telephone conferences (2) with Randy Hatlee; review hoary alyssum photos from Echo Valley Ranch | 0.50 | 135.00 |
| 9/27/2012 | DLC | Telephone conferences with Randy Hatlee regarding new weed photos of ranch; review photos; draft email letter to District Attorney Thom LeDoux | 2.00 | 540.00 |
| 9/28/2012 | DLC | Telephone conference with Randy Hatlee | 0.50 | 135.00 |
| | DLC | Review weed photos and reports; revise draft letter to Thom LeDoux; telephone conferences (2) with Randy Hatlee | 1.50 | 405.00 |
| | | For professional services rendered | 10.88 | $2,937.60 |
| | | Previous balance | | $24,058.57 |

RON SWIFT AND RANDALL HATLEE

Page    2

|  | Amount |
|---|---|
| Balance due | $26,996.17 |

STATEMENT PERIOD:  09/01/12 - 09/30/12

*****WHEN REMITTING PAYMENT, PLEASE MAKE CHECK PAYABLE TO:  LAFF CAMPBELL TUCKER & GORDON, LLP AND WRITE YOUR CLIENT NO. ON YOUR CHECK.*****

RANDALL HATLEE
47 Overlook Lane
Bailey, CO  80421

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 4,064.08 | 0.00 | 4,263.42 | 3,697.63 | 14,971.04 |

**LAFF CAMPBELL TUCKER & GORDON, LLP**
Federal Tax ID #84-1108325
7730 East Belleview Avenue, Suite 204
Greenwood Village, CO 80111-2618
(303) 740-7200

RON SWIFT AND RANDALL HATLEE                                    November 02, 2012
RLShorseman@aol.com

In Reference To: Defense of Animal Cruelty Charge                  Client #  50727

Professional Services:

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/1/2012 | DLC | Review emails from clients; revise Thom LeDoux letter; review Don Henneke article limiting BCS use in animal abuse cases; telephone conference with Randy Hatlee | 1.00 | 270.00 |
| 10/2/2012 | DLC | Telephone conference with court regarding continued Status Conference | 0.20 | 54.00 |
| 10/10/2012 | DLC | Telephone conference with Randy Hatlee regarding Dr. Knight expert endorsement by prosecution | 0.30 | 81.00 |
| 10/11/2012 | DLC | Review discovery and research regarding hoary alyssum symptoms in response to Dr. Knight's expected expert testimony | 1.50 | 405.00 |
|  | DLC | Telephone conference with Ron Swift | 0.50 | 135.00 |
| 10/12/2012 | DLC | Review discovery documents for medical reports on horses' symptoms | 1.00 | 270.00 |
| 10/15/2012 | DLC | Continue review of discovery documents regarding animal condition and symptoms | 0.50 | 135.00 |
| 10/16/2012 | DLC | Legal research | 1.00 | NO CHARGE |
| 10/17/2012 | DLC | Research regarding failure to report to veterinarian | 0.75 | 202.50 |
| 10/18/2012 | DLC | Research and review evidence regarding scope of alleged neglect and mental intent required for conviction | 1.00 | 270.00 |
|  | DLC | Prepare draft Motion In Limine | 1.50 | 405.00 |
| 10/22/2012 | DLC | Telephone conferences with Randy Hatlee and Ron Swift; review photos and video received; email to District Attorney Thom LeDoux regarding proposed continuance | 2.00 | 540.00 |
| 10/24/2012 | DLC | Telephone conference with Randy Hatlee | 0.50 | 135.00 |
|  | DLC | Prepare for status conference; telephone status conference with court; telephone conference with Randy Hatlee | 1.00 | 270.00 |
| 10/25/2012 | DLC | Telephone conference with Thom LeDoux; telephone conference with Randy Hatlee; telephone conference with Ron Swift | 1.50 | 405.00 |
| 10/26/2012 | DLC | Telephone conference with Ron Swift | 0.40 | 108.00 |
|  | DLC | Review horse videos and photos received from clients | 0.50 | 135.00 |
| 10/29/2012 | DLC | Telephone conference with clients regarding District Attorney's plea offer; voice mail message to Thom LeDoux | 0.50 | 135.00 |

