RONALD L. SWIFT - JUNE 30, 2014

Page 27

24   Q   All right.  In your own words, sir, tell
25   me what your current occupation is.

EXHIBIT T

RONALD L. SWIFT - JUNE 30, 2014

Page 28

1    A    I'm retired.  Don't you believe that.
2    Q    Well, I do and I don't.  I have a feeling
3 you -- you work pretty hard doing something.  So you --
4 you're retired?
5    A    Technically speaking.
6    Q    Okay.
7    A    72 years old, I should be, shouldn't I?
8    Q    Well, I don't know.
9    A    I raise horses.
10   Q    Okay.
11   A    But I have been doing that most of my
12 life.  So...
13   Q    Nothing different there?
14   A    No.
15   Q    Since the sale of the pizza business,
16 have you ever had -- when you retired from that
17 business, is that the day you looked back on as that is
18 the day I officially retired?
19   A    Well, that's what I said when I did it.
20
21
22
23
24
25

RONALD L. SWIFT - JUNE 30, 2014

Page 37

8            All right.  How does Ron Swift generate
9 money to live on?
10           A   Sell a horse here and there.  I also get
11 social security.

1
2
3
4
5
6
7
8
9
10
11          Q    Okay.  Are you an employee of Bailey
12     Depot Feed?
13          A    If I was, I'd get paid; so no, I'm not.
14          Q    Have you ever been?
15          A    No.
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20      Q    Okay.  When was the last time Ron Swift
21 filed a tax return?
22      A    Personally?
23      Q    Yes, sir.
24      A    Probably five to six years ago.
25      Q    Is there a reason you quit filing tax

1    returns?
2         A    I don't have to.
3         Q    Did you hear my question before you
4    answered it?
5         A    Yes, I don't have to according to federal
6    law.
7
8
9
10
11
12
13
14
15
16
17
18              Your understanding is under the law you
19   don't have to file tax returns?
20        A    That's what my tax lady told me.
21        Q    Who's your tax lady?
22        A    Marilyn Bowers I believe.
23        Q    And where does she office?
24        A    Out of her home.
25        Q    Which is where?

RONALD L. SWIFT - JUNE 30, 2014

Page 32

```
 1          A    In Bailey.
 2          Q    Okay.  And is it your understanding that
 3    you don't generate enough income to require you to do
 4    so?
 5          A    That is true.
 6          Q    Okay.  But is that the reason she has
 7    given you?
 8          A    Yes.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```