EXHIBIT  6

-----Original Message-----
From: Harmonyhorsewrks@aol.com
Date: Fri, 17 Feb 2012 21:28:54 -0500 (EST)
Subject: Starving Horses Bailey, CO

Mr. Roehr,

I wanted you to see the slide show of the horse that was delivered to Aspen Creek
Veterinary Hospital on Feb. 15. I was there and took most of the photos of Little Big
Man. These are not the worst of the photos of the horses you have declared OK to
stay where they in their hair-raising circumstances. This is a huge mistake as their
lives are in danger. Water and hay cannot bring them back to health and there is
probably no truth in the statement that they have botulism. Have tests been done?
Do the symptoms match the disease. Have you contacted a botulism expert? Please
take a look and reconsider. For horses to be in this dire a condition, the situation
must have been going on for months. This decision does not seem right nor does it
fit the needs of the horses.

http://pix.kg/p/416168114214%3A811361237/scl

These slideshow photos show the 2 year old colt, weighing about 300 lbs. instead of
700 or more, who was hauled in on Feb. 16 under the Routt County impound. He
wears a foal's blanket in the slideshow! The other horse to be impounded along with
him by Routt County had already died. Who is not seeing what we are seeing here?
You can see the other horses in his herd at the end of the slideshow may be in even
worse condition. On the Henneke scale, they seem less than 1. I have rescued and
rehabilitated horses for 10 years and find these horses to be among the worst I have
ever seen. To have a government official explain to one of our board members that
the horses are not starving seems bizarre.

Little Big Man was unable to stand up in the trailer and in his clinic stall. He was
hauled up to a standing position this morning for the first time and stood eating. Tell
me this is not starvation. Are we all blind? Botulism tests are being run on him so
that we won't be dealing with theoretical diagnoses anymore. Even if it is botulism,
does it make sense to leave horses lying on the ground with sores down to their
bones for days on end? This is "failure to thrive" in the classical sense of the
definition and any vet or official who says these horses are not starving is in
complete denial. You have given them a death sentence. We have foster and
adoptive homes lined up for them if the miracle of their removal from this toxic
environment and their subsequent healing should ever take place.

We appeal to your office to reconsider this decision by you and Mr. Wegener and to
remove these horses to a safe and healing environment where they can be properly
cared for and brought back to condition. Don't let any more of these horses die. Too
many have already died on this property in Bailey. What is compassion except to see
yourself clearly in these animals and respect their right to well-being? Let us take
our role as their stewards seriously and cease being their persecutors.

Barbara Wright
Harmony HorseWorks
Horse Sanctuary & Therapy Center
501(c)(3) Nonprofit Corp.

# EXHIBIT  7

| | |
|---|---|
| Subj: | **Little Big Man's Herd** |
| Date: | 2/18/2012 3:24:50 PM Mountain Daylight Time |
| From: | Harmonyhorsewrks@aol.com |
| To: | burton@timberlineequine.com |

*Sent from the Internet (Details)*

Hello Drs. Hudson and Burton,

I don't know if you remember me.  We met a couple of years ago at Anchorage Farms at Chris's place when I gave a talk on Equine Stress Control Therapy and you made a presentation.  I think you had just moved into the area back then.

Our appeal to you is a simple and direct one, one that could almost immediately discreate all the problems around the emaciated herd at Ron Swifts Echo Valley property.

We have a fund set up for the horses for their medical care.  We have JeffCo HEAT standing by to evacuate them.  We have veterinarians ready to offer discounted services for the rehabilitation of the horses.  We have adoptive homes ready to take them in once they are fit for transfer.  All we need is your help in convincing Mr. Swift to release them quietly and without any brouhaha and the entire burden of dealing with the controversy will disappear.  The state will be out of it, threatened lawsuits will disappear, you can continue your good practice unimpeded and the media will leave everyone alone, not to mention the fact that the horses will be given a chance to thrive.  I can't think of a better scenario for everyone involved.

Unfortunately, it would be up to you two to gain Mr. Swift's approval.  We hope you are willing and up to it.  I am happy to help any way our sanctuary can.  Can you let me know what you think?  Holding the welfare of the horses in our hearts, we are:

Barbara Wright
**HARMONY HORSEWORKS**
*Horse Sanctuary & Therapy Center*
*501(c)(3) Nonprofit Corp.*
13639 Elsie Road
Conifer CO 80433
(303) 816-0766
harmonyhorsewrks@aol.com
www.harmonyhorseworks.com
www.barbarawrightart.com
**MAKE ROOM FOR A HORSE IN YOUR HEART!**
**MAKE ROOM FOR A HORSE IN YOUR ART!**

### http://www.iGive.com/HarmonyHorseworks
When you register with iGive and shop online through the iGive portal, a percentage of the sale is donated to Harmony HorseWorks when you indicate us as the charity of your choice.

