# EXHIBIT 16

**From:** TCourt5096@aol.com
**To:** aolds@aspencreeklac.com
**Subject:** Re: Fw: Press Release
**Date:** Saturday, February 25, 2012 1:56:20 PM

I just had a good conversation with Mr. Gore. He seems to be alright. I told him what I do in my spare time and he will release the info on the local hay bank in his next press release. I told him that I feel many people who are in over their heads or need help and don't know where to ask... they do not know help is available or hay banks exist. I will submit some info to him and he seemed glad to hear from me....

Let's hope. He may be one good individual in a crop of others who may not be what they appear to be or who knows. I like to plant a seed of communication and trust to expand my work.

The moneys will pay vet bills he said, if we will raise funds. If any extra moneys are left, it will go to AC Control Budget.

First now I have to see if I can get it all organized and the musicians will partake.

Thanks for your help and good advice.

Monika

In a message dated 2/24/2012 7:06:50 A.M. Mountain Standard Time, aolds@aspencreeklac.com writes:

> Monika:
>
> I don't know too much more than you do at this point. When I was out there, there was the down horse that died, and then there were 4 yearlings that looked terrible! and two adult horses a paint and a black mare that were also very very skinny. I believe that these 6 horses were seized. I don't have them and I don't know where they are. I suspect they were taken south to a rescue or vet hospital in salida, buena vista, or woodland park just to get them out of the area for now. I would strongly suggest talking with undersherrif Monte Gore before proceeding with any advertising or fundraising efforts. I have spoken with him several times and if you are reasonable with him I think you will find him very reasonable to talk to. He genuinely cares about the horses and wants to get them to caring homes eventually. He could answer the questions about what the needs of the horses are and how any money raised will be spent. I do think these are important questions to get answers to before undertaking any major fundraising efforts. I also know that eventually he hopes to adopt them out, but as I am sure you are aware, if the owner refuses to surrender the horses they can't be legally adopted out until the owner is convicted in court, otherwise there is always the possibilty of him suing to get them back. However, once they are more healthy and all of their details are known (age, sex, and medical conditions, etc.) they may be able to be placed in foster homes in various rescues or private homes. At this point I don't think funds should go to Harmony. We were initially hoping that the horses might come to my hospital or Harmony (we both offered care for free to the sheriff's department), but at this time is doesn't appear to be the case. I believe that the one little guy in our hospital is taken care of for the time being financially. Undersheriff Gore's cell phone is at the bottom of the press release.
>
> Thank you for all of your help. Barb at Harmony really got the publicity going in this and everyone else helped keep the fire on. I don't know if this would have been taken seriously without all the public pressure. Hopefully the end result will be that justice is served and the horses are homed where they will be FED!
>
> Ashleigh Olds, DVM
> Aspen Creek Veterinary Hospital
> Conifer, Co
> www.aspencreeklac.com

# EXHIBIT 17

Print                                                                       Page 1 of 1

**Subject:** investigating heart murmurs

**From:** F BURTON (horseydoc@msn.com)

**To:** randall.hatlee@yahoo.com;

**Date:** Tuesday, February 28, 2012 10:02 PM


Dear Randy,
As per my exam of Chance, River, Echo (Blue), Fiona, Dash, Lena and
Midnight of 2/20/12, I determined that in addition to very low body condition
scores Chance and Echo demonstrated what I assessed to be grade 4/6
holodiastolic murmurs and tachycardia, Fiona demonstrated a grade 2/6
diastolic murmur and tachycardia, and Lena demonstrated tachycardia.
Consultation with Dr. Adams at the Cardiology service at the veterinary
teaching hospital at CSU revealed no known association between low body
condition scores and diastolic murmurs. Blood work on these patients
indicates a significant degree of anemia, which is the likely cause of, or is
a contributor to the noted tachycardia. With all due respect to my esteemed
colleague who is the current attending veterinarian, it would be my advice and
recommendation that these horses exhibiting diastolic heart murmurs be
evaluated by the cardiology service at the James L. Voss Veterinary Teaching
Hospital in Fort Collins, CO. In particular, it is my professional opinion that
investigation of these murmurs warrants a full echocardiogram performed
by professionals with specialty training in echocardiography. Arangements
for these exams to be performed were being made when seizure of the animals
took place. I feel the best chance at a proper and accurrate understanding of
these murmurs and any potential role they play in these animals' condition
requires following through with that diagnostic plan.

A. R. Horton, DVM, MS

209

# EXHIBIT 18

AGREN BLANDO COURT REPORTING & VIDEO INC.

