# EXHIBIT  1

**PARK COUNTY SHERIFF'S OFFICE**

CONTINUATION SHEET

| | | Case Report Number |
|---|---|---|
| | | **2012000142** |
| Initial Offense Classification | Subject | Date of Report |
| **Cruelty to Animals** | **Swift, Ron and Hatlee, Randal** | **2/16/2012** |

On February 16, 2012, at approximately 7:30AM, Deputy B. Sears asked me if I wanted to meet a Veterinarian at the Bailey Substation at 9:00AM, for Routt County. Deputy Sears said the veterinarian was going to be seizing a colt, per court order at the Echo Valley Ranch and needed an officer from our county to company her. I scheduled Park County Sheriffs Corporal J. Plutt and Deputy N. Hanning to accompany me with the court documents for removal of the colt.

At approximately 9:00AM, Doctor Ashleigh Olds, D.V.M. arrived at the Bailey Substation. From there Dr. Olds and I cleared the Bailey Substation and responded to a near by parking lot and waited for Cpl. Plutt and Deputy Hanning's arrival. At approximately 9:50AM, Cpl. Plutt and Deputy Hanning arrived and we all responded to 1640 Park County Road 70, Bailey, Colorado, also known as Echo Valley Ranch.

Upon arrival I spoke with Swift. I advised Swift I was there because Routt County had gotten a court order to remove one of the colts on his property. I also told Swift that I had received a complaint from Smith stating he had seven horses at a health score of a 2, using the Henneke Body Scoring Technique. I asked Swift if I could take Dr. Olds to see the colt. Swift took Dr. Olds, her assistant and I to the colt that was located in the low level of the barn. The colt was lying in the horse stall and was unable to get up off the ground. A male party that worked at the ranch was in the horse stall with the colt trying to get the colt to stand on his feet. The male party identified himself as:

### S- Randall Hatlee (DOB 07/23/1959)

While Hatlee and Dr. Olds where trying to get the colt named Bear- aka "Little Big Man", (Bay/ dark brown in color,) to stand on his feet, I asked Cpl. Plutt to take pictures of all the horses on the property. After asking Plutt to take pictures of the horses I walked back to where the colt was laying. While in the lower level of the barn I heard a loud stomp on the upper level floor. I asked Swift what that noise was Swift advised me that he had his Drum Mare named "Maggie", upstairs lying down on a pad and wood chips because she was really sick. I asked Swift if I could go see "Maggie". Swift took Cpl. Plutt, Dr. Olds and I up to the upper part of the barn. While in the upper part of the barn I observed "Maggie" lying on a pad with wood chips under the pad. "Maggie" was skinny and had wounds all over her body from being stuck on the ground and not being able to get off of the ground. Cpl. Plutt took pictures of "Maggie" (see attached pictures.) The wounds were located on "Maggie's" left and right side of her body and on "Maggie's" head (see attached pictures.) I did a visual body score on "Maggie", scoring "Maggie" at a 2.5 to a 3, using the Henneke Body Score Technique. I have been certified in Cruelty to Animal Investigations for over six years and have had over 4000 hours of training to include experience in the field of rating animals using the Henneke Body Score Technique.

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| C. Hardey 9523 | | Page _____ of _____ |

Rev. 6/98
N

Form: PCSO-

## PARK COUNTY SHERIFF'S OFFICE
CONTINUATION SHEET

| | | | Case Report Number |
|---|---|---|---|
| | | | **2012000142** |

| Initial Offense Classification | Subject | Date of Report |
|---|---|---|
| **Cruelty to Animals** | **Swift, Ron and Hatlee, Randal** | 2/16/2012 |

I asked Swift why "Maggie" was so sick. Swift said he did not know why "Maggie" was lying in the pasture on February 10, 2012, when he noticed her. Swift said that Hatlee and he went out to the pasture made a lift to get the horse off the ground and pulled her to the barn. Swift said he called the Veterinarian Dr. Horton, from the Timberline Equine Veterinary Services, and had her come to the ranch to see what was wrong with "Maggie." I asked Swift to call Dr. Horton on his person cellular so I could speak with her about "Maggie." While on the telephone with Dr. Horton I asked her when she had received a telephone call from Swift in reference to "Maggie" being down. Dr. Horton said she had received a telephone call from Swift on February 11, 2012, and responded solo. Dr. Horton felt that "Maggie" had a disease or had a neurological problem.

I told Dr. Horton that I was not comfortable with leaving "Maggie" just lying in the barn. Dr. Horton said she gave Swift and Hatlee instructions for "Maggie" and if at any time the horse appeared to be going down hill from there then they needed to put "Maggie" down, (humanely euthanize.) I asked Dr. Horton if she would email me a statement of everything she did medically on "Maggie." Dr. Horton believed "Maggie" could possibly have Botulinum Toxicity (a poison that attacks the neurological system) or Tic Paralysis. Dr. Horton gave Swift and Hatlee de-wormer and had Hatlee place an order for medication to help with the Botulinum Toxicity.

After speaking with Dr. Horton I walked back to the barn where I observed the colt to be standing outside of the barn tied to the truck located on the driveway. Dr. Olds and her assistant untied "Bear" from the truck and walked him to their trailer where "Bear" was placed.

When Dr. Olds returned from loading "Bear," Dr. Olds looked at me and asked if we could speak in private. Dr. Olds and I walked over to the side of the barn and she expressed her feeling about "Maggie." Dr. Olds felt that Maggie was suffering and she needed to be humanly euthanized. I told Dr. Olds that I had spoken to Dr. Horton about the horses' condition and Swift was aware of her condition. If Swift needed to humanly euthanized "Maggie" he would. Dr. Olds asked me if I had seen the condition of the other horse located on the ranch. Dr. Olds and I walked down to the lower level of the barn where the outside corrals were located and the other horse could be viewed.

I observed a horse named "Lena, (Swift's horse)" Lena was very emaciated her bones were protruding on her Withers, Loin, Point of hip and Tail head (see attached pictures.) I visually scored "Lena" at a 2 to 2.5 using the Henneke Body Score Technique. "Lena" was a Sorrel Paint Mare, white and orange brown in color.

