# EXHIBIT 11

This is an agreement between Ronald Swift, Kirsten Le Beau and the Park County Sheriff's Office regarding six horses that are involved in a current case.

These six horses have not been confiscated, seized, or surrendered. These six horses have been moved from Echo Valley Ranch and placed in Protective Custody only.
Ronald Swift will be responsible for all cost of care for these horses including feed, and veterinarian care and Park County is not liable for any costs related to the care of these horses while they are in Protective Custody.

The six horses removed from Echo Valley Ranch are described as:

Ron 1- "Midnight" Breeding Stock Paint Mare- 13/14 Years old.
Ron 2- "Lena" Sorrel Paint Mare
Randy 3- "Echo" Grullo Grade Gelding
Randy 4- "River" Bay Grade Gelding
Randy 5- "Chance" Sorrel Grade Gelding- SICK
Ron 6- "Fiona" Palomino Grade Filly

*If test results from Necropsy on Drum Mare indicate starvation was a factor in mares death charges may be filed against horse owners and at risk horses may be impounded at a later date if no other contributing factors are present other than neglect.*

Date 2-19-2012

Deputy [signature] 9525

Owner [signature]

Owner [signature]

Owner

Owner

Caretaker

Caretaker

56

33/129

# EXHIBIT 12

Community Advertorial

The opinions expressed in advertorials are those of the advertiser only and do not represent the opinions of *Colorado Serenity*.

THEHORSEDOCS

Laura WILHELM, DVM

Aspen Creek Veterinary Hospital

# Anemia and Your Horse

This month's article was submitted by Laura Wilhelm, DVM, of Aspen Creek Veterinary Hospital. Aspen Creek Veterinary Hospital services dogs, cats and livestock in addition to excellent care for horses. Their state of the art facility in Conifer provides hospitalization, critical care, surgery, advanced dentistry and after-hours emergency service. Their doctors are also available for house calls/farm calls. Aspen Creek's veterinary staff have many years of experience and various areas of expertise to provide the best in veterinary care. For more information about Aspen Creek Veterinary Hospital, please visit www.aspencreekiac.com or visit us on facebook!

In the scientific sense, anemia refers to a lack of healthy red blood cells (RBCs). This is not helpful in understanding the significance of anemia in terms of overall physical well-being. The most important job of the red blood cell is carrying oxygen from the lungs to cells throughout the body. A true lack of red cells means a decrease in the ability to deliver oxygen to tissues. This is particularly important here at altitude, where there is 5 percent less oxygen than at sea level.

As veterinarians, we find ourselves confronting anemia on a regular basis. We are often asked to draw blood for a complete blood count based on the horse's history along with our physical exam. Some of the signs we see include poor hair coat, weight loss, failure to gain weight, chronic colic, fatigue and pale gums. Many of these signs can also be signs of other problems; anemia is often a result of another disease process. In order to treat anemia, we must first determine the cause.

There are three major mechanisms or categories for anemia: overall blood loss, decreased red cell production and increased red cell destruction. Each mechanism has subcategories to further narrow the possible reasons. Though these guide us in our diagnosis of an underlying reason, they do not always lead to a straightforward answer. The size and physiology of equines only adds to the challenge of diagnosis and treatment for anemia.

The first category, excessive blood loss, can be the simplest to diagnose if the loss is external. Usually, the patient presents with some sort of hemorrhage and a history of trauma. The horse may have an obvious laceration, with blood pouring from an artery, or a severe nosebleed. Stemming the blood loss through pressure and/or closure of the wounds is the first step. In extreme cases, we do transfuse blood from a donor horse. Luckily for us, the average horse can lose 10-12 liters of blood and survive.

Internal bleeding produces the same effect but is a little harder to diagnose. Acute internal hemorrhage may be brought on by such things as a uterine artery tear post foaling, a tremendous blow to the abdomen or thoracic (chest) cavity, or rupture of an internal mass. There are also more insidious causes, such as an overburden of parasites or undetected gastric or colonic ulcers. These do not generally result in large amounts of blood loss all at once, but they can create lesions that leak blood faster than the body is able to replace it. Definitive diagnosis of such lesions is difficult and often requires a thorough and expensive work up. When appropriate, we make informed decisions using conservative and less expensive tests, such as fecal review for the presence of parasites and/or blood.

