# EXHIBIT  32

## DECLARATION OF RANDALL J. HATLEE

I am one of the Plaintiffs in this case.

At the conclusion of the criminal trial in which Mr. Swift and I were found not guilty, I was helping my attorney pack up our trial materials. Mr. LeDoux, the district attorney, was doing the same. He remarked that this is the last time he would allow himself to be pressured into trying a case he knew he could not win.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 1/3/15

RANDALL L. HATLEE

# EXHIBIT  33

**To:** Shelley Ferraro; Harmonyhorsewrks@aol.com
**Subject:** Sorry forgot to cc you guys.

---

**From:** Gene Ferraro
**Sent:** Monday, May 07, 2012 12:56 PM
**To:** 'Thom LeDoux'
**Subject:** RE: Bailey Horses

Your request is acknowledged. I am confirming the following: the slide show was compiled and the copy written by Barbara Wright of Harmony HorseWorks (http://www.harmonyhorseworks.com/contact.htm) with myself as a contributor. The images contained in it were taken by Ms. Wright, myself or my wife, Shelley. The document was posted on Facebook and Pinecam.com and distributed to many people in the U.S. horse community as well as numerous members of the press and Colorado's media outlets. Printed copies are being sent to Dr. Eric Jensen, MD, and his sister, both currently residing in Chapel Hill, SC for they are the owners of Echo Valley Ranch. Copies are also on their way to local media outlets in SC and elsewhere. Copies have also be distributed to several global animal rights organizations including PETA.

I will get back to you as soon I confirm the above.

Eugene F. Ferraro, CPP, CFE, PCI, SPHR

Business Controls, Inc.
5995 Greenwood Plaza Boulevard, Suite 110
Greenwood Village, Colorado 80111
Office: 303.526.7600 | Toll-free: 800.650.7005
Check out our new website: www.BusinessControls.com
Follow us: Facebook | Twitter | LinkedIn | YouTube

*"Insight in an Instant"*

CONFIDENTIALITY WARNING: This e-mail is for the confidential use of the intended recipients only, and may be protected by the attorney work-product privilege. Any unauthorized review, access, copying, dissemination, distribution, or use of the content of this message/information is strictly prohibited by Federal Law. Attempts to intercept this message or distribute it without authorization are in violation of 18 U.S.C. 2511(1) of the Electronic Communications Privacy Act (ECPA). Fines, imprisonment, and/or civil damages may be imposed for violations. Licensed in California, Florida and Illinois. Insured where necessary. PI 21470

---

**From:** Thom LeDoux [mailto:tledoux@da11thjd.org]
**Sent:** Monday, May 07, 2012 10:20 AM
**To:** Gene Ferraro
**Subject:** RE: Bailey Horses

Mr. and/or Mrs. Ferraro,

I have had a chance to review the slide show that you provided a link to in the e-mail below. I have also been informed that the slide show has been posted at pinecam.com.

The defense attorney has raised some concerns regarding the pre-trial publicity rules. In order to protect our animal cruelty charges I would like to know the following:

1128

1. Who created the slide show?

2

Posts: 2726
Location: Where ever the dogs take me.

Mahatma Gandhi

"If you are kind, people may accuse you of selfish, ulterior motives; Be kind anyway." -Mother Teresa Of Calcutta

www.friendsforlifeco.com
www.doggiedoorbells.com

Report Post To Pinecam Moderators

**Back to top**

( ✗ ignore )( 👤 profile )( 🔒🔒 pm )( ✉ email )( 🌐 www )

---

**walktrot**
Oh my, Big Time poster!



Joined: 13 Oct 2004
Posts: 3343
Location: Comfortable, honey?

☐ Posted: Wed May 09, 2012 4:21 pm    Post subject: Re: s          ( quote )

> **In a whisper wrote:**
>
> s3nido,
>
> Oh yes you can get this information publicly, you just have to know how. It helps when you own a Corporate Investigation company. So put that in your pipe and smoke it.



Always kiss as if it's the first and last time.

It's never to late to live Happily Ever After.

Report Post To Pinecam Moderators

**Back to top**

( ✗ ignore )( 👤 profile )( 🔒🔒 pm )

---

**In a whisper**
Posts pretty often



Joined: 23 Apr 2008
Posts: 76
Location: Pine

☐ Posted: Wed May 09, 2012 5:51 pm    Post subject: Starved Bailey Horses          ( quote )

It is a sad day in America when people do not take responsibility for their actions. We as people have been taught in the last decade or so to not get involved or to speak up against evil or cruelty. I find it so very pathetic that the brother and sister that own the family ranch called Echo Valley can so casually sit by and watch the horrific things that have taken place on their family ranch and continue to remain silent and I would speculate that they are hoping to not be exposed.

I guess since Echo Valley Ranch is leased out to someone, the owners of the property apparently must feel no responsibility for the horrible things that have taken place on their property. Yet they watch pinecam and follow the thread, it's almost as if they're voyeurs.

If I owned such a ranch I would certainly be concerned about my ranch's reputation for my past family members and future family members as well. Echo Valley Ranch is indeed a lovely property, but the reputation that it has today is less than what it had yesterday and unfortunately it could diminish over time because of this awful animal abuse case.

Repudiates

Pinecam.com - An Electronic Community In The Colorado Rockies



I'm curious ndge, would your reaction be different if this was a case with GSD's? Some people have a very different attitude toward horses.

My reaction would be exactly the same. I refuse to be judge and jury ... period.

Help the animals (horses or GSDs)? Absolutely.

Ruin someone's reputation and business without all the facts? Absolutely not.

Hamahakki Ratsastaja

Joined: 19 Mar 2004
Posts: 10962
Location: Bailey

Report Post To Pinecam Moderators

🔲 profile  🔲 pm

**walktrot**
Oh my, Big Time poster!

☐ Posted: Tue Feb 21, 2012 11:55 am   Post subject:

The horses have been relocated. They are receiving water and hay and any other feed they require. They have vet care and test results will be coming in on blood draws.
The sheriff's dept. is continuing it's investigation concerning neglect/abuse.
May I suggest it is time to let this thread die and a new thread started when there is further information from the sheriff's dept. concerning the horses and/or the humans.
Each in this thread has their own mindset and has dug their heels in. Continuing this thread serves no purpose.

"The most beautiful people we have known are those who have known defeat, known suffering, known struggle, known loss, and have found their way out of the depths. These persons have an appreciation, a sensitivity, and an understanding of life that fills them with compassion, gentleness, and a deep loving concern. Beautiful people do not just happen." ~ Elizabeth Kubler
Man has turned earth into a hell for animals. Arthur Schopenhauer

Joined: 13 Oct 2004
Posts: 3139
Location: Oh, Wilbur.

