UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT

Plaintiffs,
vs.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE
FRED WEGENER and
ASHLEIGH OLDS,

Defendants.

---

SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DOCUMENTS 63, 64, 65 and 66

---

Attached hereto are:

\   Exhibit 37-Index of Exhibits

Exhibit 38-Separate Statement of Facts re Third Claim [#64]

Exhibit 39-Separate Statement of Facts re Individual Capacity [#65]

Exhibit 40-Separate Statement of Facts re Damages [#66]

1

/s/ Brice A. Tondre

---

Brice A. Tondre
215 South Wadsworth Blvd., #500
Lakewood, Colorado   80226
Telephone:  303-296-3300
Facsimile: 303-238-5310
briceatondrepc@msn.com

ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of January, 2015, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which willsend notification of filing to the following.

Timothy P. Schimberg

John Lebsack

/s/ Brice A. Tondre

---

2