# EXHIBIT 37

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT

Plaintiffs,
vs.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE
FRED WEGENER and
ASHLEIGH OLDS,

Defendants.

**INDEX OF EXHIBITS TO PLAINTIFFS' MEMORANDA IN OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT [Doc. Nos. 67, 68, 69, 70 and 71]**

There are 36 Exhibits which have been filed with [#68] the first 31 of which are also attached to [#67]. A description of each exhibit follows.

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 1 | Cindy Hardey's report of the wellness check conducted at Echo Valley ranch on February 16, 2012, and her contacts with Dr. /Olds on that date. |
| 2 | Bobbi Priestly's report of the wellness check conducted at Echo Valley ranch on February 16, 2012. |
| 3 | February 16, 2012, Notice of Warning. |
| 4 | February 16-17, 2012, e-mails between Dr. Olds and Deputy Hardey. |
| 5 | February 16, 2012, e-mail setting forth Dr. Horton's differential diagnosis of Maggie |
| 6 | February 16, 2012, e-mail from Barbara Wright urging the Sheriff's Office to |

1

|   |   |
|---|---|
|   | seize the horses and noting that she was present for and photographed the arrival of Bear and Dr. Olds at her clinic |
| 7 | February 18, 2012, e-mail from Barbara Wright to Drs. Horton and Burton urging them to convince Mr. Swift to give up the horses to her. |
| 8 | February 18, 2012 e-mail from Barbara Wright to Monika expressing frustration with Park County animal control and her intent to launch an "email blast." |
| 9 | February 19, 2012, posting in BEARCAT by Barbara Wright noting that she just received a report from the clinic that Bear's problem was not neurological and is starvation. It noted that the Ferraros were helping with "lobbying Officialdom to move on this travesty." |
| 10 | Report of Sgt. Priestly regarding the events leading up to placing the horses in protective custody and to seizure. Concern about threats was the motivating factor. Dr. Horton expressed the need to go slowly in analyzing the case and expressed concern about harassing calls she was receiving from Shelly Ferraro and about death threats which she received. It reports a meeting of Wegener, Gore and Priestly on February 21, 2012, during which they have a telephone conference with Dr. Horton. |
| 11 | The Protective Custody Agreement. |
| 12 | Paper published by Dr. Olds clinic regarding the need to go slowly in diagnosing the cause of equine anemia. It is noted that there are many potential causes one of which is ingestion of toxins. All subject horses were anemic. |
| 13 | A number of e-mails dated February 21 and 22, 2012 showing dissatisfaction with the protective custody agreement, a threat by Shelley Ferraro sent to Sgt. Priestly which she forwards to Undersheriff Gore who immediately enlisted Dr. Olds to aid him in planning to relocate the horses from protective custody. Dr. Olds agrees to temporarily house the horses and provide various services for their care. This follows on the heels of the February 21, 2012, meeting of Wegener, Gore and Priestly described in Exhibit 10. It is fair to infer that they were planning to attempt to seize the horses. |
| 14 | On February 24, 2012, the day after the horses were seized, Dr. Olds sent an e-mail thanking everyone who put pressure on the Sheriff's Office and acknowledging that the public pressure caused their demands to be taken seriously. |
| 15 | Affidavit for the search warrant. |

2

| | |
|---|---|
| 16 | February 25, 2012, e-mail from Monika to Dr. Olds stating that after a conversation with Gore she believes he is alright. Compare with this the Ferraro threat to create more publicity (Exhibit 13). Before the seizure Gore is a villain. |
| 17 | February 28, 2012, memo from Dr. Burton listing the diagnostic testing and analysis which was being arranged by Plaintiffs when the horses were seized. The seizure prevented testing and analysis which would have prevented their seizure and prosecution. |
| 18 | April 10, 2012, Order directing return of the seized horses to Plaintiffs. |
| 19 | April 12, 2012, e-mail from Dr. Olds to Gore asserting that the incompetence of the assistant district attorney in handling the hearing at which the horses were ordered returned was the cause. Dr.. Olds is urging Gore to press the prosecution. Gore responded that, "I will get with Sgt. Priestly and Lt. Bonnelycke and our county attorney to analyze a strategy for going forward. We are there with you." Dr. Olds threatens Gore that "this is about to erupt into another media storm." |
| 20 | In an April 11, 2012 e-mail Sgt. Priestly bemoans the loss, criticizes the District Attorney, and says "We have NEVER lost a case and I am not about to start now." [So it is all about winning, justice be damned.] |
| 21 | Barbara Wright's memo regarding her attempt to buy the horses through Drs. Burton and Horton and that Plaintiffs could avoid legal proceeding if they sold the horses to her. |
| 22 | Excerpts from the deposition of Dr. Burton. |
| 23 | Excerpts from the deposition of Dr. Horton. |
| 24 | Excerpts from the deposition of Sheriff Wegener. |
| 25 | Excerpts from the deposition of Undersheriff Gore. |
| 26 | Excerpts from the deposition of Dr. Questen and her expert reports. |
| 27 | Excerpts from the deposition of Captain Bonnelycke. |
| 28 | Excerpts from the deposition of Sgt. Priestly. |
| 29 | Excerpts from the deposition of Deputy Hardey. |
| 30 | E-mails illustrating pressure on the District Attorney. |

31 Excerpts from the deposition of Dr. Olds.

32 Declaration of Randall J. Hatlee.

33 A sampling of publications which were damaging to Plaintiffs' reputations, embarrassing and emotionally injurious to Plaintiffs.

34 A Pinecam posting by Drs. Horton and Burton in response to the barrage of misinformation regarding Plaintiffs' horses.

35 December 3, 2012, ruling suppressing evidence of what transpired during the seizure period.

36 Declaration of Jena Questen, D.V.M.

/s/ Brice A. Tondre

Brice A. Tondre
215 South Wadsworth Blvd., #500
Lakewood, Colorado 80226
Telephone: 303-296-3300
Facsimile: 303-238-5310

ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of January, 2015, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notification of the filing to the following:

Timothy P. Schimberg

John Lebsack

/s/ Brice A. Tondre

4