# EXHIBIT 38

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     13-cv-02469-RPM-MJW

RANDALL J. HATLEE,
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER,
ASHLEIGH OLDS,

Defendants.

## SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS RE: MOTION FOR SUMMARY JUDGMENT REGARDING PLAINTIFFS' THIRD CLAIM FOR RELIEF

| Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response/Additional Facts and Supporting Evidence | Moving Party's Reply and Supporting Evidence |
|---|---|---|
| 1. A copy of the "Agreement" is attached hereto as Exhibit A. | The agreement includes the Notice of Warning which is Plaintiffs' Exhibit 3. | |
| 2. It was signed by Animal Control Officer Cindy Hardey on February 19, 2012. _Id._ at ¶ 3. It was signed by the Plaintiffs on that same date. | | |

Respectfully submitted this 15th day of January, 2015.

*(Original signature on file at the offices of Fowler, Schimberg & Flanagan, P.C.)*

*/s/ Timothy P. Schimberg*
_____
Timothy P. Schimberg

FOWLER, SCHIMBERG & FLANAGAN, P.C.
1640 Grant Street, Suite 150
Denver, Colorado 80203
(303) 298-8603

ATTORNEY FOR DEFENDANTS CINDY HARDEY, BOBBI PRIESTLY, MONTE GORE, AND FRED WEGENER

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January, 2015, I caused a true and correct copy of the foregoing **SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS RE: MOTION FOR SUMMARY JUDGMENT REGARDING PLAINTIFFS' THIRD CLAIM FOR RELIEF** to be filed via the ECF system, with notice of same being electronically served to the following:

Brice A. Tondre, Esq.  
Brice A. Tondre, P.C.  
215 S. Wadsworth Blvd., Ste. 500  
Lakewood, CO 80226-1566  
***Attorney for Plaintiffs***

John M. Lebsack, Esq.  
White and Steele, P.C.  
600 17th Street, Ste. 600N  
Denver, CO 80202  
***Attorney for Defendant Ashleigh Olds***

*(Original signature on file at the offices of Fowler, Schimberg & Flanagan, P.C.)*

/s/ Kala Cyganiewicz
_____