UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT

Plaintiffs,
vs.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE
FRED WEGENER and
ASHLEIGH OLDS,

Defendants.

---

SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DOCUMENT NUMBER 61

---

Attached hereto are:

\   Exhibit 37-Index of Exhibits

Exhibit 41-Separate Statement of Facts re Dr. Olds Motion [#61]

1

/s/ Brice A. Tondre
_____

Brice A. Tondre
215 South Wadsworth Blvd., #500
Lakewood, Colorado  80226
Telephone:  303-296-3300
Facsimile: 303-238-5310

ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of January, 2015, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which willsend notification of filing to the following.

Timothy P. Schimberg

John Lebsack

/s/ Brice A. Tondre
_____

2