# EXHIBIT 41

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02469-RM-MIW

RANDALL I. HATLEE and
RONALD L. SWIFT

Plaintiffs,

vs.

CINDY HARDEY,
BOBBIE PRIESTLY,
MONTE GORE
FRED WEGENER and
ASHLEIGH OLDS,

Defendants

## DEFENDANT OLDS' SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendant Ashleigh Olds, DVM, DABVP-Equine ("Dr. Olds"), through her counsel John Lebsack, submits this Separate Statement of Undisputed Material Facts in Support of Motion for Summary Judgment.

Movant's Supporting Statement:

| Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response / Additional Facts and Supporting Evidence | Moving Party's Reply and Supporting Evidence |
|---|---|---|
| 1. Ashleigh Olds, DVM, DABVP-Equine ("Dr. Olds") is a licensed veterinarian.<br>#22, ¶ 7<br>**Ex A**, Deposition of Ashleigh Olds, at 4:7-10 | | |

| Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response / Additional Facts and Supporting Evidence | Moving Party's Reply and Supporting Evidence |
|---|---|---|
| 2. Dr. Olds is board certified by the American Board of Veterinary Practitioners in equine medicine and surgery.<br>**Ex A**, at 5:20-6:12 | | |
| 3. Dr. Olds is the owner of the Aspen Creek Veterinary Hospital. Approximately 95% of her practice focuses on horses.<br>**Ex A**, at 7:8-24 | | |
| 4. Dr. Olds has no formal involvement with any animal rights organizations.<br>**Ex A**, at 23:5-19 | Denied, she was the veterinarian for Barbara Wright and Harmony HorseWorks who arranged for her to accompany Deputy Smith to seize Bear | |
| 5. Defendants Hardey, Gore, Priestly and Wegener worked for the Park County Sheriff's Office.<br>**Ex B**, Deposition of Cindy Hardey, at 4:20-5:5; 6:5-11<br>**Ex C**, Deposition of Bobbi Priestly, at 4:7-17; 7:6-8:8; 48:18-24<br>**Ex D**, Deposition of Monte Gore, at 4:7-20<br>**Ex E**, Deposition of Fred Wegener, at 4:7-13 | | |
| 6. Dr. Olds is not and never was an employee or agent of Park County.<br>**Ex F**, Affidavit of Ashleigh Olds, at ¶ 3 | | |
| 7. Dr. Olds' involvement in this matter began on February 15, 2012 when she was asked if her clinic would be willing to care for a horse named Bear that Routt County was impounding.<br>**Ex A**, at 87:7-91:7; 95:10-19<br>**Ex F**, at ¶ 4 | She was asked by Barbara Wright | |

2

| Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response / Additional Facts and Supporting Evidence | Moving Party's Reply and Supporting Evidence |
|---|---|---|
| 8. Plaintiff Swift lives on property known as Echo Valley Ranch, located in Park County.<br><br>**Ex G**, Deposition of Ronald Swift, at 6:3-15; 10:10-11:10 | | |
| 9. Plaintiff Hatlee works with Swift at Echo Valley Ranch.<br><br>**Ex H**, Deposition of Randall Hatlee, at 18:20-19:13 | | |
| 10. Dr. Olds' lone visit to Echo Valley Ranch in connection with this matter occurred on February 16, 2012.<br><br>**Ex F**, at ¶ 5 | | |
| 11. As of February 16, 2012, Plaintiffs Hatlee and Swift owned several horses that they were caring for at Echo Valley Ranch. Plaintiffs' horses included six overly-skinny horses named Lena, Chance, Echo, Fiona, River and Midnight (hereinafter referred to as "The Six Horses").<br><br>**Ex G**, at 256:5-257:3; 258:21-259:18<br><br>**Ex H**, at 279:18-280:8; 282:11-12; 443:12-13<br><br>**Ex I**, Park County Sheriff's Office file, at pp. 68-69 (document authenticated at **Ex B**, at 93:10-97:12; **Ex C**, at 119:3-120:25) | There were approximately 40 horses on the ranch. Other than The Six Horses they were in good condition. Exhibits 1 and 2. | |
| 12. Horses owned by others were also present under Plaintiffs' care at Echo Valley Ranch on February 16, 2012, including a overly-skinny and down mare named Maggie and an overly-skinny and down horse named Bear (a/k/a Little Big Man, n/k/a Spencer).[1]<br><br>**Ex H**, at 157:6-11<br><br>**Ex I**, at p. 66-68 | | |

---

[1] "Bear" has been known by several different names, including "Little Big Man" and "Spencer." For simplicity, the horse is referred to herein as "Bear."

| Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response / Additional Facts and Supporting Evidence | Moving Party's Reply and Supporting Evidence |
|---|---|---|
| 13. Maggie, Bear, and The Six Horses were skinny and too thin on February 16, 2012.<br>**Ex A**, at 78:9-12; 82:4-5<br>**Ex B**, at 31:24-33:5; 119:13-20; 113:16-115:3<br>**Ex F**, at ¶ 6<br>**Ex G**, at 191:7-22; 193:2-21; 227:18-228:22; 255:18-261:3; 402:2-14<br>**Ex H**, at 259:7-16; 280:6-8; 282:9-12; 312:3-313:11; 353:7-354:5; 355:18-360:18; 380:9-20; 443:6-15; 571:19-572:22<br>**Ex I**, at pp 67-70<br>**Ex J**, deposition of Troy Murdock, at 14:1-19 | | |
| 14. **Ex K**, photos of Maggie taken on February 16, 2012 (photos authenticated at **Ex F**, at ¶ 7; **Ex H**, at 188:9-15; **Ex I**, at pp. 67, 84-85) | | |
| 15. **Ex L**, photos of Bear taken on February 16, 2012 (photos authenticated at **Ex F**, at ¶ 8) | | |
| 16. **Ex M**, photos of The Six Horses taken at Echo Valley Ranch on February 16, 2012 (photos authenticated at **Ex B**, at 32:9-17; **Ex H**, at p. 257:6-16; 277:3-6; 298:3-7; 310:10-14; 359:21-24; 382:23-25; **Ex F**, at ¶ 9; **Ex I**, at pp. 67, 84-85) | | |
| 17. Bear (and his mother, Little Feather) were the subject of an animal abuse case pending in Routt County against Plaintiff Hatlee's ex-wife.<br>**Ex H**, at 207:6-18<br>**Ex I**, at p. 66 | | |
| 18. Bear and Little Feather were cared for by Plaintiffs at Echo Valley Ranch.<br>**Ex H**, at 208:17-209:12 | | |

