| Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response / Additional Facts and Supporting Evidence | Moving Party's Reply and Supporting Evidence |
|---|---|---|
| 34. As of February 16, 2012, Maggie had been unable to stand on her own (without the aid of a sling) for approximately five days.<br><br>**Ex B**, at 116:7-117:4<br>**Ex G**, at 241:21-245:13<br>**Ex H**, at 162:1-12<br>**Ex N**, at p. 000934<br>**Ex O**, deposition of Dr. Allyson Horton, at 274:22-275:11<br>**Ex R**, February 16, 2012 e-mail from Dr. Horton to Officer Hardey (document authenticated at **Ex O** at 248:22-249:15) | | |
| 35. Maggie died the next day – February 17, 2012.<br><br>**Ex A**, at 99:4-10<br>**Ex I**, at p. 73<br>**Ex O**, at 276:8-25 | | |
| 36. Officer Hardey and Dr. Olds saw The Six Horses at Echo Valley Ranch on February 16, 2012. The horses were extremely thin. All six lacked food in their pens, and their water tanks were frozen.<br><br>**Ex A**, at 110:6-10<br>**Ex B**, at 30:10-31:17; 32:10-33:5; 119:13-20; 121:6-122:22<br>**Ex I**, at p. 68-69<br>**Ex J**, at 14:1-19<br>**Ex N**, at p. 000935 | Denied. Deputy Hardey reported that they had hay and water available. Exhibits 1, 2 and 299 p.130.. | |
| 37. Mr. Swift and Mr. Hatlee had brought Bear, Maggie and The Six Horses in from the pasture during the winter of 2011-2012 because they were thin and showing signs of weight loss.<br><br>**Ex H**, at 571:19-572:22 | | |

| Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response / Additional Facts and Supporting Evidence | Moving Party's Reply and Supporting Evidence |
|---|---|---|
| 38. Mr. Swift gave Officer Hardey permission to view The Six Horses during her visit to Echo Valley Ranch on February 12, 2012.<br>**Ex G**, at 190:10–191:22; 192:15 – 23 | | |
| 39. Mr. Hatlee did not limit Dr. Olds' movement at the Ranch on February 16, 2012.<br>**Ex H**, at 476:19–477:9 | | |
| 40. Mr. Hatlee and Mr. Swift were with Dr. Olds and Officer Hardey when they went to look at The Six Horses on February 16, 2012.<br>**Ex H**, at 603:20–604:8 | | |
| 41. Mr. Hatlee and Mr. Swift both admit that The Six Horses were too thin on February 16, 2012.<br>**Ex G**, at 191:7-22; 192:2-21; 255:18-261:3<br>**Ex H**, at 282:11-12; 571:19-572:22 | | |
| 42. Mr. Hatlee and Mr. Swift admit that there was no food and frozen water tanks in The Six Horses' pens when Dr. Olds and the people from the Park County Sheriff's Office arrived on the morning of February 16, 2012.<br>**Ex G**, at 422:22-424:7<br>**Ex H**, at 435:20-436:4; 581:24-583:1 | They were in the process of feeding when the animal control contingent arrived and while there Plaintiffs continued feeding. Exhibit 1. | |
| 43. On February 16, 2012, Mr. Swift told Dr. Olds that several other horses at Echo Valley Ranch had already died.<br>**Ex A**, at 78:9-25<br>**Ex N**, at p. 000935 | | |

9

| Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response / Additional Facts and Supporting Evidence | Moving Party's Reply and Supporting Evidence |
|---|---|---|
| 44. Based on her observations at Echo Valley Ranch on February 16, 2012, Dr. Olds suspected that Bear, Maggie and The Six Horses were victims of starvation and malnutrition.<br>**Ex F**, at ¶ 11<br>**Ex N**, at p. 00934-00935 | Her suspicion was unreasonable and below the standard of care. Exhibit 26. | |
| 45. On February 16, 2012, Dr. Olds believed that Maggie appeared to be in imminent danger of death.<br>**Ex A**, at 83:8-20 | Her belief was unreasonable and below the standard of care. Exhibits 5, 26 and 34. | |
| 46. On February 16, 2012, Officer Hardey asked Dr. Olds about her general assessment of the thin horses they saw at Echo Valley Ranch.<br>**Ex A**, at 45:16–46:10 | Denied. | |
| 47. Dr. Olds reported her suspicions to Officer Hardey at the scene and discussed with her the potential seizure of the horses.<br>**Ex A**, at 70:12-20<br>**Ex B**, at 32:21-33:5<br>**Ex I**, at p. 69 | No reasonable basis. | |
| 48. Dr. Olds expressed concern about the horses to Officer Hardey while at Echo Valley Ranch on February 16, 2012.<br>**Ex A**, at 70:12-20<br>**Ex B**, at 32:21-25; 104:5-105:1 | No reasonable basis. | |
| 49. While at Echo Valley Ranch on February 16, 2012, Dr. Olds told Officer Hardey that she believed that the horses had been neglected.<br>**Ex B**, at 104:17–105:13 | No reasonable basis. | |

| Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response / Additional Facts and Supporting Evidence | Moving Party's Reply and Supporting Evidence |
|---|---|---|
| 50. Officer Hardey believed that Maggie and the six other horses were in an unacceptable condition as of February 16, 2012.<br><br>**Ex B**, at 124:23–125:11 | They were not endangered. Exhibit 29,p.41. | |
| 51. Dr. Olds did not suggest to Officer Hardey that the horses (except for Bear) be moved to her clinic.<br><br>**Ex B**, at 36:3-12 | | |
| 52. Officer Hardey decided not to seize The Six Horses on February 16, 2012. Instead, Officer Hardey issued Plaintiffs a Notice of Warning.<br><br>**Ex B**, at p. 31:11-17; 35:19-37:1; 40:9-13; 124:2-4<br><br>**Ex C**, at 49:25-50:4<br><br>**Ex I**, at p. 69-70<br><br>**Ex P**, Notice of Warning (document authenticated at **Ex B**, at 40:4-19; **Ex H**, at 444:23-445:5) | | |
| 53. The Notice of Warning issued on February 16, 2012 states "you will have a month from today to gain HEALTHY weight on the 6 horses. . . . If you fail to rectify the Condition of the Animals in question you may be charged."<br><br>**Ex I**, at p. 70<br><br>**Ex P** | | |
| 54. While at Echo Valley Ranch on February 16, 2012, Officer Hardey was under the impression that all of the horses she had looked at were under the care of Dr. Horton/Timberline Vets. This understanding played a role in Officer Hardey's decision to issue the Notice of Warning rather than seize the horses.<br><br>**Ex B**, at 100:13–101:6; 103:15-24 | They could be impounded only if endangered. Deputy Hardey did not consider them to be endangered. | |

11

| Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response / Additional Facts and Supporting Evidence | Moving Party's Reply and Supporting Evidence |
|---|---|---|
| 55. While Officer Hardey was at the Echo Valley Ranch on February 16, 2012, Officer Priestly spoke to Mr. Swift by phone. Mr. Swift indicated to Officer Priestly that The Six Horses and Maggie were under veterinary care.<br>**Ex C**, at 45:10-23 | | |
| 56. Mr. Hatlee told Officer Hardey that "we had talked with our vets and we were taking the steps that we were advised by our vets" in regards to all of the sick horses.<br>**Ex H**, at 443:6-444:7 | | |
| 57. Dr. Olds and her assistant loaded Bear into the trailer and left Echo Valley Ranch.<br>**Ex B**, at 31:11-12<br>**Ex F**, at ¶ 12 | | |
| 58. When Dr. Olds left Echo Valley Ranch on February 16, 2012, she knew that Park County did not plan to seize The Six Horses that day.<br>**Ex A**, at 69:24-70:11 | | |
| 59. Dr. Olds was present at Echo Valley Ranch for approximately 30-45 minutes.<br>**Ex B**, at 30:1-9 | | |
| 60. When Bear arrived at Aspen Creek Veterinary Clinic on February 16, 2012, he could not stand and needed to be lifted out of the trailer.<br>**Ex Q**, deposition of Dr. Amy Murdock, at 4:7-13; 5:8-22; 15:2-16; 20:25-21:5; 22:13-24:23; 28:8-29:2 | He could stand before his fall during transport. | |
| | | |

| Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response / Additional Facts and Supporting Evidence | Moving Party's Reply and Supporting Evidence |
|---|---|---|
| 61. Based on her observations of Bear, Dr. Murdock agreed with the determination that Bear was malnourished and starved.<br><br>**Ex Q**, at 44:7–45:9 | | |
| 62. After being moved to Dr. Olds' hospital, Bear displayed a voracious appetite and quickly recovered, putting on weight and otherwise responding favorably to treatment that largely consisted of basic feed and water.<br><br>**Ex F**, at ¶ 19 | Malnourished is different than being starved. Determination of why they were malnourished was going to take time as advocated by Dr. Olds clinic in Exhibit 12. Dr. Olds was opposed to taking the time necessary to the making of a reasonable diagnosis. Drs. Burton and Horton were in the process of a diagnostic analysis when the horses were seized. Exhibit17. When the horses were ordered returned Dr. Olds attacked the competence of the district attorney. Exhibit 19. Dr. Olds persistent pressure to prosecute without scientific basis was unprofessional, unreasonable and malpractice. Exhibit26. HHer conduct was a violation of the Fourth and Fourteenth Amendments and the reporting statute. | |
| 63. Officer Hardey did not speak to Dr. Olds on February 16, 2012 after Dr. Olds left Echo Valley Ranch.<br><br>**Ex B**, at 81:1-11 | | |

13

| Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response / Additional Facts and Supporting Evidence | Moving Party's Reply and Supporting Evidence |
|---|---|---|
| 64. On the afternoon of February 16, 2012, Dr. Olds wrote a report memorializing her observations and emailed it to Officer Hardey.<br>**Ex A**, at 69:10-23; 81:3-6<br>**Ex B**, at 112:6-11<br>**Ex F**, at ¶ 10<br>**Ex N** | | |
| 65. In the several days that followed, the Park County Sheriff's Department was inundated with telephone calls about the horses from people who were upset over the situation, and as a result Undersheriff Goes became concerned over talk about an attempt to rescue the horses at Echo Valley Ranch. As a result, he suggested moving the horses to an undisclosed location to try to diffuse the situation.<br>**Ex D**, at 9:16-11:14 | | |
| 66. On February 19, 2012, Plaintiffs agreed to move The Six Horses to another location, and Plaintiffs signed a written agreement in this regard.<br>**Ex B**, at 43:10-16<br>**Ex G**, at 286:22-287:12; 289:8-17; 295:12-296:16<br>**Ex H**, at 452:4-454:13<br>**Ex S**, February 19, 2012 agreement (document authenticated at **Ex B**, at 43:10-16) | | |
| 67. When the six horses were moved on February 19, 2012, the horses were loaded and transported by Mr. Swift and Mr. Hatlee.<br>**Ex B**, at 49:24–50:10 | | |

14