UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT

Plaintiffs,
vs.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE
FRED WEGENER and
ASHLEIGH OLDS,

Defendants.

_____

**UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER**
_____

NOW COME the Plaintiffs, Randall J. Hatlee and Ronald L. Swift, by and through their attorney, Brice A. Tondre, and for their motion to modify scheduling order [#46] state:

**I.      CERTIFICATE OF CONFERENCE**

Counsel for all parties have conferred and agree that the modification of the Scheduling Order [#46] requested herein is necessary in order to properly prepare this case for trial.

**II.     PRESENT SCHEDULE**

The present schedule is as follows:

  01/26/15  Pretrial conference

**III.    REQUESTED MODIFICATION**

In is requested that the Pretrial Conference be vacated and rescheduled on a date in the

1

latter part of March 2015.

### IV.     REASON FOR MODIFICATION

The parties are in the process of briefing five dispositive motions. The briefing will not be completed until January 20, 2015.

A settlement conference is scheduled for January 22, 2015. The settlement statements are due on January 15, 2015.

The proposed pretrial order is due on January 20, 2015.

Postponing the pretrial conference to the later part of March will give parties the time needed to prepare a proper pretrial order. With the current schedule that is unlikely.

Additionally, if the case settles, the time spent preparing a pretrial order will have been wasted. It is respectfully submitted that the interests of justice and judicial economy will be served by the requested postponement.

Wherefore, Plaintiff prays that the requested modification be approved.


/s/ Brice A. Tondre

_____
Brice A. Tondre
215 South Wadsworth Blvd., #500
Lakewood, Colorado   80226
Telephone:  303-296-3300
Facsimile: 303-238-5310
briceatondrepc@msn.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of January, 2015, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will serve a copy of the filing on the following:

Timothy P. Schimberg
t_schimberg@fsf-law.com

John Lebsack
jlebsack@wsteele.com

and to Plaintiffs at randall.hatlee@yahoo.com

/s/ Brice A. Tondre
_____