IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGNER, and
ASHLEIGH OLDS,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiffs' Unopposed Motion to Modify Scheduling Order (Docket No. 74) is GRANTED. It is further ORDERED that the Final Pretrial Conference set for January 26, 2015, at 9:30 a.m. is VACATED and RE-SET for March 30, 2015, at 9:30 a.m.

Date: January 7, 2015