UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT

Plaintiffs,
vs.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE
FRED WEGENER and
ASHLEIGH OLDS,

Defendants.

---

SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DOCUMENT NOS. 61 AND 66

---

Attached hereto is Exhibit 36 which was filed unsigned. Attached is the signed copy.

/s/ Brice A. Tondre

Brice A. Tondre
215 South Wadsworth Blvd., #500
Lakewood, Colorado  80226
Telephone:  303-296-3300
Facsimile: 303-238-5310
briceatondrepc@msn.com

ATTORNEY FOR PLAINTIFF

1

CERTIFICATE OF SERVICE

     I hereby certify that on this the 12th day of January, 2015, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which willsend notification of filing to the following.

    Timothy P. Schimberg
    t_schimberg@fsf-law.com

    John Lebsack
    jlebsack@wsteele.com

                                 /s/ Brice A. Tondre
                                 _____

# EXHIBIT 36

## DECLARATION OF JENA QUESTEN, DVM, CertAqV

I am a doctor of veterinary medicine who has been retained to provide expert opinions in this case. My opinions are set forth in Exhibits 102, 106 and 107 of my deposition.

As noted, it is my opinion that the horses which are the subject of this case were suffering from toxemia. The cure for toxemia is food water and time. The time and feeding of the subject horses prior to their seizure contributed to their recovery which continued to progress under the care of Littleton Equine and Olds. Their recovery was completed after they were returned to Echo Valley ranch.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____1/7/15_____

_____
Jena Questen DVM CertAqV