IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGNER, and
ASHLEIGH OLDS,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

On the request (by telephone) of John Lebsack, counsel for Defendant Olds, and his representation that he has cleared the time with counsel for all other parties, it is hereby ORDERED that the Final Pretrial Conference set for March 30, 2015, at 9:30 a.m. is VACATED and RE-SET for March 31, 2015, at 1:30 p.m.

Date: January 15, 2015