# EXHIBIT W

```
IN THE UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF COLORADO

CASE NO. 13-cv-02469-RM-MJW
_____

RANDALL J. HATLEE and
RONALD L. SWIFT,

      Plaintiffs,

              vs.

CINDY HARDEY,
BOBBIE PRIESTLY,
MONTE GORE,
FRED WEGENER and
ASHLEIGH OLDS,

      Defendants.
_____

      DEPOSITION OF ALLYSON RENÉ HORTON, DVM
                 March 27, 2014
_____
                             Deposition location:
                             9998 Havekost Road,
                             Conifer, Colorado 80433


ALSO PRESENT:   Jennifer R. Edwards, Esq.
                (For Dr. Horton)
                Randall Hatlee
                Ronald Swift
                Ashleigh Olds, DVM
```

ALLYSON RENE HORTON, DVM - MARCH 27, 2014

Page 116

1       A.   But I -- that is a supposition and
2   nothing more.
3       Q.   So if we go back and just go through
4   the links.  If -- starvation or malnutrition can
5   cause anemia, right?
6       A.   Prolonged, yes.
7       Q.   And then anemia can result in this kind
8   of heart murmur.
9       A.   Again, those are usually diastolic
10  murmurs, but altered viscosity of blood can result in
11  heart murmurs.
12      Q.   The kind that you observed, the kind
13  of --
14      A.   I do not have that answer.
15      Q.   Okay.  I thought you just said that,
16  that a --
17           MR. TONDRE:  Objection, argumentative.
18      Q.   (BY MR. LEBSACK) That the change in the
19  viscosity of the blood can cause the kind of heart
20  murmur that you observed.
21      A.   It -- theoretically I can get there,
22  but I have no proof that that's what caused those
23  heart murmurs.
24      Q.   Okay.  But the kind of heart murmurs
25  that you observed, one explanation of that is a

ALLYSON RENE HORTON, DVM - MARCH 27, 2014

Page 117

1    change in the viscosity of the blood?
2              MR. TONDRE: Objection, foundation.
3         Q.   (BY MR. LEBSACK) Right?
4         A.   A possible explanation.
5         Q.   And one cause of a change in viscosity
6    of blood is anemia?
7         A.   Yes.
8              MR. TONDRE: Objection, foundation.
9         Q.   (BY MR. LEBSACK) And one cause of
10   anemia is starvation?
11             MR. TONDRE: Foundation.
12        A.   Potentially.
13        Q.   (BY MR. LEBSACK) Tachycardia is also
14   something you observed?
15        A.   Yes.
16        Q.   Right. And that is in layman's terms
17   an elevated heart rate?
18        A.   Correct.
19        Q.   Did you form any opinions as to why
20   these horses had tachycardia?
21        A.   Certainly anemia can explain that.
22        Q.   Okay. So do you know eventually what
23   happened to these horses in regard to the problems
24   that they had with heart murmurs? Did the murmurs go
25   away?