# EXHIBIT X

```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLORADO
 2
      CASE NO. 13-cv-02469-RM-MJW
 3    _____

 4    RANDALL J. HATLEE and
      RONALD L. SWIFT,
 5
            Plaintiffs,
 6
                   vs.
 7
      CINDY HARDEY,
 8    BOBBIE PRIESTLY,
      MONTE GORE,
 9    FRED WEGENER and
      ASHLEIGH OLDS,
10
            Defendants.
11
      _____
12
              DEPOSITION OF FAY ELIZABETH BURTON, DVM
13                         April 16, 2014

14    _____
                                     Deposition location:
15                                   9998 Havekost Road,
                                     Conifer, Colorado 80433
16

17
      ALSO PRESENT:    Jennifer R. Edwards, Esq.
18                     (For Dr. Burton)
                       Randall Hatlee
19                     Ronald Swift

20

21

22

23

24

25
```



Case 1:13-cv-02469-RM-MJW   Document 82-2   Filed 01/20/15   USDC Colorado   Page 3 of 5

FAY E. BURTON, D.V.M.                                          April 16, 2014
HATLEE vs. HARDEY                                                          36

```
 1   Dr. Horton?
 2          A.   Myself and Dr. Horton.
 3          Q.   Now, on page 10 is the response to
 4   Officer Hardey, and the signature of that email
 5   appears at the top of page 11 and is just the name of
 6   Dr. Horton.  Do you see that on the top of 11?
 7          A.   Yes.
 8          Q.   Does that indicate that Dr. Horton
 9   authored this email?
10          A.   At least part of it because those were
11   her exam findings on the 20th.
12          Q.   And then in the second paragraph of
13   that email, it says, "In my phone conversation with
14   Sergeant Priestly and the undersheriff."  Is that a
15   conversation that you had or Dr. Horton had?
16          A.   Dr. Horton had that conversation.
17          Q.   The next paragraph says, at the start,
18   "As to the blood work, there is no blood test for
19   starvation.  Some results are consistent with, but
20   not exclusive to, malnutrition."  My question is:
21   What results are consistent with, but not exclusive
22   to, malnutrition, if you know?
23          A.   Hypoalbuminemia might be consistent
24   with but not exclusive to.  Anemia might be
25   consistent with but not exclusive to.
```



```
 1  noted tachycardia?
 2          A.   It certainly should be considered.
 3          Q.   Do you believe that malnourishment can
 4  cause anemia?
 5          A.   I think it can.
 6          Q.   Look at page 18.  This is another email
 7  about Midnight, correct?
 8          A.   Yes.
 9          Q.   Do you know what caused the renal
10  failure?
11          A.   No.
12          Q.   Then please look at pages 19 through
13  23, and if you could review all of them, not so much
14  for content, but just to see if they belong together,
15  if they are a conversation that is one continuous
16  conversation by email.
17          A.   Starting on which page?
18          Q.   19 through the end, through 23.
19          A.   Oh.
20               Well, there is a break of more than a
21  month, it looks like.
22          Q.   So it's not --
23          A.   Sometimes you just pick up an email,
24  the last one that you got from them, so you can have
25  the address correct.  So it's possible that they are
```



Case 1:13-cv-02469-RM-MJW   Document 82-2   Filed 01/20/15   USDC Colorado   Page 5 of 5

FAY E. BURTON, D.V.M.                                    April 16, 2014
HATLEE vs. HARDEY                                                    94

1  sure I do ask this.  You mentioned that some of these
2  horses have anemia.  Can anemia be caused by
3  malnourishment?
4          A.   Yes.
5          Q.   Was Reed and Bayly the book that you
6  talked about at the start of the deposition?
7          A.   It's one of them.
8          Q.   Are you aware of any horses that died
9  at Echo Valley?
10         A.   As I recall, there was a horse with a
11 broken humerus that was euthanized, and I believe
12 that's in these records.  I think there was one that
13 Dr. Horton saw perhaps, but I wasn't there, so I'm
14 not certain about that.
15         Q.   You don't know why that horse died?
16         A.   I don't recall.
17         Q.   Any others that you know about?
18         A.   Well, if we are going to talk about
19 Maggie, then she -- she died on the ranch.
20         Q.   Okay.  We'll defer all of Maggie's
21 questions until we get all the records.
22              MS. EDWARDS:  Is there a reason we are
23 deferring all of them because you had a lot of
24 questions the last time we met?
25              MR. LEBSACK:  Yeah.  I want to make