IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-02469-RM-MJW

RANDALL J. HATLEE,
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER,
ASHLEIGH OLDS,

Defendants.

## ORDER RE: MOTION FOR CLARIFICATION REGARDING THIS COURT'S CIVIL PRACTICE STANDARDS OR IN THE ALTERNATIVE MOTION FOR LEAVE

BEFORE ME is Defendants Cindy Hardey, Bobbi Priestly, Monte Gore and Fred Wegener's Motion for Clarification Regarding This Court's Civil Practice Standards or in the Alternative Motion for Leave. Having reviewed the Motions and being fully advised in the premises therefore,

IT IS HEREBY ORDERED that the three Rule 56 motions [Docs. 64, 65, and 66] filed by Defendants Cindy Hardey, Bobbi Priestly, Monte Gore and Fred Wegener are in compliance with this Court's Civil Practice Standards. The Motion for Leave is **GRANTED** and the three Rule 56 motions are deemed filed as of December 15, 2014.

2

Dated this _____ day of January, 2015.

BY THE COURT:

_____
U.S. District Court Judge

2