**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.      13-cv-02469-RPM-MJW

RANDALL J. HATLEE,
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER,
ASHLEIGH OLDS,

Defendants.

**REPLY RE:  SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS RE: MOTION FOR SUMMARY JUDGMENT REGARDING PLAINTIFFS' THIRD CLAIM FOR RELIEF**

| Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response/Additional Facts and Supporting Evidence | Moving Party's Reply and Supporting Evidence |
| --- | --- | --- |
| 1.  A copy of the "Agreement" is attached hereto as <u>Exhibit A.</u> | The agreement includes the Notice of Warning which is Plaintiffs' Exhibit 3. | Exhibits A and 3 speak for themselves and can be interpreted as a matter of law. Neither document contains any evidence of consideration. |
| 2.  It was signed by Animal Control Officer Cindy Hardey on February 19, 2012.  *Id.* at ¶ 3.  It was signed by the Plaintiffs on that same date. | | Admitted due to Plaintiffs' failure to respond. |

<u>EXHIBIT A</u>

2

Respectfully submitted this 20th day of January, 2015.

*(Original signature on file at the offices of Fowler, Schimberg & Flanagan, P.C.)*

*/s/ Timothy P. Schimberg*

Timothy P. Schimberg

FOWLER, SCHIMBERG & FLANAGAN, P.C.
1640 Grant Street, Suite 150
Denver, Colorado 80203
(303) 298-8603

ATTORNEY FOR DEFENDANTS CINDY HARDEY, BOBBI PRIESTLY, MONTE GORE, AND FRED WEGENER

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of January, 2015, I caused a true and correct copy of the foregoing **REPLY RE: SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS RE: MOTION FOR SUMMARY JUDGMENT REGARDING PLAINTIFFS' THIRD CLAIM FOR RELIEF** to be filed via the ECF system, with notice of same being electronically served to the following:

| | |
|---|---|
| Brice A. Tondre, Esq. | John M. Lebsack, Esq. |
| Brice A. Tondre, P.C. | White and Steele, P.C. |
| 215 S. Wadsworth Blvd., Ste. 500 | 600 17th Street, Ste. 600N |
| Lakewood, CO 80226-1566 | Denver, CO 80202 |
| *Attorney for Plaintiffs* | *Attorney for Defendant Ashleigh Olds* |

*(Original signature on file at the offices of Fowler, Schimberg & Flanagan, P.C.)*

*/s/ Kala Cyganiewicz*

3
EXHIBIT A