**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT,

    Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER and
ASHLEIGH OLDS,

    Defendants.

---

**ORDER RE MOTION FOR CLARIFICATION (ECF NO. 83)**

---

This matter comes before the Court on Defendants Cindy Hardey, Bobbi Priestly, Monte Gore, and Fred Wegener's (collectively, "Four Defendants") "Motion for Clarification Regarding the Court's Civil Practice Standards or in the Alternative Motion for Leave" ("Motion") (ECF No. 83) requesting clarification as to the number of motions for summary judgment permitted or leave to file three such motions. The Court's Civil Practice Standards provide: "These procedures contemplate the filing of a single motion for summary judgment by a party. A party may NOT file multiple motions for summary judgment without obtaining permission from the Court. Such permission will only be given in exceptional circumstances." Under these Standards, the intent was to limit each side to a single motion, absent leave of the Court. For example, Plaintiffs in this case would be limited to one motion for summary judgment, not one motion for each plaintiff.

And, in this case, the Four Defendants' and Defendant Ashleigh Olds' interests are apparently not aligned and they are represented by separate counsel. Thus, the Four Defendants would be limited to one motion, and Defendant Olds would be limited to one motion. Nonetheless, upon consideration of the Motion, the Standards, and the file, and being otherwise fully advised, the Court finds good cause to support the Motion. The parties are reminded to seek any clarification of the Court's Standards before the filing of any paper for which the clarification is sought. Accordingly, it is therefore

**ORDERED** that Defendants Cindy Hardey, Bobbi Priestly, Monte Gore, and Fred Wegener's "Motion for Clarification Regarding the Court's Civil Practice Standards or in the Alternative Motion for Leave" (ECF No. 83) is **GRANTED**. These Defendants' Motions for Summary Judgment (ECF Nos. 64, 65 and 66) are hereby accepted as filed as of December 15, 2014.

DATED this 21st day of January, 2015.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge