## MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Magistrate Judge Watanabe

DATE: January 22, 2015

RE: Hatlee et al v. Hardey et al.
Case no. 13-cv-02469-RM-MJW

| | |
|---|---|
| __X__ | A settlement conference was held on this date, and no settlement was reached as to any claims in this action. |
| ____ | A settlement conference was held on this date, and a settlement was reached as to |

      _____ All claims in this action.  The parties shall file a stipulated motion to dismiss on or before _____.

      _____ Claims between _____ and _____.  These parties shall file a stipulated motion to dismiss on or before _____.

Settlement conference and preparation time involved: <u>6 Hours 00 Minutes</u>

_____ A record was made      __X__ No record was made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

_____ Supplemental settlement negotiations were held in the above-captioned case.

Negotiation time involved: _____hours _____minutes.