UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT

Plaintiffs,
vs.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE
FRED WEGENER and
ASHLEIGH OLDS,

Defendants.
_____

**MOTION FOR HEARING ON MOTIONS NUMBER  61, 64, 65 and 66**
_____

Now come the Plaintiffs and request that the Court hear oral arguments on the pending motions for summary judgment (Docs. # 61, 64, 65 and 66). In support of the request Plaintiffs state:

CERTIFICATE OF CONFERENCE: Dr. Olds opposes this motion. Counsel for the Sheriff's Office Defendants has not yet reached a conclusion.

1.  This facts of this case are novel and complex. Civil rights cases in general and this case in particular are highly dependent on circumstantial evidence.

1

2. Written presentation of the impact of circumstantial evidence with respect to the summary judgment motions is not adequate to a proper presentation of the inferences which serve to support the existence of fact issues.

3. Written argument regarding the meaning of certain facts is inferior to an oral presentation.

Wherefore, Plaintiffs pray that the Court hear oral arguments in this matter.

/s/ Brice A. Tondre

_____
Brice A. Tondre
215 South Wadsworth Blvd., #500
Lakewood, Colorado   80226
Telephone:  303-296-3300
Facsimile: 303-238-5310
briceatondrepc@msn.com

ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that on this the 26th day of January, 2015, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which willsend notification of filing to the following.

Timothy P. Schimberg
t_schimberg@fsf-law.com

John Lebsack
jlebsack@wsteele.com

/s/ Brice A. Tondre

_____