# EXHIBIT 42

## DECLARATION OF BRICE A. TONDRE

I am the attorney for the Plaintiffs in this case.

1. In a video of Dr. Olds prepared during the pendency of the underlying case, she states she was contacted through Harmony HorseWorks, a non-profit entity founded and managed by Barbara Wright, to aid Routt County in the seizure of Bear

2. The only witness in the hearing on April 10, 2012 and the hearing on December 3, 2012 was Cindy Hardey. No veterinarian testified,

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: JANUARY 26, 2015

_____
BRICE A. TONDRE