# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.      13-cv-02469-RM-MJW

RANDALL J. HATLEE,
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER,
ASHLEIGH OLDS,

Defendants.

---

**PARK COUNTY DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF THEIR OBJECTION TO REPORT & RECOMMENDATION**

---

Park County Defendants, Cindy Hardey, Bobbi Priestly, Monte Gore, and Fred Wegener, by and through their attorney, Timothy P. Schimberg of Fowler, Schimberg & Flanagan, P.C., hereby submit their Motion for Leave to file a Reply in support of their previously filed "Park County Defendants' Objection to 'Report & Recommendation on County Defendants' Motion for Judgment on the Pleadings'" [Doc. 99]. In support thereof, the movants state as follows:

1.     **D.C.COLO.LCivR 7.1(a) Certification:**  Undersigned counsel sent an email communication to Plaintiffs' counsel regarding the relief requested. As of the time of filing, Plaintiffs' position is unknown.

2. Fed.R.Civ.P. 72 is silent on whether or not a Reply in Support of an Objection is allowed.

3. Similarly, D.C.COLO.LCivR 72.3 is also silent as to a Reply in Support of an Objection.

4. A review of His Honor's Practice Standards, effective July, 2014, does not disclose a practice standard with regard to filing a Reply in Support of an Objection to a Magistrate's Recommendation as to a dispositive motion.

5. The most recent case undersigned counsel was able to find is *Nabi v. Terry,* 934 F. Supp. 2d 1245, 1246 N.2 (D.N.M. 2012) which indicates that reply briefs in support of objections are not necessarily contemplated by Fed.R.Civ.P. 72(b), the Court did consider the government's Reply Brief in Support of its Objection.

6. The Park County Defendants respectfully request that the Court grant them leave to file their Reply in Support of their previously filed Objection to the Magistrate's Recommendation and to that extent, accept the attached "Park County Defendants' Reply in Support of its Objection to the Magistrate's Report and Recommendation" as the pleading allowed.

Respectfully submitted this 27th day of February, 2015.

*(Original signature on file at the offices of Fowler, Schimberg & Flanagan, P.C.)*

*/s/ Timothy P. Schimberg*

Timothy P. Schimberg

FOWLER, SCHIMBERG & FLANAGAN, P.C.
1640 Grant Street, Suite 150
Denver, Colorado 80203
(303) 298-8603

ATTORNEY FOR DEFENDANTS CINDY HARDEY, BOBBI PRIESTLY, MONTE GORE, AND FRED WEGENER

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of February, 2015, I caused a true and correct copy of the foregoing **PARK COUNTY DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF THEIR OBJECTION TO REPORT & RECOMMENDATION** to be filed via the ECF system, with notice of same being electronically served to the following:

| | |
|---|---|
| Brice A. Tondre, Esq. | John M. Lebsack, Esq. |
| Brice A. Tondre, P.C. | Adam J. Goldstein, Esq. |
| 215 S. Wadsworth Blvd., Ste. 500 | White and Steele, P.C. |
| Lakewood, CO 80226-1566 | 600 17th Street, Ste. 600N |
| *Attorney for Plaintiffs* | Denver, CO 80202 |
| | *Attorneys for Defendant Ashleigh Olds* |

*(Original signature on file at the offices of Fowler, Schimberg & Flanagan, P.C.)*

*/s/ Kala Cyganiewicz*

Kala Cyganiewicz

4