IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE RAYMOND P. MOORE

Case No.   13-cv-02469-RM-MJW                Date: March 31, 2015

Case Title: HATLEE et al v. HARDEY et al

PLAINTIFFS' WITNESS LIST

<u>WITNESS</u>                                                    <u>ESTIMATED DATE(S) AND
                                                                    LENGTH OF TESTIMONY</u>

A. NON-EXPERT WITNESSES WHO WILL BE PRESENT AT TRIAL

Darren Gabbert will be called to testify regarding his production of the video Little Big Man and the events leading to its production.

Cindy Hardey will be called to testify regarding all aspects of her involvement in the events complained of in this case.

Kirsten LeBeau will be called to testify regarding the subject horses while in her custody, the videos of the horses and the impropriety of the seizure..

Martin VanPoolen will be called to testify regarding the subject horses while in his custody, the videos of the horses and the impropriety of the seizure

Bobbi Priestly will be called to testify regarding all aspects of her involvement in the events complained of in this case and her responsibility for training Cindy Hardey.

Monte Gore will be called to testify regarding all aspects of his involvement in the events complained of in this case, his responsibility for supervision and discipline of Priestly and Hardey and his basis for concern for the safety of Plaintiffs and their horses.

EXHIBIT   A

Fred Wegener will be called to testify regarding all aspects of his involvement in the events complained of in this case and the responsibility for training, supervision and discipline of Hardey, Priestly and Gore.

Sven Bonnelycke will be called to testify regarding all aspects of his involvement in the events complained of in this case and the responsibility for training, supervision and discipline of hardey and Priestly.

Barbara Wright will be called to testify regarding her involvement in the seizure of Little Big man and the publicity campaign to have Plaintiffs prosecuted and their horses seized.

Shelley Ferraro will be called to testify regarding her involvement in the publicity campaign to have Plaintiffs prosecuted and their horses seized.

Eugene Ferraro will be called to testify regarding his involvement in the publicity campaign to have plaintiffs prosecuted and their horses seized.

Monica Courtney will be called to testify regarding her involvement in the publicity campaign to have Plaintiffs prosecuted and their horses seied.

Ashleigh Olds, D.V.M. will be called to testify regarding all aspects of her involvement in the events complained of in this case.

Ronald Swift will be called to testify regarding all aspects of the management of the horse herd at Echo Valley Ranch and the damages caused by his prosecution and the seizure of his horses.

Randall Hatlee will be called to testify regarding all aspects of the management of the horse herd at Echo Valley Ranch and the damages caused by his prosecution and the seizure of his horses.

Cheryl Otto will be called to testify regarding management and feeding of the horse herd, the publicity campaign and its effect on Plaintiffs.

Helen Cook will be called to testify regarding threats she received at the feed store, the effect the publicity campaign had on the feed store and its effect on Plaintiffs.

B. NON-EXPERT WITNESSES WHO MAY BE PRESENT AT TRIAL

Kate Anderson, D.V.M. may be called to testify regarding her involvement in the decision to issue a notice of Warning and allow the horses to remain at Echo Valley Ranch.

Scott Dutcher may be called to testify regarding her involvement in the decision to issue a Notice of Warning and allow the horses to remain at Echo Valley Ranch.

Britt Stubbelfield, D.V.M. may be called to testify regarding his involvement in the decision to issue a Notice of Warning and allow the horses to remain at Echo Valley Ranch.

Amy Murdock, D.V.M. may be called to testify regarding the circumstances surrounding her interview by Chanel 7 News.

John Casanova may be called to testify regarding the propriety of Plaintiffs' ranch management practices.

Terri Miller may be called to testify that Plaintiffs' care of the subject horses was consistent with normal ranching practices.

Chet Lawrence may be called to testify regarding his observation of care and feeding practices at Echo Valley Ranch.

Bill Moen may be called to testify regarding his observation of care and feeding practices at Echo Valley Ranch.

Dr. Robert K. Colwell may be called to testify regarding his observation of the management of the horse herd at Echo Valley Ranch.

### C.  EXPERT WITNESSES WHO WILL BE PRESENT AT TRIAL

Jena Questen, D.V.M. will be called to testify to the probable cause of the horses being skinny and that Dr. Olds did not have a reasonable basis to claim that the horses' condition was caused by cruelty.

A.R. Horton, D.V.M. will be called to testify that Dr. Olds' claims that the six horses were suffering from cruelty was without a reasonable scientific basis. She will also testify to threats she received from Wright, Ferraro and Olds' husband. She will testify to unusual signs and symptoms which required much investigation before reaching a conclusion regarding what was causing the horses' problems. She will described the diagnostic plan which was planned when the horses were seized. She will testify that the seizure prevented the carrying out the diagnostic plan

Fay Burton, D.V.M. will testify to the same subject matter as Dr. Horton.

Darrell Campbell will testify to the reasonableness of his charges for defense of the criminal charges against Plaintiffs.

### D.  EXPERT WITNESSES WHO MAY BE PRESENT AT TRIAL

Lois Toll, D.V.M. may be called to testify regarding her care and treatment of the six horses during the period the were seized and her observation of the horses after they returned to Echo Valley Ranch..

Scott Toppin, D.V.M. may be called to testify regarding his care and treatment of the six horses during the seizure period.

Alan Swartz may be called to testify regarding the prevalence and control or toxic weeds at Echo Valley Ranch.

Laura Wilhelm, D.V.M. may be called to testify to her article in Serenity entitled Anemia and your Horse.

Witnesses listed by other parties

Witnesses needed for authentication

Witnesses needed for impeachment