# **EXHIBIT D**

## PARK COUNTY DEFENDANTS' (HARDEY, PRIESTLY, GORE & WEGENER) "EXHIBITS" TO NO. 7 OF THE FINAL PRETRIAL ORDER

a.  List the exhibits to be offered by each party and identify those to be stipulated into evidence.  This list should be specific enough so that other parties and the court can understand, merely by referring to the list, each separate exhibit which will be offered.  General references such as "all deposition exhibits "or" all documents produced during discovery" are unacceptable.

(2)  Defendants:

| No. | Description |
|---|---|
| A-1 | Park County Sheriff's Office ("PCSO") Offense Report (0066-83) |
| A-2 | PCSO Case Report 2012000142 (including any reference to photographs or audioclips) – J. Plutt 2/16/12 (0084-85) |
| A-3 | PCSO Case Report 2012000142 (including any reference to photographs or audioclips) – Bobbi Priestly's notes (0086-93) |
| A-4 | PCSO Case Report 2012000142 (including any reference to photographs or audioclips) – Priestly (0094-96) |
| A-5 | Email Scott Dutcher to PCSO regarding photos of Spencer |
| A-6 | Veterinary records of Ashleigh Olds, DVM / Aspen Creek Veterinary Hospital regarding Bear/Spencer |
| A-7 | All records from Harmony Equine Center / Dumb Friends League relating to the removed horses that were transferred to its location in Franktown |
| A-8 | All veterinary records of Littleton Equine (deposition exhibit 110) |
| A-9 | Timberline Equine blog post (deposition exhibit 8) |
| A-10 | Seven photographs of "Maggie" and one of "Bear" taken February 16, 2012 (deposition exhibit 18) |
| A-11 | Plaintiffs' discovery responses (deposition exhibit 50) |
| A-12 | Dr. Horton email May 5, 2012 (deposition exhibit 10) |
| A-13 | Email Garret Leonard of Harmony Equine Center to Ms. Hardey dated May 16, 2012 |
| A-14 | All photos taken while the removed horses were at Harmony Equine Center |
| A-15 | PCSO Offense Report – 2012000142 (including any reference to photographs or audioclips) (121-122 of exhibit 66) |
| A-16 | PCSO 2012000142 (including any reference to photographs or audioclips) – Dr. Toll's report and photographs of 2/27 – 44-46-35 (139-140 of exhibit 66) |
| A-17 | Compendium of photographs identified as "evidence images" PCSO |

|       | 2012000142 (149-288 of exhibit 66) |
|-------|------------------------------------|
| A-18  | Photograph of Little Feather/Bear (Spencer) – Olds Disclosure 150-151-167 |
| A-19  | Photograph of Bear/Little Big Man/Spencer upon arrival at Aspen Creek Veterinary Hospital February 16, 2012 |
| A-20  | Photograph of Bear/Little Big Man/Spencer on June 11, 2012 |
| A-21  | A demonstrative exhibit illustrating a weight chart regarding the horses removed from Echo Valley Ranch and on subsequent welfare checks at Harmony Equine Center |
| A-22  | Photographs (Olds Disclosures 175-186) |
| A-23  | Aerial photographs of Echo Valley Ranch (deposition exhibits 51 and 52) |
| A-24  | Court history of Randall Hatlee (deposition exhibit 49) |
| A-25  | Evidence images of Maggie (deposition exhibit 53) |
| A-26  | Email and summary of findings authored by Dr. Olds, DVM, February 16, 2012 (deposition exhibit 71) |
| A-27  | Photos of Chance (deposition exhibits 73 and 74) |
| A-28  | Photos of River (deposition exhibits 75, 76, and 77) |
| A-29  | Photo of Little Feather and Bear (deposition exhibit 54) |
| A-30  | Photo of Bear taken February 13, 2012 (deposition exhibit 55) |
| A-31  | Photo of Bear taken February 16, 2012 (deposition exhibit 56) |
| A-32  | Photos of Midnight (deposition exhibits 57 and 58) |
| A-33  | Photos of Lena (deposition exhibits 59 and 60) |
| A-34  | Photos of Fiona (deposition exhibits 61 and 62) |
| A-35  | Photos of Echo (deposition exhibits 63 and 64) |
| A-36  | Photos of horses (deposition exhibits 65-72) |
| A-37  | Photos taken by Dr. Olds at Echo Valley Ranch – February 16, 2012 |
| A-38  | Photos of pens and water tanks at EVR (deposition exhibits 93-95) |
| A-39  | Troy Murdoch letter (deposition exhibit 99) |
| A-40  | Declaration of Dr. Olds, DVM (deposition exhibit 98) |
| A-41  | All exhibits from these Defendants' pending Motions for Summary Judgment |
| A-42  | Chart of Henneke body scores regarding the removed horses as well as Bear |
| A-43  | Photos taken of Chance, Echo, Fiona, River, Midnight, Lena at the Dumb Friends / Harmony Equine Center (deposition exhibits as well as disclosures) |
| A-44  | Cumulative and chronological photos of Bear at Aspen Creek Veterinary Hospital taken on February 16, 19, 20, 21, 22 and March 1, 7, 14 and May 1, 2012 (Olds' disclosures) |
| A-45  | Notice of Warning |
| A-46  | Protective Custody Agreement |
| A-47  | Exhibits necessary for impeachment |
| A-48  | Exhibits necessary for rebuttal |
| A-49  | Any exhibit listed by the other Defendant |