**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

Civil Action No.  13-cv-02469-RM-MJW          FTR - Courtroom A-502

**Date:**    March 31, 2015                                    Courtroom Deputy, Ellen E. Miller

_Parties_                                                                      _Counsel_

RANDALL J. HATLEE and                                Brice A. Tondre
RONALD L. SWIFT,

         Plaintiff(s),

v.

CINDY HARDEY,                                              Timothy P. Schimberg
BOBBI PRIESTLY,                                           John M. Lebsack
MONTE GORE,
FRED WEGENER, and
ASHLEIGH OLDS,

         Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

---

**HEARING**:    **FINAL PRETRIAL CONFERENCE**
**Court in Session:**    1:30 p.m.
Court calls case.  Appearances of counsel.

The proposed Final Pretrial Order is reviewed.

Mr. Schimberg, on behalf of the "Park County Defendants" Cindy Hardey, Bobbi Priestly, Monte Gore, and Fred Wegener, makes an Oral Motion to have the sentence under Paragraph 3, page 2, "Plaintiff also claims that there was a failure to train Hardey and a ratification of Hardey's conduct." stricken from the Proposed Final Pretrial Order.  The First Amended Complaint is reviewed.  Discussion is held.  Findings by the Court.

**It is ORDERED:**        "Park County Defendants",Cindy Hardey, Bobbi Priestly, Monte Gore, and Fred Wegener, ORAL MOTION TO STRIKE the sentence under Paragraph 3, page 2, "Plaintiff also claims that there was a failure to train Hardey and a ratification of Hardey's conduct." is **GRANTED** for reasons as set forth on the record; the sentence is STRICKEN.

Mr. Schimberg, on behalf of the "Park County Defendants" Cindy Hardey, Bobbi Priestly, Monte Gore, and Fred Wegener, makes an Oral Motion to incorporate Ninth Defense and Tenth Defense into the Final Pretrial Order from their Answer to Plaintiffs' First Amended Complaint

[Docket No. 26]. Answer [Docket No. 26] is reviewed. Discussion is held. Findings by the Court.

**It is ORDERED:** "Park County Defendants" Cindy Hardey, Bobbi Priestly, Monte Gore, and Fred Wegener ORAL MOTION TO INCORPORATE NINTH AND TENTH DEFENSES INTO THE FINAL PRETRIAL ORDER, from their Answer {Docket No. 26] is **GRANTED** for reasons as set forth on the record.

Added to the Final Pretrial Order, bottom of Page 7, onto the top of Page 8**:**

<u>**NINTH DEFENSE TO ALL CLAIMS FOR RELIEF**</u>

Plaintiffs' alleged injuries and damages, if any, were the result of the conduct of third-parties over whom these Defendants have no control or right to control.

<u>**TENTH DEFENSE TO ALL CLAIMS FOR RELIEF**</u>

Plaintiffs failed to mitigate their damages, if any.


Mr. Lebsack on behalf of defendant Ashleigh Olds makes an Oral Motion to Join all affirmative defenses stated by the "Park County Defendants".

Discussion is held.

**It is ORDERED:** Defendant Ashleigh Olds' ORAL MOTION TO JOIN all affirmative defenses states by the "Park County Defendants" is **GRANTED.**

**It is ORDERED**: The proposed FINAL PRETRIAL ORDER which was tendered to the Court is approved as amended on the record, and made an Order of Court.

Counsel are directed to the chambers of Judge Philip A. Brimmer to obtain trial settings.


Hearing concluded.

**Court in recess:** 2:01 p.m.
Total In-Court Time 00:31


To order a transcript of this proceedings, contact Avery Wood Reports (303) 825-6119 or Toll Free 1-800-962-3345.