# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     13-cv-02469-RPM-MJW

RANDALL J. HATLEE,
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER,
ASHLEIGH OLDS,

Defendants.

## PARK COUNTY DEFENDANTS' SECOND SUPPLEMENTAL DISCLOSURES PURSUANT TO FED.R.CIV.P. 26(E)

Park County Defendants, Cindy Hardey, Bobbi Priestly, Monte Gore, and Fred Wegener, by and through their attorney, Timothy P. Schimberg of Fowler, Schimberg & Flanagan, P.C., hereby submit their Second Supplemental Disclosures Pursuant to Fed.R.Civ.P. 26(e), as follows:

### II. DESCRIPTION OF DOCUMENTS, ELECTRONICALLY STORED INFORMATION AND TANGIBLE THINGS

14. Defendant Cindy Hardey's training records reveal the following training programs attended. Copies of certificates that are still available will be provided upon receipt by undersigned counsel:

> 2004 PPCT Defense Tactics (40 hour course)
> 2005 Sexual Harassment Prevention (8 hours)
> 2005 PPCT (16 hours)
> 2007 PPCT (40 hours)

2007 Crime Scene Collection and Approach (8 hours)
2007 FEMA IS-100, 200, 700, and 800 (Incident Command)
2007 Horse Handling Skills for Humane Investigators (40 hours)
2007 Title 33 Training – Division of Wildlife (8 hour course)
2008 Taser Training (8 hours)
2008 Search and Seizure Training with the DA (8 hours)
2008 PPCT Training (8 hours)
2009 Taser Training (8 hours)
2009 DA Training on Arizona vs. Supreme Court Ruling (8 hours)
2009 Basic Equine Care and Handling for the Investigator Class (40 hour course)
2010 Taser Training (8 hours)
2010 CAACO Animal Control Officers Training (8.5 hours)
2011 Handgun Training (40 hour course).
2012 Taser Training (8 hours)
2012 Civil Rights Training by DORA (8 hour training course)

## V.   FED. R. CIV. P. 26(a)(1)(E) CERTIFICATION

Undersigned counsel certifies that, to the best of his knowledge, the Park County Defendants have based these Second Supplemental Disclosures on the information reasonably available to them and that they are complete and accurate as of the date set forth below.

Respectfully submitted this 3rd day of October, 2014.

Timothy P. Schimberg

FOWLER, SCHIMBERG & FLANAGAN, P.C.
1640 Grant Street, Suite 150
Denver, Colorado 80203
(303) 298-8603

ATTORNEY FOR PARK COUNTY
DEFENDANTS

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October, 2014, I caused a true and correct copy of the foregoing **PARK COUNTY DEFENDANTS' SECOND SUPPLEMENTAL DISCLOSURES PURSUANT TO FED.R.CIV.P. 26(E)** to be electronically served to the following:

Brice A. Tondre, Esq.
Brice A. Tondre, P.C.
215 S. Wadsworth Blvd., Ste. 500
Lakewood, CO 80226-1566
briceatondrepc@msn.com
***Attorney for Plaintiffs***

John M. Lebsack, Esq.
White and Steele, P.C.
600 17th Street, Ste. 600N
Denver, CO 80202
jlebsack@wsteele.com
***Attorney for Defendant Ashleigh Olds***

*/s/ Kala Cganiewicz*
Kala Cganiewicz

3