*** NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME (ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.

AO 133(Rev. 12/09)  Bill of Costs
USDC Colo. Version – (Further Rev. (12/01/2013)

## BILL OF COSTS

| United States District Court | DISTRICT | DISTRICT OF COLORADO |
|---|---|---|
| RANDALL J. HATLEE and RONALD L. SWIFT | DOCKET NO. | 13-cv-02469-RM-MJW |
| v.<br>CINDY HARDEY, BOBBI PRIESTLY, MONTE GORE, FRED WEGENER, and ASHLEIGH OLDS | MAGISTRATE CASE NO. | |

Judgment having been entered in the above entitled action on  September 29. 2015 (ECF Document 110)

against  plaintiffs RANDALL J. HATLEE and RONALD L. SWIFT          the clerk is requested to tax the following as costs:

### BILL OF COSTS

| | | |
|---|---|---|
| Fees of the clerk | $ | 0.00 |
| Fees for service of summons and complaint | $ | 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ | 5,556.44 |
| Fees and disbursements for printing | $ | 0.00 |
| Fees for witnesses (itemized on reverse side) | $ | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ | |
| Docket fees under 28 U.S.C. § 1923 | $ | 0.00 |
| Costs incident to taking of depositions | $ | |
| Costs as shown on Mandate of Court of Appeals | $ | 0.00 |
| Other costs (Please itemize) | $ | |

**Please review and comply with D.C.COLO.LCivR .54.1**

**(See Notice section on reverse side)**

| | TOTAL | $ | 5,556.44 |
|---|---|---|---|

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney

| Print Name | John Lebsack | Phone Number | 303-296-2828 |
|---|---|---|---|
| For: | Defendant Ashleigh Olds | Date | October 13, 2015 |
| | Name of Claiming Party | | |

| Please take notice that I will appear before the Clerk who will tax said costs on the following day and time: | Date and Time | Wednesday, October 21, 2015<br>9:30 a.m. |
|---|---|---|
| Costs are hereby taxed in the following amount and included in the judgment: | Amount Taxed $ | |
| CLERK OF COURT<br>JEFFREY P. COLWELL | (BY) DEPUTY CLERK | |
| | DATE: | |

USDC Colo. Version - (Further Rev. 12/01/2013)

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:
"Sec. 1924, Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

See also Section 1920 of title 28 which reads in part as follows:
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

The Federal Rules of Civil Procedure contain the following provisions:
Rule 54(d)(1)
    "Unless a federal statute, these rules, or a court order provides otherwise, costs - - other than attorney's fees - - should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action."

**D.C.COLO.LCivR 54.1 Taxation of Costs**
    "Each judgment or final order shall indicate any party entitled to costs. Unless otherwise ordered, the clerk shall tax costs in favor of a prevailing party or parties. A bill of costs shall be filed on the form provided by the court (HERE) within 14 days after entry of the judgment or final order. After filing a bill of costs and prior to appearing before the clerk, counsel and any unrepresented party seeking costs shall file a written statement that they have conferred as to disputes regarding costs. If all disputes are resolved, a stipulation specifying costs shall be filed with the court.

Deposition Fees for Exhibits to Defendant Olds' Motion for Summary Judgment
Submitted with Bill of Costs
Civil Action No. 13-cv-02469-RM-MJW

| Docket No. | Description | Court Reporter Fee |
|---|---|---|
| 62-1 | Olds deposition | $236.00 |
| 62-2 | Hardey deposition | $300.95 |
| 62-3 and 62-4 | Priestly and Gore depositions | $335.65 |
| 62-5 | Wegener deposition | $120.90 |
| 62-7 | Swift deposition volume 1 | $511.60 |
| 62-7 | Swift deposition volume 2 | $469.30 |
| 62-8 | Hatlee deposition volume 1 | $780.55 |
| 62-8 | Hatlee deposition volume 2 | $661.30 |
| 62-10 and 62-19 | Troy and Amy Murdock depositions | $162.50 |
| 62-17 | Horton deposition volume 1 | $1,061.45 |
| 62-17 | Horton deposition volume 2 | $262.38 |
| 62-22 | Burton deposition volume 1 | $469.27 |
| 62-22 | Burton deposition volume 2 | $184.59 |
| **Total** | | **$5,556.44** |

