**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.     13-cv-02469-RPM-MJW

RANDALL J. HATLEE,
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER,
ASHLEIGH OLDS DIEDRICH,

Defendants.

## ENTRY OF APPEARANCE

Andrew R. McLetchie of Fowler, Schimberg & Flanagan, P.C., hereby enters his appearance as attorney of record for Defendants Cindy Hardey, Bobbi Priestly, Monte Gore, and Fred Wegener in the above-referenced matter.

Respectfully submitted this 14th day of October, 2015.

*(Original signature on file at the offices of Fowler, Schimberg & Flanagan, P.C.)*

*/s/ Andrew R. McLetchie*

Andrew R. McLetchie

FOWLER, SCHIMBERG & FLANAGAN, P.C.
1640 Grant Street, Suite 150
Denver, Colorado 80203
(303) 298-8603

ATTORNEY FOR DEFENDANTS CINDY HARDEY, BOBBI PRIESTLY, MONTE GORE, AND FRED WEGENER

## CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of October, 2015, I caused a true and correct copy of the foregoing **ENTRY OF APPEARANCE** to be filed via the ECF system, with notice of same being electronically served to the following:

Brice A. Tondre, Esq.
Brice A. Tondre, P.C.
215 S. Wadsworth Blvd., Ste. 500
Lakewood, CO 80226-1566
*Attorney for Plaintiffs*

      *(Original signature on file at the offices of Fowler, Schimberg & Flanagan, P.C.)*

      */s/ Charlie Smoot*

      Charlie Smoot