## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.    13-cv-02469-RM-MJW

RANDALL J. HATLEE,
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER,
ASHLEIGH OLDS,

Defendants.

### UNOPPOSED MOTION FOR A ONE DAY EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT REGARDING OFFICIAL CAPACITY CLAIMS

Defendants Cindy Hardey, Bobbi Priestly, Monte Gore, and Fred Wegener, by and through their counsel, Timothy P. Schimberg and Andrew R. McLetchie of Fowler, Schimberg & Flanagan, P.C., hereby submit their Unopposed Motion for a One Day Extension of Time to File a Motion for Summary Judgment Regarding Official Capacity Claims and in support thereof state as follows:

1.    D.C.Colo.LCivR 7.1(A) Certification: Plaintiffs are unopposed to this motion.

2.    D.C.Colo.LCivR 6.1(c) Certification: A copy of this motion is being served on undersigned counsel's clients as is reflected in the Certificate of Service.

3.      Pursuant to this Court's Order dated September 29, 2015 (Doc. 110), the Court ordered Sheriff Wegener to file a Motion for Summary Judgment regarding the official capacity claims asserted against him within 15 days.

4.      The motion is, therefore, due today.

5.      When undersigned counsel began preparing the motion today, undersigned counsel realized that he made a mistake in calendaring the due date for the motion.  Undersigned counsel incorrectly believed that the motion was due tomorrow.

6.      These Defendants request an extension of time to complete the motion through and including October 15, 2015.

7.      Under Fed.R.Civ. 6(b) an extension of time shall be granted for good cause.

7.      For all of the foregoing reasons there is good cause to grant a one-day extension of time to file a Motion for Summary Judgment regarding the official capacity claims on behalf of the Sheriff.

Respectfully submitted this 14th day of October, 2015.

*(Original signature on file at the offices of Fowler, Schimberg & Flanagan, P.C.)*

*/s/ Andrew R. McLetchie*

Timothy P. Schimberg
Andrew R. McLetchie

FOWLER, SCHIMBERG & FLANAGAN, P.C.
1640 Grant Street, Suite 150
Denver, Colorado 80203
(303) 298-8603

ATTORNEY FOR DEFENDANTS CINDY HARDEY, BOBBI PRIESTLY, MONTE GORE, AND FRED WEGENER

# CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of October, 2015, I caused a true and correct copy of the foregoing **UNOPPOSED MOTION FOR A ONE DAY EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT REGARDING OFFICIAL CAPACITY CLAIMS** to be filed via the ECF system, with notice of same being electronically served to the following, and a courtesy copy being served via U.S. Mail to undersigned counsel's clients:

Brice A. Tondre, Esq.
Brice A. Tondre, P.C.
215 S. Wadsworth
Blvd., Ste. 500
Lakewood, CO 80226-1566
*Attorney for Plaintiffs*

Cindy Hardey
150 Bulldogger Road
Bailey, CO 80421
*Defendant*

Bobbi Priestly
Park County Sheriff's Office
1180 CR 16
P.O. Box 604
Fairplay, CO 80440
*Defendant*

Monte Gore
Park County Sheriff's Office
1180 CR 16
P.O. Box 604
Fairplay, CO 80440
*Defendant*

Fred Wegener
Park County Sheriff's Office
1180 CR 16
P.O. Box 604
Fairplay, CO 80440
*Defendant*

*(Original signature on file at the offices of Fowler, Schimberg & Flanagan, P.C.)*

*/s/ Charlie Smoot*

Charlie Smoot

4