## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.       13-cv-02469-RPM-MJW

RANDALL J. HATLEE,
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER,
ASHLEIGH OLDS DIEDRICH,

Defendants.

---

**ORDER GRANTING DEFENDANTS CINDY HARDEY, BOBBI PRIESTLY, MONTE GORE, AND FRED WEGENER'S UNOPPOSED MOTION FOR A ONE DAY EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT REGARDING OFFICIAL CAPACITY CLAIMS**

---

BEFORE ME is Defendants' Unopposed Motion for a One Day Extension of Time to File a Motion for Summary Judgment Regarding Official Capacity Claims.  IT IS HEREBY ORDERED that the Motion is GRANTED and Defendants shall have through and including Thursday, October 15, 2015, by which to file a Motion for Summary Judgment regarding the official capacity claims on behalf of the Sheriff.

Dated this _____ day of _____, 2015.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge