FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT

Plaintiffs,

vs.

CINDY HARDEY,
BOBBIE PRIESTLY,
MONTE GORE
FRED WEGENER and
ASHLEIGH OLDS,

Defendants
_____

### STATEMENT BY DEFENDANT OLDS AS TO OBJECTIONS TO BILL OF COSTS
_____

Defendant Ashleigh Olds, through her counsel John Lebsack, submits this statement pursuant to D.C.Colo.LCivR 54.1 regarding conferral as to objections to the bill of costs filed on October 13, 2015 (Docket No. 111).

1. Undersigned counsel tried to confer with plaintiff's counsel Mr. Tondre on several occasions about objections to the bill of costs (emails October 5, 9, 12, 23, 2015; voicemail October 9, 2015). Mr. Tondre did not respond to those requests to confer.

        s:/John Lebsack
        John Lebsack
        WHITE AND STEELE, P.C.
        Dominion Towers, North Tower
        600 17th Street, Suite 600N
        Denver, Colorado  80202
        (303) 296-2828
        Fax No.:  (303) 296-3131
        jlebsack@wsteele.com

CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on this 26th day of October, 2015, a true and correct copy of the foregoing was e-served via CM/ECF to the following:

Brice A. Tondre
215 South Wadsworth Blvd., #500
Lakewood, Colorado  80226
*briceatondrepc@msn.com*

Timothy P. Schimberg
Fowler Schimberg & Flanagan, P.C.
1640 Grant St., Ste. 300
Denver, CO  80203
*t_schimberg@fsf-law.com*

                                                      s/Charlene Falk
                                                      Charlene Falk
                                                      WHITE AND STEELE, P.C.
                                                      Dominion Towers, North Tower
                                                      600 17th Street, Suite 600N
                                                      Denver, CO  80202
                                                      Telephone:  (303) 296-2828
                                                      Fax:  (303) 296-3131
                                                      bkongs@wsteele.com