# EXHIBIT 1

## PARK COUNTY SHERIFF'S OFFICE
### CONTINUATION SHEET

| Case Report Number | 2012000142 |
|---|---|
| Initial Offense Classification | **Cruelty to Animals** |
| Subject | **Swift, Ron and Hatlee, Randal** |
| Date of Report | 2/16/2012 |

On February 16, 2012, at approximately 7:30AM, Deputy B. Sears asked me if I wanted to meet a Veterinarian at the Bailey Substation at 9:00AM, for Routt County. Deputy Sears said the veterinarian was going to be seizing a colt, per court order at the Echo Valley Ranch and needed an officer from our county to company her. I scheduled Park County Sheriffs Corporal J. Plutt and Deputy N. Hanning to accompany me with the court documents for removal of the colt.

At approximately 9:00AM, Doctor Ashleigh Olds, D.V.M. arrived at the Bailey Substation. From there Dr. Olds and I cleared the Bailey Substation and responded to a near by parking lot and waited for Cpl. Plutt and Deputy Hanning's arrival. At approximately 9:50AM, Cpl. Plutt and Deputy Hanning arrived and we all responded to 1640 Park County Road 70, Bailey, Colorado, also known as Echo Valley Ranch.

Upon arrival I spoke with Swift. I advised Swift I was there because Routt County had gotten a court order to remove one of the colts on his property. I also told Swift that I had received a complaint from Smith stating he had seven horses at a health score of a 2, using the Henneke Body Scoring Technique. I asked Swift if I could take Dr. Olds to see the colt. Swift took Dr. Olds, her assistant and I to the colt that was located in the low level of the barn. The colt was lying in the horse stall and was unable to get up off the ground. A male party that worked at the ranch was in the horse stall with the colt trying to get the colt to stand on his feet. The male party identified himself as:

### S- Randall Hatlee (DOB 07/23/1959)

While Hatlee and Dr. Olds where trying to get the colt named Bear- aka "Little Big Man", (Bay/ dark brown in color,) to stand on his feet, I asked Cpl. Plutt to take pictures of all the horses on the property. After asking Plutt to take pictures of the horses I walked back to where the colt was laying. While in the lower level of the barn I heard a loud stomp on the upper level floor. I asked Swift what that noise was Swift advised me that he had his Drum Mare named "Maggie", upstairs lying down on a pad and wood chips because she was really sick. I asked Swift if I could go see "Maggie". Swift took Cpl. Plutt, Dr. Olds and I up to the upper part of the barn. While in the upper part of the barn I observed "Maggie" lying on a pad with wood chips under the pad. "Maggie" was skinny and had wounds all over her body from being stuck on the ground and not being able to get off of the ground. Cpl. Plutt took pictures of "Maggie" (see attached pictures.) The wounds were located on "Maggie's" left and right side of her body and on "Maggie's" head (see attached pictures.) I did a visual body score on "Maggie", scoring "Maggie" at a 2.5 to a 3, using the Henneke Body Score Technique. I have been certified in Cruelty to Animal Investigations for over six years and have had over 4000 hours of training to include experience in the field of rating animals using the Henneke Body Score Technique.

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| C. Hardey 9523 | | Page ____ of ____ |

Rev. 6/98
N

Form: PCSO-

PARK CTY DEFS_000067

## PARK COUNTY SHERIFF'S OFFICE
### CONTINUATION SHEET

| Initial Offense Classification | Subject | Case Report Number |
|---|---|---|
| Cruelty to Animals | Swift, Ron and Hatlee, Randal | 2012000142 |
| | | Date of Report |
| | | 2/16/2012 |

I asked Swift why "Maggie" was so sick. Swift said he did not know why "Maggie" was lying in the pasture on February 10, 2012, when he noticed her. Swift said that Hatlee and he went out to the pasture made a lift to get the horse off the ground and pulled her to the barn. Swift said he called the Veterinarian Dr. Horton, from the Timberline Equine Veterinary Services, and had her come to the ranch to see what was wrong with "Maggie." I asked Swift to call Dr. Horton on his person cellular so I could speak with her about "Maggie." While on the telephone with Dr. Horton I asked her when she had received a telephone call from Swift in reference to "Maggie" being down. Dr. Horton said she had received a telephone call from Swift on February 11, 2012, and responded solo. Dr. Horton felt that "Maggie" had a disease or had a neurological problem.

