# EXHIBIT 2

**PARK COUNTY SHERIFF'S OFFICE**
CONTINUATION SHEET

| Case Report Number |
|---|
| 2012000142 |

| Initial Offense Classification | Subject | Date of Report |
|---|---|---|
| Cruelty to Animals | Swift, Ronald/ Hatlee, Randall J. | 02-13-2012 |

I received a call from Deputy Hardey stating that some of the horses on the property were in good condition and others were in a compromised condition. Deputy Hardey was most concerned about a Drum Mare named "Maggie" that was down and unable to rise. This horse was currently under veterinarian care and had been prior to our arrival according to Deputy Hardey. The veterinarian that was treating the horse identified as "Maggie" was Dr. Horton, DVM and Dr. Burton, DVM both certified doctors of veterinarian medicine and co-owners of Timberline Equine Veterinary Services. I was advised the horse had been down since February 10, 2012 and the owner had called his veterinarian's immediately to treat the horse.

Deputy Hardey stated that the other horses on the property that were thin were four young horses between one and two years of age. The three colts and one filly were all scored visually at 1.5 or 2 the Henneke Body Condition Scoring System by Deputy Hardey. The Henneke Body Condition Scoring System is an objective system used by palpating six areas on a horse for deterioration of muscle mass and or atrophy of fatty tissue. The score of "1"; is described as extremely emaciated and no fatty tissue can be palpated the horse is in danger of death. A score of "9" is described as; extremely fat and obese and could also be in danger of death. Deputy Hardey stated that the," Babies looked bad and they were very thin." I was also told that a mare named "Midnight" who was approximately thirteen years old and her daughter another mare named "Lena" were thin as well. The two older mares were scored visually by Deputy Hardey at a 2 or a 2.5.

Deputy Hardey advised me that Swift had hay and water available for the horses and she had spoken with his veterinarian Dr. Horton about "Maggie". I was told the other veterinarian that was at the ranch a Dr. Ashley Olds, DVM that was assisting Routt County in seizing the colt was certain the horses on the property were being mistreated and suffering from nothing more than neglect.

Deputy Hardey advised me that according to Dr. Horton, DVM she was concerned that "Maggie" was suffering from some medical illness such as Tic Paralysis, Botulism Toxicity, or a neurological condition. Dr. Horton did confirm that she was contact by Swift to treat the horse named "Maggie" on February 11, 2012. Dr. Olds, DVM was almost demanding according to Deputy Hardey and insistent on Park County seizing all of the horses. I advised Deputy Hardey to have Dr. Olds leave with the horse they were ask remove under court order.

I contacted **Dr. Kate Anderson, DVM with Colorado Department of Agriculture, State Veterinarians Office** on her cellular telephone. I explained the facts as I understood them to Dr. Anderson, DVM. She stated that if the owner had his veterinarian caring for the horse that was down and tests were being run she was comfortable with us just monitoring the situation for now. I also contacted **Scot Dutcher, Chief Investigator with the Bureau of Animal Protection** and advised him of the case our agency was investigating.

I then placed a telephone call to another independent veterinarian that our office has used in other cases. I contacted **Dr. Britt, DVM with Rocky Top Veterinary Services**. DR. Britt, DVM agreed with Dr. Anderson, DVM and stated that if the owner was treating the horse that was down that was an educational step in the right direction. Dr. Britt stated to see what some of the test results were before we took immediate action. Dr. Britt,

| Officer's Signature & Number | Supervisor's Initials & Date | | |
|---|---|---|---|
| Sgt. B. Priestly #9522 | | Page ___ of ___ |

Rev. 6/98
N
Form: PCSO-

Swift, Ronald 12M44, Hatlee, Randall 12M43
Discovery 155

PARK COUNTY SHERIFF'S OFFICE
CONTINUATION SHEET

| Initial Offense Classification | Subject | Case Report Number |
|---|---|---|
| Cruelty to Animals | Swift, Ronald/ Hatlee, Randall J. | 2012000142 |
| | | Date of Report |
| | | 02-13-2012 |

