# EXHIBIT  3

# COLORADO DEPARTMENT OF AGRICULTURE
## BUREAU OF ANIMAL PROTECTION
### 700 KIPLING ST., SUITE 4000
### LAKEWOOD, CO 80215-5894

## NOTICE of WARNING

Case Number: 2012000142   Date: 2-16-2012   Time: 12:00 _am_/pm

Warning Issued To: Ron Swift   Tele: 303-908-2957

Driver's License: _____   Date of Birth: _____

Address: Penn Valley Ranch   S.S.#: _____

City: Bailey   State: Cn   Zip: 80421

Animal Description: Th-BRD Grizzle Horse Dog ___ F ___ M ___

Animal Name: Quarterhorse "Magic" (Qown Horse) Cat ___ F ___ M ___

Soral, Buy, Palomino, Grula   Horse X   F X   M Y

ena = Quarterhorse/Thr BRD mix   Other ___ F ___ M ___

Our agent has discovered that you are allowing to exist or contributing to a condition which could constitute a violation of Colorado law. To avoid further action, this condition must be corrected by __/__/__

The violation found by the agent was:

___ "Abandon" means the leaving of an animal without adequate provisions for the animal's proper care by its owner, the person responsible for the animal's care or custody, or any other person having possession of such animal.

___ "Mistreat or Mistreatment" means every act or omission which causes, or unreasonably permits the continuation of unnecessary or unjustifiable pain or suffering.

___ "Neglect" means failure to provide food, water, protection from the elements, or other care generally considered to be normal, usual, and accepted for an animal's health and well-being consistent with the species, breed, and type of animal.

X Other: There are the 4 Yearlings that Score visually a 1.5 on Henneke Body sc

Action Necessary to Comply: Ena + Midnight Jane visually a 1.5 on Henneke Body sc. You will have a month from today to gain HEALTHY weight on this 6 horses. Animal control will be doing Random visits every two days for the next two weeks to monitor "Magic" Back & Drone Mare, and all 6 horses in question. If there is an issue with any horse Animal control will be advise (notified) immediately if you fail to rectify the condition in question you may be issued

Our Agent will do a follow up visit on or about: 3/16/2012

Thank you for your cooperation in this matter. Note: Animal control will be monitori the health of animal

Posted to Door X   Issued in Person X   Date 2/16/2012   Time 1220hrs _am_/pm

every 2 day for the next 2 weeks

### SIGNATURE BOX

INVESTIGATOR: L Hanley 923   PCSO
Signature   ISSUING AGENCY

TELEPHONE: 719-256-4980

RECIPIENT OF NOTICE: _____
Signature

49

## This is a legal document

26/129