# EXHIBIT 7

Community Advertorial
The opinions expressed in advertorials are those of the advertiser only and do not represent the opinions of Colorado Serenity.

# Anemia and Your Horse



THE HORSE DOCS
Laura WILHELM, DVM
Aspen Creek Veterinary Hospital

In the scientific sense, anemia refers to a lack of healthy red blood cells (RBCs). This is not helpful in understanding the significance of anemia in terms of overall physical well-being. The most important job of the red blood cell is carrying oxygen from the lungs to cells throughout the body. A true lack of red cells means a decrease in the ability to deliver oxygen to tissues. This is particularly important where at altitude, where there is 5 percent less oxygen than at sea level.

As veterinarians, we find ourselves confronting anemia on a regular basis. We are often asked to draw blood for a complete blood count based on the horse's history along with our physical exam. Some of the signs we see include poor hair coat, weight loss, failure to gain weight, chronic colic, fatigue and pale gums. Many of these signs can also be signs of other problems; anemia is often a result of another disease process. In order to treat anemia, we must first determine the cause.

There are three major mechanisms or categories for anemia: overall blood loss, decreased red cell production and increased red cell destruction. Each mechanism has subcategories to further narrow the possible reasons. Though these guide us in our diagnosis of an underlying reason, they do not always lead to a straightforward answer. The size and physiology of equines only adds to the challenge of diagnosis and treatment for anemia.

The first category, excessive blood loss, can be the simplest to diagnose if the loss is external. Usually, the patient presents with some sort of hemorrhage and a history of trauma. The horse may have an obvious laceration, with blood pouring from an artery, or a severe nosebleed. Stemming the blood loss through pressure and/or closure of the wounds is the first step. In extreme cases, we do transfuse blood from a donor horse. Luckily for us, the average horse can lose 10-12 liters of blood and survive.

Internal bleeding produces the same effect but is a little harder to diagnose. Acute internal hemorrhage may be brought on by such things as a uterine artery tear post foaling, a tremendous blow to the abdomen or thoracic (chest) cavity, or rupture of an internal mass. There are also more insidious causes, such as an overburden of parasites or undetected gastric or colonic ulcers. These do not generally result in large amounts of blood loss all at once, but they can create lesions that leak blood faster than the body is able to replace it. Definitive diagnosis of such lesions is difficult and often requires a thorough and expensive work up. When appropriate, we make informed decisions using conservative and less expensive tests, such as fecal review for the presence of parasites and/or blood.

The increased destruction of red blood cells (hemolysis) occurs as the immune system targets red blood cells for early removal from the circulatory system. Some diseases change the red blood cells, making them targets for the immune system. Blood parasites, some bacterial infections, toxins like red maple, cancers and equine infectious anemia virus all attach to or alter the RBCs, leading to their early demise. This typically hits quickly, and the bone marrow is not equipped to produce enough blood cells to make up for the loss.

Decreased red cell production occurs when the bone marrow is not forming and releasing an adequate number of functional red cells. This may result from unhealthy marrow (as in cases of cancer), nutritional deficiencies or as a product of chronic disease. In horses, primary marrow malfunction is rare but can be induced by some toxins and medications as well as cancers. Most equines today do not have true deficiencies in vitamins or minerals. The marrow in horses with a low grade bleed may not have a primary iron deficiency, but all available iron goes towards making new RBCs. That said, iron supplementation is often part of the treatment of anemia. Chronic diseases such as cancers, organ compromise, long standing pneumonia and many others can also result in an anemia.

To complicate matters further, a healthy horse can have a slightly low red cell count and be considered normal. Horses are fairly unique, in that they have the ability to store a large amount of red cells in their spleen. This reserve allows for a fast increase in their ability to move oxygen to tissue should they need to escape the local mountain lion. Unfortunately, this reserve is not always visible in routine bloodwork of a calm healthy horse.

Solving the puzzle of anemia can be quite a diagnostic challenge. As equine veterinarians, we look not only at the blood values and the microscopic appearance of red cells, but also at the presentation of the horse. A sick horse with a mild to moderate anemia is much more concerning than an apparently healthy horse with a mild anemia. A thorough history, routine bloodwork and a comprehensive physical exam are invaluable in determining the origin and an appropriate treatment for an anemic horse.

> "Solving the puzzle of anemia can be quite a diagnostic challenge."