EXHIBIT 8

| | |
|---|---|
| **From:** | Monte Gore |
| **To:** | aolds@aspencreeklac.com; Bobbi Jo Priestly |
| **Subject:** | RE: horses |
| **Date:** | Wednesday, February 22, 2012 12:32:44 PM |

Thank you so much. I will let you know how it goes.

Monte

---

**From:** aolds@aspencreeklac.com [mailto:aolds@aspencreeklac.com]
**Sent:** Wednesday, February 22, 2012 11:23 AM
**To:** Monte Gore
**Subject:** horses

So I have conferred with my practice manager here and our hospital would be willing to house, feed, and treat all 6 horses at no cost to the sheriff's department until more permanent arrangements can be made. We have space for them and a host of volunteers who would be willing to donate time to help with their care. We would donate veterinary services for the initial evaluation period and to make sure that the horses are healthy enough to be moved to other rescues or foster homes.

Rod Cameron (farrier) has volunteered to trim feet and perform hoof care at no cost to all of the horses.

We already have several donations of grain and vitamin supplements, and could potentially obtain more from local owners and the feed stores if we had possesion of the horses and were free to ask/advertise the need.

JEFFCO HEAT has agreed to transport all the horses on short notice if needed.

The owner of Broce Ranch in Evergreen has volunteered to help house horses on a temporary basis if needed. In the summer they have a huge lush pasture.

I know Barbara Wright from Harmony Horse Works has already received a donation of $1500, and I suspect that much more could be raised if we were given the go ahead to publicy ask for and accept donations.

I have not been in contact with Barbara Wright today, but she previously indicated to me that she had offers from various horse rescues in the area that each could take 1-2 of the horses until permanent homes could be found for them.

So there are plenty of resources available for the immediate future of the horses and I have no doubt that permanent homes could be found based on the amount of publicity that has been generated.

If there is anything else that I can do for you, please feel free to let me know. If you do end up getting permission for surrender, please let us know ASAP and we can start getting accomodations ready.

Sincerely,

Ashleigh Olds, DVM
Aspen Creek Veterinary Hospital
Conifer, Co
www.aspencreeklac.com

| | |
|---|---|
| From: | Shelley Ferraro |
| To: | Harmonyhorsewrks@aol.com; TCourt5096@aol.com; "Tamara "; "Joe and Ingrid"; "LISSCOJAN HALLADAY"; "Ashleigh Olds, DVM"; aolds@aspencreeklac.com |
| Subject: | FW: Bailey Horse kept in secret |
| Date: | Thursday, February 23, 2012 8:29:08 AM |

Please read below

-----Original Message-----
From: Bobbi Jo Priestly [mailto:BPriestly@parkco.us]
Sent: Wednesday, February 22, 2012 2:31 PM
To: shelley@shelleysdesigns.com
Subject: FW: Bailey Horse kept in secret


From: Monte Gore
Sent: Wed 2/22/2012 2:27 PM
To: Bobbi Jo Priestly
Cc: Rose Avey; 'Lee Phillips'; Sven Bonnelycke
Subject: RE: Bailey Horse kept in secret


Dear Shelley,


I am in receipt of your email; I can understand your frustration. I can assure you the horses are being treated medically, and are being fed. Our code enforcement officers are checking on them as well. I have not refused any help from our community and have put things in motion to obtain donations for the continued care and treatment of these horses. I agree with you that this is a horrific situation, and we are working overtime to complete a very comprehensive criminal investigation. We are working diligently on this case. I can tell you straight up, we aren't on a power trip. I would encourage you to share this information, I have been providing press releases to the media and I have talked to the media about this situation on several occasions, we are not being secretive, I will ask my assistant to add all of you to our email list so that you will receive press-releases, for this case only. I hope this helps.


Please do not hesitate to contact me for any reason.


Undersheriff Monte Gore

From: Bobbi Jo Priestly
Sent: Wednesday, February 22, 2012 7:23 AM
To: Monte Gore
Subject: FW: Bailey Horse kept in secret
Importance: Hi

---

From: Shelley Ferraro [mailto:shelley@shelleysdesigns.com]
Sent: Tuesday, February 21, 2012 7:30 PM
To: Bobbi Jo Priestly; Harmonyhorsewrks@aol.com; aolds@aspencreeklac.com; 'Ashleigh Olds, DVM'; TCourt5096@aol.com; 'Tamara '; 'Tracey Egolf'; 'Tracy Vroom'; 'Lightcap, Christi'; 'DVM Kimberly D. Brewster'; farviewhorserescue@comcast.net; 'Shirley hoffman'; 'Joe and Ingrid'; 'Jennifer Reba Edwards'; 'Anderson, Kate'; 'Roehr, Keith'; 'LISSCOJAN HALLADAY'; nancy@bustersnaturalpetsupply.com; 'TANYA Buck'; 'Shirley hoffman'; 'Sydney Burt'; 'Sandy Jones'; 'Valerie Traina'
Subject: Re: Bailey Horse kept in secret
Importance: High

Sergeant B. Priestly,

Why don't you people do yourself a favor Instead of continuing to shoot your self in the foot. The community wants to know that the precious horses are getting intense medical care in a animal hospital. They want to know the horses are getting iv's and are being rehydrated and given electrolytes, water and food. Why do you continue to refuse to the help the community in knowing that these little horses are safe and are truly in competent care. It's pretty simple, get over your power trip and settle this horrific situation down, or your just going to continue to get jammed by the public, this isn't going away anytime soon............if you don't know already this is all over the country and people are watching and ready to take more action.

