EXHIBIT 9

STATE OF COLORADO )
                  )
COUNTY OF PARK    )

AFFIDAVIT FOR
A SEARCH
WARRANT

In support of the issuance of a SEARCH WARRANT to search:

To remove samples of hay from five hay bales, known as, 1640 Park County Road 70, Bailey, Park County, Colorado, ALSO KNOWN AS, T08 R72 S01 NW4; ECHO VALLEY RANCH II, S2NW4, N2SW4, SW4SW4 1-8-72, NE4NE4, N2SE4NE4 11-8-72, NW4NW4, N2SW4NW4 12-8-72, R576352 CB03 16009 16008 45783, CONSERVATION EASEMENT: Information obtained from the Park County Assessors Office, belonging to **Ronald Swift.**

I, Park County Code Enforcement Deputy Cindy Hardey, am a Deputy Sheriff for the Park County Sheriff's Office, and have been employed with this office since 2003. I have been a Code Enforcement Officer for over 8 years, and have over 4000 hours as a Commissioned Agent with the State of Colorado. I, Deputy C. Hardey, being duly sworn upon oath, swear that the following facts are true and correct to the best of my knowledge.

On February 14, 2012, at approximately 11:00AM, in Park County, Colorado, Sergeant B. Priestly called me on my cellular telephone on my day off and advised me that she had received a telephone call from a Routt County Animal Officer. The officer identified herself as:

**RP- Dawn Smith (Routt County Animal Control)**

Sgt. Priestly said there were seven horses at the Echo Valley Ranch that were scored at a 2 using the Henneke Body Score Technique, on a scale from 1 to 9, 1 being emaciated and 5 being ideal. The mare and colt on the ranch were reported as being emaciated if not diseased. At that point I advised Priestly that I would be scheduling a welfare check on all animals on the ranch. The Echo Valley Ranch located at 1649 Park County Road 70, Bailey, Park County, Colorado, is care taken by a male party identified as:

**S- Ronald Swift**

On February 16, 2012, at approximately 7:30AM, Deputy B. Sears asked me if I wanted to meet a Veterinarian at the Bailey Substation at 9:00AM, from Routt County. Sears said the veterinarian was going to be seizing a colt at the Echo Valley Ranch and needed an officer from our county to accompany her. I scheduled Corporal J. Plutt and Deputy N. Hanning to accompany me with the court documents for removal of the horse.

At approximately 9:00AM, Doctor Ashleigh Olds DVM arrived at the Bailey Substation. Olds and I cleared the Bailey Substation and responded to the Rustic Square and waited for Plutt and Hanning's arrival. At approximately 9:50AM, Plutt and Hanning arrived and all units cleared the Rustic Square. All units responded to Echo Valley Ranch.

Upon arrival I observed six very emaciated horses. I visually scored the horses to be a 1 to 1.5 using the Henneke Body Score Technique. There were four horses located in the back corral. I asked Swift how old the horses were and he stated the horses were one to two years of age. The yearling's (Echo, River, Chance and Fiona), had a heated water trough full of water and hay in the lean-to. Their Spinous process, Tailhead (pinbones), Ribs and Hook bones were projecting prominently. I also observed two a mares (Midnight and Lena), in separate corrals with heated water trough full of water and hay on the ground. The horses were also visually scored as 1 to 1.5 using the Henneke Body Score Technique. Their Spinous process, Tailhead

(pinbones), Ribs and Hook bones were projecting prominently. I asked Swift why his horses were so skinny. Swift believed the horses were suffering from a disease or a neurological disorder.
Swift said he feeds the horses two times a day and had given all of his horses their shots for the year. The colt named "Chance" is not well and could possibly die. I spoke with Swift's veterinarian Doctor Horton, from Timberline Equine Veterinarian Hospital, who believes that Swift waited to long to rectify the problem and could have avoided the situation. I believe if Swift had noticed the horses' condition sooner they would not be in the condition they are in today. Based on the above statement I believe the horses were neglected.

THEREFORE, your affiant respectfully requests a search warrant be issued to search the above described location for the following: All of the inside and outside structures on the property and seize "Midnight"- Breeding Stock Paint Mare horse, "Lena"- Sorrel Paint Mare horse, "Echo"- Grullo Grade Gelding horse, "River"- Bay Grade Gelding horse, "Chance" – Sorrel Grade Gelding horse, "Fiona"- Palomino Grade Filly horse, located on the property.

THEREFORE, your affiant respectfully requests a search warrant be issued to search the above described location for the following: All of the inside and outside structures to remove samples of hay from five hay bales.

The property to be searched for, and seized if found, is:
    ( )   Stolen or embezzled OR
    (X)   Designed or intended for use, or which is or has been used as a means of committing a criminal offense, or the possession of which is illegal, OR
    (X)   Would be material evidence in a subsequent criminal prosecution.

