# EXHIBIT 10

IN THE COMBINED COURTS
COUNTY OF PARK
STATE OF COLORADO

FILED IN COMBINED COURT
FEB 22 2012
PARK COUNTY, COLORADO

12 PS 03
SEARCH WARRANT

THE PEOPLE OF THE STATE OF COLORADO

TO: THE SHERIFF, UNDERSHERIFF, DEPUTY SHERIFF, AND ALL LAW ENFORCEMENT OFFICERS AUTHORIZED TO EXECUTE SEARCH WARRANTS IN THE STATE OF COLORADO, GREETINGS:

WHEREAS, Park County Code Enforcement Deputy Cindy Hardey, has made an affidavit and complaint for the issuance of a search warrant.

Horses were moved on February 19, 2012, at approximately 4:00PM, with owners permission and assisted by Park County Animal Control to location known as: 1401 Park County Road 77, Jefferson, Park County, Colorado, 80453, ALSO KNOWN AS, T08 R75 S16 NW4, SLASH 6, LOT 06: Information obtained from the Park County Assessors Office.

AND WHEREAS, the affidavit of the applicant seems proper and it appears that probable cause exists for the issuance of a Search Warrant for the reason or reasons marked below:

The property to be searched for and seized if found is:
( ) Stolen or Embezzled OR
(X) Designed or intended for use or which is or has been used as a means of committing a criminal offense or the possession of which is illegal, OR
(X) Would be material evidence in a subsequent criminal prosecution.

WE THEREFORE COMMAND YOU, with the necessary and proper assistance to enter and search:

And you will search for: "Midnight"- Breeding Stock Paint Mare horse, "Lena"- Sorrel Paint Mare horse, "Echo"- Grullo Grade Gelding horse, "River"- Bay Grade Gelding horse, "Chance" – Sorrel Grade Gelding horse, "Fiona"- Palomino Grade Filly horse, located at said property, and will seize "Midnight"- Breeding Stock Paint Mare horse, "Lena"- Sorrel Paint Mare horse, "Echo"- Grullo Grade Gelding horse, "River"- Bay Grade Gelding horse, "Chance" – Sorrel Grade Gelding horse, "Fiona"- Palomino Grade Filly horse, located on the property.

And if the same or any part thereof is found, that you seize the goods and things found and safely keep them until further order of this Court or until they are admitted into any criminal proceedings by a Court of this State; and that you further file a report with this Court inventorying the goods and things which were seized or reporting that nothing was so found and seized.

Done this _22_ day of _Feb_ 2012.

BY THE COURT

JUDGE

[COURT SEAL]

PARK CTY DEFS_000306

| | | |
|---|---|---|
| IN THE COMBINED COURTS<br>COUNTY OF PARK<br>STATE OF COLORADO | FILED IN COMBINED COURT<br>FEB 2 3 2012<br>PARK COUNTY, COLORADO | 12 PS 04<br>SEARCH WARRANT |

THE PEOPLE OF THE STATE OF COLORADO

TO: THE SHERIFF, UNDERSHERIFF, DEPUTY SHERIFF, AND ALL LAW ENFORCEMENT OFFICERS AUTHORIZED TO EXECUTE SEARCH WARRANTS IN THE STATE OF COLORADO, GREETINGS:

WHEREAS, Park County Code Enforcement Deputy Cindy Hardey, has made an affidavit and complaint for the issuance of a search warrant.

To remove samples of hay from five hay bales, known as 1640 Park County Road 70, Bailey, Park County Colorado, ALSO KNOWN AS, T08 R72 S01 NW4; ECHO VALLEY RANCH II, S2NW4, N2SW4, SW4SW4 1-8-72, NE4NE4, N2SE4NE4 11-8-72, NW4NW4, N2SW4NW4 12-8-72, R576352 CB03 16009 16008 45783, CONSERVATION EASEMENT: Information obtained from the Park County Assessors Office.

AND WHEREAS, the affidavit of the applicant seems proper and it appears that probable cause exists for the issuance of a Search Warrant for the reason or reasons marked below:

The property to be searched for and seized if found is:
( ) Stolen or Embezzled OR
(X) Designed or intended for use or which is or has been used as a means of committing a criminal offense or the possession of which is illegal, OR
(X) Would be material evidence in a subsequent criminal prosecution.

WE THEREFORE COMMAND YOU, with the necessary and proper assistance to enter and search:

And you will search for five hay bales located on the property and remove samples from the hay bales located on the property.

And if the same or any part thereof is found, that you seize the goods and things found and safely keep them until further order of this Court or until they are admitted into any criminal proceedings by a Court of this State; and that you further file a report with this Court inventorying the goods and things which were seized or reporting that nothing was so found and seized.

Done this 22 day of Feb 2012.

BY THE COURT

JUDGE

[COURT SEAL — PARK COUNTY COMBINED COURTS, STATE OF COLORADO]

PARK CTY DEFS_000303