EXHIBIT 11

From: TCourt5096@aol.com
To: aolds@aspencreeklac.com
Subject: Re: Fw: Press Release
Date: Saturday, February 25, 2012 1:27:50 PM

Dear Dr. Olds,

Thanks for writing and taking the time. I appreciate it. I will call Gore and ask if we will raise money, how it will be spent. I networked this case last week from the East to the West Coast, and if I send something out, it goes viral, I have a lot of connections. I doubt without the publicity and the public's pressure, this would have had the same outcome. It's always the same old...
Anyway, I wish the horses were at your clinic too. I only hope they are cared for by someone who knows what they are doing. I don't buy the excuses and hope the guy does get punished, yet we also know from experience, it may be just a misdemeanor not a felony. His attitude proved he should not have horses in the first place. Help is always available, one just needs to ask. I wish AC would advertise the existence of the local hay bank more, so many folks don't know it exists.
I have some friends who play open mic at the Ice House every Thursday. I thought that would be a good group who might come together to raise funds. But I will not rush into it now. I'll try to call Gore and see what his input is.
Thanks again for writing - and thanks for being there and caring.
Monika

In a message dated 2/24/2012 7:06:50 A.M. Mountain Standard Time, aolds@aspencreeklac.com writes:

> Monika:
>
> I don't know too much more than you do at this point. When I was out there, there was the down horse that died, and then there were 4 yearlings that looked terrible! and two adult horses a paint and a black mare that were also very very skinny. I believe that these 6 horses were seized. I don't have them and I don't know where they are. I suspect they were taken south to a rescue or vet hospital in salida, buena vista, or woodland park just to get them out of the area for now. I would strongly suggest talking with undersherrif Monte Gore before proceeding with any advertising or fundraising efforts. I have spoken with him several times and if you are reasonable with him I think you will find him very reasonable to talk to. He genuinely cares about the horses and wants to get them to caring homes eventually. He could answer the questions about what the needs of the horses are and how any money raised will be spent. I do think these are important questions to get answers to before undertaking any major fundraising efforts. I also know that eventually he hopes to adopt them out, but as I am sure you are aware, if the owner refuses to surrender the horses they can't be legally adopted out until the owner is convicted in court, otherwise there is always the possibilty of him suing to get them back. However, once they are more healthy and all of their details are known (age, sex, and medical conditions, etc.) they may be able to be placed in foster homes in various rescues or private homes. At this point I don't think funds should go to Harmony. We were initially hoping that the horses might come to my hospital or Harmony (we both offered care for free to the sheriff's department), but at this time is doesn't appear to be the case. I believe that the one little guy in our hospital is taken care of for the time being financially. Undersheriff Gore's cell phone is at the bottom of the press release.
>
> Thank you for all of your help. Barb at Harmony really got the publicity going in this and everyone else helped keep the fire on. I don't know if this would have been taken seriously without all the public pressure. Hopefully the end result will be that justice is served and the horses are homed where they will be FED!
>
> Ashleigh Olds, DVM
> Aspen Creek Veterinary Hospital
> Conifer, Co

From: TCourt5096@aol.com
To: aolds@aspencreeklac.com
Subject: Re: Fw: Press Release
Date: Saturday, February 25, 2012 2:57:24 PM

I just wrote to Gore. He was pleasant on the phone. Maybe his hands are tied too.... aren't they all sometimes in these hierarchic structures ..
Anyway, I was warned by some not to send any funds to his office. That they are corrupt etc. - he told me the funds would go to vet bills... yet they do not disclose any vet or info. Kind of strange. I can't collect funds like that. People want to know the whole story.
I told him about the local hay bank of Juliana Lehmann. www.horsefoodbank.org
I know that good horse folks know about these things. It is the hillbillies and crooks such as Swift who don't because they shouldn't have horses in the first place.
I am not sure what to do now in regards to a fundraiser. I feel open communication is really needed here between authorities and the public.
M

In a message dated 2/25/2012 2:30:45 P.M. Mountain Standard Time, aolds@aspencreeklac.com writes:

