EXHIBIT 12

**From:** TCourt5096@aol.com
**To:** aolds@aspencreeklac.com
**Subject:** Re: Fw: Press Release
**Date:** Saturday, February 25, 2012 1:56:20 PM

I just had a good conversation with Mr. Gore. He seems to be alright. I told him what I do in my spare time and he will release the info on the local hay bank in his next press release. I told him that I feel many people who are in over their heads or need help and don't know where to ask... they do not know help is available or hay banks exist. I will submit some info to him and he seemed glad to hear from me...
Let's hope. He may be one good individual in a crop of others who may not be what they appear to be or who knows. I like to plant a seed of communication and trust to expand my work.
The moneys will pay vet bills he said, if we will raise funds. If any extra moneys are left, it will go to AC Control Budget.
First now I have to see if I can get it all organized and the musicians will partake.
Thanks for your help and good advice.
Monika

In a message dated 2/24/2012 7:06:50 A.M. Mountain Standard Time, aolds@aspencreeklac.com writes:

> Monika:
>
> I don't know too much more than you do at this point. When I was out there, there was the down horse that died, and then there were 4 yearlings that looked terrible! and two adult horses a paint and a black mare that were also very very skinny. I believe that these 6 horses were seized. I don't have them and I don't know where they are. I suspect they were taken south to a rescue or vet hospital in salida, buena vista, or woodland park just to get them out of the area for now. I would strongly suggest talking with undersherrif Monte Gore before proceeding with any advertising or fundraising efforts. I have spoken with him several times and if you are reasonable with him I think you will find him very reasonable to talk to. He genuinely cares about the horses and wants to get them to caring homes eventually. He could answer the questions about what the needs of the horses are and how any money raised will be spent. I do think these are important questions to get answers to before undertaking any major fundraising efforts. I also know that eventually he hopes to adopt them out, but as I am sure you are aware, if the owner refuses to surrender the horses they can't be legally adopted out until the owner is convicted in court, otherwise there is always the possibility of him suing to get them back. However, once they are more healthy and all of their details are known (age, sex, and medical conditions, etc.) they may be able to be placed in foster homes in various rescues or private homes. At this point I don't think funds should go to Harmony. We were initially hoping that the horses might come to my hospital or Harmony (we both offered care for free to the sheriff's department), but at this time is doesn't appear to be the case. I believe that the one little guy in our hospital is taken care of for the time being financially. Undersheriff Gore's cell phone is at the bottom of the press release.
>
> Thank you for all of your help. Barb at Harmony really got the publicity going in this and everyone else helped keep the fire on. I don't know if this would have been taken seriously without all the public pressure. Hopefully the end result will be that justice is served and the horses are homed where they will be FED!
>
> Ashleigh Olds, DVM
> Aspen Creek Veterinary Hospital
> Conifer, Co
> www.aspencreeklac.com