# EXHIBIT 13

MAR-01-2012 WED 04:06 PM LAFF CAMPBELL TUCKER          FAX NO. 303 740 7300          P. 04

Print                                                                                  Page 1 of 1

**Subject:** investigating heart murmurs

**From:** F BURTON (horseydoo@msn.com)

**To:** randall.hatlee@yahoo.com;

**Date:** Tuesday, February 28, 2012 10:02 PM

Dear Randy,

As per my exam of Chance, River, Echo (Blue), Fiona, Dash, Lena and Midnight of 2/20/12, I determined that in addition to very low body condition scores Chance and Echo demonstrated what I assessed to be grade 4/6 holodiastolic murmurs and tachycardia, Fiona demonstrated a grade 2/6 diastolic murmur and tachycardia, and Lena demonstrated tachycardia. Consultation with Dr. Adams at the Cardiology service at the veterinary teaching hospital at CSU revealed no known association between low body condition scores and diastolic murmurs. Blood work on these patients indicates a significant degree of anemia, which is the likely cause of, or is a contributor to the noted tachycardia. With all due respect to my esteemed colleague who is the current attending veterinarian, it would be my advice and recommendation that these horses exhibiting diastolic heart murmurs be evaluated by the cardiology service at the James L. Voss Veterinary Teaching Hospital in Fort Collins, CO. In particular, it is my professional opinion that investigation of these murmurs warrants a full echocardiogram performed by professionals with specialty training in echocardiography. Arangements for these exams to be performed were being made when seizure of the animals took place. I feel the best chance at a proper and accurrate understanding of these murmurs and any potential role they play in these animals' condition requires following through with that diagnostic plan.

A. R. Horton, DVM, MS

209

49/104

12-03-07 16:07 28212          303 740 7300  Swift, Ronald 12M44; Hatlee, Randall 12M43   P 4/4
Discovery 209