# EXHIBIT 20

1  ability to analyze whether or not the request to seize
2  the horses was something that should be granted.
3              MR. LEDOUX:  And so the Court's finding that
4  even though they don't constitute immunity, they
5  somehow are material and adverse.
6              THE COURT:  They are a material omission from
7  the information presented to the Court that would
8  essentially blindfold the Court on determining whether
9  to grant the request.
10             MR. LEDOUX:  And if the Court would be
11 willing to expand upon that, the defendant in the
12 motion to suppress did not explain how those admissions
13 would be material and adverse and hasn't argued to the
14 Court in any way.  So I'm requesting, if the Court
15 would be willing in our analysis of whether or not to
16 appeal the Court's decision, we can be clear about how
17 the Court is finding that those items are material and
18 adverse.
19             THE COURT:  All right.  The ruling,
20 specifically, is that the failure to notify the Court
21 of the 30-day warning notice provided to the defendants
22 was a material omission from the document, which
23 prevents the officer from benefitting from the good
24 faith mistake exception in relying on the Court
25 authored seizure of the horses.

AGREN BLANDO COURT REPORTING & VIDEO INC

177

1     MR. LEDOUX: I guess my --
2     THE COURT: The officer did not include any
3  information in her request for seizure to show that the
4  animals were endangered. The seizure should not have
5  been granted in the first place. I'm not allowing good
6  faith exception, because the officer did not include
7  material evidence for the Court to review.
8     MR. LEDOUX: I guess my question is, if an
9  investigative officer, in any other investigation, at
10 some point thinks to themselves, "I don't think this
11 person I'm investigating committed this crime," an
12 extension of the Court's ruling would be that that
13 conclusion by the officer would have to be included in
14 any subsequent affidavits filed in that investigation
15 even if the investigating officer subsequently came to
16 a different conclusion based on evidence obtained in
17 the investigation. And I don't think that's the state
18 of the law, so I just --
19    THE COURT: I don't agree that that's an
20 accurate extension of my ruling.
21    MR. LEDOUX: Okay. And my other question is,
22 the Court is referencing the seizure Statute. The
23 search warrant granted in this case was a search
24 warrant, to the extend they're different, and I believe
25 that they are, was a search warrant based on the fourth

Court Reporting Videography Digital Reporting Transcription Scanning Copying
Denver (303) 296-0017 Boulder (303) 443-0433 Colorado Springs (719) 635-8328 Greeley (970)