IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE, and
RONALD L. SWIFT,

    Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER, and
ASHLEIGH OLDS,

    Defendants.

## NOTICE OF PROVISIONAL AWARD RE: TAXATION OF COSTS

    On October 27, 2015, the Clerk of the Court, as delegated to the undersigned deputy clerk, reached a decision regarding Defendant Ashleigh Olds' Proposed Bill of Costs (filed Oct. 13, 2015, Docket No. 111).  A final judgment has not been entered in this case; however, as Defendant Olds filed her Bill of Costs to preserve her request, and as a hearing was set with the clerk, Plaintiffs' counsel and Defendant Olds' counsel agreed the clerk will provisionally reach a decision about Defendant Olds' costs.

    Accordingly, after hearing the parties' arguments and objections to the requested costs, all of Defendant Olds' costs are awarded by the clerk, in the amount of $5,556.44, to Defendant Ashleigh Olds and against Plaintiffs Randall Hatlee and Ronald Swift.  This amount will be entered as the clerk's award at the conclusion of the case on entry of Final Judgment.

    Dated at Denver, Colorado this ___27th___ day October, 2015.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                                      By: s/ Edward P. Butler
                                      Edward P. Butler, Deputy Clerk