# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT,

      Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER, and
ASHLEIGH OLDS,

      Defendants.

---

## ORDER RE: TRIAL SCHEDULE

---

This matter is currently set for a ten day jury trial beginning on February 1, 2016.   (ECF No. 104.)   In light of the claims and parties dismissed by the Court in its Orders of September 29, 2015 and November 18, 2015 (ECF Nos. 110, 119) it is unlikely that a ten day trial will be necessary.   It is therefore ORDERED that the parties to this case are to file submissions with this Court within seven days from the date of this Order explaining how many days will be needed for trial given the current status of this case.   Submissions may be no longer than two pages in length.

DATED this 18th day of November, 2015.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge