IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    13-cv-02469-RM-MJW

RANDALL J. HATLEE,
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
FRED WEGENER, in his official capacity as Sheriff for Park County

Defendants.

## JOINT SUBMISSION PER ORDER OF NOVEMBER 18, 2015 [Doc. 120]

Comes now the remaining parties to this case, through their respective counsel, Brice A. Tondre on behalf of the Plaintiffs, and Timothy P. Schimberg on behalf of Fred Wegener, in his official capacity as Sheriff of Park County, on the remaining contract claim, and Cindy Hardey and hereby jointly submit the following to the Court pursuant to its Order of November 18, 2015 [Doc. 120]:

1. After consultation with each other and a review of remaining issues as well as the anticipated witnesses and length of their testimonies, undersigned counsel have concluded that the trial will take 5-7 days.

2. The above estimate is inclusive of jury selection and opening statements.

Respectfully submitted this 24th day of November, 2015.

*/s/ Timothy P. Schimberg*
Timothy P. Schimberg

FOWLER, SCHIMBERG & FLANAGAN, P.C.
1640 Grant Street, Suite 150
Denver, Colorado 80203
(303) 298-8603

ATTORNEY FOR DEFENDANTS CINDY HARDEY, FRED WEGENER

*/s/ Brice A. Tondre*
Brice A. Tondre

215 South Wadsworth Blvd., #500
Lakewood, Colorado 80226
Telephone: 303-296-3300
Facsimile: 303-238-5310
briceatondrepc@msn.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of November, 2015, I caused a true and correct copy of the foregoing **JOINT SUBMISSION PER ORDER OF NOVEMBER 18, 2015 [DOC. 120]** to be filed via the ECF system, with notice of same being electronically served to the following:

Brice A. Tondre, Esq.
Brice A. Tondre, P.C.
215 S. Wadsworth Blvd., Ste. 500
Lakewood, CO 80226-1566
*Attorney for Plaintiffs*


　　　　　　　　　　　　　　　　　　　　　　　/s/Patricia Peak

3