IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.      13-cv-02469-RPM-MJW

RANDALL J. HATLEE,
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
SHERIFF WEGENER

Defendants.

**JOINT MOTION FOR EXTENSION OF TIME RE: JURY INSTRUCTIONS**

Comes now the Plaintiffs, by and through their counsel, Brice A. Tondre, and the Defendants, through Timothy P. Schimberg of Fowler, Schimberg & Flanagan, P.C., hereby request an extension of time to provide to this Honorable Court the jury instructions as follows:

1. In light of the holiday season and the press of business, it is mutually and collectively requested that an extension of time be granted for the parties in the above captioned matter to provide to this Honorable Court the stipulated and proposed jury instructions.

2. Upon consultation with each other, undersigned counsel do not believe that the jury instructions will be extensive, but the press of business and the holiday season, to include anticipated travel, will preclude undersigned attorneys from meeting to discuss and formalize instructions and their respected positons.

3. We request up to and including December 31, 2015 in which to provide the jury instructions to the Court.

Respectfully submitted this 18th day of December, 2015.

      */s/ Brice A. Tondre*
Brice A. Tondre

215 South Wadsworth Blvd., #500
Lakewood, Colorado 80226
Telephone: 303-296-3300
Facsimile: 303-238-5310
briceatondrepc@msn.com

ATTORNEY FOR PLAINTIFF


*(Original signature on file at the offices of Fowler, Schimberg & Flanagan, P.C.)*

*/s/ Timothy P. Schimberg*

Timothy P. Schimberg

FOWLER, SCHIMBERG & FLANAGAN, P.C.
1640 Grant Street, Suite 150
Denver, Colorado 80203
(303) 298-8603

ATTORNEYS FOR DEFENDANTS SHERIFF WEGENER as to the Contract Claim and CINDY HARDEY

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of December, 2015, I caused a true and correct copy of the foregoing **JOINT MOTION FOR EXTENSION OF TIME RE: JURY INSTRUCTIONS** to be filed via the ECF system, with notice of same being electronically served to the following:

Brice A. Tondre, Esq.
Brice A. Tondre, P.C.
215 S. Wadsworth Blvd., Ste. 500
Lakewood, CO 80226-1566
***Attorney for Plaintiffs***

*(Original signature on file at the offices of Fowler, Schimberg & Flanagan, P.C.)*

*/s/ Patricia Peak*