IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.       13-cv-02469-RPM-MJW

RANDALL J. HATLEE,
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,

Defendants.

ORDER GRANTING JOINT MOTION FOR EXTENSION OF
TIME RE: JURY INSTRUCTIONS

BEFORE ME is Defendant's Unopposed Motion for an Extension of Time to Provide Jury Instructions to the Court. IT IS HEREBY ORDERED that the Motion is GRANTED and Defendant shall have through and including Thursday, December 31, by which to provide jury instructions to the Court.

Dated this _____ day of _____, 2015.

BY THE COURT:

_____
U.S. District Court Judge