IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE,
RONALD L. SWIFT,

    Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER,

    Defendants.
_____

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF
TIME RE: JURY INSTRUCTIONS**
_____

    This matter comes before the Court on the Joint Motion for Extension of Time Re: Jury Instructions (ECF No. 123). IT IS HEREBY ORDERED that the Motion is GRANTED and that the parties shall have through and including Thursday, December 31, 2015, by which to provide jury instructions to the Court.

    Dated this 21st day of December, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge