IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     13-cv-02469-RPM-MJW

RANDALL J. HATLEE,
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER,
ASHLEIGH OLDS,

Defendants.

## MOTION FOR A ONE-DAY EXTENSION OF TIME TO FILE A MOTION IN LIMINE

Defendants, Cindy Hardey and the Park County Sheriff's Office[1], by and through their attorney, Timothy P. Schimberg of Fowler, Schimberg & Flanagan, P.C., hereby submit this Motion For A One-Day Extension Of Time To File A Motion In Limine and in support thereof state as follows:

**D.C.COLO.LCivR 7.1:** Prior to filing the instant Motion, Defendants' counsel left a message with Plaintiff counsel's office earlier today which explained the relief requested in this Motion. Having received no response, undersigned will assume Plaintiff is opposed to the relief requested in this Motion.

---

[1] Per the Court's summary judgment orders these are the only Defendants remaining.  Doc. 110; Doc. 119.

1. In its summary judgment order dated September 29, 2015, this Court stated "the damages issue is too muddled to permit summary judgment to enter" but that "the propriety of damages flowing from surviving claims will be left for development at trial or future motions." Doc. 110 at 42. The Court stated "the propriety of certain damage may be revisited by the parties in the context of motions *in limine* focused more directly on damages flowing from the claims which survive this Order." *Id*. at 46.

2. The Court has now determined which claims have survived summary judgment. Doc. 110; Doc. 119. Defendants would like to file a short motion *in limine* to determine the appropriate damages available for Plaintiffs' remaining § 1983 claim. The proposed motion *in limine* is attached as **Exhibit A**.

3. According to the Court's Civil Practice Standards, motions *in limine* were to be filed by December 30, 2015, seven days before the trial preparation conference scheduled for Wednesday, January 6, 2016. Civ. Practice Standard IV.K.

4. Defendants request a one-day extension to December 31, 2015, to file the attached motion *in limine*.

5. Good cause exists to grant such an extension. Undersigned has been sick this week. Undersigned is unfortunately dealing with a family member's death process. Undersigned has attempted to minimize the impact, but would appreciate a one-day extension.

6. The one-day extension will not adversely affect the scheduling of the case or prevent the determination of the matter prior to trial.

WHEREFORE Defendants request the Court grant Defendants a one-day extension and accept the attached motion *in limine*.

Respectfully submitted this 31st day of December, 2015.

*(Original signature on file at the offices of Fowler, Schimberg & Flanagan, P.C.)*

*/s/ Timothy P. Schimberg*

Timothy P. Schimberg

FOWLER, SCHIMBERG & FLANAGAN, P.C.
1640 Grant Street, Suite 150
Denver, Colorado 80203
(303) 298-8603

ATTORNEY FOR DEFENDANTS CINDY HARDEY, BOBBI PRIESTLY, MONTE GORE, AND FRED WEGENER

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of December, 2015, I caused a true and correct copy of the foregoing MOTION FOR a one-day EXTENSION OF TIME to file a motion in limine to be filed via the ECF system, with notice of same being electronically served to the following:

Brice A. Tondre, Esq.
Brice A. Tondre, P.C.
215 S. Wadsworth Blvd., Ste. 500
Lakewood, CO 80226-1566
*Attorney for Plaintiffs*

*(Original signature on file at the offices of Fowler, Schimberg & Flanagan, P.C.)*

*/s/ Patricia P. Peak*

Patricia P. Peak