**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.     13-cv-02469-RPM-MJW

RANDALL J. HATLEE,
RONALD L. SWIFT,

Plaintiffs,

v.

Defendants.

---

**ORDER GRANTING MOTION FOR A ONE-DAY EXTENSION OF TIME TO FILE A MOTION IN LIMINE**

---

BEFORE ME is Defendants Motion for a One-Day Extension of Time to File A Motion In Limine. IT IS HEREBY ORDERED that the Motion is GRANTED and Defendants' Motion In Limine, attached as Exhibit A, is accepted by this Court.

Dated this _____ day of _____, 201___.

BY THE COURT:

_____
U.S. District Court Judge