INSTRUCTION NO. _____

The Court will now explain the claims and defenses of each party to the case and the law governing the case.  Please pay close attention to these instructions.  These instructions include both general instructions and instructions specific to the claims and defenses in this case.  You must consider all the general and specific instructions together.  You must all agree on your verdict, applying the law, as you are now instructed, to the facts as you find them to be.

Source and Authority:  CJI-Civ. 2:1 (2015)

INSTRUCTION NO. _____

1.      The plaintiff has the burden of proving his claims by preponderance of the

evidence.

2.      The defendants have the burden of proving each of their affirmative

defenses by a preponderance of the evidence.

3.      To prove something by a "preponderance of the evidence" means to prove

that it is more probably true than not.

4.      "Burden of proof" means the obligation a party has to prove his claims or

defenses by a preponderance of the evidence.  The party with the burden

of proof can use evidence by any party to persuade you.

5.      If a party fails to meet his burden of proof as to any claim or defense or if

the evidence weighs so evenly that you are unable to say that there is a

preponderance on either side, you must reject that claim or defense.

Source and Authority:  CJI-Civ. 3:1 (2015)

INSTRUCTION NO. _____

Any finding of fact you make must be based on probabilities, not possibilities.

You should not guess or speculate about a fact.

Source and Authority:  CJI-Civ. 3:4 (2015)

INSTRUCTION NO. _____

The evidence in the case consists of the sworn testimony of all the witnesses, all exhibits which have been received in evidence and all facts which have been admitted or agreed to.

In deciding the facts, you must consider only the evidence received at trial. Evidence offered at the trial and rejected or stricken by the Court must not be considered by you. Statements, remarks, arguments and objections from counsel and remarks by the Court not directed to you are not evidence.

You are to consider only the evidence in the case and the reasonable inferences from that evidence. An inference is a deduction or conclusion that reason and common sense lead the jury to draw from other facts that have proved.

Source and Authority: CJI-Civ. 3:8 (2015)

INSTRUCTION NO. _____

Evidence may be either direct or circumstantial.  Circumstantial evidence is the proof of facts or circumstances from which the existence or non-existence of other facts may reasonably be inferred.  All other evidence is direct evidence.  The law makes no distinction between the effect of direct evidence and circumstantial evidence.

Source and Authority:  CJI-Civ. 3:9 (2015)

INSTRUCTION NO. _____


Certain testimony has been placed in evidence through depositions.  A deposition is testimony taken under oath before the trial and preserved in writing.  You are to consider that testimony as if it had been given by the witness from the witness stand.


Source and Authority:  CJI-Civ. 3:10 (2015)

INSTRUCTION NO. _____

The weight of evidence is not necessarily determined by the number of witnesses testifying to a particular fact.

Source and Authority:  CJI-Civ. 3:12 (2015)

INSTRUCTION NO. _____

You must not be influenced by sympathy, bias, or prejudice for or against any party in the case.

Source and Authority:  CJI-Civ. 3:14 (2015)

INSTRUCTION NO. _____

A witness qualified as an expert by education, training, or experience may state opinions.  You should judge expert testimony just as you would judge any other testimony.  You may accept it or reject it, in whole or in part.  You should give the testimony the importance you think it deserves, considering the witness' qualifications, the reasons for the opinions, and all of the other evidence in the case.

Source and Authority:  CJI-Civ. 3:15 (2015)

INSTRUCTION NO. _____


You are the sole judges of the credibility of the witnesses and the weight to be given their testimony.  You should take into consideration their means of knowledge, strength of memory and opportunities for observation; the reasonableness or unreasonableness of their testimony, the consistency or lack of consistency in their testimony; their motives; whether their testimony has been contradicted or supported by other evidence; their bias, prejudice or interest, if any; their manner or demeanor upon the witness stand; and all other facts and circumstances shown by the evidence which affect the credibility of the witnesses.


Based on these considerations, you may believe all, part or none of the testimony of a witness.


Source and Authority:  CJI-Civ. 3:16 (2015)

INSTRUCTION NO. _____


The lawyers have highlighted certain parts of some exhibits.  However, it is for you to determine the significance of the highlighted parts.


Source and Authority:  CJI-Civ. 3:17 (2015)

INSTRUCTION NO. _____

These instructions contain the law that you must use in deciding this case.  No single instruction states all the applicable law.  All the instructions must be considered together.

You must not be concerned with the wisdom of any rule or law.  Regardless of any opinion you may have as to what the law should be, it would be a violation of your sworn duty to base a verdict upon any other view of the law than that given in the instructions of the Court.

The Court does not, by these instructions, express any opinions as to what has or has not been proved in the case, or to what are or are not the facts of the case.

Source and Authority:  CJI-Civ. 4:1 (2015)

INSTRUCTION NO. _____

In your deliberations, your duty is to apply the Court's instructions of law to the evidence that you have seen and heard in the courtroom.  You are not allowed to look at, read, consult, or use any material of any kind, including any dictionaries or medical, scientific, technical, religious, or law books, the Internet, or any material of any type or description in connection with your jury service.  You are not allowed to do any research of any kind about this case.

Do not use any information from any other source concerning the facts of law applicable to this case other than the evidence presented and the instructions that I give you.  Do not do your own investigation about the case.

Source and Authority:  CJI-Civ. 4:1A (2015)

INSTRUCTION NO. _____

The original forms of the exhibits are part of the Court record.  Do not place any marks or notes on them.

The Bailiff will now escort you to the jury room.  After you get to the jury room you shall select one of your members to be the foreperson of the jury.  That person will be in charge of your discussions.  You must all agree on your verdict, and you must sign the original form of whatever verdict you reach.

Please notify the Bailiff when you have reached a verdict, but do not tell the Bailiff what your verdict is.  You shall keep the verdict forms, these instructions and the exhibits until the Court gives you further instruction.

Source and Authority:  CJI-Civ. 4:2 (2015)

INSTRUCTION NO. _____


Once you begin your deliberations, if you have a question about the evidence in the case or about the instructions or verdict forms that you have been given, your Foreperson shall write the question on a piece of paper, sign it and give it to the Bailiff who will bring it to me.


The Court will then confer with the attorneys as to the appropriate way to answer your question.  However, there may be some questions that, under the law, the Court is not permitted to answer.  If it is improper for the Court to answer the question, the Court will tell you that.  Please do not speculate about what the answer to your question might be or why the Court is not able answer a particular question.


Source and Authority:  CJI-Civ. 4:2A (2015)

INSTRUCTION NO. _____


The fact that an instruction on measure of damages has been given to you does not mean that the Court is instructing the jury to award or not to award damages.  The question of whether or not damages are to be awarded is a question for the jury's consideration.


Source and Authority:  CJI-Civ. 5:1 (2015)

INSTRUCTION NO. _____


Difficulty or uncertainty in attaining the precise amount of any damages does not prevent you from deciding an amount.  You should use your best judgment based upon the evidence.


Source and Authority:  CJI-Civ. 5:6 (2015)

INSTRUCTION NO. _____

The word "cause" as used in these instructions means an act or failure to act which in natural and probable sequence produced the claimed injury.  It is a cause without which the claimed injury would not have happened.

Source and Authority:  CJI-Civ. 9:18 (2015)