UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT

Plaintiffs,
vs.

CINDY HARDEY and
FRED WEGENER as Sheriff of Park County, CO,

Defendants.
_____

**VERDICT**
_____

We the jury all agree to the following answers to the Court's questions:

1. Did the Plaintiffs, Randall Hatlee and Ronald Swift, prove by a preponderance of the evidence that the Defendant Cindy Hardey, as a Park County Deputy Sheriff, seized six of Plaintiff's horses pursuant to a warrant which she obtained by false statements and omission of material facts in violation of Plaintiffs' Fourth Amendment rights?

   _____

   (Yes or No)

2. Did the Plaintiffs, Randall Hatlee and Ronald Swift, prove by a preponderance of the evidence that the Park County Sheriff's Office entered into a contract with the Plaintiffs to give them a month from February 16, 2012, to gain healthy weight on

1

the six horses thereby rectifying the condition of the six horses, failing which they could be charged with animal cruelty if they did not show there were factors other than neglect which contributed to the condition of the horses?

_____

(Yes or No)

If your answer to both of the above question is no, proceed to date and sign this form.

If your answer to one or both of the above questions is yes answer the following questions:

3. What amount of damages did the Plaintiffs prove were caused to each by Defendant Hardey's violation of the Fourth Amendment rights of each?

$ _____
Randall Hatlee

$ _____
Ronald Swift

2

4. What amount of damages did the Plaintiffs prove were caused to each by the breach of the contract of the contract with the Park County Sheriff's office?

$ _____
Randall Hatlee

$ _____
Ronald Swift

Dated: February ____, 2016

_____
PRESIDING JUROR