# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

## JUDGE RAYMOND P. MOORE

Case No.  13-cv-02469-RM-MJW                    Date: December 31, 2015

Case Title: HATLEE et al v, Hardey et al

PLAINTIFFS WITNESS LIST


WITNESS                                          ESTIMATED DATE(S) AND
                                                 LENGTH OF TESTIMONY

Randall Hatlee
_____                  _____

Ronald Swift
_____                  _____

Cindy Hardey
_____                  _____

Bobbi Priestly
_____                  _____

Fred Wegener
_____                  _____

Monte Gore
_____                  _____

Sven Bonnelycke
_____                  _____

Kirsten LeBeau
_____                  _____

Kate Anderson, DVM
_____                  _____

Scott Dutcher
_____                  _____

John Casanova
_____                  _____

Terri Miller
_____                  _____

Chet Lawrence
_____                  _____

Bill Moen

_____                    _____

Cheryl Otto

_____                    _____

Helen Cook

_____                  _____

Jena Questen, DVM

_____                _____

A.R. Horton, DVM

_____                _____

Fay Burton, DVM

_____                _____

Lois Toll, DVM

_____                _____

Scott Toppin, DVM

_____              _____

Alan Swartz

_____                  _____

Laura Wilhelm, DVM

_____                _____

Witnesses listed by other parties

_____            _____

Witnesses needed for authentication

_____            _____

Witnesses needed for impeachment

_____              ---------------------------------------------