Παγε 1

CASE CAPTION: HATLEE et al v. HARDEY et al

CASE NO.: 13-cv-02469-RM-MJW

EXHIBIT LIST OF: PLAINTIFFS

# EXHIBIT   C

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 1 | | Aerial photo of barn and pen area | | | | | |
| 2 | | Hardey's 2/16 report | | | | | |
| 3 | | Notice of Warning | | | | | |
| 4 | | Olds 2/16-17 e-mails to Hardey | | | | | |
| 5 | | Dr. Horton's differential diagnosis of Maggie | | | | | |
| 6 | | Anemia and Your Horse, Serenity 12/2014 | | | | | |
| 7 | | Wright's 2/16 e-mail to Gore | | | | | |
| 8 | | Wright's 2/18 e-mail to Drs. Horton and Burton | | | | | |
| 9 | | Wright's 2/18 intent to cause an e-mail blast | | | | | |
| 10 | | Wright's BEARCAT posting | | | | | |
| 11 | | Priestly's report of 2/16 events | | | | | |
| 12 | | Priestly's report of 2/16-21 evwnts | | | | | |
| 13 | | Protective custody agreement | | | | | |
| 14 | | 2/21-22 series of e-mails leading to seizure | | | | | |
| 15 | | Affidavit for seizure warrant | | | | | |
| 16 | | Seizure video | | | | | |
| 17 | | Olds 2/24 victory e-mail | | | | | |
| 18 | | Little Big Man Video | | | | | |

Παγε 2

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 19 | | 24 photos of horses upon return | | | | | |
| 20 | | Priestly e-mail re order to return horses | | | | | |
| 21 | | Olds e-mail re order to return horses | | | | | |
| 22 | | Gore's response to #21 | | | | | |
| 23 | | Littleton Equine Medical Center Records | | | | | |
| 23 | | Horton/Burton 4/20 Pinecam posting | | | | | |
| 24 | | Darrell Campbell fees | | | | | |
| 25 | | Dr. Olds records re Bear | | | | | |
| 26 | | Drs. Horton and Burton records | | | | | |
| | | Documents listed by Defendants | | | | | |
| | | Documents needed for impeachment | | | | | |
| | | | | | | | |