IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE RAYMOND P. MOORE

Case No.   13-CV-02469-RM-MJW               Date: December 30, 2015

Case Title: RANDALL J. HATLEE AND RONALD L. SWIFT, PLAINTIFFS V. CINDY HARDEY, ET. AL.

DEFENDANTS' WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Cindy Hardey | 2/4/2016   1.5 hours |
| Sergeant Bobbi Priestly | 2/5/2016   1.5 hours |
| Undersheriff Monte Gore | 2/5/2016   .5 hours |
| Sheriff Fred Wegener | 2/5/2016   1.0 hour |
| Ashleigh Olds, DVM | 2/5/2016   1.0 hour |
| Peter Petlak | 2/5/2016   1.0 hour |
| Deputy Dawn Smith – County Sheriff's Office | 2/4/2016   .5 hour |
| Deputy Cindy Del Valle - RCSO | 2/4/2016   .5 hour |
| Thom LeDoux | 2/5/2016   .5 hour |
| Corporal Jenny Plutt- PCSO | 2/4/2016   .5 hour |
| Deborah Wilke | 2/5/2016   .5 hour |
| Garret Leonard | 2/5/2016   1.0 hour |
| Scott Toppin, DVM | 2/6/2016   1.0 hour |

Richard Leone, DVM                          2/6/216      1.5 hours

Michael Gotchey, DVM                     2/4/2016     .5 hour

Lois Toll, DVM                                    2/6/216      1.0 hour

_____      _____

_____      _____

_____      _____

_____      _____