CASE CAPTION: RANDALL J. HATLEE AND RONALD L. SWIFT, PLAINTIFFS V. CINDY HARDEY, ET. AL.

CASE NO.: 13-CV-02469

EXHIBIT LIST OF: DEFENDANTS: CINDY HARDEY-PARK COUNTY SHERIFF'S OFFICE

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| A | | Park County Sheriff's Office Investigation File | | | | | |
| B | | Park County Sheriff's Office – Continuation Sheets (0066) | | | | | |
| C | | Email Garrett Leonard's - Harmony Equine to Hardey – 5/6/2012 | | | | | |
| D | | Photographs of horses in chronological fashion from Harmony Equine | | | | | |
| E | | Dr. Toll's report and photographs of 2/27/2012 | | | | | |
| F | | Compendium of photographs identified as "evidence images" PCSO | | | | | |
| G | | Photograph of Little Feather/Bear (Spencer) | | | | | |
| H | | Photograph of Bear/Spence at Aspen Creek Vet | | | | | |
| I | | Photograph of Bear/Spencer – 6/11/2012 | | | | | |
| J | | Demonstrative exhibit illustrating a weight chart | | | | | |
| K | | Photographs by Olds | | | | | |
| L | | Court history of Randall Hatlee | | | | | |
| M | | Photos of Maggie in barn at EVR | | | | | |
| N | | Email - Dr. Olds-2/16/2012 | | | | | |
| O | | Photos of Chance - chronological | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| P | | Photos of River - chronological | | | | | |
| Q | | Photo of Little Feather and Bear - chronological | | | | | |
| R | | Photo of Bear - chronological | | | | | |
| S | | Photo of Bear - chronological | | | | | |
| T | | Photos of Midnight - chronological | | | | | |
| U | | Photos of Lena - chronological | | | | | |
| V | | Photos of Fiona - chronological | | | | | |
| W | | Photos of Echo - chronological | | | | | |
| X | | Photos of horses - chronological | | | | | |
| Y | | Photos by Olds at EVR – 2/2012 | | | | | |
| Z | | Photos of pens and tanks at EVR – 2/2012 | | | | | |
| A-1 | | Troy Murdock letter | | | | | |
| B-1 | | Dr. Olds' Declaration | | | | | |
| C-1 | | Body scores regarding removed horses as well as Bear | | | | | |
| D-1 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |