IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     13-cv-02469-RPM-MJW

RANDALL J. HATLEE,
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER,
ASHLEIGH OLDS,

Defendants.

## UNOPPOSED MOTION TO VACATE THE PRE-TRIAL CONFERENCE

Defendants, Cindy Hardey and the Park County Sheriff's Office[1], by and through their attorney, Timothy P. Schimberg of Fowler, Schimberg & Flanagan, P.C., hereby submit this Unopposed Motion to Vacate the Pre-Trial Conference and in support thereof state as follows:

1. **D.C.COLO.LCivR 7.1:** Brice Tondre has no objection. Undersigned counsel thanks him for his understanding.

2. The undersigned is in Cedar Rapids, Iowa with his terminally ill brother. He is a patient in the Hospice House of Mercy, 315 18th Ave., Hiawatha, IA 52233, www.mecurycare.org, (319) 398.6496.

3. By all accounts, death will take place within hours to within the week.

---

[1] Per the Court's summary judgment orders these are the only Defendants remaining.  Doc. 110; Doc. 119.

4. The Pre-Trial Conference is set for Wednesday, January 16, 2016 in your honor's courtroom starting at 9:00 a.m.

5. While being respectful of the Court's schedule and time constraints, as well as Plaintiff's counsel, undersigned respectfully requests that the Pre-Trial Conference be vacated and reset at a later date.

6. Undersigned counsel is not only lead counsel but in reality the only counsel for the Defendants. There is no one to substitute on a substantive basis regarding the pre-trial issues.

WHEREFORE Defendants request the Court grant Defendants' Unopposed Motion to Vacate the Pre-Trial Conference set for January 6, 2016 be vacated.

Respectfully submitted this 4th day of January, 2016.

*(Original signature on file at the offices of Fowler, Schimberg & Flanagan, P.C.)*

*/s/ Timothy P. Schimberg*

Timothy P. Schimberg

FOWLER, SCHIMBERG & FLANAGAN, P.C.
1640 Grant Street, Suite 150
Denver, Colorado 80203
(303) 298-8603

ATTORNEY FOR DEFENDANTS CINDY HARDEY, BOBBI PRIESTLY, MONTE GORE, AND FRED WEGENER

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2016, I caused a true and correct copy of the foregoing **UNOPPOSED MOTION TO VACATE THE PRE-TRIAL CONFERENCE** to be filed via the ECF system, with notice of same being electronically served to the following:

Brice A. Tondre, Esq.
Brice A. Tondre, P.C.
215 S. Wadsworth Blvd., Ste. 500
Lakewood, CO 80226-1566
***Attorney for Plaintiffs***

*(Original signature on file at the offices of Fowler, Schimberg & Flanagan, P.C.)*

*/s/ Patricia P. Peak*

Patricia P. Peak