IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.        13-cv-02469-RPM-MJW

RANDALL J. HATLEE,
RONALD L. SWIFT,

Plaintiffs,

v.

Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO VACATE THE
## PRE-TRIAL CONFERENCE

BEFORE ME is Defendants' Unopposed Motion to Vacate the Pre-Trial Conference. IT IS HEREBY ORDERED that the Motion is GRANTED and Defendants' Unopposed Motion to Vacate the Pre-Trial Conference is accepted by this Court.

Dated this _____ day of _____, 2016.


BY THE COURT:

_____
U.S. District Court Judge