PLAINTIFF'S REQUESTED INSTRUCTION NUMBER 11 (AMENDED)

If you find that Plaintiffs have proven by a preponderance of the evidence the claimed violation of the Fourth Amendment by Deputy Hardey then you must determine what, if any, damages the Plaintiffs have proved were caused by said violation.

The word "cause" means that Deputy Hardey's acts in natural and probable sequence produced the claimed injury. It is a cause without which the injury would not have happened.

In determining these damages, you shall consider the following:

1. Any noneconomic losses or injuries each Plaintiff has had to the present time or that each Plaintiff will probably have in the future including: any physical pain and suffering, mental anguish, fear, anxiety, humiliation, embarrassment, indignity and public disgrace and any loss to each Plaintiff's reputation which were caused by the violation of each Plaintiff's Fourth Amendment rights.

2. Any economic losses or injuries each Plaintiff has had to the present time or that each Plaintiff will have in the future, including: court costs, reasonable attorney's fees and any other reasonable expenses each Plaintiff has had in defending himself and protecting his property and a reasonable amount for the time he lost in preparing for and attending proceedings and trial of the case, loss of income and damage to his business which were caused by the violation of each Plaintiff's Fourth Amendment rights.

CJI-Civ. 17:11 (2015)

**EXHBIT 1**