UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT

Plaintiffs,
vs.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE
FRED WEGENER and
ASHLEIGH OLDS,

Defendants.

_____

**PLAINTIFFS' DISCLOSURE OF EXPERTS**
_____

Now come the Plaintiffs by and through their attorney and make the following disclosure of expert witnesses pursuant to Rule 26(a)(2) F.R.C.P.

**A.  RETAINED EXPERTS**

Jena Questen, D.V.M. Dr. Questen's report prepared for this case, her report prepared in the underlying case and her curriculum vitae are attached as Exhibit 1.. The medical records she relied upon were provided to her in the underlying case. They included the records of Littleton Equine Medical Center and Dr. Olds. In addition, she reviewed the depositions of Drs. Olds, Horton and Barton, the reports of Dr. Olds dated February 16 and March 7, 2012, Deposition Exhibits 6 and 8 and the report of Bryan Deidrich dated May 3, 2012.

EXHIBIT A

**B. NON-RETAINED EXPERTS**

1. Darrel L. Campbell, attorney at law, 303-426-4222. Mr. Campbell represented the Plaintiffs in the underlying prosecution of them for animal cruelty, He will testify to the services he rendered and the costs incurred in his defense of the animal cruelty charges. He will testify to his records reflecting the time spent and costs incurred. He will testify that time spent was necessary to provide Plaintiffs with a defense of the charges and that the hourly rate charged is reasonable and customary. The fees, costs and interest aggregate in excess of $90,000.00.  A copy of Mr. Campbell's billing records have been requested and will be provided upon receipt.

2. Alan Swartz, Teller-Park Conservation District, 800 Research Dr., Suite 100, P.O. Box 2027, Woodland Park, CO 80863, 719-239-0269 will be called to testify to an article published The Flume and his basis for the conclusions set forth therein. A copy of the article is provided herewith as Exhibit 2.

3. Allyson R. Horton, D.V.M. and Fay E. Burton, D.V.M., Timberline Equine Veterinary Service, P.O. Box 714, 26296 Wilkerson Road, Conifer, CO 80433, are Plaintiffs' treating veterinarians who will be called to testify to the matters discussed in their depositions, trial testimony in the underlying case, consultations, reports and Pinecam postings and their diagnosis and diagnostic process with respect to the subject horses.

4. Allison Adams, D.V.M., Colorado State University, Veterinary Diagnostic Laboratories, 300 W. Drake Street, Fort Collins, CO 80523, 970-297-4172 is a cardiologist who may be called to testify regarding her consultation with Drs. Burton and Horton regarding irregular heart rates and rhythms of the subject horses.

5. Janice Bright, D.V.M., Colorado State University, Veterinary Diagnostic

Laboratories, 300 W. Drake Street, Fort Collins, CO 80523, 970-297-4172 is an internal medicine specialist who may be called to testify regarding her consultant with Drs. Burton and Horton the neurologic deficits of the subject horses.

      6. Anthony P. Knight, BVSc, author of A guide to Plant Poisoning of Animals in North America, may be called to testify regarding his consultation with Drs. Burton and Horton regarding potential plant poisoning of the subject horses..

      7. Lois Toll, D.V.M., Littleton Equine Medical Center, 8025 S. Santa Fe Dr., Littleton, CO 80120 will be called to testify to her observations, diagnoses and treatment during the seizure period.

      8. Colleen Duncan, D.V.M., Colorado State University, Veterinary Diagnostic Laboratories, 300 W. Drake Road, Fort Collins, CO 80523, 970-297-1281. Dr. Duncan will be called to testify to her findings on the necropsy of Maggie.

      9. John Casanova, 480 Mount Evans Blvd., Pine, CO 80470, who has 60+ years of ranching experience and 20+ years of breeding experience. He will testify that Plaintiffs' care of the subject horses complied with accepted ranching practices,

      10. Terri Miller, Green Mountain Ranch, Buffalo Creek, CO 80425, who has 40+ years of ranching experience. She will testify that Plaintiffs' care of the subject horses complied with accepted ranching practices.

/s/ Brice A. Tondre

                                            _____
Brice A. Tondre
215 South Wadsworth Blvd., #500
Lakewood, Colorado   80226
Telephone:  303-296-3300
Facsimile: 303-238-5310
briceatondrepc@msn.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of June, 2014, a true and correct copy of the foregoing document and its attachments was electronically served on the following:

Timothy P. Schimberg
t_schimberg@fsf-law.com

Andrea M. Bronson
a_bronson@fsf-law.com

John Lebsack
jlebsack@wsteele.com

Richard A. Levine
rich@lawrl.com

                                            /s/ Brice A. Tondre
                                            _____