Rebuttal Report (Case of Swift/Hatlee) to Defendant Olds Expert Witness Disclosures
by Jena Questen DVM 6/29/2014

A) I personally examined all the horses on 4/11/2012, the day they were returned to Mr. Swift and Mr. Hatlee.
1) The horse Lena still had a cardiac arrhythmia, mild tachycardia, and neurological signs which were all reported to have resolved after one week of nutritional support.
2) The horse Echo still had tachycardia and mild neurological symptoms, after being reported to have resolved after one week of normal nutrition.
3) The horse Chance showed moderate neurological symptoms and severe cardiac abnormalities.
4) All horses were still very thin and many had green diarrhea from free feeding on alfalfa hay. They did *not* appear to be rapidly recovering, quickly gaining weight, and overcoming their other symptoms with just an adequate refeeding program, as asserted by the experts.

I am confident that three veterinarians (Horton, Burton, and myself) are able to discern weakness from true neurological symptoms. In summary, it is highly unlikely these horses would have recovered from these symptoms completely, as reported, and then relapsed in the time period from February 19, 2012 to April 11, 2012. Therefore these horses were not rapidly recovering with just refeeding, as described.

B) Dr. Henneke himself, who pioneered the Henneke Body Condition Score (BCS) system, prepared a statement for consideration when using his system in cases of animal neglect. In this statement Dr. Henneke makes statements which are of particular interest in this case:
- Do not overreact or act too hastily
- Work with the owner to the extent possible leaving seizure an an absolute last resort
- As an equine neglect investigator, learn as much about nutrition and equine management as you possibly can.
content/uploads/2012/02/HENNEKE-REPORT.pdf

In this case, not only did the experts making statements not utilize the system properly, as in by not physically laying hands on the animals but basing their scoring on photos, but also the intent of the system was not adhered to as Dr. Henneke intended, since a clear picture of the history and ongoing care of the horses was not adequately taken into consideration.

C) Regarding the bloodwork:
- The type of anemia the horses exhibited was not classified according to the records provided. Perhaps if it had been it would have been more clear to determine if the cause of the anemia was related to red blood cell destruction (perhaps from a toxin), versus reduced red blood cell production (lack of nutrition).
- It was agreed all horses suffered from anemia (low red blood cell count) and elevated white blood cell count (indicating infection). However, red blood cell counts in horses suffering from malnutrition can be *either* elevated or decreased. It is *not* usual to expect the horses to show an

EXHIBIT C

increased in white blood cell counts without an obvious infection (runny nose, cough, high body temperature, etc.), which none of the horses had.

-**None of the experts commented on the high potassium levels** which affected *all* the horses. Generally potassium is not affected in cases of starvation, yet this abnormality was consistent in all the bloodwork from the horses in question. Causes of high potassium include: decreased excretion from the kidneys, urinary tract obstruction, or hypoaldosteronism. None of the horses exhibited symptoms related to those diseases. Perhaps the abnormality was related to an increased intake of potassium, possibly from a toxin.
http://ahdc.vet.cornell.edu/clinpath/modules/chem/hyperk.htm
-Bear was found to have high phosphorous on his bloodwork, however, experts opine that laboratory findings in starved horses tends to show low phosphorous levels.
-Experts state that every animal does not always have all of the laboratory abnormalities listed in many of the of the disease processes. Defendant's experts say the horses did not present with a perfect case of toxic ingestion, but, disingenuously fail to point out that they did not present a perfect case of malnutrition, either.

D) The horses were treated with vitamin B, although experts assert they were treated with, and responding to, nothing but adequate nutrition.

E) The statement that young and old animals are subordinate to more dominant animals, which accounts for why some horses received nutrition when others did not, is invalid when considering that the 7 horses in question were in separate pens and being fed individually.

F) It is clearly stated on page 4 of attachment 1 by Dr. Leone, that veterinarians were unable to determine the cause or the solution for the decline of the animal's health. This indicates that it was *not* clearly a case of starvation.

G) This is a complex case with respect to which defendants and their experts jumped to conclusions without using a scientifically valid methodology. The experts attempted to pigeonhole the symptoms of the horses as clearing being starvation, when it was not. As well the horses did not recover as they asserted, with only nutritional support, again supporting some other unidentified cause or factors was at play. What is of importance is that in either case (starvation or toxin) the treatment would be the same, adequate nutrition and supportive care until the animals clear the toxins from their system or they gained weight, which is exactly what was being done by the owners at the time of when the animals were confiscated.

*[signature]* 6/29/2014

EXHIBIT C