## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.        13-cv-02469-RPM-MJW

RANDALL J. HATLEE,
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER,
ASHLEIGH OLDS,

Defendants.

---

### ORDER GRANTING MOTION TO STRIKE PLAINTIFFS' EXPERT WITNESS DR. JENA QUESTEN

---

BEFORE ME is Defendants' Motion To Strike Plaintiffs' Expert Witness Dr. Jena Questen Pursuant To FED.R.CIV.P. 26(a)(2)(B) and To Preclude Expert Testimony Pursuant To FED.R.EVID. 702.  IT IS HEREBY ORDERED that the Motion is GRANTED and Plaintiffs' expert witness Dr. Jena Questen is stricken by this Court.

Dated this _____ day of _____, 2016.

BY THE COURT:

_____
U.S. District Court Judge