UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT

Plaintiffs,
vs.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE
FRED WEGENER and
ASHLEIGH OLDS,

Defendants.
_____

### NOTICE OF PENDING SETTLEMENT OF ALL CLAIMS AGAINST THE PARK COUNTY DEFENDANTS
_____

      This is to advise the court that Plaintiffs have reached a basis for settlement of all of their claims against the Park County Defendants. A stipulation of dismissal will be filed upon execution of a settlement agreement which is expected to be done within ten days.

                                    /s/ Brice A. Tondre
                                    Brice A. Tondre
                                    215 South Wadsworth Blvd., #500
                                    Lakewood, Colorado  80226
                                    Telephone:  303-296-3300
                                    Facsimile: 303-238-5310
                                    briceatondrepc@msn.com
                                    ATTORNEY FOR PLAINTIFFS

CERTIFICATE OF SERVICE

      I hereby certify that on this the 21st day of January, 2016 a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which willsend notification of filing to the following.

    Timothy P. Schimberg
    t_schimberg@fsf-law.com

                                                /s/ Brice A. Tondre

                                                _____