IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER, and
ASHLEIGH OLDS,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

In light of the Notice of Pending Settlement (Docket No. 139), which resolves all remaining claims in this case; and after discussing the matter with Judge Moore's chambers; it is hereby ORDERED that:

- The parties shall file stipulated dismissal papers on or before February 5, 2016; and

- The jury trial set to take place before Judge Moore from February 1, 2016 through February 5, 2016, is hereby VACATED.

Date: January 21, 2016