UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT

Plaintiffs,
vs.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE
FRED WEGENER and
ASHLEIGH OLDS,

Defendants.
_____

**STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST
THE PARK COUNTY DEFENDANTS**
_____

Now come the Plaintiffs and the Defendants Cindy Hardey, Bobbi Priestly, Monte Gore and Fred Wegener in both their individual and official capacities and as the Park County Sheriff's Office and stipulate to dismissal of all claims alleged herein against said Defendants with prejudice with each party to this stipulation to bear his, her or its own attorney's fees and costs incurred in the prosecution and defense of the claims which are being dismissed hereby.

This stipulation of dismissal does not have any effect on Plaintiffs' claims against Defendant Ashleigh Olds alleged in this action.

1

| | |
|---|---|
| /s/Brice A. Tondre | /s//Timothy P. Schimberg |
| | Timothy P. Schimberg |
| Brice A. Tondre | FOWLER, SCHIMBERG & FLANAGAN,P.C. |
| 215 South Wadsworth Blvd., #500 | 1640 Grant Street, Suite 150 |
| Lakewood, Colorado   80226 | Denver, CO 80203 |
| Telephone:  303-296-3300 | 303-298-8603 |
| Facsimile: 303-238-5310 | ATTORNEY FOR DEFENDANTS HARDEY, |
| briceatondrepc@msn.com | PRIESTLY, GORE and WEGENER |
| ATTORNEY FOR PLAINTIFFS | |

CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of February, 2016 a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of filing to the following.

John Lebsack
jlebsack@wsteele.com

/s/ Brice A. Tondre
_____