IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT,

    Plaintiff,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER, and
ASHLEIGH OLDS,

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Orders of Judge Raymond P. Moore entered on September 29, 2015 [Doc. 110] and February 11, 2016 [Doc. 143], it is

    ORDERED that the claims and causes of action asserted by Plaintiffs against Defendants Cindy Hardey, Bobbi Priestly, Monte Gore, and Fred Wegener in their individual and official capacities are in all respects DISMISSED with prejudice. Each party shall pay their own costs and fees with respect to these Defendants and the claims asserted against these Defendants.  It is

    FURTHER ORDERED that judgment is entered in favor of Defendant Ashley Olds and against Plaintiffs, Randall J. Hatlee and Ronald L. Swift, pursuant to the

Court's Order [Doc. 110] entered on September 29, 2015.  It is

Dated at Denver, Colorado this 11th day of February, 2016.

                                          FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                             By:  s/   C. Pearson
                                        C. Pearson
                                        Deputy Clerk