\*\*\* NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME (ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.

AO 133 (Rev. 12/09) Bill of Costs
USDC Colo. Version – (Further Rev. (12/01/2013)

# BILL OF COSTS

**United States District Court**
DISTRICT: **DISTRICT OF COLORADO**

RANDALL J. HATLEE and RONALD L. SWIFT
v.
CINDY HARDEY, BOBBI PRIESTLY, MONTE GORE, FRED WEGENER, and ASHLEIGH OLDS

DOCKET NO. 13-cv-02469-RM-MJW
MAGISTRATE CASE NO.

Judgment having been entered in the above entitled action on September 29, 2015 (ECF Document 110) against plaintiffs RANDALL J. HATLEE and RONALD L. SWIFT the clerk is requested to tax the following as costs:

## BILL OF COSTS

| Item | Amount |
|---|---|
| Fees of the clerk | $ 0.00 |
| Fees for service of summons and complaint | $ 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ 5,556.44 |
| Fees and disbursements for printing | $ 0.00 |
| Fees for witnesses (itemized on reverse side) | $ 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ |
| Docket fees under 28 U.S.C. § 1923 | $ 0.00 |
| Costs incident to taking of depositions | $ |
| Costs as shown on Mandate of Court of Appeals | $ 0.00 |
| Other costs (Please itemize) | $ |
| **TOTAL** | **$ 5,556.44** |

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 18 2016
JEFFREY P. COLWELL
CLERK

Please review and comply with D.C.COLO.LCivR .54.1
(See Notice section on reverse side)

(Costs Awarded upon Entry of Final Judgment - see Docket No. 118.)

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney: [signed]
Print Name: John Lebsack
Phone Number: 303-___-____
For: Defendant Ashleigh Olds
Name of Claiming Party
Date: October 13, 2015

Please take notice that I will appear before the Clerk who will tax said costs on the following day and time:
Date and Time: Wednesday, October 21, 2015  9:30 a.m.

Costs are hereby taxed in the following amount and included in the judgment:
Amount Taxed $ 5,556.44

CLERK OF COURT
JEFFREY P. COLWELL
(BY) DEPUTY CLERK [signed]
DATE: 2/18/16