UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.13-cv-02469-RM-MJW

RANDALL J. HATLEE and
RONALD L. SWIFT

Plaintiffs,
vs.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE
FRED WEGENER and
ASHLEIGH OLDS,

Defendants.
_____

## NOTICE OF APPEAL
_____

Notice is hereby given that Randall J. Hatlee and Ronald L. Swift, the Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the final judgment entered in this action on the 11th day of February, 2016, entered in favor of Defendant Ashleigh Olds and against Randal J. Hatlee and Ronald L. Swift, pursuant to the Court's Order [Doc. 110] entered on September 29, 2015.

/s/Brice A. Tondre
Brice A. Tondre
215 South Wadsworth Blvd., #500
Lakewood, Colorado   80226
Telephone:  303-296-3300
Facsimile: 303-296-3390
briceatondrepc@msn.com
ATTORNEY FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I hereby certify that on this the 24th day of February, 2016 a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of filing to the following.

Timothy P. Schimberg
t_schimberg@fsf-law.com

John Lebsack
jlebsack@wsteele.com

/s/ Brice A. Tondre
_____

2