IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    13-cv-02469-RPM-MJW

RANDALL J. HATLEE,
RONALD L. SWIFT,

Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER,
ASHLEIGH OLDS,

Defendants.

## MOTION TO TERMINATE UNITED STATES DISTRICT COURT ECF NOTIFICATIONS

Timothy P. Schimberg, Andrew R. McLetchie, and Joel J. Fulton of Fowler, Schimberg & Flanagan, P.C., counsel of record for Defendants Cindy Hardey and the Park County Sheriff's Office[1], hereby moves this Court for an Order terminating United States District Court ECF notifications, and in support of his Motion respectfully represents as follows:

1.  On February 5, 2016, Plaintiffs filed a "Stipulation for Dismissal of All Claims against the Park County Defendants," Cindy Hardey, Bobbi Priestly, Monte Gore, and Fred Wegener ("Park County Defendants"). [Doc. No. 141].

---

[1] Per the Court's summary judgment orders these are the only Defendants remaining. Doc. 110; Doc. 119.

2.	On February 5, 2016, the Court terminated the Park County Defendants from the case.

3.	On February 11, 2016 a Final Judgement was entered dismissing the Park County Defendants in their individual and official capacities with prejudice from the United States District Court case.

4.	Park County Defendants are not parties in this action and therefore, counsel of record, Timothy P. Schimberg, does not need to receive further notifications.

WHEREFORE, undersigned counsel respectfully requests that this Court enter an Order removing him from receiving further United States District Court ECF notifications in this civil action.

Respectfully submitted this 7th day of March, 2016.

*(Original signature on file at the offices of Fowler, Schimberg & Flanagan, P.C.)*

*/s/ Timothy P. Schimberg*

Timothy P. Schimberg
Andrew R. McLetchie
Joel J. Fulton

FOWLER, SCHIMBERG & FLANAGAN, P.C.
1640 Grant Street, Suite 150
Denver, Colorado 80203
(303) 298-8603

ATTORNEY FOR DEFENDANTS CINDY HARDEY, BOBBI PRIESTLY, MONTE GORE, AND FRED WEGENER

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2016, I caused a true and correct copy of the foregoing **MOTION TO TERMINATE UNITED STATES DISTRICT COURT ECF NOTIFICATIONS** to be filed via the ECF system, with notice of same being electronically served to the following:

Brice A. Tondre, Esq.
Brice A. Tondre, P.C.
215 S. Wadsworth Blvd., Ste. 500
Lakewood, CO 80226-1566
*Attorney for Plaintiffs*

*(Original signature on file at the offices of Fowler, Schimberg & Flanagan, P.C.)*

*/s/ Patricia P. Peak*

Patricia P. Peak