IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    13-cv-02469-RPM-MJW

RANDALL J. HATLEE,
RONALD L. SWIFT,
    Plaintiffs,

v.

CINDY HARDEY,
BOBBI PRIESTLY,
MONTE GORE,
FRED WEGENER,
ASHLEIGH OLDS,
    Defendants.

## ORDER GRANTING MOTION TO TERMINATE UNITED STATES DISTRICT COURT ECF NOTIFICATIONS

THE COURT, having reviewed Timothy P. Schimberg's Motion to Terminate United States District Court ECF Notifications, hereby **GRANTS THE MOTION**. The Clerk of the Court is directed to remove Timothy P. Schimberg, Andrew R. McLetchie, and Joel J. Fulton from further electronic notifications in this matter.

DATED _____           BY THE COURT:

                                                            United States District Court Judge

1