**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                                             Chris Wolpert
Clerk of Court            December 28, 2016                        Chief Deputy Clerk

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**   **16-1065, Hatlee, et al v. Olds, et al**
         Dist/Ag docket: 1:13-CV-02469-RM-MJW

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

                                                    Sincerely,

                                                    Elisabeth A. Shumaker
                                                    Clerk of the Court

cc:     Adam J. Goldstein
        John Lebsack
        Brice A. Tondre

EAS/kf