RON SWIFT AND RANDALL HATLEE

Page    2

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/30/2012 | DLC | Telephone conference with Randy Hatlee; review new discovery received; review discovery regarding hoary alyssum symptoms in Animal Control reports | .2.00 | 540.00 |
| 10/31/2012 | DLC | Telephone conference with Randy Hatlee | 0.30 | 81.00 |
| | | For professional services rendered | 17.95 | $4,576.50 |

Disbursements:

| | | | |
|---|---|---|---|
| 10/22/2012 | FedEx (Motion In Limine) | | 10.78 |
| | Total disbursements | | $10.78 |
| | Total amount of this bill | | $4,587.28 |
| | Previous balance | | $26,996.17 |
| | Balance due | | $31,583.45 |

STATEMENT PERIOD:  10/01/12 - 10/31/12

*****WHEN REMITTING PAYMENT, PLEASE MAKE CHECK PAYABLE TO:  LAFF CAMPBELL TUCKER & GORDON, LLP AND WRITE YOUR CLIENT NO. ON YOUR CHECK.*****

RANDALL HATLEE
47 Overlook Lane
Bailey, CO  80421

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 4,587.28 | 4,064.08 | 0.00 | 4,263.42 | 18,668.67 |

**LAFF CAMPBELL TUCKER & GORDON, LLP**
Federal Tax ID #84-1108325
7730 East Belleview Avenue, Suite 204
Greenwood Village, CO 80111-2618
(303) 740-7200

RON SWIFT AND RANDALL HATLEE                                    December 02, 2012
RLShorseman@aol.com

In Reference To: Defense of Animal Cruelty Charge                    Client #  50727

Professional Services:

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/1/2012 | DLC | Email to District Attorney Thom LeDoux | 0.10 | 27.00 |
| 11/2/2012 | DLC | Email to Randy Hatlee; begin work on hearing witnesses and subjects of testimony | 0.50 | 135.00 |
| 11/5/2012 | DLC | Prepare Notice of Witnesses; research and draft Motion to Suppress regarding unlawful seizure; revise draft Motion | 2.00 | 540.00 |
| 11/6/2012 | DLC | Research Motion to Suppress | 1.00 | 270.00 |
| | DLC | Research breach of law enforcement cooperation agreement | 1.50 | 405.00 |
| 11/7/2012 | DLC | Prepare Argument draft to suppress evidence because of cooperation agreement breach; revise draft Motion | 2.00 | 540.00 |
| | DLC | Research misleading search warrant affidavit; voice mail message to Randy Hatlee; review discovery regarding Kristen Lebeau; emails to Ron Swift and Randy Hatlee | 1.50 | 405.00 |
| 11/8/2012 | DLC | Work on Motion to Suppress; modify Motion facts to show Randy's standing | 2.00 | 540.00 |
| | DLC | Telephone conference with Ron Swift; telephone conferences (2) with Randy Hatlee; email to clients | 1.00 | 270.00 |
| 11/12/2012 | DLC | Telephone conference with Randy Hatlee; review videos, etc. for use at trial | 1.20 | 324.00 |
| 11/13/2012 | DLC | Review search warrant affidavit and BCS scoring authority to prove neglect | 0.40 | 108.00 |
| | DLC | Telephone conference with Randy Hatlee; telephone conference with Ron Swift; email to District Attorney Thom LeDoux | 0.50 | 135.00 |
| | DLC | Prepare letter to Dr. Questen regarding Subpoena; prepare Subpoena and Waiver of Service | 0.50 | 135.00 |
| | DLC | Research regarding BCS equine scoring system | 1.00 | 270.00 |
| 11/14/2012 | SLO | Telephone conference with Court to schedule status conference regarding our Motion to Suppress | 0.10 | 10.00 |
| | SLO | Download documents and discovery to file; place copies in exhibit notebook | 0.30 | 30.00 |
| | DLC | Telephone conferences with Randy Hatlee and Ron Swift; review latest discovery received | 1.00 | 270.00 |
| 11/15/2012 | DLC | Review discovery regarding Bear/Spencer defense; telephone conference with Randy Hatlee | 2.50 | 675.00 |
| | DLC | Letters to Alan Swartz and Dr. Questen regarding Subpoenas; prepare Subpoenas and Waiver of Service; arrange for service of process | 1.00 | 270.00 |