Harmony HorseWorks is the home of Wright-ESCT™ EQUINE STRESS CONTROL THERAPY used to heal spooky, anxious and nervous horses and Equestrian Performance Coaching (EPC) using PEAT energy psychology for the fearful rider.  We are a Colorado non-profit corporation in good standing and a tax exempt 501[c][3] corporation (DLN 17053233028024) since February 23, 2004.  FEIN 20-0763702.

# EXHIBIT  8

Print

**Date:** February 18, 2012 9:32:13 AM MST
**To:** STOP_HORSE_CRUELTY@yahoogroups.com
**Subject: Fwd: re Bailey**



From: Harmonyhorsewrks@aol.com
To: TCourt5096@aol.com, greenrivertroutfarm@yahoo.com, stevestoddard@earthlink.net
CC: jre@theanimallawcenter.com, lauraallen@animallawcoalition.com, emk@idausa.org,
kdane@hsus.org, cnclmark@gmail.com, arthur_kane@kmgh.com,
alan.prendergast@westword.com, rachelle@vectorair.net, aleta.t.wagner@lmco.com,
cricketgurl@gmail.com, patamadre@aol.com
Sent: 2/18/2012 5:51:08 A.M. Mountain Standard Time
Subj: Re: re Bailey

Monika,

I share your frustration. Because this is so bizarre, Routt County obviously being
compassionate and seeing the starvation and Park County playing blind, it could be
something is going on behind the scenes that we do not know about. It could be
budgetary, too. Dawn Smith at Routt County, who called me with this travesty, asked me if
I knew the Henneke scale. Of course, I answered. She said the one being pulled out
under their court order was a negative 1 and we were helping her because he would die on
the way back to Steamboat. Well, you saw the photos of him when he arrived in the trailer
at our vet's. She was right. One of our board members called Park County animal control
and was told by the officer the horses are not starving. When things go this wrong, it is
about money usually, not the welfare of the animals.

We'll wait and see what happens after the email blast goes out. The reporters who came
out to interview me and our vet were in complete disbelief about what was playing out, but
as you can see from the article on the Channel 7 web site, they are just reporting facts. We
copy them on our correspondence to keep them aware the situation is not dead yet. You
can click on the link.

http://www.thedenverchannel.com/news/30486436/detail.html

Barbara Wright
Harmony HorseWorks
*Horse Sanctuary & Therapy Center*
*501(c)(3) Nonprofit Corp.*
13639 Elsie Road
Conifer CO 80433
(303) 816-0766
harmonyhorsewrks@aol.com
www.harmonyhorseworks.com
www.barbarawrightart.com
MAKE ROOM FOR A HORSE IN YOUR HEART!
MAKE ROOM FOR A HORSE IN YOUR ART!

**http://www.igive.com/HarmonyHorseworks**
When you register with iGive and shop online through the iGive portal, a percentage of the
sale is donated to Harmony HorseWorks when you indicate us as the charity of your
choice.

Harmony HorseWorks is the home of Wright-ESCT™ EQUINE STRESS CONTROL THERAPY used to heal
spooky, anxious and nervous horses and Equestrian Performance Coaching (EPC) using PEAT energy
psychology for the fearful rider. We are a Colorado non-profit corporation in good standing and a tax exempt
501[c][3] corporation (DLN 17053233026024) since February 23, 2004. FEIN 20-0763702.



123

101/129

# EXHIBIT 9

13639 Elsie Road
Conifer CO 80433
(303) 816-0766
harmonyhorsewrks@aol.com
www.harmonyhorseworks.com

http://www.chronofhorse.com/forum/showthread.php?p=6148528 5/23/2012

------------------------------------------------------------------------

**Feb. 19, 2012, 07:45 PM**

**BEARCAT** 🔘
Advanced

Join Date: Jun. 24, 2004
Location: South Park
Posts: 1,775

**Just received this update on Little Man**

...does not sound good for the others...

"He's up and walking around (in the vet clinic) for the first time in many weeks. He
may have been down for as long as 6 weeks. 3 we know for sure. This is a miracle and
we pray it continues. His eyes are brighter, his ears prick and are alert, and he nuzzles
your hand when you come into his stall. Still very weak and not animated, compared
to a healthy horse, he proves that this is not neurological and is starvation. There was
never a question in our minds. If only we could get to the other 5 (the mare on the
ground with body sores died) we will have accomplished a miracle. This photos were
taken by the Ferraros who are helping with lobbying Officialdom to move on this
travesty.

I received a call from Dr. Courtney Diehl who used to work at Aspen Creek vet. She
remembers 3 or 4 years ago in the November timeframe going out to that hell hole
and trying to save a foal frozen into the snow. She worked for many hours but could
not bring him back. The foal was starving. Imagine how many horses have suffered
and died there since. She is up in Steamboat where Little Big Man originated and
remembers treating him and knew his dam. She offered her help in any way, including
funds and adoption homes saying Steamboat has money. Indeed.