61

1  that being the email presented to her by Dr. Old. That
2  being the information directly relayed to Cindy Hardy
3  by Dr. Horton. The email presented by Dr. Old involved
4  a horse that was in the care and custody of these two
5  Defendants. That horse that was in the care and
6  custody of these two Defendants, in the opinion of
7  Dr. Olds, appeared very hungry and had been eating
8  non-stop since being removed to a different location.
9  Blood work showed anemia for that horse, the horse was
10 not showing signs of botulism, and it appeared to
11 Dr. Olds to be a very clear cut case of starvation on
12 the part of these Defendants as it relates to that
13 separate horse.
14     Subsequent to that information, Cindy Hardy,
15 the investigator, received information from Dr. Horton.
16 Among that information was that the blood work results
17 on the six subject horses was consistent with anemia.
18 That being, in the opinion of Cindy Hardy as presented
19 here today, consistent with the idea that simply that
20 these horses were being malnourished. In addition,
21 Dr. Horton directly opined to Cindy Hardy that it was
22 her opinion, her position, that the horses had been
23 left out to pasture for too long without there being
24 sufficient supplemental feed provided, and that is how
25 they came to be in the very poor condition that they

AGREN BLANDO COURT REPORTING & VIDEO INC.

62

1  were observed in.
2      All of that information, Judge, when taken
3  as a whole -- which is the Court's obligation here
4  today -- gives rise to objective probable cause to
5  believe that these horses had been mistreated by these
6  two Defendants, and to believe that if these two horses
7  were not seized as a result of that mistreatment their
8  health was in serious danger.
9      As a result, Cindy Hardy took the appropriate
10 action, took the action that was proper and appropriate
11 under the facts, and we ask this Court to confirm that
12 there was, in fact, objective probable cause for the
13 seizure of these horses in this matter. Thank you.
14     THE COURT: Okay, thank you everyone. I
15 appreciate the thorough presentation. The Court is
16 facing quite a dilemma right now, and it will become
17 apparent to the parties why I believe it's a dilemma in
18 just a moment. The case hinges on whether or not
19 Officer Hardy had probable cause to believe that the
20 animals were endangered if they remained in the
21 Defendants' care. And that sub-issue rarely is
22 presented as thoroughly as it has today. In fact, I've
23 never seen it addressed to this extent before. We've
24 instead focused generally on the cost of care to bond
25 the animals once the lawful order to seize the animals

AGREN BLANDO COURT REPORTING & VIDEO INC.       63

1  has been approved by a Court. And for the record
2  again, I am not the judge who signed this search
3  warrant which authorized seizure of the animals.
4           Now the problem I'm faced with is that the
5  search warrant authorizes animal control to seize the
6  animals, but the search warrant contains no information
7  regarding a belief that the animals were endangered if
8  they were to remain in the Defendants' care. The
9  information in the search warrant simply focuses on
10 whether there was probable cause to believe that they
11 had been neglected, and Officer Hardy clearly relied on
12 that warrant and the information therein to reach her
13 determination that these animals needed to be seized to
14 protect them from ongoing neglect.
15          What we get into today are some additional
16 factors whereby the Defendants had brought the animals
17 in from pasture, that they were being looked at by a
18 veterinarian, that animal control initially informed
19 the Defendants that they would have thirty days to turn
20 around the condition of the horses through proper care
21 under the supervision of the licensed veterinarian.
22          Most of the evidence presented by the State
23 today focuses on whether or not the animals were
24 suffering neglect, causing their emaciated state. But
25 very little evidence has been presented by the State as

AGREN BLANDO COURT REPORTING & VIDEO INC.       64

1  to why these horses, if they were to remain in the
2  Defendants' care under the watchful eye of a licensed
3  veterinarian and frequent visitation by animal control,
4  why that wouldn't suffice to determine if the animals'
5  condition were improving.
6           The search warrant obtained by Officer Hardy
7  was preceded by the information from one of the
8  veterinarians indicating that they believed that it was
9  neglect causing the starvation. However, that did not
10 indicate that the animals in their current situation,
11 when they had been removed to the barn and were being
12 cared for specifically, whether the neglect was
13 ongoing. And that's what this statute is intended to
14 prevent, ongoing neglect and suffering of the animals,
15 and requiring removal to provide the appropriate care.
16 We have not heard anything from the State to indicate
17 that the animals were not receiving the appropriate
18 care once the Defendants were made aware of the fact
19 that they were being underfed or malnourished.
20          It's a difficult issue because Defendants in
21 a criminal action are presumed innocent. Animal
22 control has their duty to make sure the animals are not
23 suffering while the charges are pending. So the Court
24 does have to find a balance. What I have not seen
25 today is evidence that these horses absolutely had to

AGREN BLANDO COURT REPORTING & VIDEO INC.