I then walked over to a horse that I could see on the other side of the driveway. The horses name was "Midnight, (Swift's horse)" "Midnight" was very emaciated her bones were protruding on her Withers, Loins, Point of hip and Tail head (see attached pictures.) I visually scored "Midnight" at a 2 to 2.5 using the Henneke Body Score Technique. "Midnight" was a Breeding Stock Mare, brown in color. The brown is so dark she might be mistaken as black.

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| C. Hardey 9523 | | Page _____ of _____ |

Rev. 6/98
N

Form: PCSO-

**PARK COUNTY SHERIFF'S OFFICE**

CONTINUATION SHEET

| | | Case Report Number |
|---|---|---|
| | | **2012000142** |

| Initial Offense Classification | Subject | Date of Report |
|---|---|---|
| **Cruelty to Animals** | **Swift, Ron and Hatlee, Randal** | **2/16/2012** |

There were other horses in corrals next to the horses listed but they were not emaciated, or skinny for that matter. Dr. Olds and I walked to the far outside corral located at the back of the ranch. There were four yearlings in the corral. Their names were as follows:

"Fiona, (Swift's horse)" – Palomino, Grade Filly gold in color. "Fiona" was very emaciated her bones were protruding on her Wither, Loins, Point of hip and Tail head (see attached pictures.) I visually scored "Fiona" at a 1.5 to 2 using the Henneke Body Score Technique.

"Echo, (Hatlee's horse)" – Grullo, Grade Stud brown and grey in color. "Echo" was very emaciated his bones were protruding on his Wither, Loins, Point of hip and Tail head (see attached pictures.) I visually scored "Echo" at a 1.5 to 2 using the Henneke Body Score Technique.

"River, (Hatlee's horse)" – Bay, Grade Gelding black and brown in color. "River" was very emaciated his bones were protruding on his Wither, Loins, Point of hip and Tail head (see attached pictures.) I visually scored "River" at a 1.5 to 2 using the Henneke Body Score Technique.

"Chance, (Hatlee's horse)" – Sorrel, Grade Gelding brown in color. "Chance" was very emaciated his bones were protruding on his Wither, Loins, Point of hip and Tail head (see attached pictures.) I visually scored "Chance" at a 1.5 to 2 using the Henneke Body Score Technique.

. asked Swift how old his colts and fillies were, he replied that they were around one to two years of age. I asked Swift why they were so skinny he said he believed there was something going on with all of his horses. Swift believed the horses all had Botulinum Toxicity. While I was speaking to Swift about his horses I was approached by Dr. Olds and she suggested I remove all the horses from the Ranch.

After Dr. Olds left the ranch I responded back to where "Maggie" was located. Cpl. Plutt, Deputy Hanning, Swift and Hatlee were trying to get "Maggie" to roll over. Cpl. Plutt and I took a rope that had been placed on "Maggie's" legs and pulled the rope until "Maggie" was rolled over. Once "Maggie" was rolled over Hatlee and I placed grain bags behind "Maggie." "Maggie could not hold herself up. Hatlee gave "Maggie" some grain and water. "Maggie" drank the water and ate her grain.

Swift and Hatlee advised me that they feed "Maggie" every two hours and have been rolling her over every two hours as requested by Dr. Horton. I decided to fill out a "State Notice of Warning" for all the horses in question. Which I issued to Swift and Hatlee regarding the poor health and welfare of some of their horses.

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| C. Hardey 9523 | | Page _____ of _____ |

Rev. 6/98

N

PARK CTY DEFS_000069

## PARK COUNTY SHERIFF'S OFFICE
CONTINUATION SHEET

| Initial Offense Classification | Subject | Case Report Number |
|---|---|---|
| | | **2012000142** |
| **Cruelty to Animals** | **Swift, Ron and Hatlee, Randal** | Date of Report |
| | | **2/16/2012** |

The State Notice of Warning Stated:

- There are four yearlings that scored a 1.5 using the Henneke Body Score Technique.
- Lena and Midnight scored visually at a 1.5 on the Henneke Body Score Technique.
- You will have a month from today to gain HEALTHY weight on the 6 horses.
- Animal Control will be doing routine visits every two days for the next two to three weeks to monitor "Maggie" black Drum Mare, and all 6 horses in question.
- If there is an issue with any horse Animal Control will be advised (notified.)
- If you fail to rectify the Condition of the Animals in question you maybe charged.
- Note, Animal Control will be monitoring the health of all animals every 2 days for the next 2 weeks.

While filling out the State Notice of Warning, Swift and Hatlee advised me that they needed to go feed the rest of the herd. I asked Swift and Hatlee where they would like me to put the State Notice of Warning. Hatlee stated I could just set the State Notice of Warning in the driver seat of his truck. I signed the State Notice of Warning and because either Swift or Hatlee were present I placed their copy on the driver seat of Hatlee's truck and cleared the residence.

At approximately 4:00PM, I received an email from Dr. Olds. Dr. Olds was successful in getting "Bear" to her facility and had to give "Bear" I.V- fluid before she could get "Bear" out of the trailer. According to Dr. Olds "Bear" had fallen down in the trailer while transporting him to the clinic.

Dr. Old email reads:

- **"Officer Hardey: I have attached a letter with a summary of the findings today. Hopefully this will useful in obtaining an order to seize the remaining horses and/or get permission to euthanize the down mare. If she dies, I would recommend a necropsy at CSU to confirm whether she died of starvation vs. botulism. The little gelding that we took today is doing OK, although he went down in the trailer and was too weak to get up when he got to the hospital. We had to run IV fluids, Iv dextrose, calcium, and hydrate him for several hours before we could assist him to a standing position. He appears very hungry and has been eating non-stop since he got here. His blood work shows extreme anemia among other problems. He is not showing any signs of botulism and to me appears to be a very clear cut case of starvation and malnutrition." (See attached documents for further information.)**

I also received an email from Dr. Horton reference the condition of "Maggie. Dr. Horton stated she did not examine the six other horses on the ranch at the time she was called out. Dr. Horton was only there to tend to "Maggie."