The increased destruction of red blood cells (hemolysis) occurs as the immune system targets red blood cells for early removal from the circulatory system. Some diseases change the red blood cells, making them targets for the immune system. Blood parasites, some bacterial infections, toxins like red maple, cancers and equine infectious anemia virus all attach to or alter the RBCs, leading to their early demise. This typically hits quickly, and the bone marrow is not equipped to produce enough blood cells to make up for the loss.

> "Solving the puzzle of anemia can be quite a diagnostic challenge."

Decreased red cell production occurs when the bone marrow is not forming and releasing an adequate number of functional red cells. This may result from unhealthy marrow (as in cases of cancer), nutritional deficiencies or as a product of chronic disease. In horses, primary marrow malfunction is rare but can be induced by some toxins and medications as well as cancers. Most equines today do not have true deficiencies in vitamins or minerals. The marrow in horses with a low grade bleed may not have a primary iron deficiency, but all available iron goes towards making new RBCs. That said, iron supplementation is often part of the treatment of anemia. Chronic diseases such as cancers, organ compromise, long standing pneumonia and many others can also result in an anemia.

To complicate matters further, a healthy horse can have a slightly low red cell count and be considered normal. Horses are fairly unique, in that they have the ability to store a large amount of red cells in their spleen. This reserve allows for a fast increase in their ability to move oxygen to tissue should they need to escape the local mountain lion. Unfortunately, this reserve is not always visible in routine bloodwork of a calm healthy horse.

Solving the puzzle of anemia can be quite a diagnostic challenge. As equine veterinarians, we look not only at the blood values and the microscopic appearance of red cells, but also at the presentation of the horse. A sick horse with a mild to moderate anemia is much more concerning than an apparently healthy horse with a mild anemia. A thorough history, routine bloodwork and a comprehensive physical exam are invaluable in determining the origin and an appropriate treatment for an anemic horse.

# EXHIBIT 13

**From:** Monte Gore
**To:** aolds@aspencreeklac.com; Bobbi Jo Priestly
**Subject:** RE: horses
**Date:** Wednesday, February 22, 2012 12:32:44 PM

---

Thank you so much. I will let you know how it goes.

Monte

---

**From:** aolds@aspencreeklac.com [mailto:aolds@aspencreeklac.com]
**Sent:** Wednesday, February 22, 2012 11:23 AM
**To:** Monte Gore
**Subject:** horses

So I have conferred with my practice manager here and our hospital would be willing to house, feed, and treat all 6 horses at no cost to the sheriff's department until more permanent arrangements can be made. We have space for them and a host of volunteers who would be willing to donate time to help with their care. We would donate veterinary services for the initial evaluation period and to make sure that the horses are healthy enough to be moved to other rescues or foster homes.

Rod Cameron (farrier) has volunteered to trim feet and perform hoof care at no cost to all of the horses.

We already have several donations of grain and vitamin supplements, and could potentially obtain more from local owners and the feed stores if we had possesion of the horses and were free to ask/advertise the need.

JEFFCO HEAT has agreed to transport all the horses on short notice if needed.

The owner of Broce Ranch in Evergreen has volunteered to help house horses on a temporary basis if needed. In the summer they have a huge lush pasture.

I know Barbara Wright from Harmony Horse Works has already received a donation of $1500, and I suspect that much more could be raised if we were given the go ahead to publicy ask for and accept donations.

I have not been in contact with Barbara Wright today, but she previously indicated to me that she had offers from various horse rescues in the area that each could take 1-2 of the horses until permanent homes could be found for them.

So there are plenty of resources available for the immediate future of the horses and I have no doubt that permanent homes could be found based on the amount of publicity that has been generated.

If there is anything else that I can do for you, please feel free to let me know. If you do end up getting permission for surrender, please let us know ASAP and we can start getting accomodations ready.