Last edited by walktrot on Tue Feb 21, 2012 11:56 am; edited 1 time in total

Report Post To Pinecam Moderators

🔲 profile  🔲 pm

**homeagain**
Stratospheric Poster!



☐ Posted: Tue Feb 21, 2012 11:55 am   Post subject:

It is MY understanding they were removed, BECAUSE of threats/perceived innuendos that were negative in their content.....being proactive and cautious is WHY they were removed.........once AGAIN, just my understanding.

Be who u are and say what u feel,
Because those who mind, don't matter
and those who matter, don't mind.....Dr. Seuss

Joined: 23 Feb 2006
Posts: 5654

Report Post To Pinecam Moderators

🔲 profile  🔲 pm

**CHowUR**
Whoa mamma! A top
Pinecam poster!

☐ Posted: Tue Feb 21, 2012 11:58 am   Post subject:

   **CHBD wrote:**
   investigating past cruelty to animal investigations by this particular 'horse owner' really needs to be looked into, its an interesting series of events

Is this a matter of public record? How would one go about finding out more?

"Your horse is a mirror to your soul. Sometimes you might not like what you see... sometimes you will." ~ Buck Brannaman

Joined: 02 Nov 2006
Posts: 2012
Location: Wishing I was somewhere else

Report Post To Pinecam Moderators

Back to top

🔲 profile  🔲 pm

**JMiller**
Pinecam Hall of Fame poster!

☐ Posted: Tue Feb 21, 2012 12:17 pm   Post subject:

In my humble opinion this thread should continue as THE only thread regarding the situation with the horses. Continuing THIS thread may bring a reality check to those that wish to continue to make assumptions and judgements with lack of facts.

It would be good to see this mess through in one place. too many times these stupid threads are started and we don't see the resolution.

Great now more rumor and innuendo:

Joined: 08 Oct 2005
Posts: 21467
Location: Bailey

*Boycott*

---

Top   profile

**Mountaingirl**

offline

**Joined:** Mon Oct 18, 2010
10:06 am
**Posts:** 177

**Post subject:** Starving Horses          📅 **Posted:** Sun Mar 11, 2012 10:51 am

We *vote* on who we support and don't;

BOYCOTT!

Ron Swift and Randall Hatlee, from Bailey ♂♂
Bailey Depot Feed & Supply Co   👎 Dislike
33 Road P68, Bailey, CO 80421; Park County

I will forward this to Serenity, & Mountain Connection.

*Mountain Connection*

_____

Live without pretending, Love without depending, Listen without defending, Speak without offending.

**Log in** or **register** to leave comments.

---

Top   profile

**Becky**

offline

**Joined:** Tue May 11, 2010
12:03 pm
**Posts:** 6158
**Location:** Looking towards home

**Post subject:** Re: Starving Horses          📅 **Posted:** Sun Mar 11, 2012 11:19 am

hmmmm. No one has gone to trial so I think it may be a little presumptive to convict them here on 285bound.

I will personally not support any boycott of any local business without a trial and verdict.

_____

The harder you work, the luckier you get.
Mile Marker List

**Log in** or **register** to leave comments.

---

Top   profile

**Mountaingirl**

offline

**Post subject:** Starving Horses          📅 **Posted:** Sun Mar 11, 2012 11:25 am

It is not a "conviction" it is an educated choice, just as you have yours,

_____

Live without pretending, Love without depending, Listen without defending, Speak without offending.

**Log in** or **register** to leave comments.

---

step up and intervene when the need is more than clear, and the animals depend on this very intervention when those who cause this mess simply dismiss people who care, a vet's opinion and the very animals themselves, because they got caught. Prolonged investigations, slow bureaucratic wheels turning and lack of ethics by those in charge to take action do not serve our community nor the animals affected by such serious neglect. It only fosters repeat violations and it is high times the suffering of animals is taken more serious. Help is available, people pull together to assist, and I ask Mr. Roehr and Mr. Wegener join ship.

"To the world you are just one person; to a rescued pet you are the WORLD"

Report Post To Pinecam Moderators

**Back to top**   [profile]  [pm]  [www]

**thunderbucks**
Prolific Pinecam Poster

[quote]

Posted: Sat Feb 18, 2012 2:20 am   Post subject:

Please write to Keith Roehr, state vet and demand intervention and immediate admission to vet clinic and local horse rescue for those horses. Their survival depends on prompt proper care which cannot be administered on said premises where neglect took place.
Only registered users can see links on this board!
Get registered or enter the forums!

Only registered users can see links on this board!
Get registered or enter the forums!

Joined: 12 Mar 2007
Posts: 901
Location: South of the Bailey    Only registered users can see links on this board!
Mall            Get registered or enter the forums!

Only registered users can see links on this board!
Get registered or enter the forums!

Only registered users can see links on this board!
Get registered or enter the forums!

Only registered users can see links on this board!
Get registered or enter the forums!

Thank you. Monika Courtney

"To the world you are just one person; to a rescued pet you are the WORLD"

Report Post To Pinecam Moderators

**Back to top**   [profile]  [pm]  [www]

**thunderbucks**
Prolific Pinecam Poster

[quote]

Posted: Sat Feb 18, 2012 2:22 am   Post subject:

Boycott Bailey Feed store. A guy who sells feed but refuses to feed his own ?

"To the world you are just one person; to a rescued pet you are the WORLD"

Report Post To Pinecam Moderators

Joined: 12 Mar 2007
Posts: 901
Location: South of the Bailey
Mall

**Back to top**   [profile]  [pm]  [www]

**homeagain**
Stratospheric Poster!

[quote]

Posted: Sat Feb 18, 2012 6:31 am   Post subject:

**thunderbucks wrote:**

Please write to Keith Roehr, state vet and demand intervention and immediate admission to vet clinic and local horse rescue for those horses. Their survival depends on prompt proper care which cannot be administered on said premises where neglect took place
Only registered users can see links on this board!
Get registered or enter the forums!

Only registered users can see links on this board!
Get registered or enter the forums!

Joined: 23 Feb 2006
Posts: 5654      Only registered users can see links on this board!
Get registered or enter the forums!

Only registered users can see links on this board!
Get registered or enter the forums!

Only registered users can see links on this board!
Get registered or enter the forums!