4

| Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response / Additional Facts and Supporting Evidence | Moving Party's Reply and Supporting Evidence |
|---|---|---|
| 19. On February 13, 2012, Deputies DelValle and Smith of the Routt County Sheriff's Office went to Echo Valley Ranch to do a welfare check on Bear and Little Feather.<br><br>**Ex H**, at 414:13-25<br><br>**Ex I**, at p 66 | | |
| 20. Upon arrival, Deputies DelValle and Smith learned that Little Feather was dead, and they observed Bear in "deplorable" condition.<br><br>**Ex I**, at p 66 | | |
| 21. The horse named "Little Feather" had died in January of 2012<br><br>**Ex H**, at p. 213:5-21 | | |
| 22. Deputies DelValle and Smith also observed The Six Horses on the property in similar condition.<br><br>**Ex I**, at p 66 | | |
| 23. As a result of Deputies DelValle and Smith's February 13, 2012 visit, Routt County (i) ordered the seizure of Bear; and (ii) reported The Six Horses to the Park County Sheriff's Office.<br><br>**Ex A**, at p. 95:10-19<br><br>**Ex I**, at p 66-67 | | |
| 24. On February 15, 2012, Dr. Olds was called and asked if she would accept and care for a horse being seized by Routt County. The horse was Bear.<br><br>**Ex A**, at 87:7-91:7 | | |

| Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response / Additional Facts and Supporting Evidence | Moving Party's Reply and Supporting Evidence |
|---|---|---|
| 25. Later on February 15 or February 16, 2012, Dr. Olds was asked if she would bring her trailer, accompany the Park County officers that were seizing the horse on Routt County's behalf, and then transport the horse from the scene to her hospital.<br>**Ex A**, at 87:7-91:7 | | |
| 26. Dr. Olds agreed to transport and then care for the horse, and on February 16, 2012, she met with Park County Officials at the Bailey Substation accompanied by her vet assistant Troy Murdock. It wasn't until then that Dr. Olds learned that Bear was being seized from Echo Valley Ranch.<br>**Ex A**, at 54:6-10; 87:7-91:7 | | |
| 27. Deputies Plutt and Hanning of the Park County Sheriff's Office went to Echo Valley Ranch on February 16, 2012 to serve the Routt County seizure warrant.<br>**Ex B**, at 28:23-29:18<br>**Ex I**, at p. 67 | | |
| 28. Dr. Olds and her vet assistant Troy Murdock went to Echo Valley Ranch on February 16, 2012 to take possession of Bear after his seizure.<br>**Ex A**, at 89:24-91:22<br>**Ex B**, at 28:23-29:18<br>**Ex J**, at 8:10-9:11; 10:7-16 | | |
| 29. Park County Animal Control Officer Cindy Hardey went to Echo Valley Ranch on February 16, 2012 to perform a welfare check on The Six Horses that had been reported a few days earlier by Routt County Officer Smith.<br>**Ex B**, at 28:6-29:8<br>**Ex I**, at p. 66-67 | | |

6

| Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response / Additional Facts and Supporting Evidence | Moving Party's Reply and Supporting Evidence |
|---|---|---|
| 30. When Dr. Olds and the others arrived at Echo Valley Ranch, they found Bear down in his stall in the barn, extremely thin, covered in urine/manure and unable to stand on his own.<br>**Ex B**, at 112:20-114:6<br>**Ex I**, at p. 67<br>**Ex J**, at 10:21-11:4<br>**Ex N**, February 16, 2012 e-mail from Dr. Olds to Cindy Hardey, at p . 000934 (document authenticated at **Ex B**, at 106:5-20; **Ex F**, at ¶ 10) | | |
| 31. On February 16, 2012, Bear appeared emaciated to Officer Hardey, who believed that his small size was likely as a result of malnutrition.<br>**Ex B**, at 114:22-115:2; 115:24-116:6 | | |
| 32. Hatlee and Swift concede that Bear was too thin and had difficulty getting up on his own.<br>**Ex G**, at 166:2-10; 170:3-15; 171:5-7; 172:2; 174:15-18; 191:7-22; 402:2-14<br>**Ex H**, at 242:19-243:5; 282:11-12; 424:16-25 | | |
| 33. Dr. Olds and Officer Hardey next saw an emaciated, down, and sore-covered mare named "Maggie." The mare was covered in severe pressure sores on her face, shoulders and hips and could not even get into a sitting position.<br>**Ex A**, at 83:21-84:3<br>**Ex B**, at 30:10-31:17; 32:10-33:5; 116:7-118:8<br>**Ex I**, at p. 67-68<br>**Ex N**, at p. 000934-000935 | | |