Court Reporter Fee for Olds Deposition

Exhibit to Defendant Olds' Motion for
Summary Judgment

ECF No. 62-1

*To Acct 4-4-14*

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250
Denver, CO 80203
(303) 825-6119   Fax (303) 893-8305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 113151 | 04/03/2014 | 01-40888 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/25/2014 | MURPCA | 13 CV 02469 |

| CASE CAPTION |
|---|
| HATLEE VS. HARDEY |

| TERMS |
|---|
| Due upon receipt |

JOHN LEBSACK, ESQ.
WHITE & STEELE
DOMINION TOWERS, NORTH TOWER
600-17TH STREET, SUITE 600N
DENVER, CO 80202

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    ASHLEIGH OLDS, DVM, DABVP-EQUINE        113 Pages              226.00
          INDEX PRODUCTION                                          n/c
          DELIVERY FEE                                             10.00
                                                                ---------
                              TOTAL   DUE   >>>>                   236.00
```

TAX ID NO.:  84-1079884                          (303) 296-2828   Fax (303) 296-3131

*Please detach bottom portion and return with payment.*

JOHN LEBSACK, ESQ.
WHITE & STEELE
DOMINION TOWERS, NORTH TOWER
600-17TH STREET, SUITE 600N
DENVER, CO 80202

```
Job No.    :  01-40888
Case No.   :  13 CV 02469
HATLEE VS. HARDEY

Invoice No.:  113151
Date       :  04/03/2014
TOTAL DUE  :      236.00
```

| PAYMENT WITH CREDIT CARD |
|---|
| Card Holder's Name: _____ |
| VISA/MC #: _____ |
| Exp. Date: _____  Phone #: _____ |
| Billing Address: _____ |
| Amount to Charge: _____  Zip: _____ |
| Cardholder's Signature: _____ |

Remit To:   **Avery Woods Reporting Service, Inc.**
            **455 Sherman Street**
            **Suite 250**
            **Denver, CO 80203**

Court Reporter Fee for Hardey Deposition

Exhibit to Defendant Olds' Motion for
Summary Judgment

ECF No. 62-2

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250
Denver, CO 80203
(303) 825-6119   Fax (303) 893-8305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 113723 | 06/30/2014 | 01-41240 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 06/20/2014 | FRIZLI | 13 CV 02469 |

| CASE CAPTION |
|---|
| HATLEE VS. HARDEY |

| TERMS |
|---|
| Due upon receipt |

JOHN LEBSACK, ESQ.
WHITE & STEELE
DOMINION TOWERS, NORTH TOWER
600-17TH STREET, SUITE 600N
DENVER, CO 80202

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    CINDY HARDEY                    133 Pages           259.35
        EXHIBITS                    158 Pages            31.60
        INDEX PRODUCTION                                    n/c
        DELIVERY FEE                                      10.00
                                                        ─────────
                          TOTAL  DUE  >>>>              300.95
```

TAX ID NO.: 84-1079884                                          (303) 296-2828    Fax (303) 296-3131

*Please detach bottom portion and return with payment.*

JOHN LEBSACK, ESQ.
WHITE & STEELE
DOMINION TOWERS, NORTH TOWER
600-17TH STREET, SUITE 600N
DENVER, CO 80202

```
Job No.      :  01-41240
Case No.     :  13 CV 02469
HATLEE VS. HARDEY

Invoice No.:  113723
Date         :  06/30/2014
TOTAL DUE    :    300.95
```

### PAYMENT WITH CREDIT CARD

Card Holder's Name: ............................................
VISA/MC #: ............................................
Exp. Date: ....................   Phone #: ...................
Billing Address: ............................................
Amount to Charge: ....................  Zip: ...........
Cardholder's Signature: ............................................