I told Dr. Horton that I was not comfortable with leaving "Maggie" just lying in the barn. Dr. Horton said she gave Swift and Hatlee instructions for "Maggie" and if at any time the horse appeared to be going down hill from there then they needed to put "Maggie" down, (humanely euthanize.) I asked Dr. Horton if she would email me a statement of everything she did medically on "Maggie." Dr. Horton believed "Maggie" could possibly have Botulinum Toxicity (a poison that attacks the neurological system) or Tic Paralysis. Dr. Horton gave Swift and Hatlee de-wormer and had Hatlee place an order for medication to help with the Botulinum Toxicity.

After speaking with Dr. Horton I walked back to the barn where I observed the colt to be standing outside of the barn tied to the truck located on the driveway. Dr. Olds and her assistant untied "Bear" from the truck and walked him to their trailer where "Bear" was placed.

When Dr. Olds returned from loading "Bear," Dr. Olds looked at me and asked if we could speak in private. Dr. Olds and I walked over to the side of the barn and she expressed her feeling about "Maggie." Dr. Olds felt that Maggie was suffering and she needed to be humanly euthanized. I told Dr. Olds that I had spoken to Dr. Horton about the horses' condition and Swift was aware of her condition. If Swift needed to humanly euthanized "Maggie" he would. Dr. Olds asked me if I had seen the condition of the other horse located on the ranch. Dr. Olds and I walked down to the lower level of the barn where the outside corrals were located and the other horse could be viewed.

I observed a horse named "Lena, (Swift's horse)" Lena was very emaciated her bones were protruding on her Withers, Loin, Point of hip and Tail head (see attached pictures.) I visually scored "Lena" at a 2 to 2.5 using the Henneke Body Score Technique. "Lena" was a Sorrel Paint Mare, white and orange brown in color.

I then walked over to a horse that I could see on the other side of the driveway. The horses name was "Midnight, (Swift's horse)" "Midnight" was very emaciated her bones were protruding on her Withers, Loins, Point of hip and Tail head (see attached pictures.) I visually scored "Midnight" at a 2 to 2.5 using the Henneke Body Score Technique. "Midnight" was a Breeding Stock Mare, brown in color. The brown is so dark she might be mistaken as black.

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| C. Hardey 9523 | | Page ___ of ___ |

Rev. 6/98
N
Form: PCSO-

**PARK COUNTY SHERIFF'S OFFICE**
CONTINUATION SHEET

| Initial Offense Classification | Subject | Case Report Number |
|---|---|---|
| Cruelty to Animals | Swift, Ron and Hatlee, Randal | 2012000142 |
| | | Date of Report |
| | | 2/16/2012 |

There were other horses in corrals next to the horses listed but they were not emaciated, or skinny for that matter. Dr. Olds and I walked to the far outside corral located at the back of the ranch. There were four yearlings in the corral. Their names were as follows:

   "Fiona, (Swift's horse)" – Palomino, Grade Filly gold in color. "Fiona" was very emaciated her bones were protruding on her Wither, Loins, Point of hip and Tail head (see attached pictures.) I visually scored "Fiona" at a 1.5 to 2 using the Henneke Body Score Technique.

   "Echo, (Hatlee's horse)" – Grullo, Grade Stud brown and grey in color. "Echo" was very emaciated his bones were protruding on his Wither, Loins, Point of hip and Tail head (see attached pictures.) I visually scored "Echo" at a 1.5 to 2 using the Henneke Body Score Technique.

   "River, (Hatlee's horse)" – Bay, Grade Gelding black and brown in color. "River" was very emaciated his bones were protruding on his Wither, Loins, Point of hip and Tail head (see attached pictures.) I visually scored "River" at a 1.5 to 2 using the Henneke Body Score Technique.