I received a call from Deputy Hardey stating that some of the horses on the property were in good condition and others were in a compromised condition. Deputy Hardey was most concerned about a Drum Mare named "Maggie" that was down and unable to rise. This horse was currently under veterinarian care and had been prior to our arrival according to Deputy Hardey. The veterinarian that was treating the horse identified as "Maggie" was Dr. Horton, DVM and Dr. Burton, DVM both certified doctors of veterinarian medicine and co-owners of Timberline Equine Veterinary Services. I was advised the horse had been down since February 10, 2012 and the owner had called his veterinarian's immediately to treat the horse.

Deputy Hardey stated that the other horses on the property that were thin were four young horses between one and two years of age. The three colts and one filly were all scored visually at 1.5 or 2 the Henneke Body Condition Scoring System by Deputy Hardey. The Henneke Body Condition Scoring System is an objective system used by palpating six areas on a horse for deterioration of muscle mass and or atrophy of fatty tissue. The score of "1"; is described as extremely emaciated and no fatty tissue can be palpated the horse is in danger of death. A score of "9" is described as; extremely fat and obese and could also be in danger of death. Deputy Hardey stated that the," Babies looked bad and they were very thin." I was also told that a mare named "Midnight" who was approximately thirteen years old and her daughter another mare named "Lena" were thin as well. The two older mares were scored visually by Deputy Hardey at a 2 or a 2.5.

Deputy Hardey advised me that Swift had hay and water available for the horses and she had spoken with his veterinarian Dr. Horton about "Maggie". I was told the other veterinarian that was at the ranch a Dr. Ashley Olds, DVM that was assisting Routt County in seizing the colt was certain the horses on the property were being mistreated and suffering from nothing more than neglect.

Deputy Hardey advised me that according to Dr. Horton, DVM she was concerned that "Maggie" was suffering from some medical illness such as Tic Paralysis, Botulism Toxicity, or a neurological condition. Dr. Horton did confirm that she was contact by Swift to treat the horse named "Maggie" on February 11, 2012. Dr. Olds, DVM was almost demanding according to Deputy Hardey and insistent on Park County seizing all of the horses. I advised Deputy Hardey to have Dr. Olds leave with the horse they were ask remove under court order.

I contacted **Dr. Kate Anderson, DVM with Colorado Department of Agriculture, State Veterinarians Office** on her cellular telephone. I explained the facts as I understood them to Dr. Anderson, DVM. She stated that if the owner had his veterinarian caring for the horse that was down and tests were being run she was comfortable with us just monitoring the situation for now. I also contacted **Scot Dutcher, Chief Investigator with the Bureau of Animal Protection** and advised him of the case our agency was investigating.

I then placed a telephone call to another independent veterinarian that our office has used in other cases. I contacted **Dr. Britt, DVM with Rocky Top Veterinary Services.** DR. Britt, DVM agreed with Dr. Anderson, DVM and stated that if the owner was treating the horse that was down that was an educational step in the right direction. Dr. Britt stated to see what some of the test results were before we took immediate action. Dr. Britt,

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| Sgt. B. Priestly #9522 | | Page ___ of ___ |

Rev. 6/98
N

Form: PCSO-

| PARK COUNTY SHERIFF'S OFFICE | | |
|---|---|---|
| CONTINUATION SHEET | | Case Report Number: 2012000142 |
| Initial Offense Classification: Cruelty to Animals | Subject: Swift, Ronald/ Hatlee, Randall J. | Date of Report: 02-13-2012 |

DVM offered to look at some photographs of the downed mare and give any additional ideas if possible. DR. Britt, DVM told me that he had two Botulism Toxicity cases in the Guffey area and according to him those cases are not very common.