Shelley Ferraro

| | |
|---|---|
| From: | Monte Gore |
| To: | aolds@aspencreeklac.com |
| Subject: | RE: horses |
| Date: | Thursday, February 23, 2012 2:32:25 PM |

Thank you...I hope it calms everything down as well. There is still a lot of mis-information out there.

Monte

**From:** aolds@aspencreeklac.com [mailto:aolds@aspencreeklac.com]
**Sent:** Thursday, February 23, 2012 11:42 AM
**To:** Monte Gore
**Subject:** RE: horses

I have attached a spread sheet from Harmony Horse Works listing confirmed and potential resources. Please let me know if there is anything else that I can do. I was very pleased with the statement that you released to Shelly Ferraro/email list - I hope that it will calm down some of the hysteria. :)

Ashleigh Olds, DVM
Aspen Creek Veterinary Hospital
Conifer, Co
www.aspencreeklac.com

**From:** "Monte Gore" <MGore@parkco.us>
**Sent:** Wednesday, February 22, 2012 12:33 PM
**To:** aolds@aspencreeklac.com, "Bobbi Jo Priestly" <BPriestly@parkco.us>
**Subject:** RE: horses

Thank you so much. I will let you know how it goes.

Monte

**From:** aolds@aspencreeklac.com [mailto:aolds@aspencreeklac.com]
**Sent:** Wednesday, February 22, 2012 11:23 AM
**To:** Monte Gore
**Subject:** horses

So I have conferred with my practice manager here and our hospital would be willing to house, feed, and treat all 6 horses at no cost to the sheriff's department until more permanent arrangements can be made. We have space for them and a host of volunteers who would be willing to donate time to help with their care. We would donate veterinary services for the initial evaluation period and to make sure that the horses are healthy enough to be moved to other rescues or foster homes.

Rod Cameron (farrier) has volunteered to trim feet and perform hoof care at no cost to all of the horses.

We already have several donations of grain and vitamin supplements, and could potentially obtain more from local owners and the feed stores if we had possesion of the horses and were free to ask/advertise the need.

JEFFCO HEAT has agreed to transport all the horses on short notice if needed.

The owner of Broce Ranch in Evergreen has volunteered to help house horses on a temporary basis if needed. In the summer they have a huge lush pasture.

I know Barbara Wright from Harmony Horse Works has already received a donation of $1500, and I suspect that much more could be raised if we were given the go ahead to publicy ask for and accept donations.

I have not been in contact with Barbara Wright today, but she previously indicated to me that she had offers from various horse rescues in the area that each could take 1-2 of the horses until permanent homes could be found for them.

So there are plenty of resources available for the immediate future of the horses and I have no doubt that permanent homes could be found based on the amount of publicity that has been generated.

If there is anything else that I can do for you, please feel free to let me know. If you do end up getting permission for surrender, please let us know ASAP and we can start getting accomodations ready.

Sincerely,

Ashleigh Olds, DVM
Aspen Creek Veterinary Hospital
Conifer, Co
www.aspencreeklac.com

| | |
|---|---|
| **From:** | Monte Gore |
| **To:** | aolds@aspencreeklac.com |
| **Subject:** | Press Release |
| **Date:** | Thursday, February 23, 2012 5:46:33 PM |
| **Attachments:** | sheriff letterhead II.doc |

**From:** Monte Gore
**To:** aolds@aspencreeklac.com; Bobbi Jo Priestly
**Subject:** RE: horses
**Date:** Wednesday, February 22, 2012 12:32:44 PM

Thank you so much. I will let you know how it goes.

Monte

**From:** aolds@aspencreeklac.com [mailto:aolds@aspencreeklac.com]
**Sent:** Wednesday, February 22, 2012 11:23 AM
**To:** Monte Gore
**Subject:** horses

So I have conferred with my practice manager here and our hospital would be willing to house, feed, and treat all 6 horses at no cost to the sheriff's department until more permanent arrangements can be made. We have space for them and a host of volunteers who would be willing to donate time to help with their care. We would donate veterinary services for the initial evaluation period and to make sure that the horses are healthy enough to be moved to other rescues or foster homes.

Rod Cameron (farrier) has volunteered to trim feet and perform hoof care at no cost to all of the horses.

We already have several donations of grain and vitamin supplements, and could potentially obtain more from local owners and the feed stores if we had possesion of the horses and were free to ask/advertise the need.

JEFFCO HEAT has agreed to transport all the horses on short notice if needed.

The owner of Broce Ranch in Evergreen has volunteered to help house horses on a temporary basis if needed. In the summer they have a huge lush pasture.

I know Barbara Wright from Harmony Horse Works has already received a donation of $1500, and I suspect that much more could be raised if we were given the go ahead to publicy ask for and accept donations.

I have not been in contact with Barbara Wright today, but she previously indicated to me that she had offers from various horse rescues in the area that each could take 1-2 of the horses until permanent homes could be found for them.

So there are plenty of resources available for the immediate future of the horses and I have no doubt that permanent homes could be found based on the amount of publicity that has been generated.

If there is anything else that I can do for you, please feel free to let me know. If you do end up getting permission for surrender, please let us know ASAP and we can start getting accomodations ready.

Sincerely,

Ashleigh Olds, DVM
Aspen Creek Veterinary Hospital
Conifer, Co
www.aspencreeklac.com