Further affiant sayeth naught.

AFFIANT

Subscribed and sworn to before me this ___ day of Feb _____, 2012.

JUDGE

| | |
|---|---|
| STATE OF COLORADO )<br>)<br>COUNTY OF PARK    ) | AFFIDAVIT FOR<br>A SEARCH<br>WARRANT |

In support of the issuance of a SEARCH WARRANT to search:

Horses were moved on February19, 2012, at approximately 4:00PM, with owners permission and assisted by Park County Animal Control to location known as: 1401 Park County Road 77, Jefferson, Park County, Colorado, 80453, ALSO KNOWN AS, T08 R75 S16 NW4, SLASH 6, LOT 06: Information obtained from the Park County Assessors Office.

**Kirsten Le Beau.**

I, Park County Code Enforcement Deputy Cindy Hardey, am a Deputy Sheriff for the Park County Sheriff's Office, and have been employed with this office since 2003. I have been a Code Enforcement Officer for over 8 years, and have over 4000 hours as a Commissioned Agent with the State of Colorado. I, Deputy C. Hardey, being duly sworn upon oath, swear that the following facts are true and correct to the best of my knowledge.

On February 14, 2012, at approximately 11:00AM, in Park County, Colorado, Sergeant B. Priestly called me on my cellular telephone on my day off and advised me that she had received a telephone call from a Routt County Animal Officer. The officer identified herself as:

**RP- Dawn Smith (Routt County Animal Control)**

Sgt. Priestly said there were seven horses at the Echo Valley Ranch that were scored at a 2 using the Henneke Body Score Technique, on a scale from 1 to 9, 1 being emaciated and 5 being ideal. The mare and colt on the ranch were reported as being emaciated if not diseased. At that point I advised Priestly that I would be scheduling a welfare check on all animals on the ranch. The Echo Valley Ranch located at 1649 Park County Road 70, Bailey, Park County, Colorado, is care taken by a male party identified as:

**S- Ronald Swift**

On February 16, 2012, at approximately 7:30AM, Deputy B. Sears asked me if I wanted to meet a Veterinarian at the Bailey Substation at 9:00AM, from Routt County. Sears said the veterinarian was going to be seizing a colt at the Echo Valley Ranch and needed an officer from our county to accompany her. I scheduled Corporal J. Plutt and Deputy N. Hanning to accompany me with the court documents for removal of the horse.

At approximately 9:00AM, Doctor Ashleigh Olds DVM arrived at the Bailey Substation. Olds and I cleared the Bailey Substation and responded to the Rustic Square and waited for Plutt and Hanning's arrival. At approximately 9:50AM, Plutt and Hanning arrived and all unites cleared the Rustic Square. All unites responded to Echo Valley Ranch.

Upon arrival I observed six very emaciated horses. I visually scored the horses to be a 1 to 1.5 using the Henneke Body Score Technique. There were four horses located in the back corral. I asked Swift how old the horses were and he stated the horses were one to two years of age. The yearling's (Echo, River, Chance and Fiona), had a heated water trough full of water and hay in the lean-to. Their Spinous process, Tailhead (pinbones), Ribs and Hook bones were projecting prominently. I also observed two a mares (Midnight and Lena), in separate corrals with heated water trough full of water and hay on the ground. The horses were also visually scored as 1 to 1.5 using the Henneke Body Score Technique. Their Spinous process, Tailhead (pinbones), Ribs and Hook bones were projecting prominently. I asked Swift why his horses were so skinny. Swift believed the horses were suffering from a disease or a neurological disorder.

Swift said he feeds the horses two times a day and had given all of his horses their shots for the year. The colt named "Chance" is not well and could possibly die. I spoke with Swift's veterinarian Doctor Horton, from Timberline Equine Veterinarian Hospital, who believes that Swift waited to long to rectify the problem and could have avoided the situation. I believe if Swift had noticed the horses' condition sooner they would not be in the condition they are in today. Based on the above statement I believe the horses were neglected.

THEREFORE, your affiant respectfully requests a search warrant be issued to search the above described location for the following: All of the inside and outside structures on the property and seize "Midnight"- Breeding Stock Paint Mare horse, "Lena"- Sorrel Paint Mare horse, "Echo"- Grullo Grade Gelding horse, "River"- Bay Grade Gelding horse, "Chance" – Sorrel Grade Gelding horse, "Fiona"- Palomino Grade Filly horse, located on the property.

The property to be searched for, and seized if found, is:
( )  Stolen or embezzled OR
(X) Designed or intended for use, or which is or has been used as a means of committing a criminal offense, or the possession of which is illegal, OR
(X) Would be material evidence in a subsequent criminal prosecution.

Further affiant sayeth naught.

_____
AFFIANT

Subscribed and sworn to before me this ___ day of Feb , 2012

_____
JUDGE