> If you send me the information on the hay banks I can post it....most of our clients know about it and any of them that have skinny horses are educated about good care and nutrition as well as resources such as the food banks....we don't let our clients starve their horses and do nothing about it....... I do feel like there are some people who abuse the system and probably don't need the help as much as others... oh well.....also one of the main hay bank groups here actively pushes people to use a different vet even though we have offered to discount services if paid through the hay bank (for teeth and such).....
>
> Connected by DROID on Verizon Wireless
>
>
> -----Original message-----
>
> From: TCourt5096@aol.com
> To: aolds@aspencreeklac.com
> Sent: Sat, Feb 25, 2012 20:27:41 GMT+00:00
> Subject: Re: Fw: Press Release
>
> Dear Dr. Olds,
>
> Thanks for writing and taking the time. I appreciate it. I will call Gore and ask if we will raise money, how it will be spent. I networked this case last week from the East to the West Coast, and if I send something out, it goes viral, I have a lot of connections. I doubt without the publicity and the public's pressure, this would have had the same outcome. It's always the same old...
> Anyway, I wish the horses were at your clinic too. I only hope they are cared for by someone who knows what they are doing. I don't buy the excuses and hope the guy does get punished, yet we also know from experience, it may be just a misdemeanor not a felony. His attitude proved he should not have horses in the first place. Help is always available, one just needs to ask. I wish AC would advertise the existence of the local hay bank more, so many folks don't know it exists.
> I have some friends who play open mic at the Ice House every Thursday. I thought

that would be a good group who might come together to raise funds. But I will not rush into it now. I'll try to call Gore and see what his input is.
Thanks again for writing - and thanks for being there and caring.
Monika

In a message dated 2/24/2012 7:06:50 A.M. Mountain Standard Time, aolds@aspencreeklac.com writes:

Monika:

I don't know too much more than you do at this point. When I was out there, there was the down horse that died, and then there were 4 yearlings that looked terrible! and two adult horses a paint and a black mare that were also very very skinny. I believe that these 6 horses were seized. I don't have them and I don't know where they are. I suspect they were taken south to a rescue or vet hospital in salida, buena vista, or woodland park just to get them out of the area for now. I would strongly suggest talking with undersherrif Monte Gore before proceeding with any advertising or fundraising efforts. I have spoken with him several times and if you are reasonable with him I think you will find him very reasonable to talk to. He genuinely cares about the horses and wants to get them to caring homes eventually. He could answer the questions about what the needs of the horses are and how any money raised will be spent. I do think these are important questions to get answers to before undertaking any major fundraising efforts. I also know that eventually he hopes to adopt them out, but as I am sure you are aware, if the owner refuses to surrender the horses they can't be legally adopted out until the owner is convicted in court, otherwise there is always the possibilty of him suing to get them back. However, once they are more healthy and all of their details are known (age, sex, and medical conditions, etc.) they may be able to be placed in foster homes in various rescues or private homes. At this point I don't think funds should go to Harmony. We were initially hoping that the horses might come to my hospital or Harmony (we both offered care for free to the sheriff's department), but at this time is doesn't appear to be the case. I believe that the one little guy in our hospital is taken care of for the time being financially. Undersheriff Gore's cell phone is at the bottom of the press release.

Thank you for all of your help. Barb at Harmony really got the publicity going in this and everyone else helped keep the fire on. I don't know if this would have been taken seriously without all the public pressure. Hopefully the end result will be that justice is served and the horses are homed where they will be FED!

Ashleigh Olds, DVM
Aspen Creek Veterinary Hospital
Conifer, Co
www.aspencreeklac.com

---

**From:** TCourt5096@aol.com
**Sent:** Thursday, February 23, 2012 10:26 PM
**To:** aolds@aspencreeklac.com
**Subject:** Re: Fw: Press Release

Thanks. Can this be shared ? I am trying to help raise funds, but am not

sure anymore what I can release and not. This is a very weird situation, not releasing info on the whereabouts. I was hoping they were with you. How many died ? I do not want to mess up any progress, but to raise funds without knowing as to how they are used... I do not want to lose my reputation as a credible person.
Should funds be sent to Harmony or the Sheriff, or both ? I am confused.
Monika

In a message dated 2/23/2012 10:20:32 P.M. Mountain Standard Time, aolds@aspencreeklac.com writes:

Here is the latest. There are 6 horses. 2 adults
And 4 yearlings

Connected by DROID on Verizon Wireless

-----Original message-----

**From:** Monte Gore <MGore@parkco.us>
**To:** aolds@aspencreeklac.com
**Sent:** Fri, Feb 24, 2012 00:46:31 GMT+00:00
**Subject:** Press Release