RON SWIFT AND RANDALL HATLEE

Page    2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/15/2012 | DLC | Review transcript of animal care bond hearing | 1.50 | 405.00 |
| 11/16/2012 | DLC | Work on Dr. Olds cross examination regarding Bear | 1.00 | 270.00 |
| | DLC | Telephone conference with Randy Hatlee | 0.50 | 135.00 |
| | DLC | Research and prepare Argument for Motion to Suppress Court Hearing | 1.00 | 270.00 |
| 11/19/2012 | DLC | Receipt and review of ECS payment agreement; email regarding Dr. Questen; telephone conference with Randy Hatlee | 0.40 | 108.00 |
| | DLC | Telephone conference with Tom Pitts regarding service of Subpoena on Alan Swartz | 0.20 | 54.00 |
| 11/20/2012 | DLC | Telephone conference with Randy Hatlee | 0.50 | 135.00 |
| 11/21/2012 | DLC | Telephone conference with Ron Swift; telephone conference with Randy Hatlee | 0.50 | 135.00 |
| | DLC | Prepare for Court Hearing | 1.50 | 405.00 |
| | DLC | Conference Call Status Hearing with Court; telephone conference with process server Tom Pitts; Telephone conference with Randy Hatlee; voice mail message to Ron Swift; voice mail message to Alan Swartz | 1.00 | 270.00 |
| 11/27/2012 | DLC | Telephone conference with Randy Hatlee; email to Randy Hatlee and Ron Swift regarding Subpoena service of process | 0.60 | 162.00 |
| | DLC | Telephone conference with Ron Swift | 0.40 | 108.00 |
| | DLC | Research regarding Motion to Suppress | 1.50 | 405.00 |
| 11/28/2012 | DLC | Legal research | 1.50 | 405.00 |
| | DLC | Telephone conferences (3) with Randy Hatlee | 1.00 | 270.00 |
| | DLC | Work on Exhibit Books and Argument for Motion Hearing | 2.50 | 675.00 |
| 11/29/2012 | SLO | Copy and prepare exhibit packets for Motions Hearing | 1.00 | 100.00 |
| | DLC | Telephone conferences with Ron Swift and Randy Hatlee | 1.50 | 405.00 |
| | DLC | Conference call with Randy Hatlee and Ron Swift | 0.70 | 189.00 |
| | DLC | Trial preparation regarding Cindy Hardy examination | 3.50 | 945.00 |
| 11/30/2012 | DLC | Trial preparation; telephone conferences with Ron Swift and Randy Hatlee | 6.00 | 1,620.00 |
| | | For professional services rendered | 48.40 | $12,830.00 |

Disbursements:

| | | |
|---|---|---|
| 11/15/2012 | District Attorney 11th Judicial District - Discovery Expense | 21.05 |
| | Witness/Mileage Fee - Alan Swartz | 72.35 |
| 11/21/2012 | Service of Process - Subpoena - Alan Swartz | 75.00 |
| | Total disbursements | $168.40 |

| | |
|---|---|
| Total amount of this bill | $12,998.40 |
| Previous balance | $31,583.45 |
| Balance due | $44,581.85 |