Anyway, this is a bit of good news in a week that has been hard on horse lovers in our
community.

Bad news is that the remaining horses have been moved, this news from the the State
Vet's office, and we assume it was the owner who moved them since they are private
property and the State doesn't have the legal right to move them, yet. If that is the
case, they are probably already dead.

Barbara

Barbara Wright
Harmony HorseWorks"





EXHIBIT  10

**PARK COUNTY SHERIFF'S OFFICE**

CONTINUATION SHEET

| | | Case Report Number |
|---|---|---|
| | | **2012000142** |

| Initial Offense Classification | Subject | Date of Report |
|---|---|---|
| **Cruelty to Animals** | **Swift, Ronald/ Hatlee, Randall J.** | **02-13-2012** |

Dr. Britt stated he would be glad to go and examine the horse. The only thing he would suggest he would give the owner would be if the mare was not standing on her own within twenty-four to forty –eight hours he would recommend euthanasia.

I asked Dr. Britt about the possibility of Tic Paralysis and he was reserved about this even being a possibility. He stated he has never seen a case in Colorado, but that does not mean anything. He felt the time of the year was a factor and ticks are usually out in the spring season not the winter. I asked what the symptoms of Tic Paralysis are and he stated coordination loss, which would lead to paralysis of the legs and chest muscles.

On February 17, 2012 I was contacted by Deputy Hardey and advised that "Maggie" was deceased and that Timberline Equine Veterinary Services had arranged a necropsy with Colorado State University. The necropsy was to determine the horse's cause of death.

On February 19, 2012 I received a telephone call from Under sheriff Gore at my residence. The Under sheriff advised me that he had received several telephone calls from the Public Information Officer for State of Colorado's Department of Agricultures Office. He was very concerned for the safety of the owners of the horses and the horses themselves. The Under sheriff stated that he had been on the telephone all morning and the emails and telephones calls were very concerning to him. He asked if I could make arrangements to move the horses. I advised the Under sheriff that I would see if the owners would agree to move the horses into rotective custody on a temporary basis.

Deputy Hardey contacted Swift and Hatlee and they did agree to move the horses. I completed a written agreement that was signed by Hatlee, Swift and Deputy Hardey. This agreement was turned over to Deputy Hardey and has been placed in the case file.

The horses were moved from the Echo Valley Ranch and transported by Swift and Hatlee. The horses were moved to a private ranch in Park County and housed in an enclosed barn. The horses were provided with veterinarian care by Timberline Equine Veterinary Services while at this location. I assisted with unloaded the horses and accessing them once they were taken off of the trailers. I noticed that the younger horses back legs were quivering when they walked. The horses were given hay and water before we left the area. Hatlee was concerned about one of the young colts named "Chance". Hatlee advised us that the colt had been collapsing frequently and that he was unable to rise on his own.

On February 21, 2012 at approximately 10:30 AM, I received a call from Dr. Horton, DVM. Dr. Horton called and stated that she had some preliminary results on the necropsy that was done on "Maggie". I recorded a portion of this conversation (see attached audio disk). Under sheriff Monte Gore and Sheriff Fred Wegener were both in the office for the conversation with Dr. Horton.

Dr. Horton stated:

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| Sgt. B. Priestly #9522 | | Page _____ of _____ |

Rev. 6/98
N

Form: PCSO-

84

## PARK COUNTY SHERIFF'S OFFICE
### CONTINUATION SHEET

| | | Case Report Number |
|---|---|---|
| | | **2012000142** |

| Initial Offense Classification | Subject | Date of Report |
|---|---|---|
| **Cruelty to Animals** | **Swift, Ronald/ Hatlee, Randall J.** | **02-13-2012** |

Rabies was the first thing that was tested for and that test came back negative. The spinal cord was removed and there was a lesion found. This was an abnormality according to Dr. Horton. Dr. Horton stated that the death of this horse was not the owners fault.

The most significant thing was an abscess in the wall in the heart.   The abscess was blocking the blood flow and new channels were being made to allow blood flow. There was a infection in the bones. She would contact Deputy Hardey with the final results.

Dr. Horton stated she would do a blood draw on the other six horses. If the weakness persists it could be an electrolyte problem. The colt named "Chance" was showing some neurological symptoms such as cranial nerve functions and sensory functions and no reaction to nostril sensations. He was given a Body Condition Score 1/9 and a heart murmur was found.