65

1 be removed to prevent their being endangered. As
2 reluctant as I am to say so, I think the prior judge
3 did err in authorizing a seizure of the animals without
4 any evidence that their removal was necessary to
5 curtail any ongoing neglect. Perhaps additional
6 information could have been included in the warrant
7 indicating what the current care of the animals was, so
8 it's hard to second guess based on that, but hearing
9 now that these animals were being treated while in the
10 care of the Defendants by a licensed veterinarian, that
11 animal control actually had recommended that they
12 remain in the Defendants' care for up to thirty days to
13 see if their condition improved, and the official
14 report recommending that one of the veterinarians was
15 supportive of leaving the horses at the property of the
16 Defendants until test results were in, the Court is
17 simply left to conclude that the animal control
18 officers did not have probable cause to believe that
19 the animals were endangered by remaining in the care of
20 the Defendants, since they had taken steps to remedy
21 the health issue of the animals. Obviously, I'm not
22 ruling on whether or not neglect took place. The Court
23 does find that the officer had probable cause to
24 believe that the animals suffered from animal cruelty,
25 but the Court finds that the animal control officer did

AGREN BLANDO COURT REPORTING & VIDEO INC.

66

1 not have probable cause to believe that the animals
2 would suffer ongoing animal cruelty and would be
3 endangered if they were left in the care of the
4 Defendants, specifically due to the fact the Defendants
5 had made remedial measures and got a vet to look at the
6 animals, and had authorized animal control to visit
7 every other day to check on the welfare of the animals.
8 So the Court's ruling will be, that the animals be
9 returned to the care of the Defendants during these
10 proceedings, and obviously animal control will have the
11 authority to inspect the animals, and if their
12 condition starts to degrade, then that would indicate
13 that they would have probable cause to re-seize the
14 animals based on their condition deteriorating in the
15 Defendants' care. But at this time the Court does
16 order that the animals be returned to the Defendants.
17 Mr. Campbell, how much in the bond has actually been
18 paid by your clients?
19      MR. CAMPBELL: They've paid the first month,
20 and that was just -- that was the amount that was set.
21 I think it was seven hundred and twenty dollars.
22      MALE: Fourteen hundred and forty dollars.
23      MR. CAMPBELL: Fourteen hundred and forty for
24 the total.
25      THE COURT: What I would request is a written

# EXHIBIT 19

**From:** Monte Gore
**To:** aolds@aspencreeklac.com
**Subject:** RE:
**Date:** Wednesday, April 11, 2012 12:05:17 PM

I'm sorry I had a friend commit suicide yesterday and I have been dealing with that. I will get with Sgt. Priestly and Lt. Bonnelycke and our county attorney to analyze a strategy for going forward. We are there with you.

Monte

**From:** aolds@aspencreeklac.com [mailto:aolds@aspencreeklac.com]
**Sent:** Wednesday, April 11, 2012 10:43 AM
**To:** Monte Gore
**Subject:**

Mr Gore:

Thanks for the updates on the Swift/Hatlee case. I am as appalled as everyone else as to how this can happen. I am very concerned that the case is not being presented to its maximum effectiveness based on the results and some of the comments in this last email from Bobbi Priestly. Specifically some of my concerns are as follows:

1. Does the DA have any horse experience and knowledge? How about the judge?

2. Did the judge know that 7 horses already died on the property of "mysterious causes" suspected to be malnutrition/starvation? How is that not probable cause that more will die if returned?

3. Was the evidence presented of pictures and weights of the horses before and after seizure - ie some horses gainde over 100 lbs in a very short period of time with simple food and water. Chance and Little Big man couldn't even stand on their own.

4. Was any evidence presented about the fact that "Spencer - Little Big Man" and his dam were already returned to the custody and care of these men after a Routt county judge made a similar decision that they weren't in danger after an animal cruelty verdict..... and the result was that the mare died and the the colt almost died? He was literally on the brink of death when we took custody of him and he was on the property and being cared for by Ron and Mr. Hatlee.