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| C. Hardey 9523 | | Page _____ of _____ |

Rev. 6/98
N

Form: PCSO-

# EXHIBIT  2

PARK COUNTY SHERIFF'S OFFICE
CONTINUATION SHEET

| | | Case Report Number<br>**2012000142** |
|---|---|---|
| Initial Offense Classification<br>**Cruelty to Animals** | Subject<br>**Swift, Ronald/ Hatlee, Randall J.** | Date of Report<br>**02-13-2012** |

I received a call from Deputy Hardey stating that some of the horses on the property were in good condition and others were in a compromised condition. Deputy Hardey was most concerned a bout a Drum Mare named "Maggie" that was down and unable to rise. This horse was currently under veterinarian care and had been prior to our arrival according to Deputy Hardey. The veterinarian that was treating the horse identified as "Maggie" was Dr. Horton, DVM and Dr. Burton, DVM both certified doctors of veterinarian medicine and co-owners of Timberline Equine Veterinary Services. I was advised the horse had been down since February 10, 2012 and the owner had called his veterinarian's immediately to treat the horse.

Deputy Hardey stated that the other horses on the property that were thin were four young horses between one and two years of age. The three colts and one filly were all scored visually at 1.5 or 2 the Henneke Body Condition Scoring System by Deputy Hardey. The Henneke Body Condition Scoring System is an objective system used by palpating six areas on a horse for deterioration of muscle mass and or atrophy of fatty tissue. The score of "1"; is described as extremely emaciated and no fatty tissue can be palpated the horse is in danger of death. A score of "9" is described as; extremely fat and obese and could also be in danger of death. Deputy Hardey stated that the," Babies looked bad and they were very thin." I was also told that a mare named "Midnight" who was approximately thirteen years old and her daughter another mare named "Lena" were thin as well. The two older mares were scored visually by Deputy Hardey at a 2 or a 2.5.

Deputy Hardey advised me that Swift had hay and water available for the horses and she had spoken with his veterinarian Dr. Horton about "Maggie". I was told the other veterinarian that was at the ranch a Dr. Ashley Olds, DVM that was assisting Routt County in seizing the colt was certain the horses on the property were being mistreated and suffering from nothing more than neglect.

Deputy Hardey advised me that according to Dr. Horton, DVM she was concerned that "Maggie" was suffering from some medical illness such as Tic Paralysis, Botulism Toxicity, or a neurological condition. Dr. Horton did confirm that she was contact by Swift to treat the horse named "Maggie" on February 11, 2012. Dr. Olds, DVM was almost demanding according to Deputy Hardey and insistent on Park County seizing all of the horses. I advised Deputy Hardey to have Dr. Olds leave with the horse they were ask remove under court order.

I contacted **Dr. Kate Anderson, DVM with Colorado Department of Agriculture, State Veterinarians Office** on her cellular telephone. I explained the facts as I understood them to Dr. Anderson, DVM. She stated that if the owner had his veterinarian caring for the horse that was down and tests were being run she was comfortable with us just monitoring the situation for now. I also contacted **Scot Dutcher, Chief Investigator with the Bureau of Animal Protection** and advised him of the case our agency was investigating.

I then placed a telephone call to another independent veterinarian that our office has used in other cases. I contacted **Dr. Britt, DVM with Rocky Top Veterinary Services.** DR. Britt, DVM agreed with Dr. Anderson, DVM and stated that if the owner was treating the horse that was down that was an educational step in the right direction. Dr. Britt stated to see what some of the test results were before we took immediate action. Dr. Britt,

| Officer's Signature & Number<br>Sgt. B. Priestly #9522 | Supervisor's Initials & Date | Page _____ of _____ 155 |
|---|---|---|

Rev. 6/98
N

Form: PCSO-

## PARK COUNTY SHERIFF'S OFFICE
CONTINUATION SHEET

| Case Report Number |
|---|
| **2012000142** |

| Initial Offense Classification | Subject | Date of Report |
|---|---|---|
| **Cruelty to Animals** | **Swift, Ronald/ Hatlee, Randall J.** | **02-13-2012** |

I received a call from Deputy Hardey stating that some of the horses on the property were in good condition and others were in a compromised condition. Deputy Hardey was most concerned about a Drum Mare named "Maggie" that was down and unable to rise. This horse was currently under veterinarian care and had been prior to our arrival according to Deputy Hardey. The veterinarian that was treating the horse identified as "Maggie" was Dr. Horton, DVM and Dr. Burton, DVM both certified doctors of veterinarian medicine and co-owners of Timberline Equine Veterinary Services. I was advised the horse had been down since February 10, 2012 and the owner had called his veterinarian's immediately to treat the horse.

Deputy Hardey stated that the other horses on the property that were thin were four young horses between one and two years of age. The three colts and one filly were all scored visually at 1.5 or 2 the Henneke Body Condition Scoring System by Deputy Hardey. The Henneke Body Condition Scoring System is an objective system used by palpating six areas on a horse for deterioration of muscle mass and or atrophy of fatty tissue. The score of "1"; is described as extremely emaciated and no fatty tissue can be palpated the horse is in danger of death. A score of "9" is described as; extremely fat and obese and could also be in danger of death. Deputy Hardey stated that the," Babies looked bad and they were very thin." I was also told that a mare named "Midnight" who was approximately thirteen years old and her daughter another mare named "Lena" were thin as well. The two older mares were scored visually by Deputy Hardey at a 2 or a 2.5.

Deputy Hardey advised me that Swift had hay and water available for the horses and she had spoken with his veterinarian Dr. Horton about "Maggie". I was told the other veterinarian that was at the ranch a Dr. Ashley Olds, DVM that was assisting Routt County in seizing the colt was certain the horses on the property were being mistreated and suffering from nothing more than neglect.