Sincerely,

Ashleigh Olds, DVM
Aspen Creek Veterinary Hospital
Conifer, Co
www.aspencreeklac.com

**From:** Shelley Ferraro
**To:** Harmonyhorsewrks@aol.com; TCourt5096@aol.com; "Tamara "; "Joe and Ingrid"; "LISSCOJAN HALLADAY"; "Ashleigh Olds, DVM"; aolds@aspencreeklac.com
**Subject:** FW: Bailey Horse kept in secret
**Date:** Thursday, February 23, 2012 8:29:08 AM

---

Please read below

-----Original Message-----
From: Bobbi Jo Priestly [mailto:BPriestly@parkco.us]
Sent: Wednesday, February 22, 2012 2:31 PM
To: shelley@shelleysdesigns.com
Subject: FW: Bailey Horse kept in secret

---

From: Monte Gore
Sent: Wed 2/22/2012 2:27 PM
To: Bobbi Jo Priestly
Cc: Rose Avey; 'Lee Phillips'; Sven Bonnelycke
Subject: RE: Bailey Horse kept in secret

Dear Shelley,

I am in receipt of your email; I can understand your frustration. I can assure you the horses are being treated medically, and are being fed. Our code enforcement officers are checking on them as well. I have not refused any help from our community and have put things in motion to obtain donations for the continued care and treatment of these horses. I agree with you that this is a horrific situation, and we are working overtime to complete a very comprehensive criminal investigation. We are working diligently on this case. I can tell you straight up, we aren't on a power trip. I would encourage you to share this information, I have been providing press releases to the media and I have talked to the media about this situation on several occasions, we are not being secretive, I will ask my assistant to add all of you to our email list so that you will receive press-releases, for this case only. I hope this helps.

Please do not hesitate to contact me for any reason.

Undersheriff Monte Gore

---

From: Bobbi Jo Priestly
Sent: Wednesday, February 22, 2012 7:23 AM
To: Monte Gore
Subject: FW: Bailey Horse kept in secret
Importance: Hi

---

From: Shelley Ferraro [mailto:shelley@shelleysdesigns.com]
Sent: Tuesday, February 21, 2012 7:30 PM
To: Bobbi Jo Priestly; Harmonyhorsewrks@aol.com; aolds@aspencreekiac.com; 'Ashleigh Olds, DVM'; TCourt5096@aol.com; 'Tamara '; 'Tracey Egolf'; 'Tracy Vroom'; 'Lightcap, Christi'; 'DVM Kimberly D. Brewster'; farviewhorserescue@comcast.net; 'Shirley hoffman'; 'Joe and Ingrid'; 'Jennifer Reba Edwards'; 'Anderson, Kate'; 'Roehr, Keith'; 'LISSCOJAN HALLADAY'; nancy@bustersnaturalpetsupply.com; 'TANYA Buck'; 'Shirley hoffman'; 'Sydney Burt'; 'Sandy Jones'; 'Valerie Traina'
Subject: Re: Bailey Horse kept in secret
Importance: High

Sergeant B. Priestly,

Why don't you people do yourself a favor instead of continuing to shoot your self in the foot. The community wants to know that the precious horses are getting intense medical care in a animal hospital. They want to know the horses are getting iv's and are being rehydrated and given electrolytes, water and food. Why do you continue to refuse to the help the community in knowing that these little horses are safe and are truly in competent care. It's pretty simple, get over your power trip and settle this horrific situation down, or your just going to continue to get jammed by the public, this isn't going away anytime soon...........if you don't know already this is all over the country and people are watching and ready to take more action.

Shelley Ferraro

**From:** Monte Gore
**To:** aolds@aspencreeklac.com
**Subject:** RE: horses
**Date:** Thursday, February 23, 2012 2:32:25 PM

---

Thank you...I hope it calms everything down as well. There is still a lot of mis-information out there.

Monte

---

**From:** aolds@aspencreeklac.com [mailto:aolds@aspencreeklac.com]
**Sent:** Thursday, February 23, 2012 11:42 AM
**To:** Monte Gore
**Subject:** RE: horses

I have attached a spread sheet from Harmony Horse Works listing confirmed and potential resources. Please let me know if there is anything else that I can do. I was very pleased with the statement that you released to Shelly Ferraro/email list - I hope that it will calm down some of the hysteria. :)

Ashleigh Olds, DVM
Aspen Creek Veterinary Hospital
Conifer, Co
www.aspencreeklac.com

---

**From:** "Monte Gore" <MGore@parkco.us>
**Sent:** Wednesday, February 22, 2012 12:33 PM
**To:** aolds@aspencreeklac.com, "Bobbi Jo Priestly" <BPriestly@parkco.us>
**Subject:** RE: horses

Thank you so much. I will let you know how it goes.