Pinecam.com - An Electronic Community In The Colorado Rockies

**Back to top**

**Rak**
Scanner Monitor

Joined: 24 Mar 2005
Posts: 11075

🔒 profile   🔒 pm

🔒 quote

D Posted: Sun Feb 26, 2012 11:17 am   Post subject:

> **CHowUR wrote:**
> Rak, wasn't it you that started a thread about your friends dog getting shot? As I recall, you felt the guys that shot her were guilty. Many people here stood behind you and wanted a full recovery for the dog. I really don't see how this case is any different
>
> I'm finding Pinecam and it's posters to be completely contradictory. On one hand a person is guilty for their stupidity, on another they are innocent until proven guilty. On one hand it is okay to post a business name and completely bash it, on another it gets completely deleted. I'm not understanding the logic. What gives?

Yes I did start that thread. I felt the guy who shot the dog was guilty because the "alleged shooter" said he shot the dog because he thought it was a coyote, it was not a contested event. In the case of the horses here it is unclear how much damage was caused by intentional neglect versus disease that could have been mitigated or how much debilitation occourred before the present property owner took the horses. That's why there will be a more complete investigation and possibly a trial to determine guilt or innocence. In the story about the dog shot by coyote hunters, the hunter who shot the dog clearly and immediately stated that he shot the dog because of mistaken identity. It's not like he said he did nothing wrong and tried to bring in experts to say he did nothing wrong. Some of the extracts taken from my posts in that topic show that my irritation is at the error of a shooter not having a clear identified shot.

Only registered users can see links on this board!
Get registered or enter the forums!

The drift I had was not of trying to presume guilt of shooting a dog, he already admitted he did so. I am concerned about the need to ensure that hunters clearly identify the target.

SNIP
In my opinion there should be stronger enforcement of the existing hunting requirement to identify clearly before pulling the trigger.
SNIP
Clear identification of a target is the point here and is the obligation of anyone hunting or targetshooting. Hunters or others should not be shooting unless there is clear identification of the target.
SNIP
All hunters and all target shooters need to exercise caution in picking when and where they will shoot. There has to be thought and concern about what is downrange for the original shots or richochets.
SNIP
I would hope that nobody thinks responsible sport or meat hunters are crazed unbalanced killers and a danger to the public. The danger comes from the irresponsible shooters whether hunters or target shooters who don't know, or don't care what they're shooting at.

Report Post To Pinecam Moderators

**Back to top**

**Rak**
Scanner Monitor

Joined: 24 Mar 2005
Posts: 11075

🔒 profile   🔒 pm

🔒 quote

D Posted: Sun Feb 26, 2012 11:21 am   Post subject:

> **homeagain wrote:**
> The horses in this thread are NOW being provided for and hopefully will be able to thrive. Perhaps there is ANOTHER opportunity to balance the scales........there are presently TWO older horses (see FOR THE BOYS) who are being cared for (at present) BUT the person NEEDS help ... consider sponsoring one of these horses, so that they may remain in place and thrive...... it is one way to put your passion/words to WORK in a more productive way......JMO...... 🐴 ❤ 🐴 ❤

Yes Homeagain I heartily endorse your push on this.
The topic referenced is:
Only registered users can see links on this board!
Get registered or enter the forums!

Report Post To Pinecam Moderators

**Back to top**

**stevekbk**
Posts pretty often

Joined: 20 Sep 2005
Posts: 88
Location: Bailey

🔒 profile   🔒 pm   ✉ email

🔒 quote

D Posted: Sun Feb 26, 2012 12:28 pm   Post subject: truth!

*BURP*

Report Post To Pinecam Moderators

**Back to top**

**gla58**

🔒 profile   🔒 pm   ✉ email

D Posted: Sun Feb 26, 2012 3:42 pm   Post subject:



Home   Weather   Fire Info   News   Agencies   Government   HOAs   Classifieds   Forums   Recipes   Misc.

Find a Sweetheart of a Deal at
Kenosha Auctions

Terms of Service   Community Calendar   FAQ   Search   Memberlist   Usergroups   Register
Upload Image   Image FAQ   Profile   Log in to check your private messages   Log in

## Feed Store starving Horses- Help Harmony Horse Works

Goto page Previous  1, 2, 3 ... 11, 12, 13 ... 15, 16, 17  Next



new      post      Pinecam.com Forum Index -> The Corral

| | View previous topic :: View next topic |
| --- | --- |
| **Author** | **Message** |

**JMiller**
Pinecam Hall of Fame poster!

Joined: 08 Oct 2005
Posts: 21467
Location: Bailey

Posted: Tue Feb 21, 2012 1:26 pm   Post subject:                    quote

walktrot wrote:
If there were not facts regarding this case then the TV channel would not have reported it. I did not see the news cast as I am not in the area. The sheriff's reports have facts, the other county having a court order to remove the 2 (in the end only one because the other was deceased) horse is a fact  The severe condition of the horse remove is a fact. The photos of the remaining horses condition is also a fact. The horses need and received help, a fact
This is what I mean by digging in one's heels  None of these facts register with those that are defending the owner/person responsible for the care of the horses, AND none of us that have as a priority the horses are willing to ignore the facts thus far and are not willing to believe the humans are not responsible or have a good "excuse."
Let the law do it's work, let the vet do his work, let the horses heal and let's wait for the decisions.

I am not defending or condemning. Others opinions are based on photos and misleading thread titles and headlines. We don't know how the horses belonging the feed store owner came to be that way. That is what is being investigated. Folks are lumping the horse at Aspen Creek and the deceased one into the same circumstances and we don't know that to be the case. The news is notorious for escalating information to make a better read. Saying that Routt County 'refused' to comment instead of saying actually they can not discuss an ongoing investigation or declining to comment fuels the negative aspects of any story. No one is discussing that there were horses in his care that were fine. No story there.

"Gore also said the owner of the horses has many horses on the ranch who were in perfect health."

You don't know why the horses were there, where they came from, in what condition or how long they were at Echo Valley. But people have to shoot off their mouths and make judgements and post misinformation and then act like moving the horses to keep folks from doing further harm by threatening to steal them has actually helped them. So much BS here, now the back peddling and butt covering.

Not being willing to go along with calls for destroying the mans business and trying to be reasonable without laying blame without enough information does not mean we don't have the horses as a concern. This isn't an either or situation.

Report Post To Pinecam Moderators

Back to top        profile    pm

**Loritfp**
Active Pinecam Poster

Joined: 02 May 2003
Posts: 458
Location: Pine

Posted: Tue Feb 21, 2012 1:41 pm   Post subject:                    quote

Good News, the little guy at Aspen Creek Vet is doing a bit better! He is standing on his own and for longer periods of time, he is eating and drinking then taking a nap. He is getting a bit bored and has enough strength to pick up his front leg and paw a bit at his bucket.