Remit To:     **Avery Woods Reporting Service, Inc.**
              **455 Sherman Street**
              **Suite 250**
              **Denver, CO 80203**

Court Reporter Fees for Priestly and Gore Depositions

Exhibit to Defendant Olds' Motion for
Summary Judgment

ECF No. 62-3 and 62-4

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250
Denver, CO 80203
(303) 825-6119   Fax (303) 893-8305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 113767 | 07/07/2014 | 01-41264 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/24/2014 | FRIZLI | 13 CV 02469 |

**CASE CAPTION**

HATLEE VS. HARDEY

**TERMS**

Due upon receipt

JOHN LEBSACK, ESQ.
WHITE & STEELE
DOMINION TOWERS, NORTH TOWER
600-17TH STREET, SUITE 600N
DENVER, CO 80202

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    MONTE GORE                           34 Pages                     66.30

1 CERTIFIED COPY OF TRANSCRIPT OF:
    BOBBI PRIESTLY                      133 Pages                    259.35
        INDEX PRODUCTION                                                n/c
        DELIVERY FEE                                                 10.00
                                                               ------------
                           TOTAL   DUE   >>>>                       335.65
```

TAX ID NO.: 84-1079884

(303) 296-2828   Fax (303) 296-3131

*Please detach bottom portion and return with payment.*

JOHN LEBSACK, ESQ.
WHITE & STEELE
DOMINION TOWERS, NORTH TOWER
600-17TH STREET, SUITE 600N
DENVER, CO 80202

```
Job No.    :  01-41264
Case No.   :  13 CV 02469
HATLEE VS. HARDEY

Invoice No.:  113767
Date       :  07/07/2014
TOTAL DUE  :    335.65
```

## PAYMENT WITH CREDIT CARD

Card Holder's Name: ......................................
VISA/MC #: ......................................
Exp. Date: ........................ Phone #: ....................
Billing Address: ......................................
Amount to Charge: ........................ Zip: ............
Cardholder's Signature: ......................................

Remit To:   **Avery Woods Reporting Service, Inc.**
**455 Sherman Street**
**Suite 250**
**Denver, CO 80203**

Court Reporter Fee for Wegener Deposition

Exhibit to Defendant Olds' Motion for
Summary Judgment

ECF No. 62-5

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 460
Denver, CO 80203
(303) 825-6119   Fax (303) 893-8305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 114035 | 08/11/2014 | 01-41430 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/24/2014 | FRIZLI | 13 CV 02469 |

JOHN LEBSACK, ESQ.
WHITE & STEELE
DOMINION TOWERS, NORTH TOWER
600-17TH STREET, SUITE 600N
DENVER, CO 80202

| CASE CAPTION |
|---|
| HATLEE VS. HARDEY |

| TERMS |
|---|
| Due upon receipt |

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    FRED WEGENER                    62 Pages            120.90

1 CERTIFIED COPY OF TRANSCRIPT OF:
    BRIAN DIEDRICH                  29 Pages             56.55
         EXHIBITS                    9 Pages              1.80
         INDEX PRODUCTION                                 n/c
         DELIVERY FEE                                   10.00
                                                     ----------
                         TOTAL  DUE  >>>>             189.25
```

TAX ID NO.: 84-1079884                              (303) 296-2828   Fax (303) 296-3131

*Please detach bottom portion and return with payment.*

JOHN LEBSACK, ESQ.
WHITE & STEELE
DOMINION TOWERS, NORTH TOWER
600-17TH STREET, SUITE 600N
DENVER, CO 80202

```
Job No.    :  01-41430
Case No.   :  13 CV 02469
HATLEE VS. HARDEY

Invoice No.:  114035
Date       :  08/11/2014
TOTAL DUE  :     189.25
```

| PAYMENT WITH CREDIT CARD |
|---|
| Card Holder's Name: |
| VISA/MC #: |
| Exp. Date:                    Phone #: |
| Billing Address: |
| Amount to Charge:              Zip: |
| Cardholder's Signature: |

Remit To:   **Avery Woods Reporting Service, Inc.**
            **455 Sherman Street**
            **Suite 460**
            **Denver, CO 80203**