   "Chance, (Hatlee's horse)" – Sorrel, Grade Gelding brown in color. "Chance" was very emaciated his bones were protruding on his Wither, Loins, Point of hip and Tail head (see attached pictures.) I visually scored "Chance" at a 1.5 to 2 using the Henneke Body Score Technique.

. asked Swift how old his colts and fillies were, he replied that they were around one to two years of age. I asked Swift why they were so skinny he said he believed there was something going on with all of his horses. Swift believed the horses all had Botulinum Toxicity. While I was speaking to Swift about his horses I was approached by Dr. Olds and she suggested I remove all the horses from the Ranch.

After Dr. Olds left the ranch I responded back to where "Maggie" was located. Cpl. Plutt, Deputy Hanning, Swift and Hatlee were trying to get "Maggie" to roll over. Cpl. Plutt and I took a rope that had been placed on "Maggie's" legs and pulled the rope until "Maggie" was rolled over. Once "Maggie" was rolled over Hatlee and I placed grain bags behind "Maggie." "Maggie could not hold herself up. Hatlee gave "Maggie" some grain and water. "Maggie" drank the water and ate her grain.

Swift and Hatlee advised me that they feed "Maggie" every two hours and have been rolling her over every two hours as requested by Dr. Horton. I decided to fill out a "State Notice of Warning" for all the horses in question. Which I issued to Swift and Hatlee regarding the poor health and welfare of some of their horses.

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| C. Hardey 9523 | | Page _____ of _____ |

Rev. 6/98
N
Form: PCSO-

PARK CTY DEFS_000069

| PARK COUNTY SHERIFF'S OFFICE | |
|---|---|
| CONTINUATION SHEET | Case Report Number<br>2012000142 |
| Initial Offense Classification: **Cruelty to Animals** | Subject: **Swift, Ron and Hatlee, Randal** |
| | Date of Report: **2/16/2012** |

The State Notice of Warning Stated:

- There are four yearlings that scored a 1.5 using the Henneke Body Score Technique.
- Lena and Midnight scored visually at a 1.5 on the Henneke Body Score Technique.
- You will have a month from today to gain HEALTHY weight on the 6 horses.
- Animal Control will be doing routine visits every two days for the next two to three weeks to monitor "Maggie" black Drum Mare, and all 6 horses in question.
- If there is an issue with any horse Animal Control will be advised (notified.)
- If you fail to rectify the Condition of the Animals in question you maybe charged.
- Note, Animal Control will be monitoring the health of all animals every 2 days for the next 2 weeks.

While filling out the State Notice of Warning, Swift and Hatlee advised me that they needed to go feed the rest of the herd. I asked Swift and Hatlee where they would like me to put the State Notice of Warning. Hatlee stated I could just set the State Notice of Warning in the driver seat of his truck. I signed the State Notice of Warning and because either Swift or Hatlee were present I placed their copy on the driver seat of Hatlee's truck and cleared the residence.

At approximately 4:00PM, I received an email from Dr. Olds. Dr. Olds was successful in getting "Bear" to her facility and had to give "Bear" I.V- fluid before she could get "Bear" out of the trailer. According to Dr. Olds "Bear" had fallen down in the trailer while transporting him to the clinic.

Dr. Old email reads:

- "Officer Hardey: I have attached a letter with a summary of the findings today. Hopefully this will useful in obtaining an order to seize the remaining horses and/or get permission to euthanize the down mare. If she dies, I would recommend a necropsy at CSU to confirm whether she died of starvation vs. botulism. The little gelding that we took today is doing OK, although he went down in the trailer and was too weak to get up when he got to the hospital. We had to run IV fluids, Iv dextrose, calcium, and hydrate him for several hours before we could assist him to a standing position. He appears very hungry and has been eating non-stop since he got here. His blood work shows extreme anemia among other problems. He is not showing any signs of botulism and to me appears to be a very clear cut case of starvation and malnutrition." (See attached documents for further information.)

I also received an email from Dr. Horton reference the condition of "Maggie. Dr. Horton stated she did not examine the six other horses on the ranch at the time she was called out. Dr. Horton was only there to tend to "Maggie."

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| C. Hardey 9523 | | Page ____ of ____ |

Rev. 6/98
N

Form: PCSO-

PARK CTY DEFS_000070