I called Deputy Hardey back and asked her what she thought she should do in this case. Deputy Hardey stated that she was concerned the horse named "Maggie" was suffering and needed to be euthanized. Deputy Hardey also stated she was comfortable based on the information I had relayed from Dr. Anderson, DVM, DR. Britt, DVM and Scot Dutcher with serving a State Notice of Warning. She was going to monitor the horses and leave them in the care of the owners at this point.

Deputy Hardey stated that Swift was asking to speak with me on her telephone about the horse named "Maggie". I spoke with Swift about the horses on the telephone at that time briefly. I asked Swift why the young horses were in such bad shape and Swift stated that he did not bring them in soon enough. Swift said, "You caught me on the babies Bobbi I screwed up, Helen had a heart attack and I have had a lot going on and I blew it." I asked him if "Maggie" was suffering and if she needed to be put down. Swift stated that he would put her down if he needed to. Swift said, "She still eats and drinks, she still has fight in her and as long as she has fight I will fight along side of her, you know me Bobbi I will do the right thing here." I was advised by Swift that something was going on with his herd, "Midnight" was thin and she always loses weight in the winter and I was well aware of that. His veterinarians think there is some disease problem but it is not a starvation issue. I asked Swift what the sores were all over "Maggie's" body and he explained it me that the sores were pressure sores from lying down. He stated that the veterinarian said it was just like "bed sores" that elderly people get from not being able to get up. That is why the doctors asked the horse be moved every two hours.

Deputy Hardey stated she had Corporal Jenny Plutt take several photographs and she would meet with me after she completed a State Notice of Warning. The agreement was the six horses that were standing would be checked weekly and expected to show signs of improvement within a thirty day period. The downed mare known as "Maggie" while under veterinarian care would also be monitored by Park County Animal Control every other day. Any changes in the horses' conditions were to be reported to authorities immediately.

I contacted Scot Dutcher again and asked him about the possibility of the horses having Botulism and he advised me that typically if a horse had Botulism it hits them hard and the horse will die as a result of the toxin. I confirmed this with Dr. Britt on the two cases he tried to treat the previous year. Dr. Britt stated the two cases he saw the horses were not thin; the horses tongue was flaccid. Dr. Britt explained that Botulism Toxicity causes the horse to lose control of the muscles it needs to chew and swallow. The horse will drool not only from its mouth but also from the nostrils. The horse will also seem weak all over. In advanced stages the horse will collapse and begin jerking its legs as if trying to run while lying down. Death soon follows the later stages. The horse in this case has some similar symptoms. Dr. Britt stated he was supportive of leaving the horses at the property and officials monitoring to care of the animals, until some of the test results were in.

156

| Officer's Signature & Number: Sgt. B. Priestly #9522 | Supervisor's Initials & Date | Page ___ of ___ |
|---|---|---|

Rev. 6/98 N                                                                                               Form: PCSO-

Swift, Ronald 12M44, Hatlee, Randall 12M43
Discovery 156

## PARK COUNTY SHERIFF'S OFFICE
### CONTINUATION SHEET

| Case Report Number |
|---|
| 2012000142 |

| Initial Offense Classification | Subject | Date of Report |
|---|---|---|
| Cruelty to Animals | Swift, Ronald/ Hatlee, Randall J. | 02-13-2012 |

Dr. Britt stated he would be glad to go and examine the horse. The only thing he would suggest he would give the owner would be if the mare was not standing on her own within twenty-four to forty –eight hours he would recommend euthanasia.

I asked Dr. Britt about the possibility of Tic Paralysis and he was reserved about this even being a possibility. He stated he has never seen a case in Colorado, but that does not mean anything. He felt the time of the year was a factor and ticks are usually out in the spring season not the winter. I asked what the symptoms of Tic Paralysis are and he stated coordination loss, which would lead to paralysis of the legs and chest muscles.

On February 17, 2012 I was contacted by Deputy Hardey and advised that "Maggie" was deceased and that Timberline Equine Veterinary Services had arranged a necropsy with Colorado State University. The necropsy was to determine the horse's cause of death.