RON SWIFT AND RANDALL HATLEE                                      Page     3

STATEMENT PERIOD:  11/01/12 - 11/30/12

*****WHEN REMITTING PAYMENT, PLEASE MAKE CHECK PAYABLE TO:  LAFF CAMPBELL TUCKER & GORDON, LLP AND WRITE YOUR CLIENT NO. ON YOUR CHECK.*****

RANDALL HATLEE
47 Overlook Lane
Bailey, CO  80421

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---------|---------|---------|---------|----------|
| 12,998.40 | 4,587.28 | 4,064.08 | 0.00 | 22,932.09 |

**LAFF CAMPBELL TUCKER & GORDON, LLP**
Federal Tax ID #84-1108325
7730 East Belleview Avenue, Suite 204
Greenwood Village, CO 80111-2618
(303) 740-7200

RON SWIFT AND RANDALL HATLEE                                      January 02, 2013
RLShorseman@aol.com

In Reference To: Defense of Animal Cruelty Charge                Client #  50727

Professional Services:

| | | Hours | Amount |
|---|---|---|---|
| 12/2/2012 DLC | Trial preparation; telephone conference with Randy Hatlee | 5.00 | 1,350.00 |
| 12/3/2012 DLC | Travel time for Hearing in Park County (**3 hrs total - 1.5 hrs at No Charge**); meeting with clients for hearing preparation; Evidentiary Hearing regarding Motion to Suppress | 6.50 | 1,755.00 |
| 12/4/2012 DLC | Telephone conference with Ron Swift regarding impact of Suppression Order on trial | 0.50 | 135.00 |
| 12/6/2012 DLC | Telephone conference with Randy Hatlee | 0.50 | 135.00 |
| 12/7/2012 DLC | Review latest discovery and witness endorsement from District Attorney; telephone conference with Ron Swift; telephone conference with Randy Hatlee | 0.50 | 135.00 |
| 12/10/2012 SLO | Scan and email copies of discovery documents received from District Attorney; print, scan and email photos received from District Attorney | 0.40 | 40.00 |
| DLC | Email to Thom LeDoux; telephone conferences (3) with Randy Hatlee; review for trial and examine new witness statements; review file documents regarding suppressed evidence impact on trial; review discovery regarding Dawn Smith/Routt County | 4.50 | 1,215.00 |
| 12/11/2012 DLC | Receipt and review of Dr. Olds cross examination documents received from client; telephone conference with Randy Hatlee | 1.50 | 405.00 |
| 12/13/2012 SLO | Email to client regarding Plaintiff's Amended Witness Disclosure List; email to clients regarding Motion for Clarification and Motion to Continue Hearing | 0.33 | 33.00 |
| 12/14/2012 DLC | Telephone conference with Randy Hatlee; telephone conference with Ron Swift; begin review of Motion to Clarify Response | 1.50 | 405.00 |
| 12/17/2012 DLC | Research and begin draft of Response to prosecution's Motion for Clarification; revise draft letter to Thom LeDoux regarding Bear discovery | 2.00 | 540.00 |
| DLC | Telephone conference with Randy Hatlee | 0.30 | 81.00 |
| 12/18/2012 DLC | Work on Response to Motion for Clarification | 0.70 | NO CHARGE |
| DLC | Review discovery regarding Bear; prepare letter draft for release of Bear's records | 1.00 | 270.00 |
| 12/19/2012 DLC | Receipt and review of Court Orders regarding continuance and clarification; review Thom LeDoux email; telephone conference with Randy Hatlee | 0.40 | 108.00 |