On the mare named "Midnight" she scored her at a 3/9. "Echo" was scored at a 1/9, "Fiona" was 2/9, "River" was 1/9, and "Lena" was a 1 or 2/9. The fact was all of these horses were too thin and Swift was told that. She was contacted to first respond to the ranch and treat "Maggie" on February 11, 2012. When she went out to the location to do the blood draw on the other six horses the caretaker told her the horses were urinating frequently in small amounts. Dr. Horton stated she did not observe this herself while she was there. The care taker also advised her that "Chance" was leaning on his left side and again she stated that she did not observe this on her visit.

Dr. Horton stated that she was in no hurry to jump to conclusions in this case as it is not a clear cut case at all. However, if an owner sees that horses are experiencing rapid weight lose it is their responsibility to contact a veterinarian rather than just letting it go.

I asked Dr. Horton if she cared for the younger horses at all. She advised me that she had castrated a couple of them a year or two ago and she had seen them visually when they were tiny babies. That was the only treatment she had provided. She stated that she was informed that a couple of the babies were rescued from a feedlot and she thought "Chance" may have one of those babies.

I asked Dr. Horton if she had anything to do with treating the colt that was seized and the mare (mother of that colt) that had died. Dr. Horton stated that she had not seen the colt recently or the mare. She said that her practice was contacted by Routt County Animal Control to oversee their care when they arrived in Park County and to castrate the colt. The last time they had seen the horses was on June 28, 2011. Routt County Animal Control was placed on a No Service basis due to failure to pay.

Dr. Horton stated she went to treat and examine "Maggie" by herself on February 11, 2012 and Dr. Burton and her both went to check the horse on February 13, 2012. Dr. Horton stated that the other horses were not even evident to her on the day the colt was seized. She never even saw them at all and she wanted that to be made perfectly clear.

| Officer's Signature & Number | Supervisor's Initials & Date | | |
|---|---|---|---|
| Sgt. B. Priestly #9522 | | Page _____ of _____ | |

Rev. 6/98
N

Form: PCSO-

90

**PARK COUNTY SHERIFF'S OFFICE**

CONTINUATION SHEET

| | | Case Report Number |
|---|---|---|
| | | **2012000142** |
| Initial Offense Classification | Subject | Date of Report |
| **Cruelty to Animals** | **Swift, Ronald/ Hatlee, Randall J.** | **02-13-2012** |

I asked Dr. Horton if she felt getting the hay at the Echo Valley Ranch tested would be a good idea and she stated that she thought that would be helpful.

Sheriff Wegener had one question for Dr. Horton. He asked if she thought Swift did not call a vet sooner because he was an older rancher and he thought he could take care of things himself. Dr. Horton told the Sheriff that she felt that would fit Swift. Dr. Horton stated that Swift had a lot of confidence in his experience as a horseman, he has some strongly held values as to how they should be doctored and what is appropriate. She also said that Swift was going through some very difficult personal circumstances and he was very overwhelmed. Dr. Horton stated that with these issues it is still not an excuse to notice horses with body conditions this low.

Dr. Horton then asked about death threats and harassing phone calls. She stated that she had received some harassing telephone calls from a lady named Shelly Ferrero. Dr. Horton stated she does not read Pinecam and she was basically told if she wanted any clients in the area she would convince Swift to relinquish the horses. She was under the impression that Shelly had some connection to Dr. Ashley Olds and Aspen Creek Large Animal Clinic. She called Dr. Olds and advised her that she had not seen the colt for several months but, she wanted to pass on any information she had on the seized colt. She advised Dr. Olds that Swift had told her the colt had needed assistance standing up for four to six weeks prior to having been seized. Dr. Horton stated she had no idea who had custody of the horse or who was responsible for the horse. The Sheriff told her to report the harassing telephone calls to the proper authorities. Dr. Horton told us that in her opinion she believed that this case was at fork in the road. She believed the horses would need to have further diagnostic testing done which would be expensive or the horses should be euthanized. Swift was not going to be able to afford all of the diagnostic testing that needed to be done.

On February 23, 2012 I assisted Deputy Cindy Hardey in removing the six horses named on a search warrant from a property located at 1401 Park County Road 77. We had no issues in loading any of the horses except one colt named "Chance". He went down in the trailer which means he collapsed when we tried to load him into the trailer. This is the same colt that was sick and was collapsing daily. After all the horses were loaded we responded immediately to the Park County Jail to get blankets and see if we could get the colt up with some assistance with extra man power. After approximately fifteen minutes we were able to get the colt up and standing on all four legs. We left the county and responded to a undisclosed location to meet a veterinarian.

Upon arrival to the facility where the six horses will be kept and cared for, we met the veterinarian who will be caring for the horses while in our custody. The veterinarian identified herself as:

**IP/ Dr. Lois Toll, DVM**

| Officer's Signature & Number | Supervisor's Initials & Date | | |
|---|---|---|---|
| Sgt. B. Priestly #9522 | | Page _____ of _____ | |

Rev. 6/98
N

Form: PCSO-

9J