5. Why hasn't there been any follow up with the witnesses that I gave you for witness statements - ie. Rod Cameron the farrier who witnessed the poor care and condition of the horses 3 weeks prior to the seizure. He today reported that he still hasn't been contacted. Also I have never been asked to present a statement of my findings on the horses that were seized - only the one that came into our hospital.

6. The judge commented that the horses were "under care of a licensed veterinarian" - however Dr. Faye Burton of Timberline Equine told my practice manager that she had never specifcally examined, treated, or performed any diagnostic testing on those 6 horses that were taken. Mr. swift had never asked for nor paid for any care for them. Has Mr. Swift provided evidence that those horses specifcally were actually under any sort of care - or has his vet just stated that they look after those horses.... I would want to see hard facts such as invoices and medical records proving that those 6 horses specifically were being cared for, because they WEREN"T......

I am sorry to pester you with this as I am sure that you are very busy, but the public is already going bananas and this is about to errupt into another media storm. It looks terrible on Park County as if there is either corruption and the "good ol boys club" going on and that Ron Swift and Mr. Hatlee have

friends pulling strings for them, or that the judges are simply too lenient on animal abusers. IF there is anything that I can do to help, please let me know as I am totally disgusted over this ruling.....

Sincerely,

Ashleigh Olds, DVM
Aspen Creek Veterinary Hospital
Conifer, Co
www.aspencreeklac.com

EXHIBIT 20

**From:** Teresa DeAnda
**To:** TCourt5096@aol.com; tracey@egolfinteriors.com; iceingrid@live.com; horseteacher@gmail.com; ijsscojan@q.com; jre@theanimallawcenter.com; glock1020@gmail.com; babishs@msn.com; Jack2bad@hotmail.com; brdiedrich@aspencreeklac.com; aolds@aspencreeklac.com; beersks@forensic-investigators.com; cricketduke@gmail.com; kimberlybrewster.dvm@hotmail.com; dsmith2@co.routt.co.us; horsegal52@aol.com; farviewhorserescue@comcast.net; greenrivertroutfarm@yahoo.com; hiview.acres@prodigy.net; lfinch@habitatforhorses.org; kelmini16@yahoo.com; lopingalong@msn.com; mhi99@msn.com; nancy@bustersnaturalpetsupply.com; rmgray52@msn.com; sydburt@hotmail.com; shari@centex.net; cranioconnection@gmail.com; tamara@woofshoofs.com; vtraina2002@yahoo.com
**Subject:** Re: Starved horses going back to Ron Swift
**Date:** Wednesday, April 11, 2012 12:34:48 PM

Sorry Bobbi ..seems so wrong...hang in there. Will pray for the situation. Teresa (Streams of Eden)

T-Mobile. America's First Nationwide 4G Network

TCourt5096@aol.com wrote:

>
>
>
>
>
>_____
> From: MGore@parkco.us
>To: shelley@shelleysdesigns.com, Harmonyhorsewrks@aol.com,
>TCourt5096@aol.com, kirt.kvv2@gmail.com
>Sent: 4/11/2012 10:07:21 A.M. Mountain Daylight Time
>Subj: FW: Horse case update
>
>
>
>FYI...latest info I have.
>Monte
>
>
>_____
>
>From: Bobbi Jo Priestly
>Sent: Tuesday, April 10, 2012 2:15 PM
>To: Monte Gore
>Subject: Horse case update
>US,
>
>This is a very difficult email for me to write. While, at the Bond
>Hearing today I was not sure what was going to happen and I am appalled as to
>what did happened. The Judge ruled to give the horses back to the owners. I
>do not know why this happened. We had probable cause on the warrant to
>seize the horses, but the Judge stated that he thought since the owners had a
>licensed veterinarian treating the horses prior to the seizure we should
>have left them there. We, the Sheriff's Office, are going to be responsible
>for all the bills and have been ordered to pay the owners back for what
>they would have paid to care for the horses out the bond all ready posted.
>
>I think the District Attorney should have mentioned the facts of the case
>better. The fact that Maggie died was only brought up briefly and this
>should have been driven home. A horse died on the property and Chance the
>sickest of the six seized was unable to rise without assistance. It was not
>driven home that the only thing that the horses have been given is food and
>water to improve. I simply can not believe this has happened. We will be