Deputy Hardey advised me that according to Dr. Horton, DVM she was concerned that "Maggie" was suffering from some medical illness such as Tic Paralysis, Botulism Toxicity, or a neurological condition. Dr. Horton did confirm that she was contact by Swift to treat the horse named "Maggie" on February 11, 2012. Dr. Olds, DVM was almost demanding according to Deputy Hardey and insistent on Park County seizing all of the horses. I advised Deputy Hardey to have Dr. Olds leave with the horse they were ask remove under court order.

I contacted **Dr. Kate Anderson, DVM with Colorado Department of Agriculture, State Veterinarians Office** on her cellular telephone. I explained the facts as I understood them to Dr. Anderson, DVM. She stated that if the owner had his veterinarian caring for the horse that was down and tests were being run she was comfortable with us just monitoring the situation for now. I also contacted **Scot Dutcher, Chief Investigator with the Bureau of Animal Protection** and advised him of the case our agency was investigating.

I then placed a telephone call to another independent veterinarian that our office has used in other cases. I contacted **Dr. Britt, DVM with Rocky Top Veterinary Services.** DR. Britt, DVM agreed with Dr. Anderson, DVM and stated that if the owner was treating the horse that was down that was an educational step in the right direction. Dr. Britt stated to see what some of the test results were before we took immediate action. Dr. Britt,

| Officer's Signature & Number | Supervisor's Initials & Date | | |
|---|---|---|---|
| Sgt. B. Priestly #9522 | | Page ____ of ____ |

Rev. 6/98
N

Form: PCSO-

## PARK COUNTY SHERIFF'S OFFICE
CONTINUATION SHEET

| | | Case Report Number |
|---|---|---|
| | | **2012000142** |

| Initial Offense Classification | Subject | Date of Report |
|---|---|---|
| **Cruelty to Animals** | **Swift, Ronald/ Hatlee, Randall J.** | **02-13-2012** |

DVM offered to look at some photographs of the downed mare and give any additional ideas if possible. DR. Britt, DVM told me that he had two Botulism Toxicity cases in the Guffey area and according to him those cases are not very common.

I called Deputy Hardey back and asked her what she thought she should do in this case. Deputy Hardey stated that she was concerned the horse named "Maggie" was suffering and needed to be euthanized. Deputy Hardey also stated she was comfortable based on the information I had relayed from Dr. Anderson, DVM, DR. Britt, DVM and Scot Dutcher with serving a State Notice of Warning. She was going to monitor the horses and leave them in the care of the owners at this point.

Deputy Hardey stated that Swift was asking to speak with me on her telephone about the horse named "Maggie". I spoke with Swift about the horses on the telephone at that time briefly. I asked Swift why the young horses were in such bad shape and Swift stated that he did not bring them in soon enough. Swift said, "You caught me on the babies Bobbi I screwed up, Helen had a heart attack and I have had a lot going on and I blew it." I asked him if "Maggie" was suffering and if she needed to be put down. Swift stated that he would put her down if he needed to. Swift said, "She still eats and drinks, she still has fight in her and as long as she has fight I will fight along side of her, you know me Bobbi I will do the right thing here." I was advised by Swift that something was going on with his herd, "Midnight" was thin and she always loses weight in the winter and I was well aware of that. His veterinarians think there is some disease problem but it is not a starvation issue. I asked Swift what the sores were all over "Maggie's" body and he explained it me that the sores were pressure sores from lying down. He stated that the veterinarian said it was just like "bed sores" that elderly people get from not being able to get up. That is why the doctors asked the horse be moved every two hours.

Deputy Hardey stated she had Corporal Jenny Plutt take several photographs and she would meet with me after she completed a State Notice of Warning. The agreement was the six horses that were standing would be checked weekly and expected to show signs of improvement within a thirty day period. The downed mare known as "Maggie" while under veterinarian care would also be monitored by Park County Animal Control every other day. Any changes in the horses' conditions were to be reported to authorities immediately.

I contacted Scot Dutcher again and asked him about the possibility of the horses having Botulism and he advised me that typically if a horse had Botulism it hits them hard and the horse will die as a result of the toxin. I confirmed this with Dr. Britt on the two cases he tried to treat the previous year. Dr. Britt stated the two cases he saw the horses were not thin; the horses tongue was flaccid. Dr. Britt explained that Botulism Toxicity causes the horse to lose control of the muscles it needs to chew and swallow. The horse will drool not only from its mouth but also from the nostrils. The horse will also seem weak all over. In advanced stages the horse will collapse and begin jerking its legs as if trying to run while lying down. Death soon follows the later stages. The horse in this case has some similar symptoms. Dr. Britt stated he was supportive of leaving the horses at the property and officials monitoring to care of the animals, until some of the test results were in.

156

| Officer's Signature & Number | | Supervisor's Initials & Date | Page ____ of ____ |
|---|---|---|---|
| Sgt. B. Priestly #9522 | | | |

Rev. 6/98
N

Form: PCSO-

## PARK COUNTY SHERIFF'S OFFICE
CONTINUATION SHEET

| | | Case Report Number **2012000142** |
|---|---|---|
| Initial Offense Classification **Cruelty to Animals** | Subject **Swift, Ronald/ Hatlee, Randall J.** | Date of Report **02-13-2012** |

Dr. Britt stated he would be glad to go and examine the horse. The only thing he would suggest he would give the owner would be if the mare was not standing on her own within twenty-four to forty –eight hours he would recommend euthanasia.

I asked Dr. Britt about the possibility of Tic Paralysis and he was reserved about this even being a possibility. He stated he has never seen a case in Colorado, but that does not mean anything. He felt the time of the year was a factor and ticks are usually out in the spring season not the winter. I asked what the symptoms of Tic Paralysis are and he stated coordination loss, which would lead to paralysis of the legs and chest muscles.

On February 17, 2012 I was contacted by Deputy Hardey and advised that "Maggie" was deceased and that Timberline Equine Veterinary Services had arranged a necropsy with Colorado State University. The necropsy was to determine the horse's cause of death.

On February 19, 2012 I received a telephone call from Under sheriff Gore at my residence. The Under sheriff advised me that he had received several telephone calls from the Public Information Officer for State of Colorado's Department of Agricultures Office. He was very concerned for the safety of the owners of the horses and the horses themselves. The Under sheriff stated that he had been on the telephone all morning and the emails and telephones calls were very concerning to him. He asked if I could make arrangements to move the horses. I advised the Under sheriff that I would see if the owners would agree to move the horses into protective custody on a temporary basis.