Monte

---

**From:** aolds@aspencreeklac.com [mailto:aolds@aspencreeklac.com]
**Sent:** Wednesday, February 22, 2012 11:23 AM
**To:** Monte Gore
**Subject:** horses

So I have conferred with my practice manager here and our hospital would be willing to house, feed, and treat all 6 horses at no cost to the sheriff's department until more permanent arrangements can be made. We have space for them and a host of volunteers who would be willing to donate time to help with their care. We would donate veterinary services for the initial evaluation period and to make sure that the horses are healthy enough to be moved to other rescues or foster homes.

Rod Cameron (farrier) has volunteered to trim feet and perform hoof care at no cost to all of the horses.

We already have several donations of grain and vitamin supplements, and could potentially obtain more from local owners and the feed stores if we had possesion of the horses and were free to ask/advertise the need.

JEFFCO HEAT has agreed to transport all the horses on short notice if needed.

The owner of Broce Ranch in Evergreen has volunteered to help house horses on a temporary basis if needed. In the summer they have a huge lush pasture.

I know Barbara Wright from Harmony Horse Works has already received a donation of $1500, and I suspect that much more could be raised if we were given the go ahead to publicy ask for and accept donations.

I have not been in contact with Barbara Wright today, but she previously indicated to me that she had offers from various horse rescues in the area that each could take 1-2 of the horses until permanent homes could be found for them.

So there are plenty of resources available for the immediate future of the horses and I have no doubt that permanent homes could be found based on the amount of publicity that has been generated.

If there is anything else that I can do for you, please feel free to let me know. If you do end up getting permission for surrender, please let us know ASAP and we can start getting accomodations ready.

Sincerely,

Ashleigh Olds, DVM
Aspen Creek Veterinary Hospital
Conifer, Co
www.aspencreeklac.com

**From:** Monte Gore
**To:** aolds@aspencreeklac.com
**Subject:** Press Release
**Date:** Thursday, February 23, 2012 5:46:33 PM
**Attachments:** sheriff letterhead II.doc

**From:** Monte Gore
**To:** aolds@aspencreeklac.com; Bobbi Jo Priestly
**Subject:** RE: horses
**Date:** Wednesday, February 22, 2012 12:32:44 PM

---

Thank you so much. I will let you know how it goes.

Monte

---

**From:** aolds@aspencreeklac.com [mailto:aolds@aspencreeklac.com]
**Sent:** Wednesday, February 22, 2012 11:23 AM
**To:** Monte Gore
**Subject:** horses

So I have conferred with my practice manager here and our hospital would be willing to house, feed, and treat all 6 horses at no cost to the sheriff's department until more permanent arrangements can be made. We have space for them and a host of volunteers who would be willing to donate time to help with their care. We would donate veterinary services for the initial evaluation period and to make sure that the horses are healthy enough to be moved to other rescues or foster homes.

Rod Cameron (farrier) has volunteered to trim feet and perform hoof care at no cost to all of the horses.

We already have several donations of grain and vitamin supplements, and could potentially obtain more from local owners and the feed stores if we had possesion of the horses and were free to ask/advertise the need.

JEFFCO HEAT has agreed to transport all the horses on short notice if needed.

The owner of Broce Ranch in Evergreen has volunteered to help house horses on a temporary basis if needed. In the summer they have a huge lush pasture.

I know Barbara Wright from Harmony Horse Works has already received a donation of $1500, and I suspect that much more could be raised if we were given the go ahead to publicy ask for and accept donations.

I have not been in contact with Barbara Wright today, but she previously indicated to me that she had offers from various horse rescues in the area that each could take 1-2 of the horses until permanent homes could be found for them.

So there are plenty of resources available for the immediate future of the horses and I have no doubt that permanent homes could be found based on the amount of publicity that has been generated.

If there is anything else that I can do for you, please feel free to let me know. If you do end up getting permission for surrender, please let us know ASAP and we can start getting accomodations ready.