Just a glimmer of light on this!

Report Post To Pinecam Moderators

Back to top        profile    pm    email

**JMiller**
Pinecam Hall of Fame poster!

Joined: 08 Oct 2005
Posts: 21467
Location: Bailey

Posted: Tue Feb 21, 2012 1:45 pm   Post subject:                    quote

CHowUR wrote:
And, it scares me that people in the community think it is okay for animals to suffer like that.

Show me where anyone said it is okay for the animals to suffer.

CHowUR wrote:

Pinecam.com - An Electronic Community In The Colorado Rockies



Joined: 08 Oct 2005
Posts: 21467
Location: Bailey

No I am not 'trying' to give him the benefit of the doubt I AM giving him the benefit of the doubt. Just like I would do unto you...just like I would desire to be done unto me.
Innocent until proven otherwise....

**Marcel**
Active Pinecam Poster



Joined: 20 Feb 2007
Posts: 566
Location: Bailey Co.

D Posted: Tue Feb 21, 2012 7:30 pm   Post subject:

Dear Jrniller, I think I would like to be your friend.

"When you stumble, make it part of the dance."

**snow**
Whoa momma! A top Pinecam poster!



Joined: 24 Oct 2002
Posts: 1649

D Posted: Tue Feb 21, 2012 8:08 pm   Post subject:

My guess is that in the next couple of weeks we will all have a better understanding as to what is going on.

I am glad that the remaining horses are now in a situation where they can be watched.

You might think this is a stretch here, but those that write bad restaurant reviews after one visit affects the business owner, yet I see many doing it without just cause only because the food was not to their liking but many others like the food just fine.

I just want animals to be taken care of, be it a horse, cat, dog or guinea pig; in a case like this there are going to be opinions same as with a restaurant review.

All are allowed to have opinions and I would hope that people actually wait for more facts before boycotting or not visiting a business.

We are adults here and this is a public website so like it or not opinions are going to happen.

**CHSO**
Infrequent Pinecam poster

Joined: 25 Jan 2011
Posts: 12
Location: Park, Summit, Clear Creek, Grimm Counties

D Posted: Wed Feb 22, 2012 9:55 am   Post subject:

So where in the world did these horses go? I wonder in whose care they are now?

**Rak**
Scanner Monitor

Joined: 24 Mar 2005
Posts: 11075

D Posted: Wed Feb 22, 2012 10:30 am   Post subject:

CHSO wrote:
So where in the world did these horses go? I wonder in whose care they are now?

I posted a link earlier in this topic giving a link from the story in the Flume giving information from the Sheriff's department. In part it said:

"The horses in question were moved to an undisclosed location in Park County Sunday afternoon," said a Sunday press release from the Sheriff's Office. "The Sheriff's Office felt this was necessary to avoid any complications that could arise and [ensure] the safety of everyone involved."

They moved the horses to an undisclosed location because of perceived threats by various individuals, to take the horses.

**gla58**
Posts pretty often

D Posted: Wed Feb 22, 2012 11:21 am   Post subject:

This is just OJ Simpson Bailey style. Because there is much too much mystery and handling around this animal abuse case.



Please do.

_____

Always kiss as if it's the first and last time.

It's never to late to live Happily Ever After.

Report Post To Pinecam Moderators

**Back to top**    (✗ ignore) (👤 profile) (✉✉ pm)

**In a whisper**
Posts pretty often



Joined: 23 Apr 2008
Posts: 86

🗋 Posted: Wed May 16, 2012 8:00 am   Post subject: Results of Echo Valley
Ranch Hearing - May 15th @ 1:00.                    (🗨 quote)

It was a bit disappointing that there wasn't more of a turnout. There was no
demonstration which I think was a good thing. The people were all respectful
in the court room, no one made any out burts at all.

The charges are 4 counts of "animal cruelty" on both Ron Swift and Randy
Hatlee.

Our concern is that the trial date will be this winter. Most people that have
horses "feed up" so that their horses have extra weight to keep them warm in
throughout winter, but if the Bailey 6 horses are kept in pens they will not get
the opportunity to "feed up" or have the enjoyment of grazing along with the
boarded horse.



If people want to demonstrate I believe it should be in front of Bailey Feed
Store not the court house in Park County. 😊

_____

We call them dumb animals and so they are for they cannot tell us how they
feel, but they do not suffer less because they have no words.
By Anna Sewell,
Author of Black Beauty

Last edited by In a whisper on Wed May 16, 2012 8:05 am; edited 1 time in total

Report Post To Pinecam Moderators

**Back to top**    (✗ ignore) (👤 profile) (✉✉ pm)

**Pinecam Moderators**
Whoa momma! A top
Pinecam poster!

Joined: 09 Jun 2004
Posts: 1631

🗋 Posted: Wed May 16, 2012 8:01 am   Post subject:               (🗨 quote)

This is a WARNING.................if this continues down the path that the
previous three locked threads did......................this will also be locked. Keep it
civil and factual.

_____

The Pinecam Moderator Team

Report Post To Pinecam Moderators

*Feed Store*



**offline**

**Joined:** Sun Jun 06, 2010
12:34 pm
**Posts:** 686

> **jf1acai wrote:**
> Sentencing before trial doesn't fit with presumption of innocence.

I am not sentencing anyone, and the evidence does not presume innocence. Look again.



It is the American way,leave it up to the courts. That is fine. Some judge that doesnt know the difference between a cow and a horse is going to make a decision on starvation and abuse, will render a judgement that punishes the human? The human is fine.

Just save the horses. Another horse goes hungry tonight.

**_Log in_** or **_register_** to leave comments.

**Top**    👤 **profile**

---

**Mountaingirl**    **Post subject:** Starving Horses    🗋**Posted:** Sun Mar 11, 2012 4:01 pm

**offline**



**Joined:** Mon Oct 18, 2010
10:06 am
**Posts:** 177

The horses ultimately have been "sentenced".

We are witnessing the after effects, which are disgraceful, despicable and inhumane.

---

Live without pretending, Love without depending, Listen without defending, Speak without offending.