Court Reporter Fee for Swift Deposition

Exhibit to Defendant Olds' Motion for
Summary Judgment

ECF No. 62-7

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250
Denver, CO 80203
(303) 825-6119    Fax (303) 893-8305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 113787 | 07/10/2014 | 01-41277 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/10/2014 | FRIZLI | 13 CV 02469 |

| CASE CAPTION |
|---|
| HATLEE VS. HARDEY |

| TERMS |
|---|
| Due upon receipt |

JOHN LEBSACK, ESQ.
WHITE & STEELE
DOMINION TOWERS, NORTH TOWER
600-17TH STREET, SUITE 600N
DENVER, CO 80202

```
 1 CERTIFIED COPY OF TRANSCRIPT OF:
   RONALD L. SWIFT                      256 Pages                    499.20
         EXHIBIT MGMT. SVC./NTBK.                                      2.40
         DELIVERY FEE                                                 10.00

                                  TOTAL   DUE   >>>>                  511.60
```

TAX ID NO. :  84-1079884

(303) 296-2828    Fax (303) 296-3131

*Please detach bottom portion and return with payment.*

JOHN LEBSACK, ESQ.
WHITE & STEELE
DOMINION TOWERS, NORTH TOWER
600-17TH STREET, SUITE 600N
DENVER, CO 80202

```
Job No.    :  01-41277
Case No.   :  13 CV 02469
HATLEE VS. HARDEY

Invoice No.:  113787
Date       :  07/10/2014
TOTAL DUE  :    511.60
```

Remit To:    **Avery Woods Reporting Service, Inc.**
             **455 Sherman Street**
             **Suite 250**
             **Denver, CO 80203**

### PAYMENT WITH CREDIT CARD

Card Holder's Name: ........................................................

VISA/MC #: ........................................................

Exp. Date: .....................    Phone #: .....................

Billing Address: ........................................................

Amount to Charge: ...............    Zip: ...........

Cardholder's Signature: ........................................................

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 460
Denver, CO 80203
(303) 825-6119   Fax (303) 893-8305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 113903 | 07/24/2014 | 01-41353 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 07/11/2014 | FRIZLI | 13 CV 02469 |

| CASE CAPTION |
|---|
| HATLEE VS. HARDEY |

| TERMS |
|---|
| Due upon receipt |

JOHN LEBSACK, ESQ.
WHITE & STEELE
DOMINION TOWERS, NORTH TOWER
600-17TH STREET, SUITE 600N
DENVER, CO 80202

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    RONALD SWIFT, VOLUME 2                 234 Pages            456.30
            EXHIBIT MGMT. SVC./NTBK.                              3.00
            INDEX PRODUCTION                                       n/c
            DELIVERY FEE                                         10.00

                                 TOTAL   DUE   >>>>              469.30
```

TAX ID NO.:  84-1079884                                    (303) 296-2828    Fax (303) 296-3131

*Please detach bottom portion and return with payment.*

JOHN LEBSACK, ESQ.
WHITE & STEELE
DOMINION TOWERS, NORTH TOWER
600-17TH STREET, SUITE 600N
DENVER, CO 80202

```
Job No.    :  01-41353
Case No.   :  13 CV 02469
HATLEE VS. HARDEY

Invoice No.:  113903
Date       :  07/24/2014
TOTAL DUE  :     469.30
```

Remit To:   **Avery Woods Reporting Service, Inc.**
            **455 Sherman Street**
            **Suite 460**
            **Denver, CO 80203**

## PAYMENT WITH CREDIT CARD

Card Holder's Name: ................................................

VISA/MC #: ................................................

Exp. Date: ..................................   Phone #: ..................

Billing Address: ................................................

Amount to Charge: ............................   Zip: ..................

Cardholder's Signature: ................................................

Court Reporter Fee for Hatlee Deposition

Exhibit to Defendant Olds' Motion for
Summary Judgment

ECF No. 62-8

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250
Denver, CO 80203
(303) 825-6119   Fax (303) 893-8305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 113698 | 06/26/2014 | 01-41229 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/19/2014 | FRIZLI | 13 CV 02469 |

| CASE CAPTION |
|---|
| HATLEE VS. HARDEY |

| TERMS |
|---|
| Due upon receipt |

JOHN LEBSACK, ESQ.
WHITE & STEELE
DOMINION TOWERS, NORTH TOWER
600-17TH STREET, SUITE 600N
DENVER, CO 80202

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    RANDALL J. HATLEE, VOLUME 1          337 Pages              657.15
          EXHIBIT MGMT. SVC./NTBK.                              113.40
          INDEX PRODUCTION                                         n/c
          DELIVERY FEE                                           10.00

                              TOTAL  DUE  >>>>                   780.55

EXHIBITS SCANNED.
```