On February 19, 2012 I received a telephone call from Under sheriff Gore at my residence. The Under sheriff advised me that he had received several telephone calls from the Public Information Officer for State of Colorado's Department of Agricultures Office. He was very concerned for the safety of the owners of the horses and the horses themselves. The Under sheriff stated that he had been on the telephone all morning and the emails and telephones calls were very concerning to him. He asked if I could make arrangements to move the horses. I advised the Under sheriff that I would see if the owners would agree to move the horses into protective custody on a temporary basis.

Deputy Hardey contacted Swift and Hatlee and they did agree to move the horses. I completed a written agreement that was signed by Hatlee, Swift and Deputy Hardey. This agreement was turned over to Deputy Hardey and has been placed in the case file.

The horses were moved from the Echo Valley Ranch and transported by Swift and Hatlee. The horses were moved to a private ranch in Park County and housed in an enclosed barn. The horses were provided with veterinarian care by Timberline Equine Veterinary Services while at this location. I assisted with unloaded the horses and accessing them once they were taken off of the trailers. I noticed that the younger horses back legs were quivering when they walked. The horses were given hay and water before we left the area. Hatlee was concerned about one of the young colts named "Chance". Hatlee advised us that the colt had been collapsing frequently and that he was unable to rise on his own.

On February 21, 2012 at approximately 10:30 AM, I received a call from Dr. Horton, DVM. Dr. Horton called and stated that she had some preliminary results on the necropsy that was done on "Maggie". I recorded a portion of this conversation (see attached audio disk). Under sheriff Monte Gore and Sheriff Fred Wegener were both in the office for the conversation with Dr. Horton.

Dr. Horton stated:

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| Sgt. B. Priestly #9522 | | Page ___ of ___ |

Rev. 6/98  
N  
Form: PCSO-

Swift, Ronald 12M44, Hatlee, Randall 12M43
Discovery 157

PARK COUNTY SHERIFF'S OFFICE
CONTINUATION SHEET

| | | Case Report Number |
|---|---|---|
| | | 2012000142 |
| Initial Offense Classification | Subject | Date of Report |
| Cruelty to Animals | Swift, Ronald/ Hatlee, Randall J. | 02-13-2012 |

Rabies was the first thing that was tested for and that test came back negative. The spinal cord was removed and there was a lesion found. This was an abnormality according to Dr. Horton. Dr. Horton stated that the death of this horse was not the owners fault.

The most significant thing was an abscess in the wall in the heart. The abscess was blocking the blood flow and new channels were being made to allow blood flow. There was a infection in the bones. She would contact Deputy Hardey with the final results.

Dr. Horton stated she would do a blood draw on the other six horses. If the weakness persists it could be an electrolyte problem. The colt named "Chance" was showing some neurological symptoms such as cranial nerve functions and sensory functions and no reaction to nostril sensations. He was given a Body Condition Score 1/9 and a heart murmur was found.

On the mare named "Midnight" she scored her at a 3/9. "Echo" was scored at a 1/9, "Fiona" was 2/9, "River" was 1/9, and "Lena" was a 1 or 2/9. The fact was all of these horses were too thin and Swift was told that. She was contacted to first respond to the ranch and treat "Maggie" on February 11, 2012. When she went out to the location to do the blood draw on the other six horses the caretaker told her the horses were urinating frequently in small amounts. Dr. Horton stated she did not observe this herself while she was there. The care taker also advised her that "Chance" was leaning on his left side and again she stated that she did not observe this on her visit.

Dr. Horton stated that she was in no hurry to jump to conclusions in this case as it is not a clear cut case at all. However, if an owner sees that horses are experiencing rapid weight lose it is their responsibility to contact a veterinarian rather than just letting it go.

I asked Dr. Horton if she cared for the younger horses at all. She advised me that she had castrated a couple of them a year or two ago and she had seen them visually when they were tiny babies. That was the only treatment she had provided. She stated that she was informed that a couple of the babies were rescued from a feedlot and she thought "Chance" may have one of those babies.