RON SWIFT AND RANDALL HATLEE

Page    2

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/19/2012 | DLC | Research limitation period and tolling for civil rights and libel | 0.33 | NO CHARGE |
| 12/20/2012 | DLC | Telephone conferences (3) with Randy Hatlee; voice mail message to attorney Joseph Davies | 1.25 | NO CHARGE |
| | DLC | Research statute of limitations for potential civil claims arising out of criminal prosecution | 0.50 | NO CHARGE |
| | DLC | Prepare draft letter to clients regarding civil claims | 1.00 | NO CHARGE |
| 12/21/2012 | DLC | Telephone conference with Randy Hatlee regarding animal cruelty acquittal in case in Pueblo (Glover) | 0.30 | NO CHARGE |
| 12/26/2012 | DLC | Email to Thom LeDoux; telephone conference with Randy Hatlee | 0.33 | 89.10 |
| 12/28/2012 | DLC | Review new discovery received regarding Bear; telephone conference with Randy Hatlee | 2.00 | 540.00 |
| | | For professional services rendered | 31.34 | $7,236.10 |

Disbursements:

| | | Amount |
|---|---|---|
| 12/10/2012 | District Attorney 11th Judicial District - Discovery Expense **(November Charges)** | 17.90 |
| | Total disbursements | $17.90 |
| | Total amount of this bill | $7,254.00 |
| | Previous balance | $44,581.85 |
| | Balance due | $51,835.85 |

STATEMENT PERIOD:  12/01/12 - 12/31/12

*****WHEN REMITTING PAYMENT, PLEASE MAKE CHECK PAYABLE TO:  LAFF CAMPBELL TUCKER & GORDON, LLP AND WRITE YOUR CLIENT NO. ON YOUR CHECK.*****

RANDALL HATLEE
47 Overlook Lane
Bailey, CO  80421

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 7,254.00 | 12,998.40 | 4,587.28 | 2,937.60 | 24,058.57 |

**LAFF CAMPBELL TUCKER & GORDON, LLP**
Federal Tax ID #84-1108325
7730 East Belleview Avenue, Suite 204
Greenwood Village, CO 80111-2618
(303) 740-7200

RON SWIFT AND RANDALL HATLEE                                        February 02, 2013
RLShorseman@aol.com

In Reference To: Defense of Animal Cruelty Charge                  Client #  50727

Professional Services:

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/2/2013 | DLC | Telephone conference with Randy Hatlee | 0.20 | NO CHARGE |
| 1/7/2013 | DLC | Receipt and review of People's latest Motions; draft Response regarding post-seizure photo admission; telephone conference with Randy Hatlee | 2.00 | 540.00 |
| 1/8/2013 | DLC | Prepare for Motions Hearing | 2.00 | 540.00 |
| | DLC | Telephone conference with Randy Hatlee; continue work on Motions Response; review Bear/Maggie new discovery | 1.25 | 337.50 |
| 1/9/2013 | DLC | Prepare for Status Conference Motions Hearing; legal research; Telephone Status Conference with Court; telephone conference with Randy Hatlee; telephone conference with Ron Swift | 3.50 | 945.00 |
| | DLC | Research fruit of poisonous tree attenuation | 1.00 | 270.00 |
| 1/10/2013 | DLC | Telephone conference with Randy Hatlee | 0.50 | 135.00 |
| 1/11/2013 | DLC | Begin draft of Argument denying purge of tainted evidence | 1.00 | 270.00 |
| | DLC | Receipt and review of latest discovery; research regarding supplements given Chance | 1.50 | 405.00 |
| 1/14/2013 | DLC | Telephone conference with Randy Hatlee and Ron Swift | 0.50 | 135.00 |
| | DLC | Continue work and research for Motions Hearing Argument; research regarding mistreatment by animal custodian | 2.50 | 675.00 |
| 1/15/2013 | DLC | Receipt and review of People's Witness and Exhibit Lists | 0.50 | 135.00 |
| | DLC | Telephone conference with Randy Hatlee | 0.40 | 108.00 |
| 1/16/2013 | DLC | Research regarding statute interpretation | 0.50 | 135.00 |
| 1/17/2013 | DLC | Prepare for Motions Hearing; telephone conference with Randy Hatlee | 3.00 | 810.00 |
| 1/18/2013 | DLC | Final preparation; travel time for court appearance in Fairplay **(3 hrs total - 1.5 hrs at No Charge)**; court appearance for Motions Hearing; post-hearing review meeting with clients | 6.50 | 1,755.00 |
| 1/21/2013 | DLC | Telephone conference with Randy Hatlee | 0.50 | 135.00 |
| | DLC | Review Bear discovery and Exhibits | 1.00 | 270.00 |
| | DLC | Review photos and videos from Routt County regarding discrepancy with People's Exhibit No. 1 | 0.50 | 135.00 |
| 1/22/2013 | DLC | Telephone conference with Randy Hatlee | 0.50 | 135.00 |
| 1/23/2013 | DLC | Research regarding horse development; telephone conference with Randy Hatlee | 0.50 | 135.00 |