>at the ranch weekly I assure you keeping a close eye on the horses. If
>the horses start to drop weight we will seize them again. So many facts that
>jump out at me were not brought up at this "Preliminary Hearing" as that
>is what it was.
>
>We have NEVER lost a case and I am not about to start now!
>
>Bobbi
>
>
>
>
>
>
>In a message dated 4/11/2012 10:15:38 A.M. Mountain Daylight Time,
>TCourt5096@aol.com writes:
>
>According to prominent animal attorney Madeline Duncan the first step
>would be to get the entire transcript of the hearing to see what evidence was
>presented.
>According to her there is a judicial performance board that oversees
>judges. I don't have that contact . Pressure to the court must be applied - to
>see on what bases this decision was made. Perhaps the Attorney General ought
>to be notified as well. _Attorney.General@state.co.us_
>(mailto:Attorney.General@state.co.us) . Channel 7emailed me they will try to talk to the judge.
>Please keep me posted, I have to go to work.
>
>Monika
>
>
>In a message dated 4/10/2012 5:52:42 P.M. Mountain Daylight Time,
>shelley@shelleysdesigns.com writes:
>
>Everyone,
>
>Judge Green in Park County awarded the starved horses back to Ron Swifts.
>We have to do something now. This can't happen again to these poor
>horses.
>
>
>

> simply can not believe this has happened. We will be at the ranch weekly I assure you keeping a close eye on the horses. If the horses start to drop weight we will seize them again. So many facts that jump out at me were not brought up at this "Preliminary Hearing" as that is what it was.
>
> We have NEVER lost a case and I am not about to start now!
>
> Bobbi

In a message dated 4/11/2012 12:35:33 P.M. Mountain Daylight Time, terrollies@msn.com writes:

> Sorry Bobbi ..seems so wrong...hang in there. Will pray for the situation. Teresa (Streams of Eden)
>
> T-Mobile. America's First Nationwide 4G Network
>
> TCourt5096@aol.com wrote:
>
> >
> >
> >
> >
> >
> >_____
> > From: MGore@parkco.us
> >To: shelley@shelleysdesigns.com, Harmonyhorsewrks@aol.com,
> >TCourt5096@aol.com, kirt.kvv2@gmail.com
> >Sent: 4/11/2012 10:07:21 A.M. Mountain Daylight Time
> >Subj: FW: Horse case update
> >
> >
> >
> >FYI...latest info I have.
> >Monte
> >
> >
> >_____
> >
> >From: Bobbi Jo Priestly
> >Sent: Tuesday, April 10, 2012 2:15 PM
> >To: Monte Gore
> >Subject: Horse case update
> >US,
> >
> >This is a very difficult email for me to write. While, at the Bond
> >Hearing today I was not sure what was going to happen and I am appalled as to
> >what did happened. The Judge ruled to give the horses back to the owners. I
> >do not know why this happened. We had probable cause on the warrant to
> >seize the horses, but the Judge stated that he thought since the owners had a
> >licensed veterinarian treating the horses prior to the seizure we should
> >have left them there. We, the Sheriff's Office, are going to be responsible
> >for all the bills and have been ordered to pay the owners back for what
> >they would have paid to care for the horses out the bond all ready posted.

>
>I think the District Attorney should have mentioned the facts of the case
>better. The fact that Maggie died was only brought up briefly and this
>should have been driven home. A horse died on the property and Chance the
>sickest of the six seized was unable to rise without assistance. It was not
>driven home that the only thing that the horses have been given is food and
>water to improve. I simply can not believe this has happened. We will be
>at the ranch weekly I assure you keeping a close eye on the horses. If
>the horses start to drop weight we will seize them again. So many facts that
>jump out at me were not brought up at this "Preliminary Hearing" as that
>is what it was.
>
>We have NEVER lost a case and I am not about to start now!
>
>Bobbi
>
>
>
>
>
>
>In a message dated 4/11/2012 10:15:38 A.M. Mountain Daylight Time,
>TCourt5096@aol.com writes:
>
>According to prominent animal attorney Madeline Duncan the first step
>would be to get the entire transcript of the hearing to see what evidence was
>presented.
>According to her there is a judicial performance board that oversees
>judges. I don't have that contact . Pressure to the court must be applied - to
>see on what bases this decision was made. Perhaps the Attorney General ought
>to be notified as well. _Attorney.General@state.co.us_
>(mailto:Attorney.General@state.co.us) . Channel 7emailed me they will try to talk to the
judge.
>Please keep me posted, I have to go to work.
>
>Monika
>
>
>In a message dated 4/10/2012 5:52:42 P.M. Mountain Daylight Time,
>shelley@shelleysdesigns.com writes:
>
>Everyone,
>
>Judge Green in Park County awarded the starved horses back to Ron Swifts.
>We have to do something now. This can't happen again to these poor
>horses.
>
>
>