Deputy Hardey contacted Swift and Hatlee and they did agree to move the horses. I completed a written agreement that was signed by Hatlee, Swift and Deputy Hardey. This agreement was turned over to Deputy Hardey and has been placed in the case file.

The horses were moved from the Echo Valley Ranch and transported by Swift and Hatlee. The horses were moved to a private ranch in Park County and housed in an enclosed barn. The horses were provided with veterinarian care by Timberline Equine Veterinary Services while at this location. I assisted with unloaded the horses and accessing them once they were taken off of the trailers. I noticed that the younger horses back legs were quivering when they walked. The horses were given hay and water before we left the area. Hatlee was concerned about one of the young colts named "Chance". Hatlee advised us that the colt had been collapsing frequently and that he was unable to rise on his own.

On February 21, 2012 at approximately 10:30 AM, I received a call from Dr. Horton, DVM. Dr. Horton called and stated that she had some preliminary results on the necropsy that was done on "Maggie". I recorded a portion of this conversation (see attached audio disk). Under sheriff Monte Gore and Sheriff Fred Wegener were both in the office for the conversation with Dr. Horton.

Dr. Horton stated:

| Officer's Signature & Number Sgt. B. Priestly #9522 | Supervisor's Initials & Date | Page _____ of _____ |
|---|---|---|

Rev. 6/98
N

Form: PCSO-

PARK COUNTY SHERIFF'S OFFICE
CONTINUATION SHEET

| Case Report Number |
|---|
| **2012000142** |

| Initial Offense Classification | Subject | Date of Report |
|---|---|---|
| **Cruelty to Animals** | **Swift, Ronald/ Hatlee, Randall J.** | **02-13-2012** |

Rabies was the first thing that was tested for and that test came back negative. The spinal cord was removed and there was a lesion found. This was an abnormality according to Dr. Horton. Dr. Horton stated that the death of this horse was not the owners fault.

The most significant thing was an abscess in the wall in the heart. The abscess was blocking the blood flow and new channels were being made to allow blood flow. There was a infection in the bones. She would contact Deputy Hardey with the final results.

Dr. Horton stated she would do a blood draw on the other six horses. If the weakness persists it could be an electrolyte problem. The colt named "Chance" was showing some neurological symptoms such as cranial nerve functions and sensory functions and no reaction to nostril sensations. He was given a Body Condition Score 1/9 and a heart murmur was found.

On the mare named "Midnight" she scored her at a 3/9. "Echo" was scored at a 1/9, "Fiona" was 2/9, "River" was 1/9, and "Lena" was a 1 or 2/9. The fact was all of these horses were too thin and Swift was told that. She was contacted to first respond to the ranch and treat "Maggie" on February 11, 2012. When she went out to the location to do the blood draw on the other six horses the caretaker told her the horses were urinating frequently in small amounts. Dr. Horton stated she did not observe this herself while she was there. The care taker also advised her that "Chance" was leaning on his left side and again she stated that she did not observe this on her visit.

Dr. Horton stated that she was in no hurry to jump to conclusions in this case as it is not a clear cut case at all. However, if an owner sees that horses are experiencing rapid weight lose it is their responsibility to contact a veterinarian rather than just letting it go.

I asked Dr. Horton if she cared for the younger horses at all. She advised me that she had castrated a couple of them a year or two ago and she had seen them visually when they were tiny babies. That was the only treatment she had provided. She stated that she was informed that a couple of the babies were rescued from a feedlot and she thought "Chance" may have one of those babies.

I asked Dr. Horton if she had anything to do with treating the colt that was seized and the mare (mother of that colt) that had died. Dr. Horton stated that she had not seen the colt recently or the mare. She said that her practice was contacted by Routt County Animal Control to oversee their care when they arrived in Park County and to castrate the colt. The last time they had seen the horses was on June 28, 2011. Routt County Animal Control was placed on a No Service basis due to failure to pay.

Dr. Horton stated she went to treat and examine "Maggie" by herself on February 11, 2012 and Dr. Burton and her both went to check the horse on February 13, 2012. Dr. Horton stated that the other horses were not even evident to her on the day the colt was seized. She never even saw them at all and she wanted that to be made perfectly clear.

| Officer's Signature & Number | Supervisor's Initials & Date | Page _____ of _____ |
|---|---|---|
| Sgt. B. Priestly #9522 | | |

Rev. 6/98
N

Form: PCSO-

158

## PARK COUNTY SHERIFF'S OFFICE
### CONTINUATION SHEET

| | Case Report Number |
|---|---|
| | **2012000142** |

| Initial Offense Classification | Subject | Date of Report |
|---|---|---|
| **Cruelty to Animals** | **Swift, Ronald/ Hatlee, Randall J.** | **02-13-2012** |

I asked Dr. Horton if she felt getting the hay at the Echo Valley Ranch tested would be a good idea and she stated that she thought that would be helpful.

Sheriff Wegener had one question for Dr. Horton. He asked if she thought Swift did not call a vet sooner because he was an older rancher and he thought he could take care of things himself. Dr. Horton told the Sheriff that she felt that would fit Swift. Dr. Horton stated that Swift had a lot of confidence in his experience as a horseman, he has some strongly held values as to how they should be doctored and what is appropriate. She also said that Swift was going through some very difficult personal circumstances and he was very overwhelmed. Dr. Horton stated that with these issues it is still not an excuse to notice horses with body conditions this low.