Sincerely,

Ashleigh Olds, DVM
Aspen Creek Veterinary Hospital
Conifer, Co
www.aspencreeklac.com

# EXHIBIT 14

**From:** TCourt5096@aol.com
**To:** aolds@aspencreeklac.com
**Subject:** Re: Fw: Press Release
**Date:** Saturday, February 25, 2012 1:27:50 PM

Dear Dr. Olds,

Thanks for writing and taking the time. I appreciate it. I will call Gore and ask if we will raise money, how it will be spent. I networked this case last week from the East to the West Coast, and if I send something out, it goes viral, I have a lot of connections. I doubt without the publicity and the public's pressure, this would have had the same outcome. It's always the same old...
Anyway, I wish the horses were at your clinic too. I only hope they are cared for by someone who knows what they are doing. I don't buy the excuses and hope the guy does get punished, yet we also know from experience, it may be just a misdemeanor not a felony. His attitude proved he should not have horses in the first place. Help is always available, one just needs to ask. I wish AC would advertise the existence of the local hay bank more, so many folks don't know it exists.
I have some friends who play open mic at the Ice House every Thursday. I thought that would be a good group who might come together to raise funds. But I will not rush into it now. I'll try to call Gore and see what his input is.
Thanks again for writing - and thanks for being there and caring.
Monika

In a message dated 2/24/2012 7:06:50 A.M. Mountain Standard Time, aolds@aspencreeklac.com writes:

> Monika:
>
> I don't know too much more than you do at this point. When I was out there, there was the down horse that died, and then there were 4 yearlings that looked terrible! and two adult horses a paint and a black mare that were also very very skinny. I believe that these 6 horses were seized. I don't have them and I don't know where they are. I suspect they were taken south to a rescue or vet hospital in salida, buena vista, or woodland park just to get them out of the area for now. I would strongly suggest talking with undersherrif Monte Gore before proceeding with any advertising or fundraising efforts. I have spoken with him several times and if you are reasonable with him I think you will find him very reasonable to talk to. He genuinely cares about the horses and wants to get them to caring homes eventually. He could answer the questions about what the needs of the horses are and how any money raised will be spent. I do think these are important questions to get answers to before undertaking any major fundraising efforts. I also know that eventually he hopes to adopt them out, but as I am sure you are aware, if the owner refuses to surrender the horses they can't be legally adopted out until the owner is convicted in court, otherwise there is always the possibilty of him suing to get them back. However, once they are more healthy and all of their details are known (age, sex, and medical conditions, etc.) they may be able to be placed in foster homes in various rescues or private homes. At this point I don't think funds should go to Harmony. We were initially hoping that the horses might come to my hospital or Harmony (we both offered care for free to the sheriff's department), but at this time is doesn't appear to be the case. I believe that the one little guy in our hospital is taken care of for the time being financially. Undersheriff Gore's cell phone is at the bottom of the press release.
>
> Thank you for all of your help. Barb at Harmony really got the publicity going in this and everyone else helped keep the fire on. I don't know if this would have been taken seriously without all the public pressure. Hopefully the end result will be that justice is served and the horses are homed where they will be FED!
>
> Ashleigh Olds, DVM
> Aspen Creek Veterinary Hospital
> Conifer, Co

**From:** TCourt5096@aol.com
**To:** aolds@aspencreeklac.com
**Subject:** Re: Fw: Press Release
**Date:** Saturday, February 25, 2012 2:57:24 PM

---

I just wrote to Gore. He was pleasant on the phone. Maybe his hands are tied too.... aren't they all sometimes in these hierarchic structures ..
Anyway, I was warned by some not to send any funds to his office. That they are corrupt etc. - he told me the funds would go to vet bills... yet they do not disclose any vet or info. Kind of strange. I can't collect funds like that. People want to know the whole story.
I told him about the local hay bank of Juliana Lehmann. www.horsefoodbank.org
I know that good horse folks know about these things. It is the hillbillies and crooks such as Swift who don't because they shouldn't have horses in the first place.
I am not sure what to do now in regards to a fundraiser. I feel open communication is really needed here between authorities and the public.
M

In a message dated 2/25/2012 2:30:45 P.M. Mountain Standard Time, aolds@aspencreeklac.com writes:

> If you send me the information on the hay banks I can post it....most of our clients know about it and any of them that have skinny horses are educated about good care and nutrition as well as resources such as the food banks....we don't let our clients starve their horses and do nothing about it...... I do feel like there are some people who abuse the system and probably don't need the help as much as others... oh well.....also one of the main hay bank groups here actively pushes people to use a different vet even though we have offered to discount services if paid through the hay bank (for teeth and such).....
>
> *Connected by DROID on Verizon Wireless*
>
> -----Original message-----
>
>> **From:** TCourt5096@aol.com
>> **To:** aolds@aspencreeklac.com
>> **Sent:** Sat, Feb 25, 2012 20:27:41 GMT+00:00
>> **Subject:** Re: Fw: Press Release
>>
>> Dear Dr. Olds,
>>
>> Thanks for writing and taking the time. I appreciate it. I will call Gore and ask if we will raise money, how it will be spent. I networked this case last week from the East to the West Coast, and if I send something out, it goes viral, I have a lot of connections. I doubt without the publicity and the public's pressure, this would have had the same outcome. It's always the same old...
>> Anyway, I wish the horses were at your clinic too. I only hope they are cared for by someone who knows what they are doing. I don't buy the excuses and hope the guy does get punished, yet we also know from experience, it may be just a misdemeanor not a felony. His attitude proved he should not have horses in the first place. Help is always available, one just needs to ask. I wish AC would advertise the existence of the local hay bank more, so many folks don't know it exists.
>> I have some friends who play open mic at the Ice House every Thursday. I thought

that would be a good group who might come together to raise funds. But I will not rush into it now. I'll try to call Gore and see what his input is.
Thanks again for writing - and thanks for being there and caring.
Monika

In a message dated 2/24/2012 7:06:50 A.M. Mountain Standard Time, aolds@aspencreeklac.com writes:

Monika:

I don't know too much more than you do at this point. When I was out there, there was the down horse that died, and then there were 4 yearlings that looked terrible! and two adult horses a paint and a black mare that were also very very skinny. I believe that these 6 horses were seized. I don't have them and I don't know where they are. I suspect they were taken south to a rescue or vet hospital in salida, buena vista, or woodland park just to get them out of the area for now. I would strongly suggest talking with undersherrif Monte Gore before proceeding with any advertising or fundraising efforts. I have spoken with him several times and if you are reasonable with him I think you will find him very reasonable to talk to. He genuinely cares about the horses and wants to get them to caring homes eventually. He could answer the questions about what the needs of the horses are and how any money raised will be spent. I do think these are important questions to get answers to before undertaking any major fundraising efforts. I also know that eventually he hopes to adopt them out, but as I am sure you are aware, if the owner refuses to surrender the horses they can't be legally adopted out until the owner is convicted in court, otherwise there is always the possibilty of him suing to get them back. However, once they are more healthy and all of their details are known (age, sex, and medical conditions, etc.) they may be able to be placed in foster homes in various rescues or private homes. At this point I don't think funds should go to Harmony. We were initially hoping that the horses might come to my hospital or Harmony (we both offered care for free to the sheriff's department), but at this time is doesn't appear to be the case. I believe that the one little guy in our hospital is taken care of for the time being financially. Undersheriff Gore's cell phone is at the bottom of the press release.

Thank you for all of your help. Barb at Harmony really got the publicity going in this and everyone else helped keep the fire on. I don't know if this would have been taken seriously without all the public pressure. Hopefully the end result will be that justice is served and the horses are homed where they will be FED!

Ashleigh Olds, DVM
Aspen Creek Veterinary Hospital
Conifer, Co
www.aspencreeklac.com

---

**From:** TCourt5096@aol.com
**Sent:** Thursday, February 23, 2012 10:26 PM
**To:** aolds@aspencreeklac.com
**Subject:** Re: Fw: Press Release

Thanks. Can this be shared ? I am trying to help raise funds, but am not

sure anymore what I can release and not. This is a very weird situation, not releasing info on the whereabouts. I was hoping they were with you. How many died ? I do not want to mess up any progress, but to raise funds without knowing as to how they are used... I do not want to lose my reputation as a credible person.
Should funds be sent to Harmony or the Sheriff, or both ? I am confused.
Monika

In a message dated 2/23/2012 10:20:32 P.M. Mountain Standard Time, aolds@aspencreeklac.com writes:

Here is the latest. There are 6 horses. 2 adults
And 4 yearlings

*Connected by DROID on Verizon Wireless*

-----Original message-----

**From:** Monte Gore <MGore@parkco.us>
**To:** aolds@aspencreeklac.com
**Sent:** Fri, Feb 24, 2012 00:46:31 GMT+00:00
**Subject:** Press Release

# EXHIBIT 15

STATE OF COLORADO )
)
COUNTY OF PARK )

AFFIDAVIT FOR A SEARCH WARRANT

In support of the issuance of a SEARCH WARRANT to search:

Horses were moved on February19, 2012, at approximately 4:00PM, with owners permission and assisted by Park County Animal Control to location known as: 1401 Park County Road 77, Jefferson, Park County, Colorado, 80453, ALSO KNOWN AS, T08 R75 S16 NW4, SLASH 6, LOT 06: Information obtained from the Park County Assessors Office.