**_Log in_** or **_register_** to leave comments.

**Top**    👤 **profile**

---

**CinnamonGirl**    **Post subject:** Re: Starving Horses    🗋**Posted:** Sun Mar 11, 2012 4:04 pm

**offline** 

Anyone that owns a feed store and has starving animals. Give me a break. This is not about the owners anymore... The courts will take



care of it, I just wanted to see the county get them out of there. When a horse gets better after being confiscated then you have your answer. As long as the animals are safe and they don't own again. I really don't care. viewtopic.php?f=128&t=18510

_____

*My evil twin is Robynabc*
*Learning to ignore things is one of the great paths to inner peace.*
Bound to make a difference in your Community.
CommunitiesBound.com
SmokyHillBound.com

**Log in** or **register** to leave comments.

**Joined:** Thu Apr 08, 2010 8:23 pm
**Posts:** 12206
**Location:** Colorado

**Top** | profile

Display posts from previous: All posts | Sort by Post time | Ascending | Go

new topic | post reply **Page 2 of 7** [ 62 posts ] Go to page **Previous 1**, 2, **3**, **4**, **5** ... **7** **Next**

Board index » The Highway » The Campfire          All times are UTC - 7 hours [ DST ]

**Who is online**

Users browsing this forum: **magicwrenchmedia**, **ZHawke** and 7 guests

You **cannot** post new topics in this forum
You **cannot** reply to topics in this forum
You **cannot** edit your posts in this forum
You **cannot** delete your posts in this forum

Jump to:   The Campfire    Go

Powered by phpBB © 2000, 2002, 2005, 2007 phpBB Group

Feed Store



offline

**Joined:** Mon Oct 18, 2010 10:06 am
**Posts:** 177

I am basing my *decision* on looking at the starving horses, *seeing* them live and *talking* with the professionals who treated them.

Private businesses which sell to the public, are private citizens that got busted.

I am publicly disappointed that animals in the control of people who mistreat them continues. No, that is not OK with me!

_____

Live without pretending, Love without depending, Listen without defending, Speak without offending.

**_Log in_** or **_register_** *to leave comments.*

Top | profile

---

**Becky**

offline



**Joined:** Tue May 11, 2010 12:03 pm
**Posts:** 6105
**Location:** Looking towards home

**Post subject:** Re: Starving Horses | **Posted:** Sun Mar 11, 2012 1:11 pm

m'kay

_____

The harder you work, the luckier you get.
Mile Marker List

**_Log in_** or **_register_** *to leave comments.*

Top | profile

---

**Hoot Owl**

offline



**Joined:** Sun Jun 06, 2010 12:34 pm
**Posts:** 686

**Post subject:** Re: Starving Horses | **Posted:** Sun Mar 11, 2012 1:49 pm

Becky,
the owner/care giver of this horse owns a feed store, and I would assume has some animal husbandry knowledge. This is a situation that went terribly wrong. But it was not an accident, it was neglect. This does not need to go through a lengthy court hearing. The horse was starving and very sick. What part of this picture dont you understand?



**offline**

**Joined:** Tue May 11, 2010 12:03 pm
**Posts:** 6105
**Location:** Looking towards home

So...Let me see if I understand your positions.....

You are basing your educated opinion or guess based on a newspaper article. No trial or investigation completed yet.

You are relying on one article from a newspaper that has more often than i would like to see, portrayed a situation that was somewhat different than the ultimate outcome. (JMO)

A great example of slant are the two articles from the HTT and Flume in regards to the IMHS situation. Who do we believe?

I wonder how you would feel if you were accused of a crime that you felt you were not guilty of and a group of folks went on a public discussion forum and anonymously threatened your livelihood by announcing a boycott without you having the ability to have your day in court. Would that be ok with you?

These are private businesses and private citizens.

I am personally disappointed that any of us would go down this road.

_____

The harder you work, the luckier you get.
Mile Marker List

***Log in** or **register** to leave comments.*

**Top** | **profile**

---

**HappyCamper** | **Post subject:** Starving Horses | ⬜**Posted:** Sun Mar 11, 2012 1:08 pm

**online**

**Joined:** Sun Nov 28, 2010 11:08 am
**Posts:** 427

This is why we are all allowed to have our own opinion.

If this involved a child and not just an animal you know that it would not be tolerated.

This is not the first time that horses have been investigated at Echo it is just the first time that they have been seized.

I am perfectly comfortable with my comments and do not feel bad in anyway about voicing my opinion.

One other thing OJ was found innocent and if he had a business up here I would not patronize it.

***Log in** or **register** to leave comments.*

**Top** | **profile**

---

**Mountaingirl** | **Post subject:** Starving Horses | ⬜**Posted:** Sun Mar 11, 2012 1:09 pm

*Feed Store*

Joined: 23 Apr 2008
Posts: 79
Location: Pine

sickened by how the remaining 6 horses are being cared for. The horses need food and clean water 24 hours a day. They are trying to recover from being starved and must have food. Tell me why these little horses aren't out on pasture with the rest of the herd...............1600 acres of grass. I think there would be plenty for them to eat.

Ron also said he couldn't afford to feed the horses..................he owns a feed store for heaven sake.

---

We call them dumb animals and so they are for they cannot tell us how they feel, but they do not suffer less because they have no words.
By Anna Sewell,
Author of Black Beauty

Report Post To Pinecam Moderators

**Back to top**   ( X ignore )( 👤 profile )( 📧 pm )

**kirt8572**
Posts pretty often
▲▲ ▲▲

Posted: Tue May 15, 2012 9:02 am   Post subject:   ( 💬 quote )

You can't sway me. I know what I stand for.

Joined: 19 Jan 2008
Posts: 113

Report Post To Pinecam Moderators

**Back to top**   ( X ignore )( 👤 profile )( 📧 pm )

**TwoHawks**
Posts pretty often
▲▲ ▲▲

Posted: Tue May 15, 2012 9:03 am   Post subject:   ( 💬 quote )

Gee you keep adding so much to the story each time. The horses have been on special feeding program set by the vets( as stated in timberlines post). You cant keep your facts right.

Joined: 06 Jan 2009
Posts: 80
Location: Co.

Report Post To Pinecam Moderators

**Back to top**   ( X ignore )( 👤 profile )( 📧 pm )

Display posts from previous:   All Posts      Oldest First    [Go]

( 📄 newtopic )( 📄 postreply )   **Pinecam.com Forum Index ->**
**The Corral**

All times are GMT - 7 Hours

Goto page Previous  **1**, **2**, **3** ... **9**, **10**, 11

**Page 11 of 11**
**Quick Reply:**



Agreed. Seems like there might be a lot of information missing or, perhaps, the article is just very poorly written. I'm confused as well.