TAX ID NO. : 84-1079884                                    (303) 296-2828   Fax (303) 296-3131

*Please detach bottom portion and return with payment.*

JOHN LEBSACK, ESQ.
WHITE & STEELE
DOMINION TOWERS, NORTH TOWER
600-17TH STREET, SUITE 600N
DENVER, CO 80202

```
Job No.    :  01-41229
Case No.   :  13 CV 02469
HATLEE VS. HARDEY

Invoice No.:  113698
Date       :  06/26/2014
TOTAL DUE  :    780.55
```

## PAYMENT WITH CREDIT CARD

Card Holder's Name: ........................................
VISA/MC #: ........................................
Exp. Date: .................... Phone #: ....................
Billing Address: ........................................
Amount to Charge: .................... Zip: ...............
Cardholder's Signature: ........................................

Remit To:   **Avery Woods Reporting Service, Inc.**
            **455 Sherman Street**
            **Suite 250**
            **Denver, CO 80203**

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250
Denver, CO 80203
(303) 825-6119   Fax (303) 893-8305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 113753 | 07/03/2014 | 01-41257 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/23/2014 | FRIZLI | 13 CV 02469 |

| CASE CAPTION | | |
|---|---|---|
| HATLEE VS. HARDEY | | |

| TERMS | | |
|---|---|---|
| Due upon receipt | | |

JOHN LEBSACK, ESQ.
WHITE & STEELE
DOMINION TOWERS, NORTH TOWER
600-17TH STREET, SUITE 600N
DENVER, CO 80202

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    RANDALL HATLEE, VOLUME 2              334 Pages                    651.30
             INDEX PRODUCTION                                             n/c
             DELIVERY FEE                                              10.00
                                                                   -----------
                              TOTAL  DUE  >>>>                        661.30
```

TAX ID NO.:  84-1079884

(303) 296-2828    Fax (303) 296-3131

*Please detach bottom portion and return with payment.*

JOHN LEBSACK, ESQ.
WHITE & STEELE
DOMINION TOWERS, NORTH TOWER
600-17TH STREET, SUITE 600N
DENVER, CO 80202

```
Job No.    :  01-41257
Case No.   :  13 CV 02469
HATLEE VS. HARDEY

Invoice No.:  113753
Date       :  07/03/2014
TOTAL DUE  :     661.30
```

## PAYMENT WITH CREDIT CARD

Card Holder's Name: ............................................
VISA/MC #: ............................................
Exp. Date: .....................   Phone #: .....................
Billing Address: ............................................
Amount to Charge: .....................   Zip: .............
Cardholder's Signature: ............................................

Remit To:   **Avery Woods Reporting Service, Inc.**
            **455 Sherman Street**
            **Suite 250**
            **Denver, CO 80203**

Court Reporter Fees for Troy and Amy Murdock
Depositions

Exhibit to Defendant Olds' Motion for
Summary Judgment

ECF No. 62-10 and 62-19

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 460
Denver, CO 80203
(303) 825-6119   Fax (303) 893-8305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 114040 | 08/11/2014 | 01-41433 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 07/25/2014 | FRIZLI | 13 CV 02469 |
| **CASE CAPTION** | | |
| HATLEE VS. HARDEY | | |
| **TERMS** | | |
| Due upon receipt | | |

JOHN LEBSACK, ESQ.
WHITE & STEELE
DOMINION TOWERS, NORTH TOWER
600-17TH STREET, SUITE 600N
DENVER, CO 80202

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    AMY MURDOCK                        48 Pages              93.60

1 CERTIFIED COPY OF TRANSCRIPT OF:
    TROY MURDOCK                       30 Pages              58.50
        EXHIBITS                        2 Pages                .40
        INDEX PRODUCTION                                       n/c
        DELIVERY FEE                                         10.00
                                                         ----------
                             TOTAL   DUE   >>>>           162.50
```