I asked Dr. Horton if she had anything to do with treating the colt that was seized and the mare (mother of that colt) that had died. Dr. Horton stated that she had not seen the colt recently or the mare. She said that her practice was contacted by Routt County Animal Control to oversee their care when they arrived in Park County and to castrate the colt. The last time they had seen the horses was on June 28, 2011. Routt County Animal Control was placed on a No Service basis due to failure to pay.

Dr. Horton stated she went to treat and examine "Maggie" by herself on February 11, 2012 and Dr. Burton and her both went to check the horse on February 13, 2012. Dr. Horton stated that the other horses were not even evident to her on the day the colt was seized. She never even saw them at all and she wanted that to be made perfectly clear.

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| Sgt. B. Priestly #9522 | | Page ___ of ___ |

Rev. 6/98
N
Form: PCSO-

158

Swift, Ronald 12M44, Hatlee, Randall 12M43
Discovery 158

PARK COUNTY SHERIFF'S OFFICE
CONTINUATION SHEET

| Case Report Number |
|---|
| 2012000142 |

| Initial Offense Classification | Subject | Date of Report |
|---|---|---|
| Cruelty to Animals | Swift, Ronald/ Hatlee, Randall J. | 02-13-2012 |

I asked Dr. Horton if she felt getting the hay at the Echo Valley Ranch tested would be a good idea and she stated that she thought that would be helpful.

Sheriff Wegener had one question for Dr. Horton. He asked if she thought Swift did not call a vet sooner because he was an older rancher and he thought he could take care of things himself. Dr. Horton told the Sheriff that she felt that would fit Swift. Dr. Horton stated that Swift had a lot of confidence in his experience as a horseman, he has some strongly held values as to how they should be doctored and what is appropriate. She also said that Swift was going through some very difficult personal circumstances and he was very overwhelmed. Dr. Horton stated that with these issues it is still not an excuse to notice horses with body conditions this low.

Dr. Horton then asked about death threats and harassing phone calls. She stated that she had received some harassing telephone calls from a lady named Shelly Ferrero. Dr. Horton stated she does not read Pinecam and she was basically told if she wanted any clients in the area she would convince Swift to relinquish the horses. She was under the impression that Shelly had some connection to Dr. Ashley Olds and Aspen Creek Large Animal Clinic. She called Dr. Olds and advised her that she had not seen the colt that was seized for several months but, she wanted to pass on any information she had on the seized colt. She advised Dr. Olds that Swift had told her the colt had needed assistance standing up for four to six weeks prior to having been seized. Dr. Horton stated she had no idea who had custody of the horse or who was responsible for the horse. The Sheriff told her to report the harassing telephone calls to the proper authorities. Dr. Horton told us that in her opinion she believed that this case was at fork in the road. She believed the horses would need to have further diagnostic testing done which would be expensive or the horses should be euthanized. Swift was not going to be able to afford all of the diagnostic testing that needed to be done.

On February 23, 2012 I assisted Deputy Cindy Hardey in removing the six horses named on a search warrant from a property located at 1401 Park County Road 77. We had no issues in loading any of the horses except one colt named "Chance". He went down in the trailer which means he collapsed when we tried to load him into the trailer. This is the same colt that was sick and was collapsing daily. After all the horses were loaded we responded immediately to the Park County Jail to get blankets and see if we could get the colt up with some assistance with extra man power. After approximately fifteen minutes we were able to get the colt up and standing on all four legs. We left the county and responded to a undisclosed location to meet a veterinarian.

Upon arrival to the facility where the six horses will be kept and cared for, we met the veterinarian who will be caring for the horses while in our custody. The veterinarian identified herself as:

**IP/ Dr. Lois Toll, DVM**

159

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| Sgt. B. Priestly #9522 | | Page ___ of ___ |

Rev. 6/98
N

Form: PCSO-