RON SWIFT AND RANDALL HATLEE

Page    2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 1/23/2013 | DLC | Review file documents and prepare for meeting; telephone conference with Randy Hatlee | 2.00 | 540.00 |
| 1/24/2013 | DLC | Prepare for meeting with expert and clients | 2.00 | 540.00 |
| | DLC | Travel time and conference with Randy Hatlee and Dr. Questen | 2.00 | 540.00 |
| 1/25/2013 | DLC | Review phone records, vet records and other new file documents received from Randy Hatlee | 0.30 | 81.00 |
| 1/28/2013 | DLC | Prepare for meeting with Dr. Questen | 1.00 | 270.00 |
| | DLC | Telephone conference with Randy Hatlee; telephone conference with Dr. Questen | 0.50 | 135.00 |
| | DLC | Telephone conferences (2) with Randy Hatlee; work on selecting Defendants' Trial Exhibits | 1.00 | 270.00 |
| 1/29/2013 | DLC | Office conference with Dr. Questen | 1.25 | 337.50 |
| 1/30/2013 | DLC | Internet research regarding blood test results for starved horses | 1.00 | NO CHARGE |
| | DLC | Telephone conference with Randy Hatlee; letter to Thom LeDoux regarding discovery not produced; prepare draft Expert Disclosure | 1.00 | 270.00 |
| 1/31/2013 | DLC | Revise Thom LeDoux discovery letter; revise expert disclosure summary of testimony; review Alan Swartz Curriculum Vitae | 0.40 | NO CHARGE |
| | DLC | Prepare Waiver of Service for Alan Swartz; letter to Alan Swartz | 0.40 | 108.00 |
| | | For professional services rendered | 42.70 | $11,097.00 |

Disbursements:

| Date | Description | Amount |
|---|---|---|
| 1/7/2013 | FedEx | 10.84 |
| 1/10/2013 | District Attorney 11th Judicial District - Discovery Expense **(December Charges)** | 121.05 |
| 1/31/2013 | Agren Blando Court Reporting - Deposition Transcript - 12/3/2012 Randall J. Hatlee Deposition | 447.05 |
| | Total disbursements | $578.94 |

| | |
|---|---|
| Total amount of this bill | $11,675.94 |
| Previous balance | $51,835.85 |
| Balance due | $63,511.79 |

STATEMENT PERIOD:  01/01/13 - 01/31/13

*****WHEN REMITTING PAYMENT, PLEASE MAKE CHECK PAYABLE TO:  LAFF CAMPBELL TUCKER & GORDON, LLP AND WRITE YOUR CLIENT NO. ON YOUR CHECK.*****

RANDALL HATLEE
47 Overlook Lane
Bailey, CO  80421

RON SWIFT AND RANDALL HATLEE

Page    3

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 11,675.94 | 7,254.00 | 12,998.40 | 4,587.28 | 26,996.17 |

**LAFF CAMPBELL TUCKER & GORDON, LLP**
Federal Tax ID #84-1108325
7730 East Belleview Avenue, Suite 204
Greenwood Village, CO 80111-2618
(303) 740-7200