Dr. Horton then asked about death threats and harassing phone calls. She stated that she had received some harassing telephone calls from a lady named Shelly Ferrero. Dr. Horton stated she does not read Pinecam and she was basically told if she wanted any clients in the area she would convince Swift to relinquish the horses. She was under the impression that Shelly had some connection to Dr. Ashley Olds and Aspen Creek Large Animal Clinic. She called Dr. Olds and advised her that she had not seen the colt that was seized for several months but, she wanted to pass on any information she had on the seized colt. She advised Dr. Olds that Swift had told her the colt had needed assistance standing up for four to six weeks prior to having been seized. Dr. Horton stated she had no idea who had custody of the horse or who was responsible for the horse. The Sheriff told her to report the harassing telephone calls to the proper authorities. Dr. Horton told us that in her opinion she believed that this case was at fork in the road. She believed the horses would need to have further diagnostic testing done which would be expensive or the horses should be euthanized. Swift was not going to be able to afford all of the diagnostic testing that needed to be done.

On February 23, 2012 I assisted Deputy Cindy Hardey in removing the six horses named on a search warrant from a property located at 1401 Park County Road 77. We had no issues in loading any of the horses except one colt named "Chance". He went down in the trailer which means he collapsed when we tried to load him into the trailer. This is the same colt that was sick and collapsing daily. After all the horses were loaded we responded immediately to the Park County Jail to get blankets and see if we could get the colt up with some assistance with extra man power. After approximately fifteen minutes we were able to get the colt up and standing on all four legs. We left the county and responded to a undisclosed location to meet a veterinarian.

Upon arrival to the facility where the six horses will be kept and cared for, we met the veterinarian who will be caring for the horses while in our custody. The veterinarian identified herself as:

### IP/ Dr. Lois Toll, DVM

159

| Officer's Signature & Number | Supervisor's Initials & Date | | |
|---|---|---|---|
| Sgt. B. Priestly #9522 | | Page ____ of ____ |

Rev. 6/98
N

Form: PCSO-

# EXHIBIT 3

# COLORADO DEPARTMENT OF AGRICULTURE
## BUREAU OF ANIMAL PROTECTION
### 700 KIPLING ST., SUITE 4000
### LAKEWOOD, CO 80215-5894

## NOTICE of WARNING

**Case Number:** 2012XX142   **Date:** 2-16-2012   **Time:** 12:00 a.m/p.m.

**Warning Issued To:** Ron Swift                    **Tele:** 303-908-2957

**Driver's License:** _____   **Date of Birth:** _____

**Address:** Penn Valley Ranch                    **S.S.#** _____

**City:** Bailey   **State:** Co   **Zip:** 80421

**Animal Description:** Th-BRD Grizzle Horse Dog ___   F ___   M ___

**Animal Name:** Quarter horse "Magic" (down Horse) Cat ___   F ___   M ___

Soral, Bay, Palomino, Grulla   Horse — X   F X   M Y

ora = Quarter horse/Thr BRD middle Paint RDT other ___   F ___   M ___
Thr-BRD

Our agent has discovered that you are allowing to exist or contributing to a condition which could constitute a violation of Colorado law. To avoid further action, this condition must be corrected by ___/___/___

The violation found by the agent was:
"Abandon" means the leaving of an animal without adequate provisions for the animal's proper care by its owner, the person responsible for the animal's care or custody, or any other person having possession of such animal.

"Mistreat or Mistreatment" means every act or omission which causes, or unreasonably permits the continuation of unnecessary or unjustifiable pain or suffering.

"Neglect" means failure to provide food, water, protection from the elements, or other care generally considered to be normal, usual, and accepted for an animal's health and well-being consistent with the species, breed, and type of animal.

X other There are the 4 yearlings that Score Visual a 1.5 on Henneky Body s

**Action Necessary to Comply:** low t midnight Some Visual a 1.5 on Henneke Body s You will have a month from today to gain HEATTHY weight on the 6 horses. Animal control will be doing random visits every two days for the next two weeks to monitor "Magic" Buck Drone Mare and all 6 horses in question. If there is an issue with any horse Animal Control wi be adviser (notified) immediately If you fail to rectify the condition of the animals in question you may face cha

Our Agent will do a follow up visit on or about: 3 / 16 / 2012

Thank you for your cooperation in this matter. Note. Animal control will be monitori

Posted to Door X  Issued in Person X  Date 2 / 16 / 2012 Time: 12:30 a.m/p.m. the health of Animal every 2 day for the next 2 weeks

### SIGNATURE BOX

**INVESTIGATOR:** L. Hanke 9523   PCSO
                    Signature        ISSUING AGENCY

**TELEPHONE:** 719-336-4380

**RECIPIENT OF NOTICE:** _____
                         Signature

49

## This is a legal document

docN:BAPWARN
**Distribution: White-Recipient  Yellow-Issuing Agency  Pink-State Office**

Swift, Ronald 12M44, Hatlee, Randall 12M43
Discovery 49

26de/129

EXHIBIT  4

🛈 You forwarded this message on 2/17/2012 3:50 PM.

**Cindy Hardey**

| From: | aolds@aspencreeklac.com [aolds@aspencreeklac.com] | **Sent:**  Fri 2/17/2012 1:24 PM |
|---|---|---|
| To: | Cindy Hardey | |
| Cc: | | |
| **Subject:** | RE: letter of statement | |
| **Attachments:** | | |

I also wanted to let you know that we did contact the Botulism Laboratory at the New Bolton Center in Pennsylvania (this is the national expert on botulism). We discussed the case histories of the horses and also discussed sending samples of feed, blood, or feces for testing. The head veterinarian there said that based on the exam findings that I noted, there is no way that the cause of the illness in the the horse we have or the down horse could be botulism. Neither have tongue paralysis and this one can eat fine, he is just weak from malnutrition. We can send samples of feed to be tested if the owner of the horses continues to insist that is is botulism, or the wounds on the down mare can also be cultured for botulism, but the veterinarian seemed to think it was a waste of time since the symptoms don't fit with botulism.

Ashleigh Olds, DVM
Aspen Creek Veterinary Hospital
Conifer, Co
www.aspencreeklac.com

---

**From:** "Cindy Hardey" <CHardey@parkco.us>
**Sent:** Friday, February 17, 2012 8:29 AM
**To:** aolds@aspencreeklac.com
**Subject:** RE: letter of statement

Dr. Olds,

Thank you so much,.