**Kirsten Le Beau.**

I, Park County Code Enforcement Deputy Cindy Hardey, am a Deputy Sheriff for the Park County Sheriff's Office, and have been employed with this office since 2003. I have been a Code Enforcement Officer for over 8 years, and have over 4000 hours as a Commissioned Agent with the State of Colorado. I, Deputy C. Hardey, being duly sworn upon oath, swear that the following facts are true and correct to the best of my knowledge.

On February 14, 2012, at approximately 11:00AM, in Park County, Colorado, Sergeant B. Priestly called me on my cellular telephone on my day off and advised me that she had received a telephone call from a Routt County Animal Officer. The officer identified herself as:

**RP- Dawn Smith (Routt County Animal Control)**

Sgt. Priestly said there were seven horses at the Echo Valley Ranch that were scored at a 2 using the Henneke Body Score Technique, on a scale from 1 to 9, 1 being emaciated and 5 being ideal. The mare and colt on the ranch were reported as being emaciated if not diseased. At that point I advised Priestly that I would be scheduling a welfare check on all animals on the ranch. The Echo Valley Ranch located at 1649 Park County Road 70, Bailey, Park County, Colorado, is care taken by a male party identified as:

**S- Ronald Swift**

On February 16, 2012, at approximately 7:30AM, Deputy B. Sears asked me if I wanted to meet a Veterinarian at the Bailey Substation at 9:00AM, from Routt County. Sears said the veterinarian was going to be seizing a colt at the Echo Valley Ranch and needed an officer from our county to accompany her. I scheduled Corporal J. Plutt and Deputy N. Hanning to accompany me with the court documents for removal of the horse.

At approximately 9:00AM, Doctor Ashleigh Olds DVM arrived at the Bailey Substation. Olds and I cleared the Bailey Substation and responded to the Rustic Square and waited for Plutt and Hanning's arrival. At approximately 9:50AM, Plutt and Hanning arrived and all unites cleared the Rustic Square. All unites responded to Echo Valley Ranch.

Upon arrival I observed six very emaciated horses. I visually scored the horses to be a 1 to 1.5 using the Henneke Body Score Technique. There were four horses located in the back corral. I asked Swift how old the horses were and he stated the horses were one to two years of age. The yearling's (Echo, River, Chance and Fiona), had a heated water trough full of water and hay in the lean-to. Their Spinous process, Tailhead (pinbones), Ribs and Hook bones were projecting prominently. I also observed two a mares (Midnight and Lena), in separate corrals with heated water trough full of water and hay on the ground. The horses were also visually scored as 1 to 1.5 using the Henneke Body Score Technique. Their Spinous process, Tailhead (pinbones), Ribs and Hook bones were projecting prominently. I asked Swift why his horses were so skinny. Swift believed the horses were suffering from a disease or a neurological disorder.

61

Swift said he feeds the horses two times a day and had given all of his horses their shots for the year. The colt named "Chance" is not well and could possibly die. I spoke with Swift's veterinarian Doctor Horton, from Timberline Equine Veterinarian Hospital, who believes that Swift waited to long to rectify the problem and could have avoided the situation. I believe if Swift had noticed the horses' condition sooner they would not be in the condition they are in today. Based on the above statement I believe the horses were neglected.

THEREFORE, your affiant respectfully requests a search warrant be issued to search the above described location for the following: All of the inside and outside structures on the property and seize "Midnight"- Breeding Stock Paint Mare horse, "Lena"- Sorrel Paint Mare horse, "Echo"- Grullo Grade Gelding horse, "River"- Bay Grade Gelding horse, "Chance" – Sorrel Grade Gelding horse, "Fiona"- Palomino Grade Filly horse, located on the property.

The property to be searched for, and seized if found, is:

- ( ) Stolen or embezzled OR
- (X) Designed or intended for use, or which is or has been used as a means of committing a criminal offense, or the possession of which is illegal, OR
- (X) Would be material evidence in a subsequent criminal prosecution.

Further affiant sayeth naught.

[signature] 9525
AFFIANT

Subscribed and sworn to before me this 22 day of Feb, 2012

[signature]
JUDGE

62