Hamahakki Ratsastaja

Report Post To Pinecam Moderators

Joined: 19 Mar 2004
Posts: 11020
Location: Bailey

Back to top | profile | pm |

**Sugar Lady**
Infrequent Pinecam poster

Joined: 13 Jun 2011
Posts: 48
Location: ON THE MOINTAIN

Posted: Fri Feb 17, 2012 4:27 pm    Post subject: Re: Feed Store starving Horses- Help Harmony Horse Works    quote

Anais101 wrote:

I am posting this with the permission of Barbara @ Harmony . Please help with you donations so they can continue there work. This is very distressing knowing that a feed store has starving horses.

Hello Everyone who loves animals,

We received a call for help in an impound case from Routt County regarding a horse that was transferred out of their jurisdiction to Bailey, CO, near us, and they needed help saving the little colt from death. He is so weak that transporting him back up to Steamboat Springs would have surely killed him. Here is the slideshow of its arrival at our vet in Conifer, CO. We need your help for his aftercare and rehabilitation here. There are six more horses in worse condition than this one, but Routt has no jurisdiction in Park County, so Park is working on a court order to impound. The owner is [removed by moderator] -- yes, that's right -- a feed store with starving horses. Barb Verrone came with me to help settle him in when he arrived. It was a replay of other unimaginable scenarios, but we think he may make it! Send prayers and love to this 2 year-old we named Little Big Man. We are working with other rescues to prepare them for taking the other six when they are impounded. Cut and paste this link into your browser to see his arrival at our vet's clinic.

Only registered users can see links on this board!
Get registered or enter the forums!

Barbara Wright
Harmony HorseWorks
Horse Sanctuary & Therapy Center
501(c)(3) Nonprofit Corp.
13639 Elsie Road
Conifer CO 80433
(303) 816-0766
Only registered users can see links on this board!
Get registered or enter the forums!

Only registered users can see links on this board!
Get registered or enter the forums!

Only registered users can see links on this board!
Get registered or enter the forums!

MAKE ROOM FOR A HORSE IN YOUR HEART!
MAKE ROOM FOR A HORSE IN YOUR ART!
Only registered users can see links on this board!
Get registered or enter the forums!

When you register with iGive and shop online through the iGive portal, a percentage of the sale is donated to Harmony HorseWorks when you indicate us as the charity of your choice.

Harmony HorseWorks is the home of Wright-ESCT™ EQUINE STRESS CONTROL THERAPY used to heal spooky,

Since the owners and caretakers have vets treating the sick horses and the animal control officers have been out several times.

The horses are sick not starving.

IMO It is slanderous to vilify the owners of a business without more info.

I think it is dangerous to assume that this is anything more then what you see sick horses.

Code Enforcement deputies responded to the Ranch. Upon investigation and after conferring with the State Veterinary's Office and three other Vets it was decided it is in the best interest of the horses to leave them at Echo Valley Ranch and continue their **treatment regiment** at that location. We concur with the recommendation of those veterinarians

Last edited by Sugar Lady on Fri Feb 17, 2012 5:35 pm; edited 1 time in total

Report Post To Pinecam Moderators

Back to top | profile | pm |

**CHowUR**    Posted: Fri Feb 17, 2012 4:31 pm    Post subject:    quote

*Feed Store*

# Pinecam.com

Est. 1994

**FRONT RANGE WATER**
**SERVING THE COMMUNITY FOR 18 YEARS**

Terms of Service   Community Calendar   FAQ   Search   Memberlist   Usergroups   Register
Upload Image   Image FAQ   Profile   Log in to check your private messages   Log in

## Feed Store starving Horses- Help Harmony Horse Works

Goto page 1, 2, 3 ... 17, 18, 19  Next

| What is your credit score? View Yours for FREE! | | FreeScore.com |
|---|---|---|
| Excellent  750 - 840 | Fair  620 - 659 | I Don't Know   ??? |
| Good   660 - 749 | Poor  400 - 619 | Find out INSTANTLY! |

newtopic   postreply   Pinecam.com Forum Index -> The Corral

View previous topic :: View next topic

| Author | Message |
|---|---|
| **Anais101**<br>Infrequent Pinecam poster<br><br>Joined: 09 Feb 2007<br>Posts: 27 | Posted: Fri Feb 17, 2012 2:15 pm   Post subject: Feed Store starving Horses- Help Harmony Horse Works   quote<br><br>I am posting this with the permission of Barbara @ Harmony . Please help with you donations so they can continue there work. This is very distressing knowing that a feed store has starving horses.<br><br>Hello Everyone who loves animals,<br><br>We received a call for help in an impound case from Routt County regarding a horse that was transferred out of their jurisdiction to Bailey, CO, near us, and they needed help saving the little colt from death. He is so weak that transporting him back up to Steamboat Springs would have surely killed him. Here is the slideshow of its arrival at our vet in Conifer, CO. We need your help for his aftercare and rehabilitation here. There are six more horses in worse condition than this one, but Routt has no jurisdiction in Park County, so Park is working on a court order to impound. The owner is [removed by moderator] -- yes, that's right -- a feed store with starving horses. Barb Verrone came with me to help settle him in when he arrived. It was a replay of other unimaginable scenarios, but we think he may make it! Send prayers and love to this 2 year-old we named Little Big Man. We are working with other rescues to prepare them for taking the other six when they are impounded. Cut and paste this link into your browser to see his arrival at our vet's clinic.<br>Only registered users can see links on this board!<br>Get registered or enter the forums!<br><br><br>Barbara Wright<br>Harmony HorseWorks<br>Horse Sanctuary & Therapy Center<br>501(c)(3) Nonprofit Corp.<br>13639 Elsie Road<br>Conifer CO 80433<br>(303) 816-0766<br>Only registered users can see links on this board!<br>Get registered or enter the forums!<br><br>Only registered users can see links on this board!<br>Get registered or enter the forums!<br><br>Only registered users can see links on this board!<br>Get registered or enter the forums!<br><br>MAKE ROOM FOR A HORSE IN YOUR HEART!<br>MAKE ROOM FOR A HORSE IN YOUR ART!<br>Only registered users can see links on this board!<br>Get registered or enter the forums!<br><br>When you register with IGive and shop online through the IGive portal, a percentage of the sale is donated to Harmony HorseWorks when you indicate us as the charity of your choice.<br><br>Harmony HorseWorks is the home of Wright-ESCT™ EQUINE STRESS CONTROL THERAPY used to heal spooky,<br><br>Report Post To Pinecam Moderators |
| Back to top | profile   pm |
| **thunderbucks**<br>Prolific Pinecam Poster | Posted: Fri Feb 17, 2012 3:57 pm   Post subject:   quote<br><br>Press Release from Park County Sheriff's Office<br><br>Sheriff Fred Wegener |

Threat Haven

Pinecam.com - An Electronic Community In The Colorado Rockies                    Page 3 of 4



On a serious note, I just have three questions after reading all of this, if anyone does know, I would appreciate -

What does Routt County have in all this, because as far as I can see I'm pretty thankful since this is what brought this to visibility? Why was Routt County involved? This seems very fishy and I'm wondering if any money is being passed through all this.