TAX ID NO.: 84-1079884                          (303) 296-2828    Fax (303) 296-3131

*Please detach bottom portion and return with payment.*

JOHN LEBSACK, ESQ.
WHITE & STEELE
DOMINION TOWERS, NORTH TOWER
600-17TH STREET, SUITE 600N
DENVER, CO 80202

```
Job No.    :  01-41433
Case No.   :  13 CV 02469
HATLEE VS. HARDEY

Invoice No.:  114040
Date       :  08/11/2014
TOTAL DUE  :     162.50
```

Remit To:   **Avery Woods Reporting Service, Inc.**
            **455 Sherman Street**
            **Suite 460**
            **Denver, CO 80203**

### PAYMENT WITH CREDIT CARD

Card Holder's Name: ......................................................

VISA/MC #: ...............................................................

Exp. Date: ....................   Phone #: ...............................

Billing Address: .........................................................

Amount to Charge: ..........................   Zip: ......................

Cardholder's Signature: ..................................................

Court Reporter Fee for Horton Deposition

Exhibit to Defendant Olds' Motion for
Summary Judgment

ECF No. 62-17

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250
Denver, CO 80203
(303) 825-6119   Fax (303) 893-8305

# STATEMENT

| ACCOUNT NO. | DATE |
|---|---|
| WHIT60 | 06/02/2014 |

JOHN LEBSACK, ESQ.
WHITE & STEELE
DOMINION TOWERS, NORTH TOWER
600-17TH STREET, SUITE 600N
DENVER, CO 80202

| CURRENT | 30 DAYS | 60 DAYS |
|---|---|---|
| .00 | 1,061.45 | .00 |
| **90 DAYS** | **120 DAYS & OVER** | **TOTAL DUE** |
| .00 | .00 | 1,061.45 |

PAGE  1  OF  1

| INV DATE | INV NO. | BALANCE | JOB DATE | DEPONENT | CAPTION |
|---|---|---|---|---|---|
| 04/04/2014 | 113167 | 1,061.45 | 03/27/2014 | ALLYSON RENE HORTON, | HATLEE VS. HARDEY |

TAX ID NO. :   84-1079884

*Please detach bottom portion and return with payment.*

JOHN LEBSACK, ESQ.
WHITE & STEELE
DOMINION TOWERS, NORTH TOWER
600-17TH STREET, SUITE 600N
DENVER, CO 80202

Account No. :  WHIT60
Date       :  06/02/2014

TOTAL DUE  :  1,061.45

Remit To:   **Avery Woods Reporting Service, Inc.**
**455 Sherman Street**
**Suite 250**
**Denver, CO 80203**

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250
Denver, CO 80203
(303) 825-6119   Fax (303) 893-8305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 113167 | 04/04/2014 | 01-40898 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/27/2014 | MURPCA | 13 CV 02469 |

| CASE CAPTION |
|---|
| HATLEE VS. HARDEY |

JOHN LEBSACK, ESQ.
WHITE & STEELE
DOMINION TOWERS, NORTH TOWER
600-17TH STREET, SUITE 600N
DENVER, CO 80202

| TERMS |
|---|
| Due upon receipt |

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    ALLYSON RENE HORTON, DVM              243 Pages               911.25
         REPORTER ATTENDANCE                                      100.00
         EXHIBIT MGMT. SVC./NTBK.                                  40.20
         INDEX PRODUCTION                                            n/c
         DELIVERY FEE                                              10.00
                                                              ------------
                          TOTAL  DUE  >>>>                      1,061.45
```

TAX ID NO.: 84-1079884                                    (303) 296-2828   Fax (303) 296-3131

*Please detach bottom portion and return with payment.*

JOHN LEBSACK, ESQ.
WHITE & STEELE
DOMINION TOWERS, NORTH TOWER
600-17TH STREET, SUITE 600N
DENVER, CO 80202