RON SWIFT AND RANDALL HATLEE                                    March 02, 2013
RLShorseman@aol.com

In Reference To: Defense of Animal Cruelty Charge                    Client #  50727

Professional Services:

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/1/2013 | DLC | Receipt and review of Dr. Questen's final report; telephone conference with Randy Hatlee | 1.00 | 270.00 |
| | DLC | Finalize Defendants' Witness Endorsement; email to Alan Swartz; telephone conferences (2) with Randy Hatlee | 1.00 | 270.00 |
| 2/4/2013 | DLC | Telephone conference with Randy Hatlee regarding trial strategy and Timberline vet record production dispute | 0.50 | 135.00 |
| | DLC | Telephone conference with Randy Hatlee to review cross examination material showing inconsistencies in Dr. Olds and Dawn Smith testimony | 1.00 | 270.00 |
| 2/5/2013 | DLC | Work on Dr. Olds cross examination issues | 1.00 | 270.00 |
| | DLC | Review People's expert witness summaries with prior investigation reports; telephone conference with Randy Hatlee | 1.00 | 270.00 |
| 2/6/2013 | DLC | Legal research regarding Merck vet text for use in Horton cross examination | 1.00 | NO CHARGE |
| | DLC | Telephone conference with Randy Hatlee regarding Horton report discrepancies | 0.60 | 162.00 |
| 2/7/2013 | DLC | Telephone conferences (3) with Randy Hatlee; email to Thom LeDoux; work on Exhibits | 1.00 | 270.00 |
| 2/8/2013 | DLC | Telephone conference with Randy Hatlee | 0.50 | 135.00 |
| 2/11/2013 | DLC | Telephone conferences (3) with Randy Hatlee; telephone conference with Ron Swift; prepare Subpoena, Waiver and letter to Kristen LeBeau; prepare draft Exhibit List; trial preparation | 2.50 | 675.00 |
| 2/12/2013 | DLC | Telephone conference with Randy Hatlee; prepare Gene Ferraro examination; draft questions | 1.50 | 405.00 |
| 2/13/2013 | DLC | Telephone conference with Randy Hatlee; prepare draft examination questions for Dr. Olds; research | 4.00 | 1,080.00 |
| 2/14/2013 | DLC | Trial preparation; draft questions for Dr. Olds; telephone conference with Randy Hatlee; telephone conference with Robert Colwell | 2.50 | 675.00 |
| 2/15/2013 | DLC | Telephone conferences (2) with Randy Hatlee; revise drafts of examination questions | 1.00 | 270.00 |
| 2/16/2013 | DLC | Revise Dr. Olds and Ferraro examination questions | 1.50 | 405.00 |
| 2/18/2013 | DLC | Review Cindy Hardey transcript testimony of 12/3/10 | 0.75 | 202.50 |