---

Deputy C. Hardey
719-836-4380

---

From: aolds@aspencreeklac.com [mailto:aolds@aspencreeklac.com]
Sent: Thu 2/16/2012 4:35 PM
To: Cindy Hardey
Subject: letter of statement

Officer Hardey:

I have attached a letter with a summary of the findings today. Hopefully this will useful in obtaining an order to seize the remaining horses and/or get permission to euthanize the down mare. If she dies, I would recommend a necropsy at CSU to confirm whether she died of starvation vs. botulism. The little gelding that we took today is doing OK, although he went down in the trailer and was too weak to get up when he got to the hospital. We had to run IV fluids, IV dextrose, calcium, and hydrate him for several hours before we could assist him to a standing position. He appears very hungry and has ben eating non-stop since he got here. His blood work shows extreme anemia among other problems. He is not showing any signs of botulism and to me appears to be a very clear cut case of starvation and malnutrition.

Ashleigh Olds, DVM
Aspen Creek Veterinary Hospital
Conifer, Co
www.aspencreeklac.com

PARK CTY DEFS_000299

Ashleigh Olds Diedrich
Aspen Creek Veterinary Hospital
23605 Oehlmann Park Rd
Conifer, CO 80433
(303) 697-4864
www.aspencreeklac.com

February 16, 2012

To whom it may concern:

Today I was asked by Park County Animal Control and Routt County Animal Control to attend the seizure of a 2 year old gelding. The gelding was located at Echo Valley Ranch in Bailey, Colorado at the time of seizure.

On arrival, the gelding was laying down in a very dark and filthy stall. He did not appear able to rise on his own despite encouragement. The footing in the stall was thick with manure, urine and mud. He was caked in manure and mud. His body condition score was 1/9 on the Henneke scale. I estimate his weight at 500 lbs. After multiple attempts to get him to stand, I was called away to examine another very thin horse that was recumbent in the upper area of the same barn. When I returned, a ranch hand had gotten this gelding up and had him tied to a truck. He was then loaded into a trailer and transported to Aspen Creek Veterinary Hospital for further evaluation and treatment. During the trailer ride, the horse layed or fell down from weakness and rode the rest of the way down in the trailer. On arrival at the vet hospital, he was too weak and uncoordinated to stand on his own. He was lifted and carried into a stall. Bloodwork revealed severe anemia, elevated white blood cell count, dehydration, low calcium levels, and various other abnormalities. After treatment with IV fluids, IV dextrose, IV calcium, IV antibiotics, and intramuscular vitamin injections (vitamin B complex and Vitamin E/selenium) my staff was able to assist the gelding to a standing position. He has shown great interest in food and water since arrival and has a voracious appetite. At this time my professional assessment is that the gelding is suffering from extreme malnutrition and starvation. He is not showing any signs of botulism or other neurological disorder. He is extremely small for his age, likely as a result of malnutrition. As a result of suspected starvation he is at risk for death due to "re-feeding syndrome" which can cause heart failure, kidney failure, and sudden death as a starved animal is returned to normal nutrition. On a long term basis he is at risk for orthopedic joint disease and cartilage disruption (OCD, bone cysts, etc.) due to improper nutrition during his prime growing years.

It is worth noting that during the examination of the property, an adult female horse was recumbent in the upper area of the barn. This was a black mare. She was roughly a body condition score 1/9. She had been down since Saturday (5 days) per the owner. When we initially arrived, Ron Swift indicated to the animal control officers that the horse was dead. When I examined her I noted that she was breathing. He then admitted that she had been down for 5 days. He claims that she could sit up and drink and eat every two hours, but I was unable to get her into a sternal or sitting position. The mare was covered in severe pressure sores on her face, shoulders, and hips. She could paddle her legs and struggle to move,

PARK CTY DEFS_000297

but could not even get into a sitting position. She had reduced tail tone, but normal eyelid tone, tongue tone, and facial tone. The owner claimed that she was being "treated" for either tick paralysis or botulism. I asked what the treatment was, and he indicated that there was no treatment. He claimed to be rolling the mare every 2 hours from side to side. My personal opinion on examination of the horse is that she was not necessarily showing any evidence of botulism or tick paralysis, but more likely is suffering from malnutrition and starvation. I also believe that a horse that is recumbent should either be euthanized or transported to a hospital facility for more intensive care such as anti-inflammatories, IV fluids and nutritional support, antibiotics, wound care for the pressure sores, and intermittent slinging. A horse that remains down for days on end is a severe risk for aspiration pneumonia, dehydration, sepsis from pressure sores, lung collapse, colic, and many other complications.

There were also two other adult horses on the property that were extremely thin. One was a sorrel and white paint mare. She had a frozen water tank and no food in her pen on arrival. I would grade her body condition score a 1.5/9. There was another black mare in another pen who also had frozen water, no food in her pen, and a body condition score of 1.5/9.

In a separate pen there were 4 yearling foals. There was a chestnut, a grulla, a bay, and a palomino of unknown sexes. They all ranged from a 1.5-2/9 body condition score. They did not have any feed in their pen and their water tank was frozen.

In my opinion these horses all appear to be suffering from starvation and malnutrition. The owner did not seem to acknowledge the severity of the problem, which is concerning to me that anything will be done to help them. There was very little hay noted on the property at the time of exam, and no feed in any of the pens despite it being 11:00 am. The owner noted that they hadn't had breakfast yet. All of the horses nickered and whinnied as we walked by as if hungry. I have grave concerns for the remaining thin horses, as Ron Swift admitted that several other horses had already died.

If you have any further questions regarding this matter, please feel free to contact me.