Yesterday's channel 7 news interview owner said it was botulism (which I doubt after reading symptoms), should we be concerned - since it is caused by bad feed?

The horses, my biggest concern, if these horses were taken away by Sheriff Office. Well, how can people who love horses be assured that they are being taken care of and not just hidden? Is there someone I can call/email to ease my concerns where they can go out to see the horses?

Thanks.

Report Post To Pinecam Moderators

Joined: 24 Apr 2006
Posts: 108

Back to top                        profile    pm

ridgewalker                        Posted: Wed Feb 22, 2012 12:11 pm    Post subject:                    quote
Pinecam Hall of Fame poster

I suppose you can call the Sherrif's office but I'm pretty sure they will tell you exactly what was in the press release quoted in the post above yours, that the horses were moved to an undisclosed location due to perceived threats.

Do you really think the Sherrif's office is hiding the horses for some nefarious purpose? Really?

Hamahakki Ratsastaja

Report Post To Pinecam Moderators

Joined: 19 Mar 2004
Posts: 10962
Location: Bailey

Back to top                        profile    pm

CHSD                              Posted: Wed Feb 22, 2012 12:32 pm    Post subject:                    quote
Infrequent Pinecam poster

A system that works should proudly tell the taxpayers and voters where these horses are, and what an update of their condition is.

Perhaps a few of us, would like to donate to the care of these horses, its really that simple.

Seriously these horses are 'undisclosed' due to safety issues , there is no threat against the horses. Really!!

Gia58 you are correct, the mystery around this entire event is out of control.

Report Post To Pinecam Moderators

Joined: 25 Jan 2011
Posts: 12
Location: Park, Summit,
Clear Creek, Gilpin Counties

Back to top                        profile    pm    email

wildGoose2                        Posted: Wed Feb 22, 2012 12:40 pm    Post subject:                    quote
Oh my, Big Time poster!

there was a threat - by e-mail - some threatened to go to EVR and remove the horses themselves - while they may have only been threatening, the SO takes threats like that seriously - hence the need for further protection
if a man was threatening a woman, and tax paid SO transported her to a woman's shelter, should the man be notified of her where-abouts because the man's taxes were involved in the transportation?

Report Post To Pinecam Moderators

Joined: 05 Oct 2005
Posts: 3973

Back to top                        profile    pm

Display posts from previous: All Posts    Oldest First    Go

All times are GMT - 7 Hours

newtopic    postreply    Pinecam.com Forum Index -> The Corral        Goto page Previous 1, 2, 3 ... 12, 13, 14, 15, 16, 17 Next

Jump to:    The Corral    Go

You cannot post new topics in this forum
You cannot reply to topics in this forum
You cannot edit your posts in this forum
You cannot delete your posts in this forum
You cannot vote in polls in this forum

Pinecam's Community Forum uses phpBB © 2010
Pinecam.com is a member of the Platte Canyon Chamber of Commerce

| Advertise on Pinecam | Donate to Pinecam | Community Calendar | Contact Us | Donate to TSAC |

## PARK COUNTY SHERIFF'S
### CONTINUATION SHEET

| | | Report Number |
|---|---|---|
| | | **2012000142** |

| Initial Offense Classification | Subject | Date of Report |
|---|---|---|
| **Cruelty to Animals** | **Swift, Ronald/ Hatlee, Randall J.** | **02-13-2012** |

Dr. Britt stated he would be glad to go and examine the horse. The only thing he would suggest he would give the owner would be if the mare was not standing on her own within twenty-four to forty –eight hours he would recommend euthanasia.

I asked Dr. Britt about the possibility of Tic Paralysis and he was reserved about this even being a possibility. He stated he has never seen a case in Colorado, but that does not mean anything. He felt the time of the year was a factor and ticks are usually out in the spring season not the winter. I asked what the symptoms of Tic Paralysis are and he stated coordination loss, which would lead to paralysis of the legs and chest muscles.

On February 17, 2012 I was contacted by Deputy Hardey and advised that "Maggie" was deceased and that Timberline Equine Veterinary Services had arranged a necropsy with Colorado State University. The necropsy was to determine the horse's cause of death.

On February 19, 2012 I received a telephone call from Under sheriff Gore at my residence. The Under sheriff advised me that he had received several telephone calls from the Public Information Officer for State of Colorado's Department of Agricultures Office. He was very concerned for the safety of the owners of the horses and the horses themselves. The Under sheriff stated that he had been on the telephone all morning and the emails and telephones calls were very concerning to him. He asked if I could make arrangements to move the horses. I advised the Under sheriff that I would see if the owners would agree to move the horses into protective custody on a temporary basis.

Deputy Hardey contacted Swift and Hatlee and they did agree to move the horses. I completed a written agreement that was signed by Hatlee, Swift and Deputy Hardey. This agreement was turned over to Deputy Hardey and has been placed in the case file.

The horses were moved from the Echo Valley Ranch and transported by Swift and Hatlee. The horses were moved to a private ranch in Park County and housed in an enclosed barn. The horses were provided with veterinarian care by Timberline Equine Veterinary Services while at this location. I assisted with unloaded the horses and accessing them once they were taken off of the trailers. I noticed that the younger horses back legs were quivering when they walked. The horses were given hay and water before we left the area. Hatlee was concerned about one of the young colts named "Chance". Hatlee advised us that the colt had been collapsing frequently and that he was unable to rise on his own.

On February 21, 2012 at approximately 10:30 AM, I received a call from Dr. Horton, DVM. Dr. Horton called and stated that she had some preliminary results on the necropsy that was done on "Maggie". I recorded a portion of this conversation (see attached audio disk). Under sheriff Monte Gore and Sheriff Fred Wegener were both in the office for the conversation with Dr. Horton.

Dr. Horton stated:

| Officer's Signature & Number | Supervisor's Initials & Date | Page _____ of _____ |
|---|---|---|
| Sgt. B. Priestly #9522 | | |

Rev. 6/98
N

Form: PCSO-

89

Threats

**PARK COUNTY SHERIFF'S OFFICE**
CONTINUATION SHEET

COPY

| | Case Report Number |
|---|---|
| | 2012000142 |

| | | Date of Report |
|---|---|---|
| Initial Offense Classification | Subject | 2/16/2012 |
| **Cruelty to Animals** | **Swift, Ron and Hatlee, Randal** | |

During the course of the day, I had received over ten telephone calls from concerned citizens and due to the amount of public attention, I had to get Under Sheriff M. Gore involved. Swift advised me that he was getting threats on his feed store. I had also spoken the Dr. Horton that day and she advised me that she was receiving threats from concerned citizens at her clinic.