```
Job No.    :  01-40898
Case No.   :  13 CV 02469
HATLEE VS. HARDEY

Invoice No.:  113167
Date       :  04/04/2014
TOTAL DUE  :    1,061.45
```

## PAYMENT WITH CREDIT CARD

Card Holder's Name:
VISA/MC #:
Exp. Date:                    Phone #:
Billing Address:
Amount to Charge:                    Zip:
Cardholder's Signature:

Remit To:   **Avery Woods Reporting Service, Inc.**
            **455 Sherman Street**
            **Suite 250**
            **Denver, CO 80203**

Page 1 of 2

 ESQUIRE

Esquire Corporate Solutions
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number: (888) 486-4044
Fax (856) 437-5009

### Invoice # CSD132564

TANIA DUPREY
CNA INSURANCE COMPANY - CHICAGO--BILLING
39S FLOOR
333 SOUTH WABASH
CHICAGO, IL 60604

| | |
|---|---|
| Invoice Date | 06/20/2014 |
| Terms | NET 30 |
| Payment Due | 07/20/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | ANN STOERCK |
| Claim Number | E2991771 |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 06/04/2014 | HATLEE, RANDALL vs. HARDEY, CINDY ET AL. | 151016 | 06/12/2014 | FED EX |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 06/04/2014, FAY BURTON (CONIFER, CO) | | |
| ORIGINAL & ONE  COPY OF TRANSCRIPT/WORD INDEX (63 Pages) | $ 2.93 | $ 184.59 |
| ASCII DISK | $ 0.00 | $ 0.00 |
| E-TRANSCRIPT | $ 0.00 | $ 0.00 |
| CONDENSED TRANSCRIPT | $ 0.00 | $ 0.00 |
| | | $ 184.59 |
| Services Provided on 06/04/2014, ALLYSON HORTON (CONIFER, CO) | | |
| ORIGINAL & ONE  COPY OF TRANSCRIPT/WORD INDEX (86 Pages) | $ 2.93 | $ 251.98 |
| EXHIBITS | $ 10.40 | $ 10.40 |
| ASCII DISK | $ 0.00 | $ 0.00 |
| E-TRANSCRIPT | $ 0.00 | $ 0.00 |
| CONDENSED TRANSCRIPT | $ 0.00 | $ 0.00 |
| | | $ 262.38 |
| Services Provided on 06/04/2014 (CONIFER, CO) | | |
| APPEARANCE FEE | $ 0.00 | $ 0.00 |
| | | $ 0.00 |

### CONTINUED ON NEXT PAGE ...

---

Tax Number:    45-3463120

ESQUIRE

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

TANIA DUPREY
CNA INSURANCE COMPANY -
CHICAGO--BILLING
39S FLOOR
333 SOUTH WABASH
CHICAGO, IL 60604

| | |
|---|---|
| Invoice #: | CSD132564 |
| Payment Due: | 07/20/2014 |
| **Amount Due On/Before 08/04/2014** | **$ 0.00** |
| Amount Due After 08/04/2014 | $ 0.00 |

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

199  0000132564  06202014  4  000000000  0  07202014  08042014  2  000000000  09

Court Reporter Fee for Burton Deposition

Exhibit to Defendant Olds' Motion for
Summary Judgment

ECF No. 62-22



**ESQUIRE**
Esquire Corporate Solutions
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number:   45-3463120
Toll Free (888) 486-4044
Fax (856) 437-5009

### Invoice # CSD102614

TANIA DUPREY
CNA INSURANCE COMPANY - CHICAGO--BILLING
39S FLOOR
333 SOUTH WABASH
CHICAGO, IL 60604

| | |
|---|---|
| Invoice Date | 04/26/2014 |
| Terms | NET 30 |
| Payment Due | 05/26/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | ANN STOERCK |
| Claim Number | E2991771 |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 04/16/2014 | HATLEE, RANDALL vs. HARDEY, CINDY ET AL. | 127049 | 04/26/2014 | FED EX |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 04/16/2014, FAY BURTON (CONIFER, CO) | | |