RON SWIFT AND RANDALL HATLEE

Page     2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 2/18/2013 | DLC | Telephone conferences (2) with Randy Hatlee; prepare draft Dawn Smith examination questions; finalize Exhibits | 2.50 | 675.00 |
| | SLO | Prepare master Exhibit Notebook for trial | 2.00 | 200.00 |
| 2/19/2013 | DLC | Work on Dr. Olds examination; trial preparation regarding toxic weed | 3.00 | 810.00 |
| | DLC | Meeting with Randy Hatlee; review Aspen Creek veterinary articles and Channel 7 News photos of Defendants' horses | 1.00 | 270.00 |
| | DLC | Telephone conference with Dr. Questen | 0.33 | 89.10 |
| 2/20/2013 | DLC | Trial preparation; telephone conferences (2) with Randy Hatlee; telephone conferences (2) with Rob Colwell | 6.00 | 1,620.00 |
| | SLO | Prepare Exhibits for trial; copy Exhibits to disk and FedEx to Robert Colwell | 2.00 | 200.00 |
| 2/21/2013 | DLC | Trial preparation; telephone conferences (2) with Randy Hatlee; prepare theory of defense Jury Instruction; prepare and revise draft Horton examination | 6.00 | 1,620.00 |
| | SLO | Copy pertinent discovery excerpts and create notebook; prepare Exhibits for trial; revise master Exhibit Notebook; update pleadings and pleading index | 1.00 | 100.00 |
| 2/22/2013 | DLC | Trial preparation; telephone conferences (3) with Randy Hatlee; telephone conferences with Defendants' witnesses; finalize Horton examination; work on voir dire | 6.00 | 1,620.00 |
| 2/23/2013 | DLC | Trial preparation | 4.00 | 1,080.00 |
| 2/24/2013 | DLC | Trial preparation; travel to Fairplay for trial | 3.50 | 945.00 |
| 2/25/2013 | DLC | Day 1 of trial; trial preparation | 12.00 | 3,240.00 |
| 2/26/2013 | DLC | Day 2 of trial; trial preparation | 12.00 | 3,240.00 |
| 2/27/2013 | DLC | Day 3 of trial; trial preparation | 12.00 | 3,240.00 |
| 2/28/2013 | DLC | Day 4 of trial; trial preparation; wait for jury verdict **(3 hrs at No Charge)** | 10.00 | 2,700.00 |
| 3/1/2013 | DLC | Wait for jury verdict **(5 hrs at No Charge)**; court hearing for verdict; travel time to Denver **(1.5 hrs at No Charge)** | 1.00 | 270.00 |

|  | | Hours | Amount |
|---|---|---|---|
| Subtotal of charges | | | $27,683.60 |
| **Courtesy discount per Darrel Campbell** | | | ($6,500.00) |
| For professional services rendered | | 106.68 | $21,183.60 |

Disbursements:

| | | Amount |
|---|---|---|
| 2/15/2013 | District Attorney 11th Judicial District - Discovery Expense **(January Charges)** | 72.10 |
| 2/20/2013 | FedEx | 17.46 |
| 3/1/2013 | Hotel Expense for Trial | 441.60 |
| | Total disbursements | $531.16 |
| | Total amount of this bill | $21,714.76 |
| | Previous balance | $63,511.79 |
| | Balance due | $85,226.55 |

RON SWIFT AND RANDALL HATLEE

Page    3

**\*\*\*\*\*WHEN REMITTING PAYMENT, PLEASE MAKE CHECK PAYABLE TO:  LAFF CAMPBELL TUCKER & GORDON, LLP AND WRITE YOUR CLIENT NO. ON YOUR CHECK.\*\*\*\*\***

RANDALL HATLEE
47 Overlook Lane
Bailey, CO  80421

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 33,390.70 | 7,254.00 | 0.00 | 12,998.40 | 31,583.45 |

**LAFF CAMPBELL TUCKER & GORDON, LLP**
Federal Tax ID #84-1108325
7730 East Belleview Avenue, Suite 204
Greenwood Village, CO 80111-2618
(303) 740-7200

RON SWIFT AND RANDALL HATLEE                                    April 02, 2013
RLShorseman@aol.com

In Reference To: Defense of Animal Cruelty Charge                Client #  50727

Disbursements:

|  |  | Amount |
|---|---|---|
| 3/15/2013 District Attorney 11th Judicial District - Discovery Expense **(February Charges)** |  | 7.62 |
| Total disbursements |  | $7.62 |
| Previous balance |  | $85,226.55 |
| Balance due |  | $85,234.17 |

*****WHEN REMITTING PAYMENT, PLEASE MAKE CHECK PAYABLE TO:  LAFF CAMPBELL TUCKER & GORDON,
LLP AND WRITE YOUR CLIENT NO. ON YOUR CHECK.*****

RANDALL HATLEE
47 Overlook Lane
Bailey, CO  80421

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 7.62 | 33,390.70 | 0.00 | 7,254.00 | 44,581.85 |