Sincerely,

Ashleigh Olds Diedrich, DVM

# EXHIBIT  5

**You replied on 2/16/2012 4:24 PM.**

**Cindy Hardey**

| | | |
|---|---|---|
| **From:** | F BURTON [horseydoc@msn.com] | **Sent:** Thu 2/16/2012 3:04 PM |
| **To:** | Cindy Hardey | |
| **Cc:** | | |
| **Subject:** | 4 yr old Blk Drum mare Echo Valley Ranch | |
| **Attachments:** | | |

Dear Officer Hardey,

Ron Swift is a regular client of Timberline Equine Veterinary Services. We were first summoned to examine Maggie, a 3 to 4 year old black Shire cross mare, for this condition on Saturday afternoon, 2/11/12. Dr. Burton was unavailable for this call, so I responded solo. Approaching the ranch, I saw Maggie down in the pasture amidst a group of people and vehicles. Maggie was attempting to rise but was unable to succeed. On exam, I found Maggie alternating between right lateral and sternal recumbency. Heart rate was noted to be within normal limits, but irregular in rhythm, suggesting a marked sinus arrythmia and potentially second degree AV block. Respiratory rate was initially elevated at approximately 40, but later slowed significantly to 12 to 18. Mucous membranes were pale pink and moist and CRT was less than 2 seconds. Temperature was 98.0. Her mentation alternated between BAR (bright, alert, responsive) and somnolent. When not exhibiting somnolence, she demonstrated a vigorous appetite and normal cranial nerve function, including tongue retraction. Maggie demonstrated some motor function of her forelimbs, but with a flaccid character that was clearly abnormal. Hypotonia was noted in all four limbs. Tail tone, anal tone and perineal reflex were all noted to be present, but decreased. Muscle tremors were noted in the right brachium and left thigh. Body condition score was noted to be 2/9. No signs of external trauma were noted. The owner and several others were attempting to lift Maggie with the aid of a small tractor, which I stopped immediately, owing to the risk of an improper lift resulting in injury to the patient. During my observations, Maggie ceased attempting to rise and came to prefer right lateral recumbency.

At this point, my presumptive diagnosis was botulinum toxicity, predicated primarily on the flaccid paresis/paralysis and the relatively normal mentation. Underlying my assessment of her exam findings and observations was knowledge of two other strikingly similar cases in the near vicinity in recent weeks and the fact that two of these animals were fed hay from big round and/or square bales, which are known to present an increased risk of botulinum contamination. Horses are exquisitely sensitive to botulinum toxin making it all but impossible to definitively confirm due to low levels of the toxin in blood and GI contents. The only treatment for botulism is nursing care, time and hope. Antitoxin is available, but without a definitive diagnosis, the risks may exceed any potential benefits. On my advice and with my assistance, Maggie was moved out of the snow and into the barn on a sled. Owner was advised to place Maggie on deep bedding and to turn her every 2 hours. He was advised to provide alfalfa hay and water ad libitum. Owner asked repeatedly about lifting Maggie in a sling, which I discouraged owing to not only the logistical difficulty of properly and safely operating a sling, but also serious complications associated with pressure points created by the sling. Maggie's size exacerbates these complications. Furthermore, slings are really only appropriate when an animal is able to support some of their own weight, and this was not the situation with Maggie. I advised that it would be best to attempt to manage her "down".

Other differential diagnosis included, in no particular order; 1. mosquito bourne encephalitides (WEE, EEE, WNV) 2. tick paralysis 3. EHV 4. Rabies 5. trauma 6. malnutriton 7. myopathies 8. Wobbler syndrome 9. hypocalcemia 10. Toxic plant ingestion. None were an obvious or convincing match to the clinical picture Maggie presented.

Owner called frequently with updates on Maggie's condition, indicating improvement in alertness and the ability to urinate and defecate. He reported that she was resting in sternal recumbency at least half of the time.

The above summarizes events of Saturday, February 11, 2012.

A. R. Horton, DVM, MS

Subsequent to this, attempts were made to gather further information from colleagues at the State Veterinarian's office, Colorado State University and Littleton Equine Medical Center as well as references.

Consideration was given to testing, but due to a combination of the costly nature of testing and the lack of sensitive and specific tests available for many of the conditions on the list of differentials, none has been performed as yet.

Mr. Swift called on Monday, describing Maggie moving her limbs while laying on her side. On further questioning, she was alert and seemed oriented to Mr. Swift after these episodes, but there was some concern that he could have observed seizure activity. Because of this concern, both of us went to the ranch to re-examine Maggie.

Maggie was on deep wood shavings with bales of hay placed around her and a heat lamp overhead. She had a temperature of 100.8, a pulse of 48 with pronounced sinus arrhthmia and a respiratory rate of approximately 20. Gut sounds were normally present. Mucous membranes were pink and moist with a normal CRT. She could still retract her tongue. Her attitude was quiet and she was somewhat somnolent, but she has been eating and drinking. Her anal tone was decreased to absent. She had passed a normal



PARK CTY DEFS_000931

quantity of soft manure. The soft character of the stool was attributed to the change in her diet to alfalfa hay. A single spot of normal-colored urine was present in the bedding, and she was not dribbling urine. We did observe the limb motion described by the owner and concluded that it was not pathologic, but simply an attempt to get comfortable, and probably indicated a need to be turned. We also discussed the inevitability of bedsores and made some suggestions to mitigate that eventuality.

Consultations with colleagues did not yield any new avenues to pursue, as the general assessment was that the signs did not fit particularly well with any one diagnosis. Tick paralysis, however, was not mentioned by any of our colleagues. Interestingly, consultation of a toxicology reference did confirm that tick paralysis does occur in horses and the clinical signs were quite consistent with Maggie's. It was also noted by Mr. Swift that Bear, another horse on the ranch that had shown similar signs, had begun to improve after being coincidentally dewormed with ivermectin, which would have affected any parasite taking a blood meal.

Given these circumstances, the decision was made to treat for tick paralysis with ivermectin and Equi-Spot, a topical permethrin product.

In the meantime, Maggie has shown more inclination to move her limbs. Given this change, attempts were made to arrange for a sling to be brought to the property with the intent of determining if Maggie could support even a portion of her weight. If she can, the sling can be used to intermittently. If not, she must continue to be managed down. Euthanasia has not been recommended at this point due to the fair prognosis of tick paralysis. The appearance of bed sores is not unexpected, nor are they evidence of abuse or neglect, and steps are being taken to treat this problem.

A.R. Horton DVM, MS

Fay Burton, DVM

PARK CTY DEFS_000932