On February 19, 2012, at approximately 12:30PM, the decision was made to remove the horses from the Echo Valley Ranch and place the horses into protective custody. I had spoken to Sergeant B. Priestly and we made arrangements to take the horses to an undisclosed location. The female party that resided at that residence identified herself as:

**IP- Kirstin LeBeau (DOB 08/05/1972)**

I asked both Swift and Hatlee if they were ok with moving the horse. I felt at that time, the decision to move the horses was in the best interest of both the owners and the horses. After a long discussion Swift and Hatlee agreed to move the horses. Hatlee advised me that "Chance" was not doing well. Hatlee stated that Chance was unable to stand on his own. Hatlee said he was uncomfortable moving "Chance" but he would do what I asked.

At approximately 3:00PM, I responded to the Echo Valley Ranch with Swift and Hatlee. "Midnight," "Lena," "Fiona," "Echo," "River" and "Chance" were loaded into two trailers (Swift and Hatlee personally transported) nd brought the horses to 1401 Park County Road 77, Jefferson, Colorado. At the time of arrival, approximately 5:00PM, Sgt. Priestly was already on scene ready to help. LeBeau moved her personal horses to a pasture and we put the horses in an enclosed arena. Once the horses were settled, Sgt. Priestly and I cleared the residence and went home.

On February 20, 2012, I called Dr. Horton to see if she had any information with the results on "Maggie." Dr. Horton said "Maggie" died from an abscess in her Aorta, which caused blood to go else where in her body other than her heart. I also spoke with Sgt. Priestly and she said that the disease sounded like a genetic defect in her heart.

On February 22, 2012, at approximately 10:00AM, I called Dr. Horton on the telephone. I asked Dr. Horton if she had received any further information on the horses. Dr. Horton said she had gone to 1401 Park County Road 77, and took blood work on the six horses. Dr. Horton said some of the blood results showed that all the horses were anemic and some had a high white blood count. A few of the horses also had fast heart rates. I asked Dr. Horton if all the results she gave me would result in being emaciated. Dr. Horton said, "No." Dr. Horton felt the horses were left out to pasture for too long without being supplemented with other food and that is how they got skinny. At that point I made the decision to write a warrant to seize the six horses and hay samples from Echo Valley Ranch. I will be charging Swift and Hatlee with Cruelty to Animals. Each party will be charged with three counts based on the three horses that each owned.

| Officer's Signature & Number | Supervisor's Initials & Date | Page _____ of _____ |
|---|---|---|
| C. Hardey 9523 | | Form: PCSO- |

Rev. 6/98

Fire
Swift



Joined: 08 Oct 2005
Posts: 22160
Location: Out of my Mind

Especially when he has "experience" and all it required was food???
Why is it okay to let a horse sit in it's own fecal matter,is that a normal
human reaction? I would've sent my horse to the vet asap (I am a prior
horse owner)
What story do we not know exactly?
You have a horse that is starving....Someone else rescues them feeds them
and they recover,obviously it's the prior owners fault. No medical problems
and such...Just food
Like I said this person has been known (not only in my eyes,to be mean in
spirit)
**Don't reply Mr.Garcia I refuse to argue as we live on different
planets**
**But if you need to King Soopers sells Kleenex**

Was this for me? We have nothing to argue about. You don't know me and you
don't know my heart in all of this. What a mindless thing to say.
Didn't know anyone's 'spirit' was a matter of law in this.

There are some that have actually had reasonable discussions privately with
me. Thank you. There are some that actually understand where I stand on
this.
But this isn't about me. It's about the day in court which can't come too soon
and hopefully where justice will be served, or served as well as is possible in
light of everything.

Report Post To Pinecam Moderators

**Back to top**

(X ignore) (profile) (pm)

---

**In a whisper**
Posts pretty often



Joined: 23 Apr 2008
Posts: 68
Location: Pine

Posted: Mon May 07, 2012 8:11 am   Post subject: Starved Bailey Horses   (quote)

What you wrote CC Rider is so very well put.

I want to make sure that everyone knows that Ron Swift is only the caretaker
at Echo Valley Ranch he is not the owner of the property, and I know this for a
fact. Ron Swift needs to be fired and have all horses taken away from him
forever.

And Steve baby it appears that you seem to hate anyone that believes in God.
I feel so sorry for you.

"We call them dumb animals for they cannot tell us how they feel, but they do
not suffer less because they have no words" Anna Sewell Author, Black
Beauty.

Report Post To Pinecam Moderators

**Back to top**

(X ignore) (profile) (pm)

Pinecam.com – An Electronic Community In The Colorado Rockies



**Posts pretty often**

quote



Joined: 23 Apr 2008
Posts: 76
Location: Pine



Here is the latest update on Echo Valley Horse – 6 Bailey Horses

Dear Mr. LeDoux:

Thank you for meeting with us today. Following our meeting this morning we took the opportunity to drive to Echo Valley Ranch. Visible from County Road 70 (which transects the ranch) were the 6 Bailey horses along with a few others on a dry lot (or small paddock) with no apparent food or water. A number of other horses were observed on large green pasture eating lush grass. It is our collective opinion that the 6 Bailey horses that were returned to Mr. Swift after being seized for alleged mistreatment need 24 hour a day access to water and hay to continue their recovery. It appears that Mr. Ron Swift has decided to punish them. One has to wonder why all of the horses aren't receiving the same treatment and nourishment? There are hundreds of acres of grass pasture on the property. Why have horses kept segregated on a dry lot? It's heartbreaking to see and seems so unnecessary.

We look forward to attending Mr. Swift's hearing tomorrow at 1 p.m. See you there.

_____

We call them dumb animals and so they are for they cannot tell us how they feel, but they do not suffer less because they have no words.
By Anna Sewell,
Author of Black Beauty

Report Post To Pinecam Moderators

**Back to top**    ( ignore   profile   pm )

Display posts from previous:  All Posts    Oldest First    Go

newtopic   postreply   **Pinecam.com Forum Index -> The Corral**

All times are GMT - 7 Hours

Goto page Previous  1, 2, 3, 4, 5, 6, 7, 8, 9, 10

**Page 10 of 10**
**Quick Reply:**

Preview   Submit
Stop watching this topic

Jump to:  The Corral   Go