| MEDICAL TECHNICAL ORIGINAL & ONE COPY OF TRANSCRIPT (182 Pages) | $ 2.93 | $ 533.26 |
| APPEARANCE FEE HOURLY (5 Hours) | $ 0.00 | $ 0.00 |
| ASCII DISK | $ 0.00 | $ 0.00 |
| E-TRANSCRIPT | $ 0.00 | $ 0.00 |
| CONDENSED TRANSCRIPT | $ 0.00 | $ 0.00 |
| | | $ 533.26 |
| | | |
| CSD 12% -VOLUME DISCOUNT | | $ -63.99 |
| CSD-SHIPPING-NO CHARGE | | $ 0.00 |
| | | $ -63.99 |

SHIPPED TO: LEBSACK, JOHN ESQ
SUITE 600N
600 17TH STREET
DENVER, CO 80202

| | | |
|---|---|---|
| | Tax: | $ 0.00 |
| | Paid: | $ 469.27 |
| **Amount Due On/Before 06/10/2014** | | **$ 0.00** |
| Amount Due After 06/10/2014 | | $ 0.00 |

---

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**



**ESQUIRE**

TANIA DUPREY
CNA INSURANCE COMPANY -
CHICAGO--BILLING
39S FLOOR
333 SOUTH WABASH
CHICAGO, IL 60604

| | |
|---|---|
| Invoice #: | CSD102614 |
| Payment Due: | 05/26/2014 |
| **Amount Due On/Before 06/10/2014** | **$ 0.00** |
| Amount Due After 06/10/2014 | $ 0.00 |

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

199  0000102614  04262014  5  000000000  0  05262014  06102014  6  000000000  08

Page 1 of 2

 ESQUIRE

Esquire Corporate Solutions
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



ESQUIRE
S O L U T I O N S

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number: (888) 486-4044
Fax (856) 437-5009

*Invoice # CSD132564*

| | |
|---|---|
| Invoice Date | 06/20/2014 |
| Terms | NET 30 |
| Payment Due | 07/20/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | ANN STOERCK |
| Claim Number | E2991771 |

TANIA DUPREY
CNA INSURANCE COMPANY - CHICAGO--BILLING
39S FLOOR
333 SOUTH WABASH
CHICAGO, IL 60604

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 06/04/2014 | HATLEE, RANDALL vs. HARDEY, CINDY ET AL. | 151016 | 06/12/2014 | FED EX |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 06/04/2014, FAY BURTON (CONIFER, CO) | | |
| ORIGINAL & ONE  COPY OF TRANSCRIPT/WORD INDEX (63 Pages) | $ 2.93 | $ 184.59 |
| ASCII DISK | $ 0.00 | $ 0.00 |
| E-TRANSCRIPT | $ 0.00 | $ 0.00 |
| CONDENSED TRANSCRIPT | $ 0.00 | $ 0.00 |
| | | $ 184.59 |
| Services Provided on 06/04/2014, ALLYSON HORTON (CONIFER, CO) | | |
| ORIGINAL & ONE  COPY OF TRANSCRIPT/WORD INDEX (86 Pages) | $ 2.93 | $ 251.98 |
| EXHIBITS | $ 10.40 | $ 10.40 |
| ASCII DISK | $ 0.00 | $ 0.00 |
| E-TRANSCRIPT | $ 0.00 | $ 0.00 |
| CONDENSED TRANSCRIPT | $ 0.00 | $ 0.00 |
| | | $ 262.38 |
| Services Provided on 06/04/2014 (CONIFER, CO) | | |
| APPEARANCE FEE | $ 0.00 | $ 0.00 |
| | | $ 0.00 |

*CONTINUED ON NEXT PAGE ...*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Tax Number:   45-3463120**

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | CSD132564 |
| Payment Due: | 07/20/2014 |

ESQUIRE
S O L U T I O N S

**Amount Due On/Before 08/04/2014**          **$ 0.00**

Amount Due After 08/04/2014          $ 0.00

TANIA DUPREY
CNA INSURANCE COMPANY -
CHICAGO--BILLING
39S FLOOR
333 SOUTH WABASH
CHICAGO, IL 60604

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

199 0000132564 06202014 4 000000000 0 07202014 08042014 2 000000000 09